UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



Abraham Ituah
92 Robinson Avenue, Newburgh NY 12550

*(In the space above enter the full name(s) of the plaintiff(s))*

5088

- against -

City of Philadelphia
James Zwolak
Brendan J Philbin
Joseph Carrol
Zachary Strassburger
Carmen Sanchez - Tax Analyst II
Rosyln Speller - Rev. Collection Spvsry
Police Department

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s) If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names The names listed in the above caption must be identical to those contained in Part I Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary

Plaintiff    Name              Abraham Ituah
             Street Address    92 Robinson Avenue
             County, City      Orange, Newburgh
             State & Zip Code  New York, 12550
             Telephone Number  (310) 381-9859

Rev 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary

Defendant No. 1
Name __City of Philadelphia__
Street Address __1515 Arch Street__
County, City __Philadelphia__
State & Zip Code __PA 19143__

Defendant No 2
Name __James Zwolak Esq. (Deputy Solicitor)__
Street Address __1515 Arch Street__
County, City __Philadelphia, Philadelphia__
State & Zip Code __PA 19143__

Defendant No. 3
Name __Brendan J. Philbin Esq (Deputy Solicitor)__
Street Address __1515 Arch Street__
County, City __Philadelphia, Philadelphia__
State & Zip Code __PA 19143__

Defendant No. 4
Name __Joseph Carrol (IT Supervisor)__
Street Address __1401 JFK Blvd, 11th floor__
County, City __Philadelphia, Philadelphia__
State & Zip Code __PA 19102__

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S C § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions        ☒ Diversity of Citizenship

B   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Violation of fifth and fourth Amendment Rights Constitutionally guaranteed to the Citizens__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Pennsylvania__

Defendant(s) state(s) of citizenship __New York__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __Philadelphia, Pennsylvania__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __January 3, 2019 and September 16, 2015__

C.  Facts:

[What happened to you?]
(1) The City of Philadelphia employees intentionally violated my fifth and fourth Amendment Rights of property ownerships by illegally selling and Demolition of my property without 'Due Process'.

[Who did what?]
(2) James Zwolak with his subordinates discriminated against me because of my Race and National origin.

[Was anyone else involved?]
(3) The City of Philadelphia employees collectively Retaliated against me because of the lawsuit I filed against the City lawyer, Cynthia Stavrakis, the Sheriff Department and the City of Philadelphia at the time my property violated at 3843 Fairmount Avenue was illegally sold by Stavrakis Cynthia to her relation.

[Who else saw what happened?]
The State Attorney General office was notified and I was interviewed. At the Conclusion, I was advised to contact James Zwolak but he deliberately refused to meet with me. HUD was also notified about the Discrimination. Court Records and Exhibits are available to justify what happened.

Rev. 10/2009

-3-

## THE ROLE OF THE SHERIFF DEPARTMENT

It is pertinent that I include the following as part of complaint.

1) The events involving the sale of my property at 3843 Fairmount Avenue, Philadelphia masterminded by Cynthia Stavrakis, the City Assistant Attorney was possible because the discriminate role played by the Sheriff Department. No service was delivered to me anytime before the sale of the property. Secondly the transfer of the property was done expediteously because Cynthia Stavrakis was involved.

2) The Demolition of my property at 508 W. Tabor Road, Philadelphia was possible because Police Officer was at my property on January 27, 2012 to allege that the building was condemned and ordered the tenants vacate immediately before the License and Inspection department visited the property and placed a notice I never received until 1/31/2019 which was the day the Court Ordered the building Demolished.

3) The Police Department Staff invaded my property and Removed my Car (Mercedez ML320) parked at the rear of my property without any notices. AP——

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The City of Philadelphia employees actions caused me several illnesses and sleepless nights. I constantly suffer headache pains, depression, restlessness. The effects of the City of Philadelphia staff resulted in emotional and psychological distress to the extent that my present Medical state is critical. My prescription for High blood pressure and Cholesterol was increased from 5mg to 10mg and a new prescription drug for depression called Fluoxetine 10mg was recommended to suppress the depression. As for, as sleeplessness no medication worked. Day after Day I bearly sleep for 3 hours especially as the harassment and retaliation continue. The City of Philadelphia claimed from my property sale over $170,000 on Water, Taxes, License Inspection.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I respectfully request that this Court protect my constitutional right, in respective of my Race and National origin as well as my right to private property as explained on the complaint. The City of philadelphia employees and the sheriff department should stop the unnecessary harassment and descriminations by abuse of power to cease and destruction of my property without due process. I want the Court to order a stay on writ of execution of any for the cost of Destroying my property situated at 508 W. Tabor Road Philadelphia and review the Court record to reverse the Sale of my property located at 3843 Fairmount Avenue, philadelphia executed without due process. In addition, I pray this Court to help me recover at least $100,000 I invested in philadelphia market as Damages for negligent infliction of emotional and psychological distress or as the Court may consider appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of October, 2019.

Signature of Plaintiff _____
Mailing Address 92 Robinson Avenue
Newburgh NY 12550
USA
Telephone Number (310) 381-9859
Fax Number (if you have one) _____
E-mail Address aifnah@aol.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____