# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRAHAM ITUAH,

    *Plaintiff*,

v.

CITY OF PHILADELPHIA, *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 19-05088

## ORDER

**AND NOW**, this 26th day of March 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 5) and Ituah's Response (ECF No. 7), it is **ORDERED** that the Motion is **GRANTED**. Specifically:

1) Ituah's due-process claim regarding the 3843 Fairmount Avenue property is **DISMISSED with prejudice**;

2) All remaining claims are **DISMISSED without prejudice**;

3) Ituah may **AMEND** his Complaint consistent with this Order and the accompanying Memorandum **on or before Friday, May 1, 2020**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.

1