# EXHIBIT "1"



The Philadelphia Courts
**Civil Docket Access**

🛒 No Items in Cart  |  **LOGOUT**  mpfautz

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 1504T0504 |
| Case Caption: | CITY OF PHILADELPHIA VS ITUAH |
| Filing Date: | Wednesday, April 22nd, 2015 |
| Court: | REAL ESTATE TAX LIEN PETITION |
| Location: | City Hall |
| Jury: | NON JURY |
| Case Type: | REAL ESTATE TAX LIEN PETITION |
| Status: | ORDER AND DECREE - FINAL DISPO |
| Cross Reference: | TL 243013900 |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | ZWOLAK, JAMES J |
| **Address:** MUNICIPAL SERVICES BUILDING 1401 JOHN F. KENNEDY BLV. 5TH FLOOR PHILADELPHIA PA 19102 (215)686-0523 | | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | **Aliases:** | none | |
| 3 | | | DEFENDANT | ITUAH, ABRAHAM |
| **Address:** 3843 FAIRMOUNT AVENUE PHILADELPHIA PA | | **Aliases:** | none | |
| 4 | | | PRO SE FILER | ITUAH, ABRAHAM |
| **Address:** PO BOX 7791 PHILADELPHIA PA 19104 (267)471-5511 | | **Aliases:** | none | |

| | 5 | | 1 | | ATTORNEY FOR PLAINTIFF | STAVRAKIS, CYNTHIA |
|---|---|---|---|---|---|---|
| **Address:** | 1628 PINE STREET<br>PHILADELPHIA PA 19103<br>(215)988-0043 | **Aliases:** | none | | | |

| | 6 | | | | JUDGE | CARPENTER, LINDA |
|---|---|---|---|---|---|---|
| **Address:** | 294 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | none | | | |

| | 7 | | | | ATTORNEY FOR RESPONDENT | MYLONAS, PETER G |
|---|---|---|---|---|---|---|
| **Address:** | MARPLE EXECUTIVE CENTER<br>2725 WEST CHESTER PIKE<br>BROOMALL PA 19008<br>(610)355-1000 | **Aliases:** | none | | | |

**Docket Entries**

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/Entry Date |
|---|---|---|---|---|
| 22-APR-2015 05:15 PM | ACTIVE CASE | | | 23-APR-2015 10:37 AM |
| **Docket Entry:** | E-Filing Number: 1504046124 | | | |
| 22-APR-2015 05:15 PM | COMMENCEMENT OF CIVIL ACTION | ZWOLAK, JAMES J | | 23-APR-2015 10:37 AM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | none. | | | |
| 22-APR-2015 05:15 PM | AMENDED TAX CLAIM FILED | ZWOLAK, JAMES J | $5,468.01 | 23-APR-2015 10:37 AM |
| **Documents:** | 3843 Fairmount Avenue.pdf | | | |
| **Docket Entry:** | AMENDED CLAIM FILED. FOR RULE INFORMATION, SEE RECORD. | | | |
| 22-APR-2015 05:15 PM | CITY CHARGE | ZWOLAK, JAMES J | | 23-APR-2015 10:37 AM |
| **Docket Entry:** | none. | | | |
| 13-MAY-2015 09:23 AM | RULE ISSUED | | | 13-MAY-2015 12:00 AM |
| **Documents:** | RLFTX_5.pdf | | | |
| **Docket Entry:** | RULE ENTERED UPON ALL INTERESTED PARTIES TO SELL THE PREMISES 3843 FAIRMOUNT AVE. AS FULLY DESCRIBED IN THE TAX INFORMATION CERTIFICATE, BY THE SHERIFF OF | | | |

