# EXHIBIT "2"



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Abraham Ituah

*(In the space above enter the full name(s) of the plaintiff(s).)*

16    5772

- against -

The City of Philadelphia
Sheriff Department (philadelphia)
Synthia Stavrakis (city lawyer)
Dimitrios Dimopoulos (Greek citizen)
(foreign thirdparty purchaser).

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            Abraham Ituah
             Street Address  92 Robinson Avenue
             County, City    Newburgh
             State & Zip Code  NY 12550
             Telephone Number  (310) 381-9859

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _The City of Philadelphia_
Street Address _1401 JFK Boulevard, 5th floor_
County, City _Philadelphia PA 19102_
State & Zip Code _PA 19102_

Defendant No. 2
Name _Sheriff Department Jewell Williams_
Street Address _100 S. Broad Street, 5th flr_
County, City _Philadelphia_
State & Zip Code _PA 19110_

Defendant No. 3
Name _Cynthia Stavrakis (city lawyer)_
Street Address _1401 JFK Boulevard, 5th floor_
County, City _Philadelphia, Philadelphia_
State & Zip Code _PA 19102_

Defendant No. 4
Name _Dimitrios Dimopoulos/CoolSpaces, LLC_
Street Address _105 Academy lane_
County, City _Broomall_
State & Zip Code _PA 19008_

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
Q Federal Questions  ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_Rev. 10/2009_  - 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **New York**

Defendant(s) state(s) of citizenship **Pennsylvania and Foreign**

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **At the City of Philadelphia lawyers and Sheriff Department**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **On Sept. 16 2015 my property was sold by the sheriff department without notice. No service**

[What happened to you?]

C.  Facts: **My property located 3843 Fairmount Avenue, Philadelphia within the area of Drexel University and Penn University was sold without property notice from the City of Philadelphia and Sheriff Department to Dimitros Dimopoulos for $34,500. Deposit of $3,500 was paid when I filed petition on Sept. 21, 2015.**

[Who did what?]

**Cynthia Stavrakis organized the sale and responded to my petitions to set aside sheriff sale at 5:25 pm on the 30th day and also responded to my petition to Redeem.**

[Was anyone else involved?]

**The Sheriff Department failed to delivered notices regarding the Judgment, Sales of the property, transfered the Deed quickly from Dimitros Dimopoulos to Cool Space LLC without legally processing the transfer of Deed and making payment for the transfer as required by the City.**

[Who else saw what happened?]

**Court of Common Pleas records reflect that Complaint was filed on 4/22/2015, property was sold on 9/16/2015 (see Case No 1504T0504).**

Rev. 10/2009

- 3 -

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I am Currently in a serious financial and sychological pain, to the extent that I now see a Sychologist and filed Chp13-Bankruptcy with the U.S. Bankruptcy Court. All my hope depends of the property to settle the debt I owed to the City, Banks and other creditors.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I humbly request that this Honorable Court ask the City to return my property that worth $150,000 at the time of sale and Provide me with payment records reflecting all my payments to the City and award me compensation damages of $100,000. for the treatment and sychological pain and financial problem I am presently suffering, as a result the Defendants abuse of office and fraudulently Conive to deceive the legal system or the Judge.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7th day of November, 2015.

Signature of Plaintiff _AL___
Mailing Address _92 Robinson Ave_
_Newburgh, NY 12550_

Telephone Number _(310) 881-9859_
Fax Number *(if you have one)* _____
E-mail Address _aoc23@drexel.edu_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

Defendant 1.  The City of Philadelphia
1401 JFK Blvd, 5th floor
Philadelphia PA 19102

Defendant 2  Sheriff Department - Jewell Williams
100 S. Broad Street, 5th floor
Philadelphia PA 19110

Defendant 3  Cynthia Stavrakis (City lawyer)
1401 JFK Blvd, 5th floor
Philadelphia PA 19102

Defendant 4  Dimitros Dimopolous
105 Academy Lane
Broomall, PA 19008

Defendant 5  Cool Spaces, LLC
105 Academy Lane
Broomall, PA 19008

**UNITED STATES DISTRICT COURT** 16-CV-5772

CDJ

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 92 Robinson Ave, Newburgh NY 12550

Address of Defendant: 1401 JFK Blvd, 5th flr, 100 S Broad Street, 105 Academy Lane, Broomall, Philadelphia

Place of Accident, Incident or Transaction: Philadelphia
_(Use Reverse Side For Additional Space)_

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐ No☑

Does this case involve multidistrict litigation possibilities?  Yes☑ No☐

RELATED CASE, IF ANY:
Case Number: 1584705284  Judge: Linda Carpenter  Date Terminated: February 11, 2016

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes☑ No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes☐ No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?  Yes☐ No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes☐ No☑

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. _Federal Question Cases_:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. _Diversity Jurisdiction Cases_:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☑ All other Diversity Cases
(Please specify) Abuse of Office & fraud

---

**ARBITRATION CERTIFICATION**
_(Check Appropriate Category)_

I, Abraham Ituah, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 11/7/2016  _AC_  Attorney-at-Law

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/7/2016  _AC_  Attorney-at-Law

Pro Se Plaintiff

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<u>**CASE MANAGEMENT TRACK DESIGNATION FORM**</u>

  : CIVIL ACTION

v. :

  : NO. 16-CV-5772

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

11/7/2016         *Pro Se Plaintiff*         aoi23@drexel.edu
**Date**         **Attorney-at-law**         **Attorney for**
(267) 281-9859
**Telephone**         **FAX Number**         **E-Mail Address**

(Civ. 660) 10/02