IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRAHAM ITUAH,

       *Plaintiff*,

   v.

CITY OF PHILADELPHIA, *et al.*,

       *Defendants*.

CIVIL ACTION
NO. 19-05088

# ORDER

**AND NOW**, this 29th day of December 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 14) and Ituah's Response (ECF No. 16), it is **ORDERED** that the Motion is **GRANTED**. Specifically:

1) Ituah's claims regarding the 3843 Fairmount Avenue property are **DISMISSED with prejudice**;

2) Ituah's tax-based claim for damages against Carmen Sanchez is **DISMISSED with prejudice**;

3) All remaining claims are **DISMISSED without prejudice**;

4) Ituah may **AMEND** his Amended Complaint consistent with this Order and the accompanying Memorandum **on or before Monday, February 1, 2021**. If he chooses to file one, Ituah's Second Amended Complaint must allege all facts supporting his remaining claims.

BY THE COURT:

 */s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.

1