United States District Court for the Eastern

District of Pennsylvania

File Number 19-5088

Abraham Ituah,
Plaintiff

v.

City of Philadelphia et al.,
Defendant

Notice of Appeal

Notice is hereby given that Abraham Ituah, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an order entered in this action on the 29th day of December, 2020.

(s) _____

Attorney for _Abraham O. Ituah_

Address: _419 W. Godfrey Ave, Philadelphia PA 19120_

· See Rule 3(c) for permissible ways of identifying appellants.

## PROOF OF SERVICE

I hereby certify that I am this day serving the forgoing document upon the person(s) and in the manner indicated below which service satisfies the requirements of Pa.R.A.P. 121:

Service by _Certificate of mailing_ addressed as follows:
(Method of Service)

① The City of Philadelphia et al.
1515 Arch Street, 15th floor
Philadelphia PA 19102

② Abraham / Truth
419 W. Godfrey Avenue
Philadelphia PA 19120

Dated: 1/22/2021

_____
(Name)
Abraham / Truth
(Address)
419 W. Godfrey Avenue

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: *Abraham Itzul*
Signature: *AI*
Name: *Abraham Itzul*
Attorney No. (if applicable): *Pro Se*

Rev. 09/2017