# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### U.S. COURTHOUSE
### INDEPENDENCE MALL WEST
### 601 MARKET STREET
### PHILADELPHIA, PA. 19106-1797

**ABRAHAM ITUAH**
92 ROBINSON AVENUE
NEWBURGH, NY 12550

In response to your letter requesting the status of your case, according to the docket as of this date, the following has been filed: **19-cv-5088**

( ) Motion for_____.

( ) Order granted / denied (see attached entry). { }

( ) Complaint filed on_____.

( ) Summons executed / un-executed (see attached entry).

( ) No legal advice.   Please contact the institution's Law Library

( ) Please contact the Marshals with any questions concerning service.

( ) Enclosed are some forms for your convenience.  { - }

( ) For the last entry, please see attached.

( x ) Other: docket sheet entries