| | | |
|---|---|---|
| 09/02/2020 | | PLEADING #10, #11 MAILED TO PRO SE (JL ) (Entered: 09/02/2020) |
| 10/08/2020 | 12 | AMENDED COMPLAINT WITH CERTIFICATE OF SERVICE against CITY OF PHILADELPHIA, filed by ABRAHAM ITUAH.(jaa, ) (Entered: 10/13/2020) |
| 10/20/2020 | 13 | AFFIDAVIT of Service by ABRAHAM ITUAH (JL ) (Entered: 10/21/2020) |
| 10/27/2020 | 14 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by JOSEPH CARROL, CITY OF PHILADELPHIA, BRENDAN J. PHILBIN, POLICE DEPARTMENT, CARMEN SANCHEZ, ROSLYN SPELLE, ZACHARY STRASSBURGER, JAMES ZWOLAK.with Proposed Order, Memorandum of Law, and Certificate of Service. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(PFAUTZ, MICHAEL) (Entered: 10/27/2020) |
| 11/17/2020 | 15 | ORDER THAT PLAINTIFF ABRAHAM ITUAH SHALL RESPOND TO DEFENDANTS' MOTION TO DISMISS ON OR BEFORE 11/30/20. SIGNED BY HONORABLE GERALD J. PAPPERT ON 11/17/20. 11/17/20 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas, ) (Entered: 11/17/2020) |
| 11/17/2020 | | MAILED OUT ORDER ENTRY #15 TO PLAINTIFF ON 11/16/20. (jaa, ) (Entered: 11/17/2020) |
| 12/01/2020 | 16 | PLAINTIFF'S RESPONSE TO THE CITY OF PHILADELPHIA MOTION TO DISMISS AMENDED COMPLAINT, WITH CERTIFICATE OF SERVICE, FILED BY ABRAHAM ITUAH. (NO ENVELOPE ATTACHED) (Attachments: # 1 Exhibit, # 2 Exhibit)(amas, ) (Entered: 12/02/2020) |
| 12/29/2020 | 17 | MEMORANDUM. SIGNED BY HONORABLE GERALD J. PAPPERT ON 12/29/20. 12/29/20 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas, ) (Entered: 12/29/2020) |
| 12/29/2020 | 18 | MEMORANDUM ORDER THAT DEFENDANTS' MOTION TO DISMISS (DOC. NO. 14 ) IS GRANTED AS OUTLINED HEREIN. ITUAH MAY AMEND HIS AMENDED COMPLAINT ON OR BEFORE 2/1/21. SIGNED BY HONORABLE GERALD J. PAPPERT ON 12/29/20. 12/29/20 ENTERED AND COPIES NOT MAILED TO PRO SE; E-MAILED.(amas, ) (Entered: 12/29/2020) |
| 12/29/2020 | | COPY OF DOC. NOS. 17 AND 18 HAVE BEEN MAILED TO PRO SE, ITUAH. (bw, ) (Entered: 12/29/2020) |
| 01/22/2021 | 19 | NOTICE OF APPEAL as to 18 Order (Memorandum and/or Opinion), by ABRAHAM ITUAH. RETURNED INTIAL PAYMENT DUE TO NOT RIGHT AMOUNT. LETTER WAS SENT TO PLAINTIFF SAYING THE CORRECT FEE FOR NOTICE OF APPEAL. Copies to Judge, Clerk USCA, Appeals Clerk and (jaa, ) (Entered: 02/04/2021) |
| 02/04/2021 | 20 | |

|  |  |  |
|---|---|---|
|  |  | NOTICE of Docketing Record on Appeal from USCA re 19 Notice of Appeal, filed by ABRAHAM ITUAH. USCA Case Number 21-1213 (ke, ) (Entered: 02/04/2021) |
| 03/16/2021 |  | Filing fee: $ 505, receipt number PPE225358 (sbt, ) (Entered: 03/17/2021) |