IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRAHAM ITUAH,

        *Plaintiff,*

v.

CITY OF PHILADELPHIA, et al.,

        *Defendants.*

CIVIL ACTION
NO. 19-05088

## SCHEDULING ORDER

**AND NOW**, this 3rd day of April 2023, following an on the record conference with Plaintiff and counsel for the Defendants, it is **ORDERED** that:

1. The case is referred to Magistrate Judge Elizabeth Hey for settlement. The parties may contact Judge Hey's chambers by phone at (267) 299-7670 or by email at Chambers_of_Magistrate_Judge_Elizabeth_Hey@paed.uscourts.gov.

2. Fact discovery shall be completed on or before **August 1, 2023**.

3. The parties shall produce their expert reports, if any, on or before **August 1, 2023**. All expert discovery, including depositions, shall be completed on or before **August 29, 2023**.

4. All motions for summary judgment and *Daubert* motions, if any, shall be filed on or before **September 12, 2023**. Responses to any such motions shall be filed on or before **September 26, 2023.**

5. All motions *in limine* shall be filed on or before **October 24, 2023**. Responses shall be filed on or before **October 31, 2023**.

6. Plaintiff and Defendants shall file their pretrial memoranda on or before **November 3, 2023**. Pretrial memoranda shall address all of the topics listed in Local Rule of Civil Procedure 16.1(c) and the Court's Policies and Procedures.

7. A final pretrial conference and oral argument on the motions *in limine* (if necessary) will be held on **November 9, 2023, at 9:30 a.m. in Courtroom 11-A**. At the final pretrial conference, the parties and counsel shall be prepared to discuss all aspects of their pretrial memoranda. It is expected that Plaintiff and Defendants' counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve. Counsel shall also bring to the pretrial conference two copies of the joint trial exhibit book described in Paragraph II.I.13 of the Court's Policies and Procedures.

8. Plaintiff and Defendants shall file and submit to the Court on or before **November 9, 2023,** their proposed jury instructions, verdict form or special interrogatories to the jury consistent with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

9. Trial is scheduled for **November 14, 2023, at 9:30 a.m. in Courtroom 11-A**. Counsel and all parties shall be prepared to commence trial on that date.

10. All filings, conferences, and pretrial procedures shall conform to Judge Pappert's Policies and Procedures, available at www.paed.uscourts.gov.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.