| | | | | |
|---|---|---|---|---|
| | PHILADELPHIA COUNTY BECAUSE OF DELINQUENT REAL ESTATE TAXES, FREE AND CLEAR OF ANY ENCUMBRANCES. EO-DIE PETITION FILED. ...BY THE COURT - CARPENTER, J., 5/8/15 | | | |
| 09-JUL-2015 02:55 PM | AFFIDAVIT OF SERVICE FILED | | | 09-JUL-2015 02:55 PM |
| **Documents:** | BRT_3843 Fairmount Avenue_07-09-2015.pdf | | | |
| **Docket Entry** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ABRAHAM ITUAH BY POSTING OF PREMISES ON 07/05/2015 FILED. | | | |
| 10-JUL-2015 07:56 AM | AFFIDAVIT OF SERVICE FILED | | | 10-JUL-2015 08:56 AM |
| **Documents:** | BRT_3843 Fairmount Avenue_07-09-2015.pdf | | | |
| **Docket Entry** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ABRAHAM ITUAH BY POSTING OF PREMISES ON 07/05/2015 FILED. | | | |
| 04-AUG-2015 06:41 PM | AFFIDAVIT OF SERVICE FILED | ZWOLAK, JAMES J | | 05-AUG-2015 08:43 AM |
| **Documents:** | 1504T0504.pdf | | | |
| **Docket Entry** | AFFIDAVIT OF SERVICE OF UPON BY CERTIFIED MAIL,FIRST CLASS REGULAR MAIL ON 07/20/2015 FILED. (FILED ON BEHALF OF ABRAHAM ITUAH) | | | |
| 10-AUG-2015 11:37 AM | ORDER AND DECREE - FINAL DISPO | | | 10-AUG-2015 12:00 AM |
| **Documents:** | ORDRT_9.pdf | | | |
| **Docket Entry** | DECREE ENTERED. THE COURT ORDERS AND DECREES THAT THE PREMISES, TO WIT: 3843 FAIRMOUNT AVE, AS FULLY DESCRIBED IN THE TAX INFORMATION CERTIFICATE, SHALL BE SOLD BY THE SHERIFF, CLEAR OF ALL CLAIMS, LIENS, MORTGAGES, GROUND RENTS, CHARGES, AND ESTATES, TO THE HIGHEST BIDDER AT SUCH SALE; AND THE PROCEEDS REALIZED THEREFROM SHALL BE DISTRIBUTED IN ACCORDANCE WITH THE PRIORITY OF SUCH CLAIMS; AND THE PURCHASE AT SUCH SALE SHALL TAKE AND FOREVER THEREAFTER HAVE, AN ABSOLUTE TITLE TO THE PROPERTY SOLD, FREE AND DISCHARGED OF ALL TAX AND MUNICIPAL CLAIMS, LIENS, MORTGAGES, GROUND RENTS, CHARGES, AND ESTATES OF WHATSOEVER KIND, SUBJECT ONLY TO THE RIGHT OF REDEMPTION AS PROVIDED BY LAW. ...BY THE COURT - CARPENTER, J., 8/7/2015 | | | |
| 11-SEP-2015 11:05 AM | AFFIDAVIT OF SERVICE FILED | ZWOLAK, JAMES J | | 11-SEP-2015 11:05 AM |
| **Documents:** | 1504T0504.pdf | | | |
| **Docket Entry** | AFFIDAVIT OF SERVICE OF DECREE UPON ABRAHAM ITUAH BY FIRST CLASS REGULAR MAIL ON 09/03/2015 FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| 21-SEP-2015 02:04 PM | SHERIFF'S SALE (R.E. WRITS) | | | 22-SEP-2015 10:11 AM |
| **Docket Entry** | PROPERTY SOLD TO DIMITRIOS DIMOPOULOS FOR THE SUM OF $34,500.00 ON 09/16/2015. - WRIT NUMBER 1509-115 | | | |
| 21-SEP-2015 | MOTION SET ASIDE SHERIFF SALE | ITUAH, ABRAHAM | | 21-SEP-2015 |

| | | | | |
|---|---|---|---|---|
| 02:25 PM | | | | 02:32 PM |
| **Documents:** | [20150921141343681.pdf](#)<br>[Motion CoverSheet Form](#)<br>[MTSAS_11_001.pdf](#) | | | |
| **Docket Entry:** | 43-15092343 RESPONSE DATE 10/13/2015. (FILED ON BEHALF OF ABRAHAM ITUAH) | | | |
| | | | | |
| 13-OCT-2015<br>05:15 PM | ANSWER (MOTION/PETITION) FILED | STAVRAKIS,<br>CYNTHIA | | 14-OCT-2015<br>09:12 AM |
| **Documents:** | [Ituah 1504T0504.pdf](#)<br>[Motion CoverSheet Form](#) | | | |
| **Docket Entry:** | 43-15092343 ANSWER IN OPPOSITION OF MOTION SET ASIDE SHERIFF SALE FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| | | | | |
| 15-OCT-2015<br>11:14 AM | MOTION ASSIGNED | | | 15-OCT-2015<br>11:14 AM |
| **Docket Entry:** | 43-15092343 MOTION SET ASIDE SHERIFF SALE ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: OCTOBER 15, 2015 | | | |
| | | | | |
| 22-OCT-2015<br>12:42 PM | REPLY FILED | ITUAH, ABRAHAM | | 22-OCT-2015<br>12:00 AM |
| **Documents:** | [REPLY_15.pdf](#) | | | |
| **Docket Entry:** | 43-15092343 REPLY TO PLF'S ANSWER IN OPPOSITION OF MOTION SET ASIDE SHERIFF SALE FILED. | | | |
| | | | | |
| 26-OCT-2015<br>12:03 PM | ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 26-OCT-2015<br>12:03 PM |
| **Documents:** | [ORDER_16.pdf](#) | | | |
| **Docket Entry:** | 43-15092343 IT IS HEREBY ORDERD AND DECREED THAT SAID MOTION TO SET ASIDE SHERIFF'S SALE FILED UNDER CONTROL #15092343 AND THE RESPONSES THERETO, IS BEEN DENIED. ...BY THE COURT: CARPENTER, J. 10/23/15 | | | |
| | | | | |
| 26-OCT-2015<br>12:03 PM | NOTICE GIVEN UNDER RULE 236 | | | 26-OCT-2015<br>01:34 PM |
| **Docket Entry:** | NOTICE GIVEN ON 26-OCT-2015 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-OCT-2015. | | | |
| | | | | |
| 17-NOV-2015<br>11:28 AM | MOTION FOR RECONSIDERATION | ITUAH, ABRAHAM | | 17-NOV-2015<br>11:29 AM |
| **Documents:** | [20151117111341020.pdf](#)<br>[Motion CoverSheet Form](#) | | | |
| **Docket Entry:** | 13-15112413 MOTION FOR RECONSIDERATION OF JUDGE CARPENTER'S ORDER DATED 10/26/15 (FILED ON BEHALF OF ABRAHAM ITUAH) | | | |
| | | | | |
| 18-NOV-2015<br>10:17 AM | MOTION ASSIGNED | | | 18-NOV-2015<br>10:17 AM |
| **Docket Entry:** | 13-15112413 MOTION FOR RECONSIDERATION ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: NOVEMBER 18, 2015 | | | |

| 19-NOV-2015 12:36 PM | ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 19-NOV-2015 12:36 PM |
|---|---|---|---|---|
| Documents: | ORDER_20.pdf | | | |
| Docket Entry: | 13-15112413 UPON CONSIDERATION OF THE MOTION FOR RECONSIDERATION, AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED AND DECREED THAT MOTION OS DENIED... BY THE COURT: CARPENTER, J. 11/18/2015 | | | |
| 19-NOV-2015 12:36 PM | NOTICE GIVEN UNDER RULE 236 | | | 19-NOV-2015 04:16 PM |
| Docket Entry: | NOTICE GIVEN ON 19-NOV-2015 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 19-NOV-2015. | | | |
| 02-DEC-2015 12:17 PM | MOTION TO REDEEM PREMISES | ITUAH, ABRAHAM | | 02-DEC-2015 12:00 AM |
| Documents: | MTRPR_22_001.pdf | | | |
| Docket Entry: | 59-15117059 RESPONSE DATE 12-22-15. | | | |
| 22-DEC-2015 05:09 PM | ANSWER (MOTION/PETITION) FILED | STAVRAKIS, CYNTHIA | | 23-DEC-2015 08:29 AM |
| Documents: | Ituah redemption 1504T0504.pdf<br>Motion CoverSheet Form | | | |
| Docket Entry: | 59-15117059 ANSWER IN OPPOSITION OF MOTION TO REDEEM PREMISES FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |
| 23-DEC-2015 09:50 AM | AFFIDAVIT OF SERVICE FILED | | | 23-DEC-2015 12:00 AM |
| Documents: | AFDVT_24.pdf | | | |
| Docket Entry: | OF MOTION TO REDEEM PREMISES BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED UPON CITY OF PHILADELPHIA ON 4-DEC-2015. | | | |
| 24-DEC-2015 09:59 AM | MOTION ASSIGNED | | | 24-DEC-2015 09:59 AM |
| Docket Entry: | 59-15117059 MOTION TO REDEEM PREMISES ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: DECEMBER 24, 2015 | | | |
| 28-DEC-2015 11:23 AM | RULE ISSUED | CARPENTER, LINDA | | 28-DEC-2015 11:26 AM |
| Documents: | RLFIS_26.pdf | | | |
| Docket Entry: | 59-15117059 A RULE IS ISSUED UPON THE REPSONDENT AND THIRD PARTY PURCHASER TO SHOW CASE WHY THE PETITIONER IS NOT ENTITLED TO REDEEM THE SUBJECT PREMISES. HEARING SHALL BE HELD ON FEBRUARY 11, 2016 IN ROOM 232 CITY HALL, AT 2:30PM IN WHICH PETITIONER SHALL BE PREPARED TO PRESENT EVIDENCE OF PETITIONER'S RIGHT TO REDEMPTION AND ABILITY TO PAY THE REDEMPTION AMOUNT WITHIN 30 DAYS. NOTICE OF THE ENTRY OF THIS ORDER SHALL BE PROVIDED TO ALL PARTIES, INCLUDING THIRD PARTY PURCHASER BY PETITIONER. THE RIGHT OF REDEMPTION MAY BE LOST IF | | | |

| | | | | |
|---|---|---|---|---|
| | PETITIONER FAILS TO TIMELY SERVE THIRD PARTY PURCHASER AND THE CITY, WITH A COPY OF THIS RULE AND THE PETITION. ...BY THE COURT: CARPENTER, J. DECEMBER 28, 2015 | | | |
| 28-DEC-2015 11:23 AM | NOTICE GIVEN UNDER RULE 236 | | | 29-DEC-2015 10:21 AM |
| **Docket Entry:** | NOTICE GIVEN ON 29-DEC-2015 OF RULE ISSUED ENTERED ON 28-DEC-2015. | | | |
| 28-DEC-2015 11:27 AM | MOTION HEARING SCHEDULED | | | 28-DEC-2015 11:27 AM |
| **Docket Entry:** | 59-15117059 HEARING ON FEBRUARY 11, 2016 AT 2:30PM IN ROOM 232 CITY HALL, PHILA, PA | | | |
| 30-DEC-2015 12:30 AM | NOTICE GIVEN | | | 30-DEC-2015 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| 30-DEC-2015 04:19 PM | REPLY FILED | ITUAH, ABRAHAM | | 30-DEC-2015 12:00 AM |
| **Documents:** | REPLY_30.pdf | | | |
| **Docket Entry:** | 59-15117059 PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER TO MOTION TO REDEEM PREMESIS FILED | | | |
| 22-JAN-2016 01:05 PM | AFFIDAVIT OF SERVICE FILED | | | 22-JAN-2016 12:00 AM |
| **Documents:** | AFDVT_31.pdf | | | |
| **Docket Entry:** | OF RULE TO SHOW CAUSE, PETITION AND REPLY BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED UPON DIMITROS DIMOPOULOS AND JAMES J ZWOLAK ON 12/23/16 AND 1/5/16. | | | |
| 11-FEB-2016 12:01 PM | ANSWER (MOTION/PETITION) FILED | MYLONAS, PETER G | | 11-FEB-2016 02:29 PM |
| **Documents:** | doc20160211120249.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 59-15117059 ANSWER IN OPPOSITION OF MOTION TO REDEEM PREMISES FILED. (FILED ON BEHALF OF COOL SPACES, LLC AND DIMITRIOS DIMOPOULOS) | | | |
| 17-FEB-2016 09:46 AM | ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 17-FEB-2016 09:50 AM |
| **Documents:** | ORDER_33.pdf | | | |
| **Docket Entry:** | 59-15117059 THIRD PARTY PURCHASER HAS BEEN GRANTED INTERVENOR STATUS AT THE BAR OF THE COURT. FURTHER HEARING SHALL BE HELD ON MARCH 23, 2016, IN ROOM 232, CITY HALL, AT 1:30 PM IN WHICH THE PARTIES SHALL BE PREPARED TO PRESENT EVIDENCE OF PETITIONER'S RIGHT TO REDEMPTION AND ABILITY TO PAY THE REDEMPTION AMOUNT WITHIN 30 DAYS. THE PARTIES TO ENGAGE IN DISCOVERY ON THE REDEMPTION ISSUES TO BE COMPLETED WITHIN 30 DAYS OF THIS ORDER. THE RIGHT OF REDEMPTION MAY BE LOST IF PETITIONER FAILS TO TIMELY SERVE THIRD PARTY PURCHASER AND THE CITY, WITH A COPY OF THIS RULE AND THE PETITION. ...BY THE COURT: CARPENTER, J., 2/17/16 | | | |

| | | | | |
|---|---|---|---|---|
| 17-FEB-2016 09:46 AM | NOTICE GIVEN UNDER RULE 236 | | | 18-FEB-2016 09:13 AM |
| **Docket Entry:** | NOTICE GIVEN ON 18-FEB-2016 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 17-FEB-2016. | | | |
| 17-FEB-2016 09:56 AM | MOTION HEARING SCHEDULED | | | 17-FEB-2016 09:56 AM |
| **Docket Entry:** | 59-15117059 HEARING SCHEDULED FOR 3/23/16 AT 1:30 IN 232 PER JUDGE'S ORDER ISSUED 2/16/16 | | | |
| 19-FEB-2016 12:30 AM | NOTICE GIVEN | | | 19-FEB-2016 12:30 AM |
| **Docket Entry:** | none. | | | |
| 24-FEB-2016 02:39 PM | MOTION/PETITION REPLY FILED | ITUAH, ABRAHAM | | 24-FEB-2016 12:00 AM |
| **Documents:** | REPLM_37.pdf | | | |
| **Docket Entry:** | 59-15117059 DEFENDANTS REPY TO MOTION TO REDEEM PREMISES FILED. | | | |
| 04-MAR-2016 12:59 PM | AFFIDAVIT OF SERVICE FILED | ITUAH, ABRAHAM | | 04-MAR-2016 12:00 AM |
| **Documents:** | AFDVT_38.pdf | | | |
| **Docket Entry:** | OF REPLY BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED ON 18-FEB-2016. | | | |
| 21-MAR-2016 01:02 PM | MOTION FOR SANCTIONS | ITUAH, ABRAHAM | | 21-MAR-2016 12:00 AM |
| **Documents:** | MTSAN_39.pdf | | | |
| **Docket Entry:** | 60-16035860 RESPONSE DATE 4-11-16. | | | |
| 21-MAR-2016 01:06 PM | AFFIDAVIT OF SERVICE FILED | ITUAH, ABRAHAM | | 21-MAR-2016 12:00 AM |
| **Documents:** | AFDVT_40.pdf | | | |
| **Docket Entry:** | OF RESPONSE TO PRODUCTION OF DOCUMENTS BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED UPON ATTORNEY FOR PETER MYLONA ON 29-FEB-2016, 9-MAR-2016, 9-MAR-2016, AND 26-FEB-2016. | | | |
| 28-MAR-2016 12:16 PM | ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 28-MAR-2016 12:16 PM |
| **Documents:** | ORDER_41.pdf | | | |
| **Docket Entry:** | 59-15117059 IT IS HEREBY ORDERED THIS COURT HAS FOUND THE PROPERTY AT ISSUE WAS VACANT NINETY(90) DAYS BEFORE THE SHERIFF SALE AND, THUS, IS NOT SUBJECT TO REDEMPTION FOR THE REASONS SET FORTH ON THE RECORD. THE SHERIFF OF PHILADELPHIA SHALL REMIT ALL EXCESS FUNDS TO THE ORIGINAL OWNER/PETITIONER, ITVAH. JURISDICTION RELINQUISHED.........BY THE COURT: CARPENTER, J. 03/23/2016 | | | |

| | | | | |
|---|---|---|---|---|
| 28-MAR-2016 12:16 PM | NOTICE GIVEN UNDER RULE 236 | | | 28-MAR-2016 04:49 PM |
| **Docket Entry:** | NOTICE GIVEN ON 28-MAR-2016 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 28-MAR-2016. | | | |
| | | | | |
| 30-MAR-2016 09:05 AM | ANSWER (MOTION/PETITION) FILED | MYLONAS, PETER G | | 30-MAR-2016 09:08 AM |
| **Documents:** | doc20160330090552.pdf<br>Motion CoverSheet Form | | | |
| **Docket Entry:** | 60-16035860 ANSWER IN OPPOSITION OF MOTION FOR SANCTIONS FILED. (FILED ON BEHALF OF DIMITRIOS DIMOPOULOS) | | | |
| | | | | |
| 01-APR-2016 01:11 PM | POST TRIAL MOTION | ITUAH, ABRAHAM | | 01-APR-2016 12:00 AM |
| **Documents:** | PTTMF_44.pdf | | | |
| **Docket Entry:** | 20-16046020 MOTION FOR POST-TRIAL RELIEF FILED. | | | |
| | | | | |
| 01-APR-2016 02:16 PM | POST TRIAL MOTION ASSIGNED | | | 01-APR-2016 02:16 PM |
| **Docket Entry:** | 20-16046020 POST TRIAL MOTION ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: APRIL 01, 2016 | | | |
| | | | | |
| 11-APR-2016 02:15 PM | ANS-OPP. TO POST-TRIAL MOTION | MYLONAS, PETER G | | 11-APR-2016 02:25 PM |
| **Documents:** | doc20160411141707.pdf | | | |
| **Docket Entry:** | 20-16046020 ANSWER IN OPPOSITION OF POST-TRIAL MOTION FILED. (FILED ON BEHALF OF DIMITRIOS DIMOPOULOS) | | | |
| | | | | |
| 13-APR-2016 02:32 PM | MOTION ASSIGNED | | | 13-APR-2016 02:32 PM |
| **Docket Entry:** | 60-16035860 MOTION FOR SANCTIONS ASSIGNED TO JUDGE: CARPENTER, LINDA . ON DATE: APRIL 13, 2016 | | | |
| | | | | |
| 19-APR-2016 04:38 PM | ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 19-APR-2016 04:38 PM |
| **Documents:** | ORDER_48.pdf | | | |
| **Docket Entry:** | 20-16046020 AND NOW, THIS 15TH DAY OF APRIL, 2016, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT THE DEFENDANT'S MOTION FOR POST TRIAL RELIEF IS HEREBY DENIED.... BY THE COURT; CARPENTER,J | | | |
| | | | | |
| 19-APR-2016 04:38 PM | NOTICE GIVEN UNDER RULE 236 | | | 20-APR-2016 12:20 PM |
| **Docket Entry:** | NOTICE GIVEN ON 20-APR-2016 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 19-APR-2016. | | | |

| | | | | |
|---|---|---|---|---|
| 22-APR-2016 10:57 AM | APPEAL TO SUPERIOR COURT | ITUAH, ABRAHAM | | 22-APR-2016 12:00 AM |
| **Documents:** | APSUP_50.pdf | | | |
| **Docket Entry** | ********************************************** NOTICE IS HEREBY GIVEN THAT ABRAHAM ITUAH APPEALS FROM THE ORDER DATED MARCH 23, 2016 AND DOCKETED ON MARCH 28, 2016 BY JUDGE LINDA CARPENTER. PROOF OF SERVICE FILED************************************************ | | | |
| | | | | |
| 26-APR-2016 04:13 PM | ORDER ENTERED/236 NOTICE GIVEN | CARPENTER, LINDA | | 26-APR-2016 04:13 PM |
| **Documents:** | ORDER_51.pdf | | | |
| **Docket Entry** | 60-16035860 IT IS HEREBY ORDERED AND DECREED THAT THE MOTION IS DENIED. ...BY THE COURT: CARPENTER, J. 4/21/2016 | | | |
| | | | | |
| 26-APR-2016 04:13 PM | NOTICE GIVEN UNDER RULE 236 | | | 27-APR-2016 08:26 AM |
| **Docket Entry** | NOTICE GIVEN ON 27-APR-2016 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 26-APR-2016. | | | |
| | | | | |
| 27-APR-2016 12:08 PM | FEE PD PURSUANT TO ORDER | | | 27-APR-2016 12:00 AM |
| **Docket Entry** | CHECK NO. 6709 IN THE AMOUNT OF $85.50 DISBURSED TO SUPERIOR COURT OF PENNSYLVANIA | | | |
| | | | | |
| 13-SEP-2016 10:12 AM | APPEAL DISMISSED/APPELLAT CT | | | 13-SEP-2016 12:00 AM |
| **Documents:** | APDSM_54.pdf | | | |
| **Docket Entry** | AT 1276 EDA 2016......6/24/16. PER CURIAM | | | |
| | | | | |
| 20-JAN-2017 09:26 AM | PERMISSION TO APPEAL DENIED | | | 20-JAN-2017 12:00 AM |
| **Documents:** | APPRD_55.pdf | | | |
| **Docket Entry** | TO SUPREME COURT AT 182 EM 2016.....12/28/16 PER CURIAM | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

E-Filing System   Search Home   Return to Results