From: ITUAH ABRAHAM aituah@aol.com
Subject: Plaintiff answers to Defendants interrogatories and production of documents.
Date: May 2, 2023 at 1:51:30 PM
To: ITUAH ABRAHAM aituah@aol.com, rbadet@badetlaw.com

REC'D MAY - 3

Abraham Ituah (Plaintiff)
419 W Godfrey Avenue
Philadelphia PA 19120
(310) 381-9858
Answers to be delivered via email and certified mail
Mr Michael Pfautz Esquire

The attached answers and exhibits are plaintiff responses to the questions Defendants posed on discovery for plaintiff to address. Defendants should know or ought to know that plaintiff suffered and still suffering from their actions. Plaintiff has been on depression's medication as Defendants abused their authorities to caused plaintiff psychological emotional harms. With out a doubt Plaintiff attached exhibits revealed that there were no reasonable justification for Defendants actions that causes plaintiff in reparable harms before now and beyond. Defendants action certainly violated plaintiff constitutional right under section 1983 that provides a remedy to persons who have been deprived of their federal constitutional rights under color of state law. The element of claim are met overwhelmingly by a preponderance of evidence presented as exhibits: (A) Defendants acted under color of state law (B) while acting under color of state law, defendants deprived plaintiff of a federal constitutional right. Plaintiff exhibits attached to Plaintiff answers evidently revealed that there was no reasonableness for the defendants actions. Plaintiff efforts to prevent the demolition of the property failed because Defendant ignored Plaintiff appeal filed for the higher court review of the judgment granting demolition. Instead Defendants contracted and granted permit to demolished plaintiff property 8 days after the lower court order was granted.

Best Regards,
Abraham Ituah
PLAINTIFF

Date: May 2, 2023

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRHAM ITUAH,            :
    Plaintiff,          :

  v.                    :

                        :   Case Number
                        :   19-cv-5088
CITY OF PHILADELPHIA, et al. :
      Defendants.      :

                    :

---

## PLAINTIFF RESPONSE TO DEFENDANTS' AMENDED FIRST SET OF INTEROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 26.1, Defendants, by and through its undersigned counsel, requests that Plaintiff serve upon the undersigned counsel answers under oath to each of the following interrogatories within thirty (30) days of service of these interrogatories.

DEFINITIONS

The following definitions shall apply to these interrogatories:

1. The words and phrases used in these interrogatories shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Pennsylvania. In addition, the following terms shall have the meanings set forth below:

2. "Action" or "Amended Complaint" refers to the Amended Complaint in the above-captioned matter, filed by Plaintiff on October 8, 2020.

3. "Communication" refers to the transmittal of information in the form of facts, ideas, inquiries, or otherwise, whether written or oral, including, but not limited to, interviews, conferences, conversations, discussions, meetings, contracts, agreements, letters, memoranda, reports, emails, or facsimiles. The term "communication" further includes any transmittal of information on any and all social media platforms and applications, including, but not limited to, Facebook, Twitter, Google+, WhatsApp, Signal, or any internet forum or blog.

4. "Document" has the same meaning as that in Rule 34 of the Federal Rules of Civil

Procedure, and thus is used in the broadest, most comprehensive sense. It refers to the original and each and every non-identical copy of all writings of every kind, including, but not limited to, bulletins, calendar or diary entries, charts, claims and reimbursement data, contracts, computer files, computer print outs, directives, drafts, electronic mail and electronically stored information and metadata, expense records, meeting minutes, and all other data compilations from which information can be obtained in reasonably usable forms.

5. "Including" means "including but not limited to."

6. "Person," as used herein, refers to all individuals and entities, including, without limitation, any business or governmental entity or association.

7. "Reflecting," "referring," and/or "relating," as used herein, shall be interpreted broadly, including by both explicit and implicit reference, to mean (without limitation) "defining," "discussing," "containing," "construing," "concerning," "constituting," "embodying," "pertaining," stating," "supporting," "dealing with," or "prepared as a result of."

8. "Plaintiff," "Ituah," "You," or "Your, "as used herein, refers to Plaintiff Abraham Ituah and includes his representatives, agents, and all other persons or entities acting or purporting to act on his behalf.

9. "Defendants" refers to Defendants Pamela Thurmond, Brendan Philbin, and Joseph Carroll.

10. "The City of Philadelphia" or the "City" refers to a political subdivision of the Commonwealth of Pennsylvania, and includes its representatives, agents, and all persons or entities acting or purporting to act on its behalf.

11. The "Property" refers to a parcel located at 508 West Tabor St referenced in paragraph 4 of the Amended Complaint.

INSTRUCTIONS

1. Each interrogatory is to be answered fully based on information in your possession, custody, or control, or in the possession, custody, or control of your representatives, agents, or attorneys.

2. If you object to any interrogatory or any portion of an interrogatory on the ground that the answer reflects or would reveal the substance of a privileged communication, identify:

a. b. c.

d.

e. f.

g. h.

the nature of the privilege claimed;

the person who made the communication, whether oral or in writing;

if the communication was oral, all persons present while the communication was made;

if the communication was written, the author, addressees, and any other recipients;

the relationship of the author of the communication to each recipient;

the relationship of the persons present to the person who made the communication;

the date and place of the communication; and

the general subject matter of the communication.

3. Unless otherwise specified in any of the interrogatories below, these interrogatories

cover the time period from January 1, 2018 through and including the present.

4. Answers to these interrogatories shall be served upon the undersigned attorney via email within thirty (30) days of service of these interrogatories.

5. These interrogatories are continuing in nature. If you receive or otherwise become aware of information responsive to any interrogatory after you have served your answers to these interrogatories, you must promptly supplement your answers to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e).

                    INTERROGATORIES

1. For each "bill" referenced in paragraph 5 of the Amended Complaint that you contend is inaccurate, explain what you contend is inaccurate.

ANSWER: See the exhibits marked As as well as all exhibits attached to Plaintiff complaint and Amended complaint. Plaintiff sold 8 properties from 2019 to payoff the City of Philadelphia over stated bills and harassments claims. The first, 5 of the properties were sold and settled in 2019 by title agent Mike Riley of Statewide Abstract. About $143,000 was withheld to settle all outstanding judgements, tax, water liens, interest, penalties and other charges that shows up on the title's reports. Usually, all liens on the report were paid from the sales amount before plaintiff receives any proceeds from the settlement. After Plaintiff property was demolished.

Defendants issued 8 orders to sell free and clear because the payment plaintiff paid were not properly credited. See Exhibits B1. On 2020, 2021, and 2022, Plaintiff received unpaid bill statements and noticed that most of the payments withheld for payment by the title agent were not credited and 2 other of Plaintiff properties were listed to be sold free and clear. Most of the claims stated on the petition granted to be sold were paid at settlements when plaintiff 5 properties were settled. For this reason, I called Steven Wakefield and Ms Pamela Thurmond colleagues, the tax Attorney listed on the docket to discuss the problem of the title agent failure to respond to plaintiff request to credit the account or provide canceled checks to show that all money withheld at settlements were accurately credited. Otherwise, the said claims on the 2 properties would have been updated as paid.  Mr Steven Wakefield hanged up the phone on Plaintiff and obtained zoom judgment to sell plaintiff property at 4021 Neilson Street and 4624 N 12th Street based on petitions and order filed in 2019 before plaintiff 5 properties settlements were made. Under normal circumstances, most of the liens, and judgments on the claims should be part of the money withheld by the title agent Mike. Mr. Wakefield did nothing to asked for the money withheld by the agent instead Mr Steven Wakefield proudly warned plaintiff to desist from discussing about his predecessor, Cynthia Stavrakis and eventually connived with the title agent to request from the court  a sanction against plaintiff on his response to plaintiff motion to open judgment. Mr Steven Wakefield refused to reconcile the account from the 5 settlement statements plaintiff attached to the motion to open judgment. Mr Steven Wakefield actions has been unfair and frustrating. He has been very unfriendly as the email Plaintiff received from him shows. See B2 exhibits of his emails attached.

2. For each verbal communication you had with Defendant Pamela Thurmond or any other City employee that you contend supports your claim of retaliation by Pamela Thurmond, identify the date, time, and place of the communication and describe the substance of the conversation.

ANSWER: As stated on plaintiff above answer. Mr Steven Wakefield in 2022 obtained judgment to sell plaintiff properties free and clear without due diligence to verify whether or not the claims on the petition was paid before obtaining default degree via zoom court hearing. Likewise, Steven previously warned plaintiff not to discuss about plaintiff house located at 3843 fairmount Avenue sold by his predecessor.

Steven Wakefield action was definitely retaliation knowing that plaintiff constantly referenced Cynthia Stavrakis his predecessor. See exhibits B referenced in plaintiff answer no 1. Plaintiff believed Defendants collectively planning to foreclosed in all plaintiff properties as the exhibits attached shows inaccurate bills because all payments made to payoff yearly taxes were applied to pay interest, penalties and other fees leaving the principals unpaid. Ms Pamela Thurmond failed to address plaintiff concerns shared on the issue when plaintiff 3rd bankruptcy petition was active. The city staffs collectively retaliated against plaintiff together with Philbin and Mr Joseph Carrol. Mr Carrol the inspector issued eminently dangerous violation on December 27 2018 after Plaintiff New York bankruptcy petition was dismissed on December 11 2018 knowing that 508 W Tabor Road Philadelphia property was no longer under active bankruptcy protection. Eventually, Plaintiff property was demolished. See exhibits A attached. On February 1 2023, Ms Pamela Thurmond office staffs working at the municipal building disgracefully asked security officers to escort plaintiff out of the office and they refused to provide service to plaintiff. This matter was reported to the state Attorney General's office for investigation and necessary action; the same manner plaintiff reported Stavrakis Cynthia and Zwolak James case. The state Attorney General office only advised plaintiff to neet with Mr Zwolak. He declined to meet with plaintiff.

3. Explain the factual basis for your contention in paragraph 5 of the Amended Complaint that Defendant Pamela Thurmond "intentionally retaliated" against you "because [you] filed [for] bankruptcy in New York State and she was comp[ell]ed to personally attend all hearings."

ANSWER: Plaintiff filed New York bankruptcy petition and Mr Pamela Thurmond asked plaintiff to have the hearing over the phone. Plaintiff objected because it was difficult for Plaintiff to do so. Ms Thurmond actions changed anytime Plaintiff request to discuss some of the accounts. Eventually the bankruptcy was dismissed On December 11 2018 and Ms Thurmond knew the property under bankruptcy protection were no longer active and Mr Philbin filed complaint on 1/3/2018 to the court to authorized the demolition. The court granted Mr Philbin request and denied plaintiff request for 10 days to provide the report of the inspector plaintiff hired to conduct the building inspection. Dr Alex Rong, a structural Engineer and the president of AR Engineers completed the inspection on Jan 2 2018 and gave plaintiff

report after the court hearing. See the report marked exhibit A3. Plaintiff appeal which ought to stop the demolition. Plaintiff contacted the insurance company and obtained estimates from city approved contractor and pleaded that Mr Philbin should allow him to fixed the problem before court hearing. Mr Philbin refused and ignored plaintiff appeal after the court hearing. Mr Philbin Immediately completed the Demolition process. The House was permitted to be demolished on 1/11/2019. See the exhibit makes A4 attached.

4. Explain the factual basis for your contention in paragraph 5 of the Amended Complaint that Defendant Pamela Thurmond "engineered inaccurate bills collections".

ANSWER: The statement of claims presented to bankruptcy court by Pamela Thurmond were inaccurate bills created by Sanchez and other staffs working directly with Ms Thurmond. Plaintiff attached herewith some the bills inaccurately collected and some payments received not credited all the efforts for the Defendants to keep Plaintiff in debt with the city and possibly foreclosed on my remaining property like Steve Wakefield attempted to do by obtaining default degree via court hearing. Plaintiff appealed the degree as default judgment the conclusion is pending at the superior court. See the exhibits marked Bs showing incredible account statements for your perusal and considerations

5. Explain the factual basis for your contention in paragraph 5 of the Amended Complaint that Defendant Pamela Thurmond "encouraged the licensing units to demolish Plaintiff building."

ANSWER: As already discussed above. Ms Pamela Thurmond as the bankruptcy attorney confirmed the status of plaintiff property with the bankruptcy court. Therefore, License and inspection demolition section must have heard from Pamela that Plaintiff property was no longer under bankruptcy protection since the complaint was dismissed on December 11 2018 as marked on Exhibit marked A1 and  eminently dangerous violation was issued on December 27 2018 marked A2 attached.

6. Explain the factual basis for your contention in paragraph 5 of the Amended Complaint that Defendant Pamela Thurmond "recently pressed the bankruptcy court to dismiss Plaintiff bankruptcy."

ANSWER: See the exhibits copy of plaintiff 3rd bankruptcy petition paper showing that the petition was filed on January  2020 and dismissed on September 2020. Ms

Pamela Thurmond filed motion to dismiss plaintiff bankruptcy petition and plaintiff Attorney failed to opposed the motion because they connived to defraud plaintiff of $10500. Plaintiff objections not to pay the amount but was denied by the presiding bankruptcy Judge because Pamela Thurmond testified that plaintiff Attorney earned the fee. That was the case, Covid prevented court hearings and demanding for such fee for 9 months ineffective representation was unfair. But Pamela made it possible for Plaintiff Attorney to collect the $10500.

7. Describe each and every "inaccurate personal income tax claims" as alleged in paragraph 5 of the Amended Complaint.

ANSWER: See exhibits B3 of the recorded judgment based on agreement plaintiff signed under duress. Plaintiff was threatened to pay down payment of $1555 and signed the agreement in other to get renter license renewed. Under normal circumstances plaintiff properties were under bankruptcy protection at the time but Pamela Thurmond did nothing to inform the section about plaintiff situation with the bankruptcy court. Recently, plaintiff paid over $13000 as the city of Philadelphia demanded as full settlement and not credited. The records still have open as unpaid.

8. Explain the factual basis for your contention in paragraph 5 of the Amended Complaint that Defendant Pamela Thurmond "intentionally presented to the bankruptcy court the assessed value of 33 S 53rd Street, Philadelphia for $210,000 to deceive the bankruptcy Trustee." ANSWER: The claim Pamela Thurmond presented to the bankruptcy court referenced on your question was grossly inaccurate because the amount was not consistent with the city appraised assess value of the property. See exhibits B presented to the bankruptcy court to request dismissal of my third bankruptcy petitions were inaccurate and the settlement amount withheld by settlement agent in 2019 were not reflected as liens already paid.

9. Explain in detail how the alleged retaliation by Pamela Thurmond has caused you damages in the amount of $250,000 as alleged in paragraph 5 of the Amended Complaint.

ANSWER: See the exhibits marked A shows the date Plaintiff bankruptcy petition was finally dismissed on December 11 2018. On December 28, 2018 Defendants connived with Mr Philbin and Joseph to issue emergency dangerous violation to demolish plaintiff property knowing that Plaintiff property was no longer under bankruptcy

protection. Mr. Philbin illegally authorized demolition teams to completed the demolition plan and offered no opportunity to file preliminary injunction supposed to delivered at least 5 days before the day of hearing. The damages incurred as a result of the intentional demolition of plaintiff property as of the day plaintiff filed complaint was set at minimum damages of $250000. Remember, Plaintiff property was legally licensed and rented 4 unit apartments and the property was generating monthly income of $2100. For Plaintiff to suddenly lose such income was psychologically depressing and financially stressful.

10. For each and every action that you allege Pamela Thurmond took that was retaliatory toward you, describe the action and its date, time, and place. ANSWER: On 2018, Plaintiff filed the 2nd bankruptcy petition in New York and Ms Pamela Thurmond was the city bankruptcy lawyer. Plaintiff filed the petition in attempt to recover the property located at 3843 Fairmont Avenue, Philadelphia the city of Philadelphia ex-lawyer Cynthia Starvrakis and James Zwolak sold without personal notification or services. They fraudulently obtained judgment from the court to sell plaintiff property free and clear. The court proceedings lasted from 22nd of April 2015 through 7th August 2015. Plaintiff property was dubiously sold on September 16, 2015 without plaintiff knowledge. There was no official publication and announcement from the sheriff department before the sale. It was evident that the buyer was a foreign investor from the same nationality with Cynthia who falsely claimed she sold plaintiff property in sheriff sale. Ultimately, Cynthia filed answers to defend the sale at the court as Plaintiff made attempt to set aside the sheriff sale and redeem the property. Eventually Plaintiff filed chapter 13 bankruptcy petition to save the property fraudulent sold. Mr Pamela Thurmond represented the city of Philadelphia at the bankruptcy court. From that point, retaliation treatment stated from the city of Philadelphia employees. Mr Pamela Thurmond did nothing to stop the city of Philadelphia's employees since plaintiff had the bankruptcy protection. The city staffs were aware of the direct accusations of Cynthia Stavrakis for the fraudulent sale of Plaintiff property after plaintiff filed appeal and bankruptcy petitions. Cynthia Stavrakis resigned to silenced the claim against her. Plaintiff contacted the State Attorney General's office to help but I was only advised to contact James Zwolak, Cynthia Stavrakis supervisor. James declined to meet with Plaintiff. Consequently, Plaintiff hoped the bankruptcy petition would yield positive

results. Ms Pamela Thurmond, the city bankruptcy representative was working with the tax and water bill staffs to create inaccurate accounts and allowed the city employees to continue legal proceedings and obtained judgments on the accounts already presented to the bankruptcy court as the debts plaintiff owed to the city. Plaintiff sold 5 properties and about $143000 was withheld by the title agent to settle judgments, liens and bills while the bankruptcy was still active. In the same manner judgements referenced as CE-15-12-72-0658. CE-15-12-72-0875 and CE-15-10-72-0844 were renewed to thwart plaintiff ability to settle property located at 2507 N 19th street property. The title agent refused to release about $19948.02 reported as liens against plaintiff name. In fact, the claim was not valid since the liens before 2019 were paid from the settlements made in 2019. Plaintiff wrote to Revenue department to ask the title agent release the funds withheld since June 24 2022 the property was settled. The city deliberately refused to do so. Plaintiff money is still with the title agent up till now. Ms Pamela Thurmond did nothing to supervise such payments received from the title agents, so as, to adjust the figures on the claims presented to the bankruptcy court in January 20 2020.

11. Identify any expert from whom You have obtained or plan to obtain a report for use in this Action.

ANSWER: see the exhibits A3 attached to this responses. The inspection information prepared by a Ph.D holder in structural Building Engineer completely disagreed with the action Mr Philbin took. Mr Philbin deserves to be reprimanded for abuse of authority and for testifying falsely to gain judgment to demolish plaintiff constitutionally protected property.

Abraham Ituah
419 W Godfrey Avenue,
Philadelphia
PLAINTIFF.                              Date: May 2,2023


## CERTIFICATE OF SERVICE

I, Abraham Ituah, certify that on this date, I caused a true and correct copy of the foregoing to be served on the following via e-mail and mail:

TO:

Abraham Ituah

419 W. Godfrey Avenue Philadelphia, PA 19120 aituah@aol.com

ituahabraham@gmail.com Plaintiff pro se

Date: April 3, 2023

/s/ Michael Pfautz

Michael Pfautz

Deputy City Solicitor

Pa. Attorney ID No. 325323

City of Philadelphia Law Department 1515 Arch Street, 15th Floor Philadelphia, PA 19102

(215) 683-5233 Michael.Pfautz@phila.gov

Date: May 2, 2023.                          Abraham Ituah
                                                    PLAINTIFF

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

ABRHAM ITUAH,                    :
        Plaintiff,                        :
              v.                          :
                                          :      Case Number
                                          :      19-cv-5088
CITY OF PHILADELPHIA, et al.
        Defendants.          :
_____

PLAINTIFF ANSWERS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

Defendants hereby demand that the above-named Plaintiff provide responses to the following Requests for Production of Documents ("Requests") under oath within 30 days of service hereof, or at such time as may be agreed on by counsel or ordered by the Court, pursuant to the Fed. R. Civ. P. 26 and 34. These Requests are to be deemed continuing and shall require supplemental answers from time to time to the

extent required by the Federal Rules of Civil Procedure.
DEFINITIONS
1. The words and phrases used in these Requests shall have the meanings ascribed to them under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Pennsylvania. In addition, the following terms shall have the meanings set forth below:
2. "Action" or "Amended Complaint" refers to the Amended Complaint in the above-captioned matter, filed by Plaintiff on October 8, 2020.
3. "Communication" refers to the transmittal of information in the form of facts, ideas, inquiries, or otherwise, whether written or oral, including, but not limited to, interviews, conferences, conversations, discussions, meetings, contracts, agreements, letters, memoranda, reports, emails, or facsimiles. The term "communication" further includes any transmittal of information on any and all social media platforms and applications, including, but not limited to, Facebook, Twitter, Google+, WhatsApp, Signal, or any internet forum or blog.
4. "Document" has the same meaning as that in Rule 34 of the Federal Rules of Civil Procedure, and thus is used in the broadest, most comprehensive sense. It refers to the original and each and every non-identical copy of all writings of every kind, including, but not limited to, bulletins, calendar or diary entries, charts, claims and reimbursement data, contracts, computer files, computer print outs, directives, drafts, electronic mail and electronically stored information and metadata, expense records, meeting minutes, and all other data compilations from which information can be obtained in reasonably usable forms.
5. "Including" means "including but not limited to."
6. "Person," as used herein, refers to all individuals and entities, including, without limitation, any business or governmental entity or association.
7. "Reflecting," "referring," and/or "relating," as used herein, shall be interpreted broadly, including by both explicit and implicit reference, to mean (without limitation) "defining," "discussing," "containing," "construing," "concerning," "constituting," "embodying," "pertaining," stating," "supporting," "dealing with," or "prepared as a result of."
8. "Plaintiff," "Ituah," "You," or "Your, "as used herein, refers to Plaintiff Abraham Ituah and includes his representatives, agents, and all other persons or entities acting or

purporting to act on his behalf.

9. "Defendants" refers to Defendants Pamela Thurmond, Brendan Philbin, and Joseph Carroll.

10. "The City of Philadelphia" or the "City" refers to a political subdivision of the Commonwealth of Pennsylvania, and includes its representatives, agents, and all persons or entities acting or purporting to act on its behalf.

11. The "Property" refers to a parcel located at 508 West Tabor St. referenced in paragraph 4 of the Amended Complaint.

INSTRUCTIONS

1. Except where otherwise indicated, these Requests seek all documents created in, or in any way covering, in effect, or relating to the period from January 1, 2018 to the present.

2. Each Request for "all documents" includes any communications relating to the subject matter of the request.

3. These Requests seek all documents and information within your possession or control, as well as the possession or control of your attorneys, employees, agents, contractors, investigators, or representatives.

4. If any portion of any document is responsive to any Request, then the entire document must be produced in its entirety and without deletion, abbreviation, redaction, expurgation, or excisions, regardless whether you consider the entire document to be relevant or responsive to these Requests, including all cover letters and cover emails. Copies that differ in any respect from an original (because, by way of example only, handwritten or printed notations have been added) should be produced separately. If you have redacted any portion of a document, stamp the word "redacted" on each page of the document that you have redacted. Privileged redactions must be included in a privilege log; any non-privileged redactions must also be included in a log describing the basis for the redaction.

5. You should produce all electronically-stored documents in electronic, machine-readable, text-searchable form, with the integrity of the underlying electronically-stored information preserved, including but not limited to the original formatting, the metadata, and, where applicable, the revision history.

6. You should produce documents as they are kept in the usual course of business. Documents attached to each other should not be separated. Documents that are

segregated or separated from other documents, whether by inclusion in binders, file folders, or other containers, or by the use of dividers, tabs, or any other method, shall be produced in that form.

7. If you are unable to respond fully to any Request, explain why your response is incomplete, the efforts you have made to obtain the information, and the source from which all responsive information may be obtained to the best of your knowledge or belief.

8. If you object to any part of a Request, set forth the basis for your objection, including whether any responsive documents are being withheld pursuant to that objection, and respond to all parts of the Request to which you do not object. If you object to providing any document requested on the ground that such information is privileged, you should identify the privilege claimed and state the basis for that claim, identifying the pertinent circumstances with sufficient specificity to permit Defendants to assess the applicability of the privilege. See Fed. R. Civ. P. 26(b)(5). If the claim is that the information requested relates to a privileged communication, identify the nature of the communication, the author(s), the participants, the identities of all other persons who were present or who otherwise received or had access to the communication, the date and place of the communication, the subject matter of the communication, and the basis for your claim of privilege.

9. If a document responsive to any Request is no longer in your possession, custody, or control, identify each such document by author, addressee, date, number of pages, and subject matter, and state what disposition was made of the document and the date of such disposition, and identify all persons having knowledge of the document's contents.

10. If a document responsive to any Request is no longer in your possession, but a copy has been maintained by any of your agents or advisors (including any of your accountants, auditors, attorneys, financial advisors, experts, or lobbyists), include such documents in your production.

11. If any document responsive to any Request has been destroyed, lost, or is otherwise unavailable, identify each such document by author, addressee, date, number of pages, and subject matter, and set forth its content, the date of destruction, and the name of the person who destroyed the document or ordered or authorized its destruction.

12. The connectives "and" and "or" are to be construed either disjunctively or conjunctively as necessary to bring within the scope of these Requests all material that might otherwise be construed to be outside their scope.

13. All singular terms include the plural, and all plural terms include the singular.

14. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

15. These document Requests are continuing in character so as to require you to produce additional documents if you obtain further or different information at any time before trial. 16. Pursuant to Fed. R. Civ. P. 26(e), you are under a duty to timely supplement any response to these Requests for which you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made

known to Defendants during the discovery process or in writing.

REQUESTS FOR PRODUCTION OF DOCUMENTS

1. All "bills" referenced in paragraph 5 of the Amended Complaint that You contend are inaccurate.

ANSWER: See some of the exhibits marked Bs showing unbelievable way of crediting tax payments made to payoff the accounts on the properties plaintiff owed. The city of Philadelphia staffs engaged in receiving payments to payoff yearly property taxes that were applied to payoff  interest, penalties and other charges randomly any year suitably to them. See statements on the exhibits attached. Plaintiff properties targeted by the Defendants to sell are as follows:

1. 419 W. Godfrey Avenue, Philadelphia

2. 3301 A Street, Philadelphia

3. 4021 Neilson Street, Philadelphia

4. 4624 N. 12th Street, Philadelphia

5. 508 W. Tabor Road, Philadelphia (uneven          Vacant lot the city of Philadelphia demolished)

6. 212 S. Edgewood Street, Philadelphia– tax paid     at settlements was duplicated. Otherwise the judgment payment was made in full but Sanchez Carmen drafted executed agreement she made plaintiff to sign under duress.

7. 33 S. 53rd Street, Philadelphia - tax payment     was duplicated and over $13000 was received at settlements to payoff personal income default judgment entered

using agreement plaintiff signed under duress in attempt to renew yearly renter licenses and a deposit of $1555 payment was received not refunded.

8. 2538 N. Gratz Street, Philadelphia-tax payment was duplicated and plaintiff other properties to be presented whenever necessary.

The exhibits attached shows how the money paid were credited only to payoff interest, penalties and other charges from 2012 through present. In many cases the principals were left unpaid. Likewise, the tax assessment on plaintiff property were over charged as the value declared was doubled in some cases. See exhibits attached marked B4 attached.

2. All documents and communications You contend support Your claim that Defendant Pamela Thurmond retaliated against You.

ANSWER: See exhibits marked Bs attested to the fact that She connived with plaintiff Attorney to dismiss plaintiff bankruptcy petition because they knew the account payment held by the bankruptcy trustee was enough to cover $10500 plaintiff Attorney fraudulently requested. Accordingly, Defendant Pamela Thurmond testified before the bankruptcy judge that plaintiff Attorney deserved the payment because he worked hard. The Defendant Pamela knows or should have known that plaintiff Attorney representations was ineffective. At the time, Defendant Pamela filed a motion to dismiss plaintiff bankruptcy petition. Plaintiff Attorney did nothing to file objection in spite of Plaintiff request for the Attorney to do so. The bankruptcy petition lasted from January 2020 through September 2020 and Covid 19, the period court was hardly in session.

3. All documents You contend or intend to use to support Your claim that you have suffered damages as a result of retaliation by Pamela Thurmond.

ANSWERS: Defendant Pamela Thurmond was the bankruptcy lawyer in all the 3 bankruptcies plaintiff filed. Defendant Pamela and her colleagues were filing claims on plaintiff properties to obtain judgments and referred most of plaintiff accounts to outside agencies for collection of money owed to the city even when plaintiff property were under bankruptcy protection. Some of the bills presented as exhibits on plaintiff Amended complaints were examples of the type of collection plaintiff was subjected to. Most of the accounts Defendant Pamela filed with the bankruptcy court were sometimes filed as complaints in the municipal court and obtained judgments. Defendant Pamela allowed some of the tax and utility accounts already filed with the

bankruptcy court remained with the city of Philadelphia as active accounts valid for outside collection agencies to enforce as debts plaintiff owed to the city.

4. All documents relating to the allegation in paragraph 5 of the Amended Complaint that Defendant Pamela Thurmond "recently pressed the bankruptcy court to dismiss Plaintiff bankruptcy."

ANSWER: See the exhibits marked B5 attached.

Also, reference plaintiff Answered to Cnumber 3.

5. A copy of the "court order issued on 2015" referenced in paragraph 5 of the Amended Complaint.

ANSWER: See Court Order authorizing reimbursements of the money ordered by Judge Carpenter on action that started in 2015 of the plaintiff property illegally sold to individual that was likely not a US Citizen at the time of purchase. Evidently, there was no official sheriff sale conducted as required by law. On April 22 2015 action was filed. Final order was entered on August 7 2015. Plaintiff property was declared sold in September 16, 2015. No notices were received by Plaintiff before sale.

Consequently, Plaintiff filed 3 bankruptcies in attempt to recover the property but plaintiff was unsuccessful and suffered depression of the highest level. See exhibits of judgment marked B6 attached.

6. All documents You contend support Your claim that you have suffered damages as a result any remaining claim in this Action.

ANSWER: All the exhibits presented by plaintiff were in support of the remaining damages claims. Plaintiff likewise suffered psychologically and emotionally to the extent that the incident affected plaintiff ability to deliver completed doctorate dissertation documents and plaintiff is presently facing serious financial problems. Defendants presently demanded that plaintiff should pay for demolition of plaintiff constitutional protected property of about $80000 and $9000 as liens against the property. Which plaintiff is currently prevented from selling the other properties listed for sale. Defendants refused to demand from Mile Riley the title agent of about $143,000 collect at settlements which Mike supposed to deliver to the city of Philadelphia. See some of the settlement statements marked B7 showing the money collected on behalf of the city of Philadelphia by Mike Riley.

7. Any expert report You plan to use in this action. ANSWER: See exhibits marked A2 attested to Plaintiff position that the property demolished was not supposed to be

demolished as reported by Dr Alex, a structural engineer. who was hired by plaintiff on January 2 2018 to conduct an inspection on the property located at 508 W Tabor Road Philadelphia. Plaintiff property was licensed and rented for $2100 monthly at the time. Meanwhile, Brenda Philbin falsely testified to the court to get order to demolished plaintiff income property. From January 2019 to present, Plaintiff was supposed to earned $88200 with on going monthly rent. In all respect, Defendants Philbin and Pamela Thurmond were responsible for the demolition. Mr Philbin, once accused plaintiff for hanging up phone call on him on January 2 2019, when he called to inform plaintiff about the emergency court hearing on January 3 2019. Defendant regarded such experiences as offensive. As a result Philbin testified at court to be granted permission to demolish plaintiff property that was constitutionally protected without compensation. Plaintiff without a doubt deserve constitutional rights protected. Would this experience not be a better chance to file petition for writ of certiorari?

Date: May 2, 2023

Abraham Ituah (citizen)
PLAINTIFF

CERTIFICATE OF SERVICE

I, Abraham Ituah, certify that on this date, I caused a true and correct copy of the foregoing to be served on the following via e-mail and certified mail
TO:
Michael Pfautz, Esquire
Deputy City Solicitor
Pa. Attorney ID No. 325323
City of Philadelphia Law Department 1515 Arch Street, 15th Floor Philadelphia, PA 19102
(215) 683-5233 Michael.Pfautz@phila.gov

Date: May 2, 2023.

Abraham Ituah
PLAINTIFF

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 21-1213

Abraham Ituah v. City of Philadelphia, et al.

(E.D. Pa. Civ. No. 2-19-cv-05088)

ORDER

Upon further review, it appears that it would not be appropriate at this time to submit the appeal for possible dismissal for lack of appellate jurisdiction.  This Order does not represent a finding of appellate jurisdiction in this matter.  As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination of appellate jurisdiction.  A briefing schedule shall issue.  In addition to any other issues they may wish to raise in their briefs, the parties are directed to address the following: Whether by appealing rather than filing a second amended complaint, Ituah stood on his complaint and thereby rendered the District Court's order final and appealable.  See Batoff v. State Farm Insurance Co., 977 F.2d 848, 851 n.5 (3d Cir. 1992) ("Batoff did not amend his complaint but instead filed a notice of appeal within 30 days of the order. . . . We find that, by failing to move to amend within the 30 days granted by the court, Batoff elected to stand on his complaint. . . . We therefore may exercise jurisdiction[.]"); cf. Frederico v. Home Depot, 507 F.3d 188, 193 (3d Cir. 2007) (holding that appellant "elected to stand on her original complaint rather than amend or refile it," where she repeatedly argued to the district court and this Court that the allegations in her complaint were sufficient as-is and, additionally, filed a response to the Clerk's jurisdictional-defect notice with a statement that she "stands by her complaint").

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    August 16, 2021

mw/cc:   Abraham Ituah

EXHIBITS

A1—A4

(A1)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
355 Main Street
Poughkeepsie, NY 12601

IN RE: Abraham O Ituah                           CASE NO.: 18–35408–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  13
xxx–xx–1699

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Abraham O Ituah was dismissed from the case on December 11, 2018 .

Dated: December 11, 2018                          Vito Genna
                                                  Clerk of the Court

*Bankruptcy dismissed and the city of philadelphia Condemned my property on 12/27/2018*

44609012408011

A2

25.

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### CIVIL TRIAL DIVISION

CITY OF PHILADELPHIA           :    COURT OF COMMON PLEAS
          Plaintiff         :    CIVIL TRIAL DIVISION

vs.                        :

ABRAHAM ITUAH             :    TERM, 2019
508 W. Tabor Road            :
Philadelphia PA, 19120-2718      :
and                       :
92 Robinson Avenue          :    No. 181203469
Newburgh, NY 12550-4402       :

AND                       :

JOHN AND JANE DOE AND ALL    :
KNOWN AND UNKNOWN OCCUPANTS OF   :
508 W. TABOR ROAD, PHILADELPHIA PA   :
19120                     :
          Defendants.       :

## TEMPORARY RESTRAINING ORDER

AND NOW, this **3rd** day of **January**, 2019, upon consideration of

Plaintiff's Petition and having determined that:

1.    Plaintiff, City of Philadelphia, as well as the public at large, will suffer irreparable

harm and loss if the Defendants are permitted to:

     a)   Remain at 508 W. Tabor Road, Philadelphia PA (hereinafter "subject
         premises");

     b)   Obstruct, prevent, interfere and/or otherwise impede in any manner the
         Department of Licenses and Inspections (hereinafter "Department") and/or
         its contractors from vacating and demolishing the subject premises, which
         has been declared imminently dangerous by the Department of Licenses
         and Inspections;

2.    Plaintiff does not have an adequate remedy at law;

City Of Philadelphia Vs-ORDER



Case ID: 181203469
Control No.: 19010128

#2

3.      Demolition of the subject premises is reasonably suited to abate the imminently dangerous condition of the subject premises;

4.      Demolition of the subject premises is in the public interest; and

5.      Greater injury would be inflicted upon Plaintiff and the safety and health of the public, including the defendants and occupants of the subject premises by the denial of temporary injunctive relief than would be inflicted upon defendants by the granting of such relief, it is therefore ORDERED, ADJUDGED and DECREED as follows:

1.      All persons, including all defendants, are enjoined from:

    a)  Remaining in the subject premises and shall vacate said premises immediately;

    b)  Obstructing, threatening, preventing, interfering, or otherwise impeding in any manner the Department and/or its contractors from vacating and demolishing the subject premises, and;

    c)  The defendants and all occupants of the subject premises shall allow representatives of the Department and/or its contractors to enter the interior of the subject premises for purposes of vacating and demolishing the subject premises.

2.      If any person fails to vacate the subject premises, the Office of the Sheriff of Philadelphia and/or the Philadelphia Police Department is hereby directed to provide any such person with a copy of this Order. If any such person refuses to leave the building immediately after receiving a copy of this Order, they are authorized, without the need for a writ of possession, to use whatever reasonable force is necessary to remove any such person. The City shall assist any occupant with temporary relocation through the Office of Homeless Services.

3.      Defendants or owners, operators, trustees, agents, tenants, and otherwise responsible parties of the subject premises shall permit and provide access to the subject premises to the Department for the purpose of conducting a full and complete interior and exterior inspection by an official inspector of the Department, for the purpose of abatement of

A2

the Philadelphia Code violations at the subject premises.   The Department and/or its representatives are authorized to use all reasonable measures to gain access to the premises, including, but not limited to, the services of the Police Department or Sheriff's office and a locksmith.  Charges incurred in this matter by the City of Philadelphia, including but not limited to locksmith's fee, charges for removing and maintaining any animals removed, and charges for the inspection, are imposed on Defendant Abraham Ituah.

4.      The City of Philadelphia and/or its contractors shall be authorized to demolish the subject premises.

5.      Pursuant to Pennsylvania law, the Philadelphia Code and the Department's Regulations, Defendant Abraham Ituah is responsible for the costs incurred by the City for any work performed to abate the violation of the Philadelphia Code and remediate the imminently dangerous conditions at the subject premises.  This includes but is not limited to, services of a professional engineer, demolition, sealing the lateral, stucco and weatherproofing.  In addition, Defendant Abraham Ituah is responsible for a twenty-one percent (21%) administrative fee.

6.      This Order shall remain in full force and effect until this Court specifically orders otherwise; and

7.      A Rule to Show Cause why a Preliminary Injunction should not be ordered shall be issued.

BY THE COURT:

_____   J.

*A-2*

PHILADELPHIA COURT OF COMMON PLEAS
PETITION/MOTION COVER SHEET

| FOR COURT USE ONLY | |
|---|---|
| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response.
Status may be obtained online at http://courts.phila.gov*

CONTROL NUMBER:
19010128
(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)

JAN _____ Term, 2019
*Month* _____ *Year*

No. 181203469

Name of Filing Party: Abraham Ituah

(Check one) ☐ Plaintiff ☐ Defendant
(Check one) ☐ Movant ☐ Respondent

City of Philadelphia

vs.

Abraham Ituah et al

Has another petition/motion been decided in this case? ☐ Yes ☐ No
Is another petition/motion pending?

*If the answer to either question is yes, you must identify the judge(s):* ☐ Yes ☐ No

INDICATE NATURE OF DOCUMENT FILED:

☐ Petition (Attach Rule to Show Cause)   ☐ Motion
☑ Answer to Petition   ☐ Response to Motion

TYPE OF PETITION/MOTION *(see list on reverse side)*
Petition for Temporary Restriction

PETITION/MOTION CODE
*(see list on reverse side)*
PTEMG

ANSWER/RESPONSE FILED TO *(Please insert the title of the corresponding petition/motion to which you are responding):*
Response to Temporary Restriction Order and Preliminary injunction

I. CASE PROGRAM

Is this case in the *(answer all questions)*:

A. COMMERCE PROGRAM

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

B. DAY FORWARD/MAJOR JURY PROGRAM — Year_____

Name of Judicial Team Leader: _____

Applicable Petition/Motion Deadline: _____

Has deadline been previously extended by the Court?

☐ Yes ☐ No

C. NON JURY PROGRAM

Date Listed: _____

D. ARBITRATION PROGRAM

Arbitration Date: _____

E. ARBITRATION APPEAL PROGRAM

Date Listed: _____

F. OTHER PROGRAM: _____

Date Listed: _____

II. PARTIES (required for proof of service)
(Name, address and *telephone number* of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

Abraham Ituah et al
558 W. Tabor Rd
Philadelphia PA 19120

The City Deputy Counsel
City of Philadelphia
140 S JFK Blvd 5th Flr
Philadelphia PA 19102

III. OTHER

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____ 1/3/2019 _____ Abraham Ituah _____
*(Attorney Signature/Unrepresented Party)*  *(Date)*   *(Print Name)*   *(Attorney I.D. No.)*

The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Ans
Answer/Response Date will be granted even if the parties so stip

City Of Philadelphia Vs Ituah Etal-MTANS

30-161 (Rev. 8/2014)



IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

*City of Philadelphia*
Plaintiff/Petitioner

        v.

*Abraham Israel et al*
Defendant/Respondent

  :
  :
  :
  :
  :
  :
  :

_____*JAN*_____ Term, 20_79_

No. _18 1 203469_

Control No. _1901018_

## RULE

AND NOW, this _____ day of _____, _____, upon consideration of the foregoing Motion/Petition _____

_____

_____, a RULE is hereby entered upon the Respondent to show cause why the relief requested therein should not be granted.

RULE RETURNABLE on the _____ day of _____, _____, at _____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA 19107.

BY THE COURT:

_____
                                         J.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

_City of philadelphia_
                    Plaintiff

v.

_Abraham / tush el al_
                    Defendant

:
:
:
:
:
:
:
:
:
:

_Jbw_ ____ Term, 20_19_

No. _181203469_

Control No. _190 101 28_

## ORDER

AND NOW, this ____ day of _____, ____, upon consideration of the
Motion/Petition _____
_____, and
any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____
____.

_____
_____
_____
_____

BY THE COURT:

_____
                                   J.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

City of Philadelphia
_____
Plaintiff

v.

Abraham Ituah et al.
_____
508 W. Tabor Road, Phil.
_____
Defendant

J.A.S. _____ Term, 20 19

No. 18 1203 469

Control No. 19010128

Defendants Response to Petition for Temp. Restriction
(Please fill in information below)
Order And Preliminary injunction

Defendants, Abraham Ituah, respectfully respond to
Plaintiff petition for a Temporary Restraining
Order and preliminary injunction pursuant to
Pa. R.C.P. 1531 and aligs as follows:

1. Admit in Part. Abraham Ituah and JP Morgan
Chase owned the premises at 508 W. Tabor
Road, Philadelphia. 10% interest for Abraham
Ituah and 90% interest for JP Morgan C
Admitted.

2. 

3. Admitted in Part. Not about. The inspector
Was called by the police on December
27, 2018 to inspect the property. There
is no expert report from building engineering
to form such opinion. The Construction no

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

City of Philadelphia
_____
Plaintiff

v.

Abraham Israel et al.
588 W. Tabor Rd.
_____
Defendant

JAN _____ Term, 20 18

No. 181 203469

Control No. 190 10 128

Defendants Response to City Petition for Temp. Restrict
Order and Preliminary injunction
(Please fill in information below)

braced the side to prevent further shift
before Completing the repairs. See exhibits A-1

(4.) Denied. Defendant was not in town. The
notice was pasted on the Door on
December 27, 2018. The inspector
called on the phone to mention that
I have Ten (10) days to Correct the
Violations. Defendant have not seen
the said violation notice 668607 prior to
receiving this Complaint.

(5) Denied. It is just 7th day. I met with
Three (3) Contractors, contacted the

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia
_____
Plaintiff

v.

Abraham Strul et al,
508 W. Tabor Rd
_____
Defendant

JAN _____ Term, 20 19

No. 18 | 203469

Control No. 19010128

Defendant Response to City petition —
(Please fill in information below)

in Surounce Company and JP Morgen Chese
for possible solutions.

(6) Admitted in Part. A temprary Side brace
was performed by a Contractor and al
Occupants are vacated.

(7) Denied. As explained above

(8) Denied. There is no justifable proof
from building expert to form such opinion

(9) Denied.

(10) Admitted in Part. Defendents are prepared
to correct the violations.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of philadelphia
_____
Plaintiff

v.

Abraham Itugh, et al
508 W. Jahn Rd
_____
Defendant

JAN _____ Term, 20 19

No. 181203469

Control No. 190 1028

Defendants Response to City petition
(Please fill in information below)

(11) Denied. Defendants definitely will
suffer financially and Psychologically
especially as the City sold Defendant
property previously in September 15, 20,
because of Tax lien of around $5,000. The
property at the time of sale worth $250,000.
unsecured loan amount of $60,000.

(12) Denied. Defendants property remained safe,
in demolition state like most un cited properties in the city

(13) Denied. The inspector Carol's assessment
is inaccurate as no obvious shifts of
the building is noticeable inside the
building.

(14) Denied. Plaintiff claims is biased against
the Defendants.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

City of philadelphia
_____
Plaintiff

v.

Abraham Itueh et al
908 W. Tabor Rd
_____
Defendant

JAN Term, 20 19

No. 181203469

Control No. 1901028

Defendants Response to City petitions
(Please fill in information below)

(15) Denied. Defendants effort is to correct the violations as none of the contractor expressed difficulty correcting it.

WHEREFORE, Defendants request that the city demands are denied as the time allowed to correct the violation is days from now and the assessment alleged by the Inspector Carol is inappropriate an based on past Malice.

Respectfully Submitted,

Abraham Itueh

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL

City of Philadelphia
_____
Plaintiff

v.

Abraham Hueh et al
508 W. Tabor Rd
_____
Defendant

JAN _____ Term, 20 19

No. 18 / 20 3469

Control No. 1 9010128

## MEMORANDUM OF LAW
### (Brief in support of Motion/Petition or Answer)
(Please fill in information below)

(1) FACTUAL BACKGROUND: Defendants, Abraham Hueh incorporates the Averments of the foregoing Response to City petition as if set forth at length Her

(2) QUESTION PRESENTED. Have Defendants, Abraham Hueh made efforts and Continue to make efforts to Correct the Building Code Violation Cited on December 27 2018 Such that this Court should not impose a prelimin injunction as well as an order to Vacate and demolish the Subject property?

SUGGESTED ANSWER: Yes

(3) LEGAL ARGUMENT: Reasonable time is required Correct a major repair that involved a much financ to Correct the violation.

(IV) Conclusion: Defendants Request this Honorable Court

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphie
_____
Plaintiff

Abraham Itnel etc/
508 W. Tabor Rd.
_____
Defendant

JAN _____ Term, 20 19

No. 18/203469

Control No. 1901028

MEMORANDUM OF LAW IN SUPPORT OF DEF RESPONSE
(Please fill in information below)

granted to make corrections and it was
done out of malice, as my previous exper
with inspector Carol was unfriendly. Inspe
Carol in one occasion, called the police +
walk me out of the office for no justifia
reasonis).

Respectfully Submitted,

AC _____ an

Abraham Itneh

## CERTIFICATION OF SERVICE

I, _Abraham Shek_, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, was served on the below listed addresses by First-Class United States mail, postage pre-paid on _____ (date):

Name: _Abraham Shek_

Address: _508 W. Tabor Rd_

Address: _92 Robinson Ave._

City, State, Zip Code: _Philadelphia PA 19120_


Name: _City of Philadelphia Counsel_

Address: _401 JFK Blvd 5th floor_

Address: _Philadelphia PA 19102_

City, State, Zip Code: _____


Name: _____

Address: _____

Address: _____

City, State, Zip Code: _____


Date: _11/28/19_

By: _____

## VERIFICATION

I, _Abraham Attah_, Plaintiff/Defendant, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_Abraham Attah_
(Print Name)

_[signature]_
(Signature)

Date: _1/3/2019_



# *AR* Engineers

191 Presidential Blvd., #616, Bala Cynwyd, PA 19004
Telephone No.: 610-368-8234 / Email: arengineers@hotmail.com

January 10, 2019

Mr. Abraham Atiuah
508 W. Tabor Road
Philadelphia, PA 19148
Telephone No.: 267-481-5511
Email: aituah@aol.com

Subject: Inspection 508 W. Tabor Road, Philadelphia, PA 19120

Dear Mr. Atiuah:

Alex Rong and Victor Rong of *AR* Engineers inspected the property at 508 W. Tabor Road, Philadelphia, PA 19120 on January 7, 2019. The building structure consisted of masonry bearing walls and wood floor framing.

The scope of our work was limited to inspecting the readily visible and accessible areas of the east wall and determining its structural condition. The scope of work did not cover inspection of any other structural or non-structural elements such as roofing, electrical elements, etc.

During the time of inspection, we noted serious bulging and deterioration of the east wall (see Photos No. 4-6) and the tilted chimney (see Photo No. 7). Based on the field inspection and engineering judgment, it is concluded that the rear 28-feet section of the east wall is in imminent danger of collapse and it should be removed and replaced immediately. The tilted chimney should be repaired. Temporary shoring made of 2x6 wood studs at the spacing of 16-inch shall be installed approximately 2.5-feet from the east wall to support the floor framing of the 1st floor framing, 2nd floor framing, and roof framing, prior to demolishing and rebuilding the east wall. The temporary shoring shall be installed at the basement, 1st floor and 2nd floor.

The findings and conclusions of this report with respect to the inspection of the east wall of the property on are based on normal visual observations of the readily visible and accessible areas. No conclusions, expressed or implied, shall represent that *AR* Engineers has made an evaluation of the material, fabrication, or erection deficiencies beyond that which would be detectable by a normal visual inspection. Please feel free to contact me if you have any questions. Thank you.

Regards,



Alex Rong, Ph.D., P.E.
President of *AR* Engineers

1





January 1, 2019

Abraham Ituah
508 W Tabor Rd
Philadelphia, PA 19120

**(CONT'D   Proposal for the Removal & Rebuilding of the
Eastside Bearing Wall at 508 W Tabor Road
Phila., PA 19120**

## COST BREAKDOWN

1.  Additional inspections, engineers report and design
    and application for building permit.                                    5,200.00
2.  Shoring exterior and interior.                                          9,500.00
3.  Demolition of masonry wall, 1st thru 3rd floors.                       11,000.00
4.  Reconstruction of 8" CMU wall with stucco.                             27,000.00

We declare that we will supply all labor and material, scaffoldings, necessary
tools and apparatus for the undertaking of the above-mentioned project.

Eartha Construction Company, LLC appreciates the opportunity given to bid on
this project.

Please call if you have any questions.

Yours truly,

*B.D.*

Barry Davidson
Construction Manager

*(Pg 2 of 2)*

*Eartha Construction Company, LLC*
🏠 *From Foundation to Finish* 🏠



**Photo No. 2. Front View of 508 W. Tabor Road, Philadelphia**



**Photo No. 3. Rear View of 508 W. Tabor Road, Philadelphia**



Photo No. 4. East Side Wall of 508 W. Tabor Road, Philadelphia



**Photo No. 5. East Side Wall of 508 W. Tabor Road, Philadelphia**



**Photo No. 6. East Side Wall of 508 W. Tabor Road, Philadelphia**



**Photo No. 7. Tilted Chimney of 508 W. Tabor Road (on east side wall)**



**Map No. 1. Location of 508 W. Tabor Road, Philadelphia**



**Photo No. 1. Aerial View of 508 W. Tabor Road, Philadelphia**

2



**FOREMOST**
INSURANCE COMPANY
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

**FOREMOST BASICS™
DECLARATIONS PAGE**

Rebela Gyft

301 215 0058

6/6 974 888

7.00 5273907

**POLICY NUMBER:** 381-0091201668-02
**RENEWAL OF:**   381-0091201668-01
**POLICY PERIOD BEGINNING** 02/17/17   **ENDING** 02/17/18   12:01 A.M. STANDARD TIME

**YOU AS NAMED INSURED AND YOUR ADDRESS**

ABRAHAM ITUAH
PO BOX 48024
PHILADELPHIA PA 19144-8024

**YOUR POLICY IS SERVICED BY**

AMERICAN BEST INSURANCE AGENCY, LLC
1625 WASHINGTON AVE STE 202
PHILADELPHIA PA 19146-2045

**AGENCY CODE:**
372430039

**TELEPHONE:**
(215) 268-6495

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

**LOCATION # 1**

**IMPORTANT RATING INFORMATION**

| PREMISES DESCRIPTION: | 508 W TABOR RD PHILADELPHIA PA 19120-2718 | | |
|---|---|---|---|
| CONSTRUCTION: | BRICK/MASONRY | TERRITORY: B | YR. BUILT: 1949 |
| FAMILIES: | 2 | PROT. CLASS: 1 | FORM: DF1 |
| OCCUPANCY: | RENTAL | RESP. FIRE DEPT.: PHILA ENG 61 | |
| HYDRANT: | WITHIN 1,000 FEET | COUNTY: PHILADELPHIA | |
| FIRE DEPT.: | WITHIN 5 MILES | | |

| SECTION I COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A.  DWELLING | $  100,000 | | $   715.00 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:   $5,000 ALL PERILS

| SECTION II COVERAGES | LIMIT OF LIABILITY | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| F.  PREMISES LIABILITY | $  300,000 EA ACCIDENT | | $   165.00 |
| G.  MEDICAL PAYMENTS | $      500 EA PERSON | | INCLUDED |
| | $   10,000 EA ACCIDENT | | |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|---|
| 11001 | 03/06 | DWELLING FIRE ONE - LANDLORD | | |
| 11010 | 05/10 | REDUCTION IN COV WHEN VACANT/UNOCC. | | |
| 11110 | 11/13 | REQUIRED CHANGE - PENNSYLVANIA | | |

**Policy Number:** 381 -0091201668 -02
Form 80999 03/12        QN        **AGENT COPY**        **PAGE 1   CONTINUED**
72200    381-0091201668



**FOREMOST®**
INSURANCE COMPANY

Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

**FOREMOST BASICS™**
**DECLARATIONS PAGE**

*Linda Adjuster*
*(215) 901.8281*

*Claim# 301 2150058*

AMENDED DECLARATION * EFFECTIVE 09/27/18
SUPERSEDES ANY PREVIOUS DECLARATION PAGE BEARING
THE SAME POLICY NUMBER FOR THIS POLICY PERIOD.
REASONS FOR CHANGE FOLLOW:
- CHANGE/CORRECTION OF THE INSURED'S MAILING ADDR

**POLICY NUMBER:**    381-0091201668-03
**RENEWAL OF:**
**POLICY PERIOD BEGINNING** 02/17/18   **ENDING** 02/17/19   12:01 A.M. STANDARD TIME

**YOU AS NAMED INSURED AND YOUR ADDRESS**

ABRAHAM ITUAH
PO BOX 7791
PHILADELPHIA PA 19101-7791

*JN23 72060*

**YOUR POLICY IS SERVICED BY**

AMERICAN BEST INSURANCE AGENCY, LLC
1625 WASHINGTON AVE STE 202
PHILADELPHIA PA 19146-2045

**AGENCY CODE:**
372430039

**TELEPHONE:**
(215) 268-6495

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

---

**LOCATION # 1**

**IMPORTANT RATING INFORMATION**

**PREMISES**          508 W TABOR RD
**DESCRIPTION:**      PHILADELPHIA PA 19120-2718

| | | | |
|---|---|---|---|
| CONSTRUCTION: BRICK/MASONRY | TERRITORY: B | YR. BUILT: 1949 |
| FAMILIES: 2 | PROT. CLASS: 1 | FORM: DF1 |
| OCCUPANCY: RENTAL | RESP. FIRE DEPT.: PHILA ENG 61 | |
| HYDRANT: WITHIN 1,000 FEET | COUNTY: PHILADELPHIA | |
| FIRE DEPT.: WITHIN 5 MILES | | |

**SECTION I COVERAGES**

| | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A. DWELLING | $ 100,000 | | $ 715.00 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:  $5,000 ALL PERILS

**SECTION II COVERAGES**

| | LIMIT OF LIABILITY | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| F. PREMISES LIABILITY | $ 300,000 EA ACCIDENT | | $ 165.00 |
| G. MEDICAL PAYMENTS | $ 500 EA PERSON | | INCLUDED |
| | $ 10,000 EA ACCIDENT | | |

Policy Number: 381 -0091201668 -03

INSURED COPY                              PAGE 1 CONTINUED

| BUILDING PERMIT | City of Philadelphia | Permit Number: 939999 | |
|---|---|---|---|
| This permit may be revoked if the information has been misrepresented or not provided. | Department of Licenses and Inspections 1401 John F. Kennedy Blvd. Philadelphia, PA 19102 | Fee: $0.00 | Date Issued: 01/11/19 |

| Location of work: 00508 W TABOR RD PHILADELPHIA, PA 19120-2718 COMPLETE DEMO CITY | Contractual Services Unit (CSU) Phone Number: 215-686-2588 | |
|---|---|---|

| Owner: ITUAH ABRAHAM 00508 W TABOR RD PHILADELPHIA,PA 19120-2718 | Licensed Contractor: PEDRO PALMER CONSTRUCTION INC 2971 N EMERALD STREET PHILADELPHIA,PA 19134- (267)972-4210 x | Area: 1200 S.F. | Estimated Cost: $52,222.00 |
|---|---|---|---|
| | | Plan Examiner: PAUL POESSL | |

### If no Licensed Contractor is named, the Owner assumes all responsibility for compliance with the Code.

**Description of work authorized by this permit:**
FOR THE COMPLETE DEMO OF A VACANT SFD AS PART OF THE CITY OF PHILADELPHIA DEPT. OF LICENSES & INSPECTIONS DEMOLITION PROGRAM. Additional Specs: 1 stucco c/w 510 W Tabor RD.

*A 4*

## INSPECTIONS

The owner or contractor is required to notify the District Office listed above prior to starting any work, and at least 24 hours in advance of the required inspections. Failure to notify the District will result in the issuance of a $75 ticket by the Department. Inspections will not be made unless the Department-Approved plans are on the job.

The Department is authorized by the Code to Charge a $100 reinspection fee if:
1. The inspection reveals that the work is not constructed in accordance with the Code;
2. The work is not ready for inspection; or
3. Access to the work to be inspected is not provided.

## THIS PERMIT REQUIRES THE FOLLOWING INSPECTIONS:
## INITIAL/SITE - UNDER SLAB/FLOOR - PREFINAL/WALLBOARD - FRAMING/CLOSE-IN - FINAL

Separate permits are required for plumbing, electrical, fire suppression, and for the use of streets and sidewalks, including shelter platforms, scaffolding, dumpsters, closures, etc.

**Limitation:** For permits issued in connection with imminently dangerous structures or conditions, the permit shall become invalid if the work does not commence within 48 hours after issuance or does not progress continuously until the structure or condition is made safe, unless the permit is otherwise extended by the Department.

**PA ONE CALL SYSTEM** is required to be notified by PA Act 38 of 1991, three (3) working days prior to disturbing the earth with any type of powered equipment. Also, this permit does not constitute approval from any State or Federal agency, if required.

Where a Certificate of Occupancy (C.O.) is required, such buildings and spaces shall not be occupied until Final Inspection is made and the Certificate is issued by the Department.

All provisions of the Code and other City Ordinances must be complied with, whether specified herein or not.

This Permit does not constitute Zoning Approval.

### WORK MUST BEGIN WITHIN 10 DAYS OF ISSUANCE OF THIS PERMIT
**UNLESS ORDERED BY THE DEPARTMENT TO BEGIN SOONER, AND CONTINUE UNTIL THE STRUCTURE IS DEEMED SAFE BY THE DEPARTMENT.**
Protection of the public way and adjacent structures are to be implemented IMMEDIATELY. Contact the Contractual Services Unit for inspection or approval of any revisions to this schedule at 215-686-2588.

## POST A TRUE COPY OF THIS PERMIT IN A CONSPICUOUS LOCATION ON THE PREMISES

FAILURE TO POST THIS PERMIT WILL RESULT IN THE ISSUANCE BY THE DEPARTMENT OF A $75 TICKET

FOR ALL NEW CONSTRUCTION, ADDITIONS, AND WHERE A CERTIFICATE OF OCCUPANCY IS REQUIRED, THE ASSOCIATED ZONING / USE PERMIT SHALL BE POSTED ALONGSIDE THIS BUILDING PERMIT.

EXHIBITS

B1 — A7

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

| | |
|---|---|
| CITY OF PHILADELPHIA | MARCH ___ TERM __2019__ |
| V. | No. T0197 _____ |
| ~~INTERNAL REVENUE SERVICE~~ | |
| ABRAHAM ITUAH | Property: **5551 MORRIS ST, Philadelphia,** |
| Respondent(s) | **Pennsylvania** |

## RULE RETURNABLE
## CIVIL TAX PETITION

**AND NOW**, this **MARCH    13, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1.  Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2.  Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3.  A Rule Returnable hearing is scheduled for **June 18, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.

BY THE COURT:

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

| CITY OF PHILADELPHIA | MARCH TERM 2019 |
|---|---|
| V. | No. T0364 |
| ABRAHAM ITUAH | |
| Respondent(s) | Property: **419 W GODFREY AVENUE,** **Philadelphia, Pennsylvania** |

**RULE RETURNABLE**
**CIVIL TAX PETITION**

**AND NOW,** this **MARCH    20, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1.   Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2.   Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3.   A Rule Returnable hearing is scheduled for **June 25, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.

BY THE COURT:

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

| | |
|---|---|
| CITY OF PHILADELPHIA | MARCH    TERM    2019 |
| V. | No. T0199 |
| ABRAHAM   ITUAH | |
| Respondent(s) | Property:    4624 N 12TH STREET, |
| | Philadelphia, Pennsylvania |

## RULE RETURNABLE
## CIVIL TAX PETITION

AND NOW, this **MARCH    13, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1. Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2. Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3. A Rule Returnable hearing is scheduled for **June 18, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.

BY THE COURT:

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

| | |
|---|---|
| CITY OF PHILADELPHIA | MARCH ____ TERM __2019__ |
| V. | No. __T0393__ |
| ABRAHAM   ITUAH | |
| Respondent(s) | Property:  **4021  NEILSON STREET,** |
| | **Philadelphia, Pennsylvania** |

### RULE RETURNABLE
### CIVIL TAX PETITION

**AND NOW**, this **MARCH    21, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1.  Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2.  Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3.  A Rule Returnable hearing is scheduled for **June 25, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.

**BY THE COURT:**

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**



## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
#### TRIAL DIVISION – CIVIL

| CITY OF PHILADELPHIA | June Term 2019 |
| --- | --- |
| VS | No. T5961 |
| ITUAH | Property Address: _3301 A Street_ |

## RULE RETURNABLE
## CIVIL TAX PETITION

**AND NOW, 19-JUN-2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1. Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. §7193.2.

2. Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3. A Rule Returnable hearing is scheduled for **Tuesday, September 10, 2019,** at 9:00 a.m. in Court Room 676, City Hall, Philadelphia PA.

**BY THE COURT:**
**ARNOLD L. NEW**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

KBB81379–(Rev 11-9-18)

City Of Philadelphia Vs Ituah-AMTCF



19060596104003

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION - CIVIL**

| | |
|---|---|
| CITY OF PHILADELPHIA | **MARCH**　TERM　**2019** |
| V. | No. **T0162** |
| **ABRAHAM   ITUAH** | |
| Respondent(s) | Property:  **508 W TABOR ROAD,** |
| | **Philadelphia, Pennsylvania** |

## RULE RETURNABLE
## CIVIL TAX PETITION

**AND NOW**, this **MARCH    12, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1.  Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2.  Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3.  A Rule Returnable hearing is scheduled for **June 11, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.

**BY THE COURT:**

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### TRIAL DIVISION - CIVIL

| | |
|---|---|
| **CITY OF PHILADELPHIA** | **MARCH** TERM **2019** |
| V. | No. **T0634** |
| **ABRAHAM ITUAH** Respondent(s) | Property: **3765 N BOUVIER STREET, Philadelphia, Pennsylvania** |

## RULE RETURNABLE
## CIVIL TAX PETITION

**AND NOW**, this **MARCH   28, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1.  Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2.  Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3.  A Rule Returnable hearing is scheduled for **July 2, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.


**BY THE COURT:**

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

| CITY OF PHILADELPHIA | MARCH    TERM   2019 |
|---|---|
| V. | No. T0197 |
| ~~INTERNAL REVENUE SERVICE~~ ABRAHAM ITUAH | Property:   5551 MORRIS ST, Philadelphia, Pennsylvania |
| Respondent(s) | |

## RULE RETURNABLE
## CIVIL TAX PETITION

**AND NOW**, this **MARCH    13, 2019**, upon consideration of the Petition filed in the Civil Tax Action, it is hereby **ORDERED** as follows:

1. Petitioner shall serve a copy of this Order and the Petition on all Respondents. Service shall be in accordance with 53 P.S. S7193.2.

2. Respondents shall have fifteen (15) days from the date of service to file a response to the Petition.

3. A Rule Returnable hearing is scheduled for **June 18, 2019**, at 9:00 am in Court Room 676, City Hall, Philadelphia, Pennsylvania.

BY THE COURT:

**IDEE C. FOX**
**SUPERVISING JUDGE**
**TRIAL DIVISION – CIVIL**

# Notice of Delinquency

from the City of Philadelphia

| Total Amount Due: | $100.00 |
|---|---|
| CVN Number: | 62551451 |
| Notice Date: | 12/20/19 |



City of Philadelphia
P.O. Box 56318
Philadelphia, PA 19130-6318
(215) 567-2605

**www.phila.gov**



ABRAHAM ITUAH
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

### How you can resolve this matter now:

 **Pay online** with a credit card at www.phila.gov and select Pay 'Code Violation Notices'

 **Pay in person** at the Violations Branch, 913 Filbert Street, Philadelphia. Mon–Fri, 8 am–6 pm; Sat, 9 am–1 pm

✉ **Mail** your check or money order along with the payment coupon below. Write CVN number(s) on check/money order.

## Delinquency Notice

### You have failed to respond to the Code Violation Notice(s) listed below.

Be advised that a previous notice remains unanswered and a penalty of $25 has been imposed on each violation. Failure to pay or contest this code violation(s) within fifteen (15) days will result in additional penalties and further legal action including the filing of a Code Enforcement Complaint in Philadelphia Municipal Court. You are warned that, if you are found guilty in a municipal court, a judgment may be entered against you and you may lose money or property or other rights important to you. The Court can impose up to a maximum fine of $300 plus court costs per violation.

Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.

*If you have already appeared for an administrative hearing for a CVN listed below, you cannot schedule another hearing as it has already occurred and a disposition rendered. If you wish to contest the CVNs, please make sure you will be available for the date and time of the hearing as hearings cannot be rescheduled multiple times.*

| CVN# | Issue Date | Violation | Location | Street Code | Fine | Penalty | Amount Due |
|---|---|---|---|---|---|---|---|
| 62551451 | 08/16/19 | HIGH WEEDS, BUSHES | 508 W TABOR RD | 7654000508 08/14/07 | $75.00 | $25.00 | $100.00 |

| *If you have already paid, disregard this notice.* | Total Amount Due | $100.00 |
|---|---|---|

Keep this part for your records.

*If you wish to first contest this violation at a hearing at the Office of Administrative Review, check the Hearing Request Box ⬇ below and mail to the address listed on this notice.*

---

Return this coupon with your payment. ⬇

## Payment Coupon

**Do not send cash.**
Returned checks will be resubmitted for payment resulting in an additional fee.

| Past Due Amount: | $100.00 |
|---|---|
| CVN Number: | 62551451 |

☐ **Hearing Request Box**



ABRAHAM ITUAH
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

- Make your check or money order payable to the City of Philadelphia
- Mail to:
City of Philadelphia
PO Box 56318
Philadelphia, PA 19130

0006741070605040000000500080100001220 1901



B

EXCESS CHARGES

AND

INACCURATE ACCOUNTS

BILLING

# CITY OF PHILADELPHIA

 **Office of Property Assessment**
Curtis Center
601 Walnut Street
Suite 300 West
Philadelphia, PA 19106-3313



Evaluator: Damon Blanks
Phone #: (215) 686-4322
Fax#: (215) 686-9223

**Date: 2/22/2016**
**Attention: Appeals Unit Supervisor**

**Re: Real Estate Market Value Appeal Withdrawal Form for Tax Year 2016 - ONLY**
   **Location: 508 W TABOR RD    Account Number: 612003800**

**Appeals Unit Supervisor:**

The referenced real estate market value appeal is being WITHDRAWN for tax year 2016
**ONLY** based on the following revision:

**Certified  2016 market value:**          $135,700
**Revised  2016 market value by agreement:**   $84,300

*Excessive Tax payment*

**Administrative Approval (if needed)** _____
                                            *Signature*

**Comments:**
Market Value was revised based on condition after an inspection had been completed.

**This revision is made by Evaluator: Damon Blanks**

Based on the above revision, I/We withdraw the subject market value appeal for tax year
**2016 ONLY.**

| | | | |
|---|---|---|---|
| *Abraham* | *trial* | *Al* | *2/28/2016* |
| Owner 1 / Representative | Print Name | Signature | Date |

| | | | |
|---|---|---|---|
| Owner 2 | Print Name | Signature | Date |
| *508 W. Tabor Rd,* | | *Philadelphia* | *PA 1912o* |
| Street Address | | City, State | Zip |

| | | |
|---|---|---|
| Telephone Number | Fax Number | |
| *D. Blanks* | | *M* |
| Evaluator's Signature | | Supervisor's Signature |

*To be effective, a signed copy of this Withdrawal Form must be received by the Office of
Property Assessment at least twenty-four (24) hours before any scheduled hearing before
Board of Revision of Taxes.*



**CITY OF PHILADELPHIA**
**LAW DEPARTMENT**
**TAX & REVENUE UNIT**

MARCEL S. PRATT
CITY SOLICITOR

Carmen I. Sanchez
Tax Analyst
(215) 686-0572

June 5, 2019

**VIA HAND DELIVERY**

**A I Osaze & Sons Enterprise**
**Abraham Ituah**
**P.O. Box 48024**
**Philadelphia, PA**

  Re: <u>212 S. Edgewood Street-Brt#031161400</u>
    <u>Rule Hearing 5/21/19- 1807T0045</u>

Dear Mr. Ituah:

This letter confirms that the Real Estate Tax years regarding 2012 through 2019 were paid in full in the amount of $4,818.91. Therefore, the above referenced Sheriff sale matter was stayed and withdrawn. Please allow an additional week before the above referenced real estate tax account to reflect a zero balance.

I am available for any further questions.

        Very truly yours,

        Carmen I. Sanchez
        Tax Analyst

cc: file- pdf copy

From: **ITUAH ABRAHAM** aituah@aol.com
Subject: **Fraudulently collection**
Date: **Mar 23, 2022 at 10:47:27 AM**
To: **revenue@phila.gov, city.rep@phila.gov**

TO WHOM IT MAY BE CONCERN
The document attached shows the amount collected from the settlement of 212 S Edgewood Street, Philadelphia PA 19139 on
but she wouldn't receive the payment and insisted that I must sign the documents before accepting the payment. I signed and
settlements.
Please refund $8,088.55 collected as shown on the settlement documents attached here. It seems Sanchez Camen probably (
Sincerely yours,
Abraham Ituah



**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**


City of
**Philadelphia**

# Water/Sewer & Stormwater Bill
## Please pay $6,386.49

**Questions?**
**www.phila.gov/revenue**
**(215) 686-6880** Monday-Friday, 8am-5pm

---

**Customer Name:** AI OSAZE & SONS ENTERPRIS
**Service Address:** 212 S Edgewood St, Philadelphia PA 19139
**Bill Date:** March 14, 2019 (Bill Period: Feb 10, 2019 - Mar 09, 2019)

**Account Number:** 050-30800-00212-001
**Water Access Code:** 000131498
**Bill Number:** B0714866768
**Includes Payments Through:** March 14, 2019

## Your Account

| | |
|---|---|
| Water/Sewer/Stormwater balance at last bill | $6,326.56 |
| No payment received | $0.00 |
| Unpaid Balance | $6,326.56 |

**This Bill**

| | |
|---|---|
| Usage Charge (0 ccf, see below for details) | $0.00 |
| Service Charge | $12.16 |
| Stormwater Charge | $15.53 |
| Senior Citizen Discount | $0.00 |
| Total Current Charges | $27.69 |
| Late payment penalty | $32.24 |
| Total Account Balance | $6,386.49 |
| **Please Pay Now** | **$6,386.49** |

**Past Due Balance**
When your water bill is past due, your service is subject to shut-off. To avoid shut-off, pay your balance in full at one of our payment centers in the city. Payment information can be found on the back.

**Payment Types**
Pay by phone (877) 309-3709; credit card or e-check at www.phila.gov. Select water bill from pay menu options.

See back for more information and contact details ➔

## Your Water Usage
**Meter Readings**

If property was occupied during zero usage please call (215) 686-6880

Meter: 0339990   ERT: 0028114391   Service: 41R

| | | |
|---|---|---|
| March 09, 2019 | actual reading | 668 |
| February 10, 2019 | actual reading | 668 |
| Total CCFs used | | 0 |
| *Approximate gallons used per day* | | *0* |

**Usage History (ccf)** Actual Reading / Estimate



Mar 2018 Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar 2019 — all 0

---

Please fold and detach

**Paying by mail?**
Send this coupon with your payment.
See back for other ways to pay ➔

**Account Number**
050-30800-00212-001

| | |
|---|---|
| **Please pay** | **$6,386.49** |
| Late payment penalty | $33.18 |
| Total amount due if paid after Apr 15, 2019 | $6,419.67 |


AI OSAZE & SONS ENTERPRIS
212 S EDGEWOOD ST
PHILADELPHIA PA 19139

050  CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU

33372041519000030800021200110000641967000063864905000001000000000007



**CITY OF PHILADELPHIA**

REVENUE DEPARTMENT
Law/Tax Unit
Municipal Services Building
1401 JFK Boulevard
Philadelphia, PA  19102-1595

**Susan M. Crosby**
**Divisional Deputy City Solicitor**

Direct Dial: (215) 686-0507
Facsimile: (215) 686-0588
Electronic mail: susan.crosby@phila.gov

December 31, 2015

Al Osaze & Sons Enterprises
212 S. Edgewood Street
Philadelphia, PA 19139

**CE-14-11-72-0918**
**Property Address: 212 S. Edgewood Street**

To Whom It May Concern:

  Enclosed please find Discovery pertaining to the above referenced CE case. If you have any questions, please do not hesitate to contact me at 215-686-0557.

Sincerely,

Shari Outen
(Enclosures)

```
ENTITY ID: 8812106O8        NAME: ITUAH*ABRAHAM*
BRT ID: 88 1 210608 PROPERTY ADDRESS: 5229 GERMANTOWN AVE
STREET CODE: 36660 HOUSE NUMBER: 05229 UNIT:          SUFFIX:    EXTENSION:
PHONE NUMBER:          ____  _____
CASE ID...: 1818877
CASE TYPE..: 35  REALESTATE
CASE STATUS: 520 AGR ACTIVE
ID ORG.....: 55555556
AGREEMENT TYPE...: 200 R/E AGREEMENT
AGREEMENT AMOUNT.:         9960.00  AGREEMENT DATE.....: 11/07/2011
DOWN PAYMENT AMT.:         1000.00  NUM OF INSTALLMENTS: 24
INSTALLMENT AMT..:          373.33  FIRST INSTALL DATE.: 12/01/2011
AGREEMENT BALANCE:         1866.73  INSTALLMENTS PAID..: 19
TOTAL AMT PAID...:         8093.27
NUMBER PERIODS ATTACHED: 4
DATE LAST PERIOD ADDED.: 11/07/2011
-----------------------------------------------------------------------
ENTER=PROCESS  PF2=CAN AGR  PF4=NOTES  PF5=CASE  PF10=PERIODS  PF12=EXIT
```

Full payment was made to the City
by TD Bank. but all moneys paid
as payment plan of $8,093.27 was kept
by the city. Refund is due.

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
DELINQUENT TAX BILLING

A I OSAZE & SONS ENTERPRISE      ENTITY: 006 / 031161400
212 S EDGEWOOD ST      NOTICE NUMBER: 5393298190429
3080000212      BILL DATE: 04/29/2019
PHILADELPHIA PA 19139-3708      DUE ON OR BEFORE: 05/24/2019
INCLUDES PAYMENTS THROUGH: 04/25/2019 TELEPHONE NUMBER:(215)686-6600

| ACCT | ACCT ID | PERIOD | TAX DUE | INTEREST DUE | PENALTY DUE | TOTAL DUE |
|------|---------|--------|---------|--------------|-------------|-----------|
| REA | 100005209 | 01/01/12 | | | CHARGES: | 180.00 |
| REA | 100005209 | 12/31/12 | 84.94 | 48.77 | 6.31 | 169.44 |
| REA | 100005209 | 12/31/13 | 399.13 | 191.58 | 27.94 | 676.97 |
| REA | 100005209 | 12/31/14 | 500.83 | 195.33 | 35.06 | 867.00 |
| REA | 100005209 | 12/31/15 | 500.83 | 150.25 | 35.06 | 819.21 |
| REA | 100005209 | 12/31/16 | 650.35 | 136.58 | 45.52 | 974.30 |
| REA | 100005209 | 12/31/17 | 650.35 | 78.04 | 45.52 | 917.28 |
| REA | 100005209 | 12/31/18 | 650.35 | 19.51 | 19.51 | 827.67 |
| | TOTAL | | 3,436.78 | 820.06 | 214.92 | 5,431.87 |

CITY OF PHILADELPHIA - DEPARTMENT OF REVENUE
DELINQUENT TAX BILLING

BLLC

NOTICE NUMBER: 5393298190429      TELEPHONE:(215)686-6600
ENTITY: 006 / 031161400
A I OSAZE & SONS ENTERPRISE      CITY OF PHILADELPHIA
212 S EDGEWOOD ST      DEPARTMENT OF REVENUE
3080000212      P O BOX 8409
PHILADELPHIA PA 19139-3708      PHILADELPHIA PA  19105

3336105241900005393298190429000000000000000000000000000000000000003

| PMNTS THRU | TAX DUE | INTEREST DUE | PENALTY DUE | CHARGES | TOTAL DUE |
|------------|---------|--------------|-------------|---------|-----------|
| 04/25/2019 | 3,436.78 | 820.06 | 214.92 | 960.11 | 5,431.87 |

Abraham Ituah - Taxes + WATER Bill   1/2/2012

5551 MORRIS Street
Phila PA 19144
Water Bill - 1,436.04
Tax Bill - 4,901.69

1700 N. DOVER Street
Phila PA 19121
WATER Bill -
Tax Bill - 1,350.58

3153 W 66th Avenue
Phila PA 19138
WATER Bill - 1,305.43
Tax Bill - 6,357.35

33 S. 53rd Street
Phila PA
WATER Bill - $58.99
Tax Bill - 8,851.13

624 N. 12th Street
WATER Bill - $694.74
Tax Bill - 2,996.49

3843 Fairmount Ave
WATER Bill - 9,745.7.
Tax Bill - 5,065.44

2538 N. Gratz Stree
Phila PA 19132
WATER Bill - $725.68
Tax Bill - $610.08

212 S. Edgewood St
Phila, PA
WATER Bill - 4,659.11
Tax Bill - 1,610.23

2507 N. 19th Street
Phila PA 19132
WATER Bill - $753.60
Tax Bill - 1,353.33

3765 N. BOUVIER St
Phila PA
WATER Bills - $471.24
Tax Bills - 5,353.87

4021 Neilson Street
Phila
WATER Bill - 1,677.57
Tax Bill - 3,525.73
503 W. Tabor Road

1/6/2020        Live Database Area

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below
was filed under Chapter 13 of the United States Bankruptcy
Code, entered on 01/06/2020 at 12:03 PM and filed on
01/06/2020.

**Abraham O. Ituah**
PO Box 7791
Philadelphia, PA 19104
SSN / ITIN: xxx-xx-1699
Tax ID / EIN: 48-1305711
*dba* **A.I. Osaze & Sons Enterprise**

The case was filed by the debtor's attorney:

**MICHAEL A. CIBIK2**
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060

*Effect of fraud.
Compelled to file
bankruptcy*

The case was assigned case number 20-10058-jkf to Judge Jean K. FitzSimon.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia,
PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Timothy B McGrath**
**Clerk, U.S. Bankruptcy Court**

**PACER Service Center**

Live Database Area

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below
was filed under Chapter 13 of the United States
Bankruptcy Code, entered on 06/28/2016 at 11:39 AM
and filed on 06/28/2016.



**Abraham O. Ituah**
92 Robinson Avenue
Newburgh, NY 12550
SSN / ITIN: xxx-xx-1699

**Abraham Oszze Ituah**
PO BOX 48024
Philadelphia, PA 19144

The case was filed by the debtor's attorney:

**MICHAEL P. KUTZER**
1420 Walnut Street, Suite 800
Philadelphia, PA 19102-3604
215-687-6370

The bankruptcy trustee is:

**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
(610)779-1313

The case was assigned case number 16-14559-sr to Judge Stephen Raslavich.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or
not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a
debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to
determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at
our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400,
Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.



## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          **:**   **Chapter 13**

**ABRAHAM O ITUAH**

     **Debtor(s)**     **:**  **Bky. No.  20-10058 -AMC**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

                       _____

                        **ASHELY M. CHAN**

**Date: September 23, 2020**         **U.S. BANKRUPTCY JUDGE**



# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
## 215-686-7989

Marsha H. Neifield, President Judge
**PRESIDENT JUDGE**

CLAIM NO. __CE-10-06-72-0828__

```
Commonwealth of Pennsylvania, City of
Philadelphia
Water Revenue Bureau
Philadelphia, PA 19102
```

PLAINTIFF(S)

```
ABRAHAM ITUAH
508 W TABOR RD
PHILADELPHIA, PA 19120
```

DEFENDANT(S)

TERRE-TENANT(S)

## WRIT OF REVIVAL

    **(1)** You are notified that the Plaintiff(s) has (have) commenced a proceeding to revive and continue the lien of the judgment in the above entitled cause.

    **(2)** The Plaintiff(s) claims (claim) that the amount due and unpaid is \$ __4976.80__ with interest from __10/21/2010__ .

    **(3)** You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ. If you fail to do so judgment of revival will be entered.

**Office of Judicial Records**

**BY:** __Water and Sewer__

**FILED IN BULK**

**DATE:** __10/18/2016__

**REV. 6/15/2012**



# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
### 215-686-7989

Marsha H. Neifield, President Judge
**PRESIDENT JUDGE**

CLAIM NO. CE-10-06-72-0416

Commonwealth of Pennsylvania, City of
Philadelphia
Water Revenue Bureau
Philadelphia, PA 19102

ABRAHAM ITUAH
5229  GERMANTOWN AVE
PHILADELPHIA, PA 19144

**PLAINTIFF(S)**

**DEFENDANT(S)**

**TERRE-TENANT(S)**

## WRIT OF REVIVAL

    **(1)** You are notified that the Plaintiff(s) has (have) commenced a proceeding to revive and continue the lien of the judgment in the above entitled cause.

    **(2)** The Plaintiff(s) claims (claim) that the amount due and unpaid is $ 5942.58 **with interest from** 10/05/2010 .

    **(3)** You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ.  If you fail to do so judgment of revival will be entered.

**Office of Judicial Records**

**BY:** Water and Sewer

**FILED IN BULK**

**DATE:** 10/07/2015

**REV. 6/15/2012**



# PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge          Patricia R. McDermott, Deputy Court Administrator

# CE-15-06-32-0026

| | |
|---|---|
| City of Philadelphia: Department of Licenses and Inspections<br>1401 JFK Blvd., 11th Floor Code Enforcement Unit<br>Philadelphia, PA 19102 | ABRAHAM ITUAH<br>5229 GERMANTOWN AVE.<br>PHILADELPHIA, PA 19144 |
| *Plaintiff* | *Defendant(s)* |

City of Philadelphia: Department of Licenses and Inspections

**Plaintiff/Attorney**

**Attorney #** _____

**Address & Phone**   1401 JFK Blvd., 11th Floor Code Enforcement Unit
Philadelphia, PA 19102
Roger S. Tenant Sr, Acting Manager 215-686-1441
or 215-686-1442

# O R D E R

**AND NOW,** to wit this ___11th___ day of ___March___, ___2016___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment by Agreement. See attached Agreement for remarks.

The previous disposition of Judgment for Plaintiff by Default entered on 07/28/2015 has been vacated.  The description of that disposition was: Judgment for Plaintiff by Default. Judgment in the amount of $4,000.00, plus $0.00 Costs.   Entered 07/28/2015 02:48 PM.
Parties Appearing: City of Philadelphia: Department of Licenses and Inspections.

**BY THE COURT:**

_____ D.N.(MDB)
**J.**

51 (07/09/01)



### PHILADELPHIA MUNICIPAL COURT
#### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge      John J. Joyce, Deputy Court Administrator

# CE-17-11-33-0027

| | |
|---|---|
| City of Philadelphia, Bureau of Administrative Adjudication<br>913 Filbert Street<br>Philadelphia, PA 19107 | ABRAHAM ITUAH<br>92 ROBINSON AVE<br>NEWBURGH, NY 12550 |
| *Plaintiff* | *Defendant(s)* |

Adriana K. Gonzalez
_____

**Plaintiff/Attorney**
**Attorney #** _____318831_____

**Address & Phone**   Municipal Services Building 1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

# O R D E R

   **AND NOW,** to wit this _____24th_____ day of _____January_____, _____2018_____, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $2,400.00, plus $27.00 Costs.

**BY THE COURT:**

_Marsha H. Neifield_
_____
J. DUNN **J.**

51 (07/09/01)

B

2507 N. 19th Street

Accounts Created

Stopping Plantiff from
Selling property and
Caused Settlement agent
to withhold plaintiff

$19,98.02

| Selections: | Sort Options: | | | Report Date: |
|---|---|---|---|---|
| | Date | | | 5/17/2022 10:40:21 PM |

| | Defendant Information | Plaintiff Information | Date Filed Revised Date | Court | Case # Amount |
|---|---|---|---|---|---|
| 1 | ITUAH, ABRAHAM | COMMONWEALTH OF PENNSYLVANIA, CITY OF PHILADELPHIA | 10/4/2021 | | 1006720416 |
| | 19144,5229 GERMANTO | | 10/5/2010 | CE | $6,042.58 |
| 2 | ITUAH, ABRAHAM | CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE | 7/6/2021 | | 1510720844 |
| | 19134,3301 A ST | | 6/6/2016 | CE | $6,144.54 |
| 3 | ITUAH, ABRAHAM | CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE | 7/6/2021 | | 1512720658 |
| | 19124,4021 NEILSON | | 6/6/2016 | CE | $1,981.19 |
| 4 | ITUAH, ABRAHAM | CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE | 7/6/2021 | | 1512720875 |
| | 19120,508 W TABOR RD | | 6/6/2016 | CE | $9,624.79 |
| 5 | ITUAH, ABRAHAM | CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE | 2/1/2021 | | 1503720887 |
| | 19144,5229 GERMANTOW | | 1/25/2016 | CE | $4,009.40 |
| 6 | ITUAH, ABRAHAM | CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE | 8/29/2019 | | 1907720216 |
| | 19132,2507 N 19TH ST | | 8/29/2019 | CE | $1,583.99 |

Nothing short of: Regulation granting the award of assigns following the payment made to acquire this property as listed. No other additional information was provided on the listing. The Assignment is good for 2 years and unaccessable until final judgment is obtained.

I have waived Attorney service to obtain the final judgment before moving in to fix any part of the building. I don't want to believe that the City of Camden, held back information required to make well informed decision. I Expect the construction department do what it is necessary to prevent it property from further damages during the expiration of 2 years.

4657528
(866) 646 9439

2507 N 19TH ST
Philadelphia PA 19132-3802
OPA Number 162079700
Owner: ITUAH ABRAHAM
Assessed Value: $75800.00
Sale Date: 07/30/2013
Sale Price: $1.00

| Year | Principal | Interest | Penalty | Other | Total | Lien Number | City Solicitor | Status |
|------|-----------|----------|---------|-------|-------|-------------|----------------|--------|
| 2001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2019 | 713.86 | 160.61 | 49.97 | 152.40 | 1076.84 | 2002R19444682 | MARCEL S. PRATT | |
| 2020 | 716.16 | 96.68 | 50.13 | 148.72 | 1011.69 | 2102R20488405 | DIANA CORTES | |
| 2021 | 745.33 | 33.54 | 37.27 | 145.91 | 962.05 | 2202R21533126 | DIANA CORTES | |
| 2022 | 648.11 | 29.16 | 0.00 | 0.00 | 677.27 | | | |
| Total | 2823.46 | 319.99 | 137.37 | 447.03 | 3727.85 | | | |

ON HUD pd on sellerside.

6-17-22

6/20
RMD



# PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge          Patricia R. McDermott, Deputy Court Administrator

# CE-14-02-72-0608

| | |
|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia<br>Water Revenue Bureau<br>Philadelphia, PA 19102 | ABRAHAM ITUAH<br>508 W TABOR ROAD<br>PHILADELPHIA, PA 19120 |
| *Plaintiff* | *Defendant(s)* |

Marco A Muniz

**Plaintiff/Attorney**
**Attorney #**    081300

**Address &**
**Phone**    1515 Arch St. One Parkway Building- 14th floor-
Claims Unit
Philadelphia, PA 19102
215-683-5374

# ORDER

**AND NOW,** to wit this _____26th_____ day of _____March_____, _____2015_____, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

TapeID: 6 Start Position: 2:21 End Position: 2:23

Judgment for Plaintiff by Default. Judgment in the amount of $1,485.01, plus $0.00 Costs.   CONTINUANCE REQUEST IS DENIED

## BY THE COURT:

MARVIN L. WILLIAMS, SR.      (D.M.)

**J.**

51 (07/09/01)

 CITY OF PHILADELPHIA

REVENUE DEPARTMENT
Law/Tax Unit
Municipal Services Building
1401 JFK Boulevard
Philadelphia, PA  19102-1595

**Susan M. Crosby**
**Divisional Deputy City Solicitor**

Direct Dial: (215) 686-0507
Facsimile: (215) 686-0588
Electronic mail: susan.crosby@phila.gov

June 21, 2016

Abraham Ituah
5229 Germantown Avenue
Philadelphia, PA 19144

**CE-15-03-72-0887**
**Property Address: 5229 Germantown Avenue**

To Whom It May Concern:

Enclosed please find Discovery pertaining to the above referenced CE case. If you have any questions, please do not hesitate to contact me at 215-686-0557.

Sincerely,

Shari Outen
(Enclosures)

**CUSTOMER NAME:**  **ACCOUNT NUMBER:**  **SERVICE ADDRESS:**

ABRAHAM ITUAH   020-36660-05229-001   5229 GERMANTOWN AVENUE

| CREATE DATE | PURPOSE | REFERENCE | TRANSACTION | AMOUNT | DIS/REBATE ADJ | INTER ACCT | RUNNING BAL | UNALLOCATED |
|---|---|---|---|---|---|---|---|---|
| 12/31/2014 | BILL | BL04837875 | 12/31/2014 | 245.23 | 0 | 0 | 9005.48 | 245.23 |
| 12/3/2014 | BILL | BL04778298 | 12/2/2014 | 474.75 | 0 | 0 | 8760.25 | 474.75 |
| 12/1/2014 | PNLTYINT | DI16967139 | 12/1/2014 | 56.71 | 0 | 0 | 8285.5 | 56.71 |
| 10/30/2014 | PNLTYINT | DI16732585 | 10/30/2014 | 52.27 | 0 | 0 | 8228.79 | 52.27 |
| 10/29/2014 | BILL | BL04716938 | 10/29/2014 | 352.53 | 0 | 0 | 8176.52 | 352.53 |
| 10/1/2014 | LN | IV01234317 | 10/1/2014 | 10 | 0 | 0 | 7823.99 | 10 |
| 9/29/2014 | BILL | BL04656917 | 9/29/2014 | 298.88 | 0 | 0 | 7813.99 | 298.88 |
| 9/29/2014 | PNLTYINT | DI16493675 | 9/29/2014 | 48.39 | 0 | 0 | 7515.11 | 48.39 |
| 9/2/2014 | PNLTYINT | DI16275911 | 9/2/2014 | 43.81 | 0 | 0 | 7466.72 | 43.81 |
| 8/28/2014 | BILL | BL04597158 | 8/28/2014 | 251.19 | 0 | 0 | 7422.91 | 251.19 |
| 7/30/2014 | BILL | BL04537090 | 7/30/2014 | 182.29 | 0 | 0 | 7171.72 | 182.29 |
| 7/28/2014 | PNLTYINT | DI16022974 | 7/28/2014 | 45.68 | 0 | 0 | 6989.43 | 45.68 |
| 6/30/2014 | PNLTYINT | DI15802478 | 6/30/2014 | 42.07 | 0 | 0 | 6943.75 | 42.07 |
| 6/27/2014 | BILL | BL04774506 | 6/27/2014 | 249.17 | 0 | 0 | 6901.68 | 249.17 |
| 5/30/2014 | PNLTYINT | DI15574168 | 5/30/2014 | 48.31 | 0 | 0 | 6652.51 | 48.31 |
| 5/29/2014 | BILL | BL04417652 | 5/29/2014 | 201.28 | 0 | 0 | 6604.2 | 201.28 |
| 5/1/2014 | PNLTYINT | DI15335169 | 5/1/2014 | 39.42 | 0 | 0 | 6402.92 | 39.42 |
| 4/29/2014 | BILL | BL04357906 | 4/29/2014 | 367.59 | 0 | 0 | 6363.5 | 367.59 |
| 4/7/2014 | POS | REC0028584 | 4/3/2014 | -400 | 0 | 0 | 5995.91 | 0 |
| 4/3/2014 | PNLTYINT | DI15094598 | 4/3/2014 | 40.4 | 0 | 0 | 6395.91 | 40.4 |
| 4/1/2014 | LN | IV01174342 | 4/1/2014 | 10 | 0 | 0 | 6355.51 | 10 |
| 3/31/2014 | BILL | BL04299056 | 3/31/2014 | 215.33 | 0 | 0 | 6345.51 | 215.33 |
| 3/3/2014 | BILL | BL04238762 | 3/3/2014 | 220.97 | 0 | 0 | 6130.18 | 220.97 |
| 3/3/2014 | PNLTYINT | DI14843684 | 3/3/2014 | 36.26 | 0 | 0 | 5909.21 | 36.26 |

Case 2:19-cv-05088-GJP Document 36 Filed 05/03/23 Page 80 of 222
18-35408-cgm Claim 3-1 Filed 05/14/18 Pg 31 of 45



# PHILADELPHIA MUNICIPAL COURT
## SMALL CLAIMS COMPLAINT

DATE: 3/3/16

CASE: CE-'5-06-32-0026

PLAINTIFF:
City of Philadelphia Department of Licenses & Inspections

DEFENDANT:
Abraham Itua

## JUDGMENT BY AGREEMENT
(The agreement below will be entered as an ORDER OF THE COURT)
ALL PARTIES AGREE TO THE FOLLOWING:

✓ Judgment for plaintiff in the amount of : $500   plus costs:   for a total of: $500

Settle in full

Withdrawn Without Prejudice.

Settled, Discontinued & ended.

REMARKS:

$ 4,843.62 was fraudulently collected.

* All payment must be in the form of a money order payable to "City of Philadelphia" and should have the CE# on it. Payment can be sent:
City of Philadelphia Law Department
Code Enforcement Unit, 16th Floor
1515 Arch Street
Philadelphia, PA 19102

→ put Att: Will Fernandez
on envelope

I am in accord with the above agreement and understand that with my signature I am waiving my right to appeal this case.

City of Philadelphia Department of Licenses & Inspections

Plaintiff

15-686-1441

Phone number

Will Fernandez
Attorney for plaintiff

517133
Attorney I.D. number

Defendant

(310) 381-9854
Phone number

Attorney for Defendant

Attorney I.D. number

THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT, WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES OR AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 686-1000. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST THREE BUSINESS DAYS BEFORE ANY HEARING OR WITHIN THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF THE HEARING WHICHEVER IS LATER.

(#3)

**Cut Out & Use to Mail Payment to:**

City of Philadelphia - Law Department
Code Enforcement Unit
Phone:  215 683-5110
Fax:     215 683-5299
Email:  LawCodeEnforce@phila.gov
Date:    January 31, 2019
This offer will expire 30 days from the date of this bill.

> City of Philadelphia, Law Department
> Code Enforcement Unit
> c/o  T. Taylor
> 1515 Arch Street, 15th Floor
> Phila., PA 19102-1595

## Judgment(s) Statement
### Arising from Violations Issued by the Dept. of Licenses and Inspections

**TOTAL AMOUNT OWED:  8,173.04**

The City of Philadelphia has judgments against **Abraham Ituah**

| # | DATE OF JUDGMENT | CASE NUMBER | JUDGMENT AMOUNT INCL COSTS | POST-JUDGMENT INTEREST | (IF APPLICABLE) JUDGMENT REVIVAL COST | TOTAL DUE |
|---|---|---|---|---|---|---|
| 1 | 7/28/2015 | CE-15-06-32-0026 | $4,000.00 | $843.62 | $0.00 | $4,843.62 |
| 2 | 4/3/2017 | CE-17-02-32-0300 | $3,000.00 | $329.42 | $0.00 | $3,329.42 |

Paid SA-2080 X          Michael Riley

\*\*\*\*\*\*\*\* I the buyer is purchasing the property subject to the above lien.

Eli Gabay, Sole Memeber of ATLAS INVESTMENTS, LLC

**PLEASE NOTE:  All** payments are to be made with **guaranteed funds**, such as a bank check or money order, made **payable to "City of Philadelphia"** and directed to the City of Philadelphia Law Department, Code Enforcement Unit, 1515 Arch Street, 15th Floor Philadelphia, PA.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment

This is a judgment payoff statement based on the information provided. This statement does not serve as a judgment or lien search and may not include all Municipal Court judgments against a particular entity/individual. This statement does not include any fees owed to the Department of Licenses and Inspections, any in rem liens on a property placed due to work performed by the City or the status of violations on a particular property.

For information regarding liens you can search the Locality/In Rem Index with the Philadelphia Court of Common Pleas at City Hall Room 262 and/or obtain a lien statement by emailing agency.receivables@phila.gov.

For information regarding reinspection fees or other fees you must contact the Department of Licenses and Inspections. For the status of violations you can either obtain a property certification for the Department of Licenses and Inspections or search the property history at www.phila.gov/LI or https://atlas.phila.gov/.



City of
# Philadelphia

Law Department
Tax Unit: Mass Litigation Water
Municipal Services Building
1401 JFK Boulevard
Philadelphia, PA 19102-1595

Property Address: 33 S. 53rd Street
Account #: 049-88850-00033-001
Last Meter Reading: 11          Taken On: May 12, 2021
☒ Actual      ☐ Estimated
Dates of Last Billing Cycle: Apr 13, 2021 to May 12, 2021
Water/Sewer Balance: 6255.10
Restore Fee (if applicable): _____
Lien Fee (if applicable): _____
Total: $ 6255.10

Discontinued Account(s)      ☐ None if checked

#: _____     Balance: _____

#: _____     Balance: _____

#: _____     Balance: _____

Water Code Enforcement Judgment(s)
(inclusive of costs, fines, & fees)

☐ None if checked

Judgment #: _____
Date: _____
Court Costs: $ _____
Fines: $ _____
Total: $ _____

Judgment #: _____
Date: _____
Court Costs: $ _____
Fines: $ _____
Total: $ _____

Judgment #: _____
Date: _____
Court Costs: $ _____
Fines: $ _____
Total: $ _____

Judgment #: _____
Date: _____
Court Costs: $ _____
Fines: $ _____
Total: $ _____

Agency/Lien Repair Bill Balance

☐ None if checked

Lien #: _____
Date: _____
Total: $ _____

Lien #: _____
Date: _____
Total: $ _____

HELP Loan Bill Balance

☐ None if checked

HELP Loan Acct #: _____
Date: _____
Total: $ _____

ACCOUNT BALANCE DUE (inclusive of all amounts listed above): 6255.10

GOOD THROUGH: Jun 14, 2021

Additional Comments: _____

Law Department Representative's Name: rburton
Date: 6/1/21

Mail your completed form along with a certified check, settlement agent escrow check or money order payable to
"City Of Philadelphia" to: Philadelphia Law Department, 1401 John F. Kennedy Blvd, Room 580, Philadelphia,
PA, 19102.

Should you need an updated payoff figure, please send this completed form back with your request.

For Law Department Use Only

Previous editions are obsolete                                                                                           form HUD-1 (3/86) Handbook 4305.2
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT          File Number: SA-21861
SETTLEMENT STATEMENT                                                                                                     PAGE 2
                                                          TitleExpress Settlement System  Printed 10/10/2019 at 14:07 JC

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION based on price $75,000.00 =** | | |
| Division of commission (line 700) as follows: | | |
| 701. $              to | | |
| 702. $              to | | |
| 703. Commission paid at Settlement | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee        % | | |
| 802. Loan Discount        % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. | | |
| 806. | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From        to        @$        /day | | |
| 902. Mortgage Insurance Premium for        to | | |
| 903. Hazard Insurance Premium for        to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance        mo. @ $        /mo | | |
| 1002. Mortgage Insurance        mo. @ $        /mo | | |
| 1003. City Property Tax        mo. @ $        /mo | | |
| 1004. County Property Tax        mo. @ $        /mo | | |
| 1005. School taxes        mo. @ $        /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee | | |
| 1102. Reimburse w/s printout        to Statewide Abstract Group, Inc | | 5.00 |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Deed Preparation        to Statewide Abstract Group, Inc | 70.00 | |
| 1106. Notary Fees        to Statewide Abstract Group, Inc | 10.00 | 15.00 |
| 1107. Attorney's fees | | |
| (includes above items No:        ) | | |
| 1108. Title Insurance        to Statewide Abstract Group, Inc | 868.25 | |
| (includes above items No:        ) | | |
| 1109. Lender's Policy | | |
| 1110. Owner's Policy        75,000.00  - 868.25 | | |
| 1111. FedEx / Wire Fee        to Statewide Abstract Group, Inc | | 25.00 |
| 1112. Title Clearance        to Statewide Abstract Group, Inc | | 250.00 |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees Deed $256.75 ; Mortgage $ ; Release $ | 256.75 | |
| 1202. City/County tax/stamps        Deed $2,458.50 ; Mortgage $ | 1,229.25 | 1,229.25 |
| 1203. State Tax/stamps        Deed $750.00 ; Mortgage $ | 375.00 | 375.00 |
| 1204.        Deed $        ; Mortgage $ | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. #1 CE-1506320026        to Satisfied | | |
| 1302. 4&6 CE1704330211/CE1711330X PAID on SA-21870 | | |
| 1303. w/s thru 2019- 8th cycle        to City of Philadelphia | | 6,691.87 |
| 1304. Muni 292/509/092/368/067        to City of Philadelphia | | 816.61 |
| 1305. 2011-2019 Re Tax (Sept)        to City of Philadelphia | | 13,055.42 |
| 1306. w/s srvc 8/3 - 8/30        to Water Revenue Bureau | | 25.92 |
| 1307. w/s usage reading 2160 NO Adb Water Revenue Bureau | | |
| 1308. | | |
| **1400. TOTAL SETTLEMENT CHARGES**   (enter on lines 103, Section J and 502, Section K) | 2,809.25 | 22,489.07 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

FLORENCE INVESTMENTS, LLC _____

ABRAHAM ITUAH _____

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____        DATE: _____

form HUD-1 (3/86) ref Handbook 4305.2
PAGE 3

Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

File Number: SA-21871
TitleExpress Settlement System  Printed 10/10/2019 at 14:07 JC

## ITEMIZATION OF HUD LINE 1308

| 1500. SCHEDULE OF DISBURSEMENTS | | BUYER | SELLER |
|---|---|---|---|
| 1501. | | | |
| 1502. 2012-2019 Re Tax | to City of Philadelphia | | 7,951.62 |
| 1503. w/s thru 219- 4th cycle | to City of Philadelphia | | 1,755.15 |
| 1504. Reimburse Search | to Prosperity Abstract | 200.00 | |
| 1505. Assignment Fee | to Prosperity Industries LLC | 8,000.00 | |
| 1506. Assignment Fee | to Keller Williams | 2,000.00 | |
| 1507. | | | |
| 1508. | | | |
| 1509. | | | |
| 1510. | | | |
| 1511. | | | |
| 1512. | | | |
| 1513. | | | |
| 1514. | | | |
| 1515. | | | |
| 1516. | | | |
| 1517. | | | |
| 1518. | | | |
| 1519. | | | |
| 1520. TOTAL HUD LINE 1308 EXPENSE: | | 10,200.00 | 9,706.77 |

38404000082182

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

**A. Settlement Statement**

**B. Type of Loan**

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---------|----------|-------------------|-----------------|-----------------|-----------------------------------|
| 4. ☐VA  | 5. ☐Conv. Ins. | | SA-21861 | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 10/10/2019 at 14:07 JC

| | |
|---|---|
| **D. NAME OF BORROWER:** | FLORENCE INVESTMENTS, LLC |
| ADDRESS: | 1628 JFK Blvd, Suite 2200, Philadelphia, PA 19103 |
| **E. NAME OF SELLER:** | ABRAHAM ITUAH |
| ADDRESS: | P.O. Box 7791, Philadelphia, PA 19104 |
| **F. NAME OF LENDER:** | |
| ADDRESS: | |
| **G. PROPERTY ADDRESS:** | 2153 66th Avenue, Philadelphia, PA 19138 |
| | City of Philadelphia |
| **H. SETTLEMENT AGENT:** | Statewide Abstract Group, inc |
| PLACE OF SETTLEMENT: | 7901 Bustleton Avenue, Suite 203, Philadelphia, PA 19152 |
| **I. SETTLEMENT DATE:** | 08/30/2019 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 75,000.00 | 401. Contract sales price | 75,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 2,809.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes   08/30/19 to 12/31/19 | 574.25 | 406. City/town taxes   08/30/19 to 12/31/19 | 574.25 |
| 107. County taxes | | 407. County taxes | |
| 108. School taxes | | 408. School taxes | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 78,383.50 | **420. GROSS AMOUNT DUE TO SELLER** | 75,574.25 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 22,489.07 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. BUYER to pay 2019- 9th cycle | | 508. BUYER to pay 2019- 9th cycle | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. School taxes | | 512. School taxes | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. Held Escrow  #W0803P5507 | 1,938.00 |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 24,427.07 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 78,383.50 | 601. Gross amount due to seller (line 420) | 75,574.25 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction amount due seller (line 520) | 24,427.07 |
| | | | |
| **303. CASH FROM BORROWER** | 78,383.50 | **603. CASH TO SELLER** | 51,147.18 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT:** The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____ ) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: ____ - ____ - ____ / _____ - ____ - _____   SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

| | ...t Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 00. | **Total Real Estate Broker Fees** | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $0.00 | to | | |
| 702. | $0.00 | to | | |
| 703. | Commission paid at settlement | | | |
| **800.** | **Items Payable in Connection with Loan** | | | |
| 801. | Our origination charge  (includes Origination Point 0.000% or $0.00) | $ | (from GFE #1) | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | |
| 803. | Your adjusted origination charges | | (from GFE A) | |
| 804. | Appraisal fee | to | (from GFE #3) | |
| 805. | Credit report | to | (from GFE #3) | |
| 806. | Tax service | to | (from GFE #3) | |
| 807. | Flood certification | to | (from GFE #3) | |
| 808. | | to | | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | | |
| 901. | Daily interest charges from | from 08/26/2019 to 09/01/2019 @ $0.00/day | (from GFE #10) | |
| 902. | Mortgage insurance premium | months to | (from GFE #3) | |
| 903. | Homeowner's insurance | months to | (from GFE #11) | |
| 904. | | months to | (from GFE #11) | |
| **1000.** | **Reserves Deposited with Lender** | | | |
| 1001. | Initial deposit for your escrow account | | (from GFE #9) | |
| 1002. | Homeowner's insurance | months @ $ | /month | |
| 1003. | Mortgage insurance | months @ $ | /month | |
| 1004. | Property taxes | months @ $ | /month | |
| 1005. | | months @ $ | /month | |
| 1006. | School taxes | months @ $   0.00/month  $ | | |
| 1007. | Aggregate Adjustment | | $ | |
| **1100.** | **Title Charges** | | | |
| 1101. | Title services and lender's title insurance | $ | (from GFE #4) | 224.00 |
| 1102. | Settlement or closing fee | to | $ | |
| 1103. | Owner's title insurance | $ | (from GFE #5) | 1,880.00 |
| 1104. | Lender's title insurance | $ | | |
| 1105. | Lender's title policy limit $0.00  Lender's Policy | | | |
| 1106. | Owner's title policy limit $250,000.00  Owner's Policy | | | |
| 1107. | Agent's portion of the total title insurance premium | $1,635.60 | | |
| 1108. | Underwriter's portion of the total title insurance premium | $244.40 | | |
| 1109. | Reimburse w/s printout | to Statewide Abstract Group, Inc | | 5.00 |
| 1110. | Title Clearance | to Statewide Abstract Group, Inc | | 250.00 |
| 1111. | Fedex/Wire Fee | to Statewide Abstract Group, Inc | | 25.00 |
| 1112. | Notary Fee | to Statewide Abstract Group, Inc | | 20.00 |
| **1200.** | **Government Recording and Transfer Charges** | | | |
| 1201. | Government recording charges | $ | (from GFE #7) | 483.50 |
| 1202. | Deed $256.75 | Mortgage $226.75 | Release $ | |
| 1203. | Transfer taxes | $ | (from GFE #8) | 5,347.50 |
| 1204. | City/County tax/stamps | Deed $8,195.00 | Mortgage $ | 4,097.50 |
| 1205. | State Tax/stamps | Deed $2,500.00 | Mortgage $ | 1,250.00 |
| 1206. | | Deed $ | Mortgage $ | |
| **1300.** | **Additional Settlement Charges** | | | |
| 1301. | Required services that you can shop for | | (from GFE #6) | |
| 1302. | 2019 Re Tax August | to | | 5,665.52 |
| 1303. | #1 Case# 190202403 | to OK TO REMOVE | | |
| 1304. | #2 Case# 190303867 | to OK TO REMOVE | | |
| 1305. | #3-Case #110503223/ Mortgage Doc 513 | to TD Bank | | 180,000.00 |
| 1306. | #4 CE-1006720416 | to WITHDRAWN PER WATER DEPARTMENT | | |
| 1307. | #5 CE-1006720828 | to City of Philadelphia | | 110.00 |
| 1308. | #6 CE-1308720811 | to City of Philadelphia | | 88.00 |
| 1309. | #7 CE-1402720608 | to City of Philadelphia | | 88.00 |
| 1310. | #8 PAID SA-21870 | to PAID SA-21870 | | |
| 1311. | #9 PAID SA-21870 | to PAID SA-21870 | | |
| 1312. | #10 LT-1509114250 | to OK TO REMOVE | | |
| 1313. | 2013-2019 Refuse | to | | 3,636.98 |
| 1314. | Muni Lien #17090457 | to | | 2,981.38 |
| 1315. | Water Settlement | to | | 25,548.53 |
| **1400.** | **Total Settlement Charges** | (enter on lines 103, Section J and 502, Section K) | 7,935.00 | 223,765.91 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er. **Credit by lender shown on page 1. ***Credit by seller shown on page 1.

*(handwritten notes in right margin):*
5,775.52
176.00

5,951.52
3,636.98

9,588.50
2,981.38

12,569.88
25,548.53

38,118.41

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

File Number: SA-21870

PAGE 2

### SETTLEMENT STATEMENT

TitleExpress Settlement System  Printed 02/13/2019 at 15:07 MR

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $50,000.00 = | | |
| Division of commission (line 700) as follows: | | |
| 701. $                          to | | |
| 702. $                          to | | |
| 703. Commission paid at Settlement | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee          % | | |
| 802. Loan Discount          % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. | | |
| 806. | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest  From          to          @$          /day | | |
| 902. Mortgage Insurance Premium  for          to | | |
| 903. Hazard Insurance Premium  for          to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance          mo. @ $          /mo | | |
| 1002. Mortgage Insurance          mo. @ $          /mo | | |
| 1003. City Property Tax          mo. @ $          /mo | | |
| 1004. County Property Tax          mo. @ $          /mo | | |
| 1005. School taxes          mo. @ $          /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or Closing Fee | | |
| 1102. Reimburse w/s printout          to  Statewide Abstract Group, Inc | | 5.00 |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Deed Preparation          to  Statewide Abstract Group, Inc | 70.00 | |
| 1106. Notary Fees          to  Statewide Abstract Group, Inc | 14.00 | 15.00 |
| 1107. Attorney's fees | | |
| (includes above items No:          ) | | |
| 1108. Title Insurance          to  Statewide Abstract Group, Inc | 711.50 | |
| (includes above items No:          ) | | |
| 1109. Lender's Policy | | |
| 1110. Owner's Policy          50,000.00  - 711.50 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $  256.75          ; Mortgage $          ; Release $ | 256.75 | |
| 1202. City/County tax/stamps          Deed $ 1,639.00          ; Mortgage $ | 819.50 | 819.50 |
| 1203. State Tax/stamps          Deed $ 500.00          ; Mortgage $ | 250.00 | 250.00 |
| 1204.          Deed $          ; Mortgage $ | | |
| 1205. | | |
| 1301. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. 2019 Re Tax Discount          to  City of Philadelphia | 1,592.29 | |
| 1302. 2012-2018 Re Tax 1504T0328          to  City of Philadelphia | | 8,687.70 |
| 1303. w/s thru 2019- 1st cycle          to  City of Philadelphia | | 3,163.94 |
| 1304. Judgment 3 CE1506320026          to  City of Philadelphia | | 4,843.62 |
| 1305. #6&7 CE1704330211/1711330027 to  City of Philadelphia | | 13,727.00 |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1400. TOTAL SETTLEMENT CHARGES          (enter on lines 103, Section J and 502, Section K) | 3,714.04 | 31,511.76 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

A-         SJF INVESTMENTS, LLC

A-         EBRAHAM ITUAH

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____          DATE: _____

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

File Number: SA-21871

PAGE 2

## SETTLEMENT STATEMENT

TitleExpress Settlement System  Printed 05/08/2019 at 11:51 MR

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700.  TOTAL SALES/BROKER'S COMMISSION based on price $56,000.00 = | | |
| Division of commission (line 700) as follows: | | |
| 701.  $                              to | | |
| 702.  $                              to | | |
| 703.  Commission paid at Settlement | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801.  Loan Origination Fee                    % | | |
| 802.  Loan Discount                             % | | |
| 803.  Appraisal Fee | | |
| 804.  Credit Report | | |
| 805. | | |
| 806. | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901.  Interest  From                to                      @$              /day | | |
| 902.  Mortgage Insurance Premium  for             to | | |
| 903.  Hazard Insurance Premium  for               to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001.  Hazard Insurance                        mo. @ $              /mo | | |
| 1002.  Mortgage Insurance                     mo. @ $              /mo | | |
| 1003.  City Property Tax                        mo. @ $              /mo | | |
| 1004.  County Property Tax                    mo. @ $              /mo | | |
| 1005.  School taxes                              mo. @ $              /mo | | |
| 1009.  Aggregate Analysis Adjustment | 0.00 | 0.00 |
| **1100. TITLE CHARGES** | | |
| 1101.  Settlement or Closing Fee | | |
| 1102.  Reimburse w/s printout          to Statewide Abstract Group, Inc | | 5.00 |
| 1103.  Title Examination | | |
| 1104.  Title Insurance Binder | | |
| 1105.  Deed Preparation            to Statewide Abstract Group, Inc | 70.00 | |
| 1106.  Notary Fees                    to Statewide Abstract Group, Inc | 14.00 | 15.00 |
| 1107.  Attorney's fees | | |
| (includes above items No:                                        ) | | |
| 1108.  Title Insurance            to Statewide Abstract Group, Inc | 749.12 | |
| (includes above items No:                                        ) | | |
| 1109.  Lender's Policy | | |
| 1110.  Owner's Policy               56,000.00  - 749.12 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201.  Recording Fees Deed $   256.75       ; Mortgage $            ; Release $ | 256.75 | |
| 1202.  City/County tax/stamps          Deed $ 1,835.68    ; Mortgage $ | 917.84 | 917.84 |
| 1203.  State Tax/stamps                  Deed $ 560.00      ; Mortgage $ | 280.00 | 280.00 |
| 1204.                                          Deed $            ; Mortgage $ | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | | |
| 1302. | | |
| 1303.  #9 Case ID#12120248          to  PA Department of Revenue | | 1,128.59 |
| 1304.  #10 CE-1408320815            to  City of Philadelphia | | 754.75 |
| 1305.  #11 CE-1410720299            to  City of Philadelphia | | 1,527.50 |
| 1306.  #12 CE-1501330231            to  City of Philadelphia | | 1,073.00 |
| 1307.  #13 CE-1505320704            to  City of Philadelphia | | 4,265.78 |
| 1308.  Other Disbursements (1520) | 10,200.00 | 9,706.77 |
| **1400. TOTAL SETTLEMENT CHARGES**          (enter on lines 103, Section J and 502, Section K) | 12,487.71 | 19,674.23 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.
DELCINA FUTURE, LLC

By: MELIDA KNIBBS, SOLE MEMBER

ABRAHAM ITUAH

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____          DATE: _____

Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

HUD-1 (3/86) ref Handbook 4305.2
PAGE 2

File No: SA-20800
TitleExp: Settlement System  Printed 01/08/2019 at 11:15 NS

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700.  TOTAL SALES/BROKER'S COMMISSION based on price $70,000.00 = | | |
| Division of commission (line 700) as follows: | | |
| 701.  $                     to | | |
| 702.  $                     to | | |
| 703.  Commission paid at Settlement | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801.  Loan Origination Fee              % | | |
| 802.  Loan Discount                     % | | |
| 803.  Appraisal Fee | | |
| 804.  Credit Report | | |
| 805. | | |
| 806. | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901.  Interest  From          to          @$          /day | | |
| 902.  Mortgage Insurance Premium for          to | | |
| 903.  Hazard Insurance Premium  for          to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001.  Hazard Insurance          mo. @ $          /mo | | |
| 1002.  Mortgage Insurance          mo. @ $          /mo | | |
| 1003.  City Property Tax          mo. @ $          /mo | | |
| 1004.  County Property Tax          mo. @ $          /mo | | |
| 1005.  School taxes          mo. @ $          /mo | | |
| 1009.  Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101.  Settlement or Closing Fee | | |
| 1102.  Reimburse w/s printout          to  Statewide Abstract Group, Inc | | 5.00 |
| 1103.  Title Examination | | |
| 1104.  Title Insurance Binder | | |
| 1105.  Deed Preparation          to  Statewide Abstract Group, Inc | 70.00 | |
| 1106.  Notary Fees          to  Statewide Abstract Group, Inc | 14.00 | 15.00 |
| 1107.  Attorney's fees | | |
| (includes above items No:                     ) | | |
| 1108.  Title Insurance          to  Statewide Abstract Group, Inc | 836.90 | |
| (includes above items No:                     ) | | |
| 1109.  Lender's Policy          105,500.00  - 1,059.20 | | |
| 1110.  Owner's Policy          70,000.00  - 222.30 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201.  Recording Fees Deed $   252.00          ; Mortgage $          ; Release $ | 252.00 | |
| 1202.  City/County tax/stamps          Deed $ 2,294.60     ; Mortgage $ | | 2,294.60 |
| 1203.  State Tax/stamps          Deed $ 700.00          ; Mortgage $ | | 700.00 |
| 1204.          Deed $          ; Mortgage $ | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301.  #1 SC-1603033508          to  Lorie Patterson c/o Rachel Garland | | 4,951.00 |
| 1302.  #2 CE-1612820075          to  Water Revenue Bureau | | 2,417.01 |
| 1303.  #3 CE-1702320301          to  City of Philadelphia | | 3,307.23 |
| 1304.  #4 CE-1702320300 | | |
| 1305.  #5 CE-1705330178          to  City of Philadelphia | | 3,809.00 |
| 1306.  #6 CE-1801820326          to  Water Revenue Bureau | | 1,649.98 |
| 1307.  w/s thru 2018- 12th cycle          to  City of Philadelphia | | 8,380.13 |
| 1308.  Other Disbursements (1520) | 31,243.06 | 5,729.52 |
| 1400. TOTAL SETTLEMENT CHARGES          (enter on lines 103, Section J and 502, Section K) | 35,410.56 | 30,263.87 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.
LEVELS INVESTMENTS LLC

By: MICHAEL KINH HO, SOLE MEMBER

ABRAHAM O. ITUAH

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

1/8/19

Previous editions are obsolete

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

File Number: **SA-21871**

PAGE 3

**SETTLEMENT STATEMENT**

TitleExpress Settlement System  Printed 10/10/2019 at 14:07 JC

### ITEMIZATION OF HUD LINE 1308

| 1500. SCHEDULE OF DISBURSEMENTS | | BUYER | SELLER |
|---|---|---|---|
| 1501. | | | |
| 1502. 2012-2019 Re Tax | to City of Philadelphia | | 7,951.62 |
| 1503. w/s thru 2019- 4th cycle | to City of Philadelphia | | 1,755.15 |
| 1504. Reimburse Search | to Prosperity Abstract | 200.00 | |
| 1505. Assignment Fee | to Prosperity Industries LLC | 8,000.00 | |
| 1506. Assignment Fee | to Keller Williams | 2,000.00 | |
| 1507. | | | |
| 1508. | | | |
| 1509. | | | |
| 1510. | | | |
| 1511. | | | |
| 1512. | | | |
| 1513. | | | |
| 1514. | | | |
| 1515. | | | |
| 1516. | | | |
| 1517. | | | |
| 1518. | | | |
| 1519. | | | |
| 1520. TOTAL HUD LINE 1308 EXPENSE: | | 10,200.00 | 9,706.77 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

File Number: SA-20800

form HUD-1 (3/86) ref Handbook 4305.2
PAGE 3
TitleExpress Settlement System  Printed 10/10/2019 at 14:04 JC

## ITEMIZATION OF HUD LINE 1308

**1500. SCHEDULE OF DISBURSEMENTS**

| | | BUYER | SELLER |
|---|---|---|---|
| 1501. | | | |
| 1502. 2014-2018 Re Tax | to City of Philadelphia | | |
| 1503. Assignment Fee | to Michael Ho | | 5,729.52 |
| 1504. 2019 Re Tax | to City of Philadelphia | 30,000.00 | |
| 1505. | | 1,243.06 | |
| 1506. | | | |
| 1507. | | | |
| 1508. | | | |
| 1509. | | | |
| 1510. | | | |
| 1511. | | | |
| 1512. | | | |
| 1513. | | | |
| 1514. | | | |
| 1515. | | | |
| 1516. | | | |
| 1517. | | | |
| 1518. | | | |
| 1519. | | | |
| 1520. TOTAL HUD LINE 1308 EXPENSE: | | 31,243.06 | 5,729.52 |

By

STEVEN

L Wakefield

ACTION OF

RETALIATONS

From: ITUAH ABRAHAM aituah@aim.com
Subject: Appointment date requested for the 2nd times
Date: May 9, 2022 at 7:23:34 AM
To: Revenue Department revenue@phila.gov, steven.Wakefield@phila.gov, city.rep@phila.gov, Eli Gabay Egabay18@gmail.com

Mr. Wakefield,

You are aware that the City Revenue department is still closed to the public except on appointments. Last time, I requested for an appointment to meet you, to discuss the decree you erroneously perfected. The cases were referenced as T0393 and T0199. I reaffirmed to you on February 22 2022 at a hearing that the claims on the pending cases were inaccurate because the complaint was initiated on March 2019. I emphasized that the 5 different settlements I completed between 2018 through 2020 supposed to paid off most of the judgments, claims and L&I violations. I mentioned to you that Mike Riley of Statewide Abstract Inc is responsible if the payments were not received. I send mike email to relate your request that canceled checks must be provided to confirm the facts about my claim. I was disappointed and felt it was unfair for you or anyone to proceed with the actions, knowing that the matter was still under investigations. May I know why it was not possible to give me a date that I can meet with you to resolve these account problem? For your information, I sent Mike Riley a subpoena to forward canceled checks to justify how about $143000 he withheld for the city from the 5 settlements was delivered to the Revenue Department.

Please it is only fair that the decree order you entered should be dismissed because I am optimistic that the claims on the complaint were not accurate. I look forward to hearing from you the date you preferred to meet me with me or simply initial investigations to resolve the payment discrepancies mentioned in all the complaint i mentioned on my complaints including the once I mentioned on my letter to the Mayor of the city of Philadelphia.

Truly yours,
Abraham Ituah (citizen)
3103819859

From: ITUAH ABRAHAM aituah@aim.com
Subject: Very unprofessional behavior
Date: May 23, 2022 at 10:38:44 AM
To: Steven Wakefield Steven.Wakefield@phila.gov, city.rep@phila.gov, Eli Gabay Egabay18@gmail.com

Mr Wakefield,
As you know, a civil servants are supposed to serve the interests of the city of Philadelphia and the residents of Philadelphia as it was clearly defined under the role of the city attorney. I found it offensive for you to hang up while I was still talking and hanged up again when I called back. As you mentioned during our brief conversation. You recognized I paid over $100000 from my investment in the city your are employed. As employee, it's completely unprofessional to hang up on people you work for. For your information, the tax liens, judgments, violations, and other liabilities appearing on the settlements statements  are collective amount from all properties in my name at the time of closing or settlement. It's not a liabilities from that particular property only. In Philadelphia city  all liens, judgments, violations and unpaid fees are against every thing you owned. I am surprised you don't know that. Please consult with your  colleagues to know what is the practice in your office.
I am still waiting for you response to all the complaints I filed.
Regards,
Abraham Ituah (citizen)

Sent from my iPhone

From: **ITUAH ABRAHAM** aituah@aim.com
Subject: Why undermining my concerns?
Date: May 24, 2022 at 4:07:50 AM
To: **Steven Wakefield** Steven.Wakefield@phila.gov, **city.rep@phila.gov**

Mr Wakefield,

Honestly, your response revealed that you have personal interest on the issue involving Mike Riley. The money paid to me at settlement were only fractions of the sales price. If you view the settlement statements I sent to your office. You would agree that the money withheld by Mike Riley was not only liabilities owed in settled individual property. You deliberately refused to investigate the facts I presented because you felt I am not important and you both can both intimidate me. The $100000 you referred to, were part of the principal amount I invested to buy the properties sold, not a gain. For you to state as follows is absurd "

No, Mr. Ituah, your documents VERY CLEARLY show that the money you are pretending was withheld was not withheld. If this was your first go round with this unit i'd be more inclined to believe you are confused" you are the person confused not to do your work correctly by investigating all listed referenced file numbers showing on the settlement statements."..but you have on many occasions been in our office and even in front of Judge Wright" Have ever honestly discussed the issues with me. "..You know we weren't paid" Mike Riley supposed to have paid your office all liens before settlement. "… You know you were paid. The settlement sheets show you were paid. It is time for you to acknowledge that you were given 100k in settlement. you were. not us. not mike. you. you were given 100k and you elected not to pay your outstanding bills. pay your bills. pay them" Mr Wakefield, it's not possible to reach settlement with Mike Riley if all the lien against the properties you owed are not zeroed. It's after this that I got my proceeds. Do you think I got the property I owned for free. I explained on my previous email that I invested over 1 million dollars in real estate market here in Philadelphia. You saw on the settlement statements that Mike had on his possession over $143000 to be delivered to the city. The amount was to covered all open liabilities or liens I owed to the city at the time of settlement. Not just for IN REM liens. You need to read the 2 original complaint claims filed on may 2019 by your office. With the complaints you obtained decree to sell my properties free and clear. In spite of the fact that it was evidently clear that most claims highlighted on the complaints are part of the money withheld by Mike Riley. In addition, you further stated that my claims about Cynthia Stavrakis is untrue. Check the court and sales records of 3843 Fairmont Avenue, Philadelphia PA 19104 in your office. You would found that the property was unconventionally sold to third party and Cynthia Stavrakis represented the 3rd party purchaser by filing answers to my petition to set aside sheriff sale. Would you represent third party in a situation like that? She resigned to avoid her professional dishonesty. May be when I finally go to press the world would know the terrible issues silenced in the city of Philadelphia. You also stated that "…Also your contention Re Cynthia Stavrakis is absurd, and when you tell me absurd lies it just convinces me further that you are not a truthful person. Cynthia quit to pursue another job. I know this because when I interviewed at the City they said "you're getting Cynthia's job, she's going into private practice." We even

External Email Notice. This email comes from outside of City government. Do not click on links
or open attachments unless you recognize the sender.

Mr Wakefield,
Your explanation was understood under normal circumstances. Unfortunately Mike Riley was
engaged in treating all settlements case IN PERSONAM which means all liabilities owed to the
city even without judgment were withheld before he closed any of my deal. Mr Wakefield I had
over 15 properties at sometime because I moved here from California with over one million
dollars to invest in real estate while I was a student at Drexel university. One of the property I
bought around Drexel environment at the time  was illegally sold by Cnythia starvraski Esquire.
She was removed from your position to silence the illegal sale. Mike Riley stopped closing my
sales and advised that I do other settlements somewhere else. Consequently, I consulted other
title companies but they all had difficulty finalizing the settlement because Mike Riley would not
release information regarding the 5 properties already settled. It was only recently , I was able to
close 2 other properties. At settlement some of the payments withheld by Mike Riley was
collected again. I hope to request refund after my claims are verified by referencing the case
numbers listed on the settlement statements. Kindly help to resolve this matter with the city.
Regards,
Abraham Ituah (citizen)

Sent from my iPhone

> On May 23, 2022, at 12:48 PM, Steven Wakefield <Steven.Wakefield@phila.gov> wrote:
>
> The third paragraph should instead read
>
> City taxes and Water liens are IN REM which means they are indexed not against you, but
against a particular property.  They flow with the land, and so if you sell a piece of real estate
encumbered with such a lien it becomes the responsibility of the new owner and you lose all
liability for it.
>
> -----Original Message-----
> From: Steven Wakefield
> Sent: Monday, May 23, 2022 12:43 PM
> To: ITUAH ABRAHAM <aituah@aim.com>; CityRep <City.Rep@Phila.gov>; Eli Gabay
<Egabay18@gmail.com>
> Subject: RE: Very unprofessional behavior
>
> Mr. Ituah
>

> Mr Wakefield,

> First and foremost, you know no reasonable person should believe that someone looking for help from the city can start by abusing senior officer of the city he is looking to get help. You simply refused to let me explain the way my money got into Mike's hand at every settlements I had with him. Mike Riley has hidden agenda he wants to silence. Otherwise, he ought to explain to you that all judgments, liens, other liabilities unsatisfied on record are collectible before settlement, otherwise no settlement takes place. Mike usually delays settlement until every liabilities in my names are collected at settlement. You may look at every referenced cases that appeared on the settlement page I sent to your office. You would discover that all bills from other properties not related to the property at settlement are included. Unfortunately you read it differently as you were probably informed by Mike Riley or his Attorney. I have had my terminal degree education and license real estate and insurance broker. I am not naive not know how my transaction with mike Riley went. He closed five (5) different properties for me and he withheld approximately $143000 due to the city. If Mike believed he is telling the truth why he hasn't sent the canceled checks I requested on the subpoena? Please I want you to investigate the facts I just presented. Check the referenced docket numbers on the settlement statements and look at the city original complaint. You would found many referenced liens and other liabilities that aren't particularly for the addressed subject property.

> I hope you will remain neutral in this matter and dismissed the decree entered against me because the claims on the original complaints are inaccurate.

> I will have to file either fraud under professional malpractices against Mike Riley.

>

> Sent from my iPhone

>

>> On May 23, 2022, at 10:49 AM, Steven Wakefield <Steven.Wakefield@phila.gov> wrote:

>>

>> Further, I did not recognize that you paid 100,000 to the city. I recognized that you were personally paid 100,000 from your title company.

>>

>> -----Original Message-----

>> From: ITUAH ABRAHAM <aituah@aim.com>

>> Sent: Monday, May 23, 2022 10:39 AM

>> To: Steven Wakefield <Steven.Wakefield@Phila.gov>; CityRep <City.Rep@Phila.gov>; Eli Gabay <Egabay18@gmail.com>

>> Subject: Very unprofessional behavior

>>

>> External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

>> _____

>>

>> Mr Wakefield,

From: ITUAH ABRAHAM aituah@aim.com
Subject: Re: Very unprofessional behavior
Date: May 24, 2022 at 1:38:05 AM
To: Steven Wakefield Steven.Wakefield@phila.gov, city.rep@phila.gov, Eli Gabay Egabay18@gmail.com

Sent from my iPhone

On May 23, 2022, at 9:22 PM, Steven Wakefield <Steven.Wakefield@phila.gov> wrote:

No, Mr. Ituah, your documents VERY CLEARLY show that the money you are pretending was withheld was not withheld. If this was your first go round with this unit i'd be more inclined to believe you are confused, but you have on many occasions been in our office and even in front of Judge Wright. You know we weren't paid. You know you were paid. The settlement sheets show you were paid. It is time for you to acknowledge that you were given 100k in settlement. you were. not us. not mike. you. you were given 100k and you elected not to pay your outstanding bills. pay your bills. pay them.

Also your contention Re Cynthia Stavrakis is absurd, and when you tell me absurd lies it just convinces me further that you are not a truthful person. Cynthia quit to pursue another job. I know this because when I interviewed at the City they said "you're getting Cynthia's job, she's going into private practice." We even worked together, very briefly, so do yourself a favor and just stop. Stop with the untruths.

**From:** ITUAH ABRAHAM <aituah@aim.com>
**Sent:** Monday, May 23, 2022 8:53 PM
**To:** Steven Wakefield <Steven.Wakefield@Phila.gov>; CityRep <City.Rep@Phila.gov>; Eli Gabay <Egabay18@gmail.com>
**Subject:** Re: Very unprofessional behavior

External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

Mr Wakefield,
Your explanation was understood under normal circumstances. Unfortunately Mike Riley was engaged in treating all settlements case IN PERSONAM which means all liabilities owed to the city even without judgment were withheld before he closed any of my deal. Mr Wakefield I had over 15 properties at sometime because I moved here from California with over one million dollars to invest in real estate while I was a student at Drexel university. One of the property I

encumbered with such a lien it becomes the responsibility of the new owner and you lose all liability for it.

>

> Judgment liens and the like are what are called "In personam." An In Personam judgment lien attaches to all property you own at the time of judgment, and attaches to all subsequently acquired property. So, to use your debts to the City as of the City's petitions and 5 you sold with Mike as your title agent. On all 7 properties there were IN REM liens. These are not liens against you personally. Additionally, there were a number of IN PERSONAM judgments against you by the City for code violations and the like. As your own documents show, money was withheld to pay all the IN PERSONAM judgments against you (because as you state, an IN PERSONAM judgment attaches to all your property at once). Money was also set aside to pay the IN REM liens encumbering the specific properties you sold.

>

> What was not withheld was money for IN REM liens on properties that were not part of the transaction. Instead, cash was given to you. In total across the 5 properties you sold, you received more than $100,000 in cash from your title company.

>

> The liens we are foreclosing on for these properties are IN REM liens on the properties themselves. They are not IN PERSONAM liens against you personally. If you sell these properties before we do, you would have no liability to us for the balances.

>

> -----Original Message-----

> From: ITUAH ABRAHAM <aituah@aim.com>

> Sent: Monday, May 23, 2022 12:34 PM

> To: Steven Wakefield <Steven.Wakefield@Phila.gov>; CityRep <City.Rep@Phila.gov>; Eli Gabay <Egabay18@gmail.com>

> Subject: Re: Very unprofessional behavior

>

> External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

> _____

>

> Mr Wakefield,

> First and foremost, you know no reasonable person should believe that someone looking for help from the city can start by abusing senior officer of the city he is looking to get help. You simply refused to let me explain the way my money got into Mike's hand at every settlements I had with him. Mike Riley has hidden agenda he wants to silence. Otherwise, he ought to explain to you that all judgments, liens, other liabilities unsatisfied on record are collectible before settlement, otherwise no settlement takes place. Mike usually delays settlement until every liabilities in my names are collected at settlement. You may look at every referenced cases that

properties in my name at the time of closing or settlement. It's not a liabilities from that particular property only. In Philadelphia city  all liens, judgments, violations and unpaid fees are against every thing you owned. I am surprised you don't know that. Please consult with your colleagues to know what is the practice in your office.

>> I am still waiting for you response to all the complaints I filed.

>> Regards,

>> Abraham Ituah (citizen)

>>

>> Sent from my iPhone

>

From: ITUAH ABRAHAM aituah@aol.com
Subject: Fwd: Title for 212 S Edgewood St
Date: Mar 18, 2022 at 11:06:23 AM
To: revenue@phila.gov, ITUAH ABRAHAM aituah@aol.com

Sent from my iPhone

Begin forwarded message:

**From:** ITUAH ABRAHAM <aituah@aol.com>
**Date:** February 6, 2022 at 12:43:55 PM EST
**To:** revenue@phila.gov
**Subject: Fwd: Title for 212 S Edgewood St**

Revenue officer,
Please accept the attached title report as a notification of problem created by camen Sanchez and others. I paid in full a judgment amount to Camen Sanchez but she insisted that I signed agreement before receiving the payment. Perhaps she took the money I paid and placed the agreement I signed to cover up the debt on paper. In the same way, I paid $4500 deposit towards tax liability for 419 w Godfrey Avenue and as well as paid deposits for 4021 Neilson deposit, 3301 A street, 4624 N 12th street and 2507 N 19th Street and 2538 N Gratz street tax accounts and they were placed on payment arrangement. None of these payments appeared on the payments arrangement statements I received after completing the documentation with Camen Sanchez. Also  the water supervisor started creating the accounts that were paid at the time of settlement as if no payment were made on any of the above listed properties.  The other issue I like to report are the duplicate payments received at settlement. There was a judgement settled for $500 at the court on reopened of judgment hearing instead of $4000 previously entered as default $500 was accepted for settlement. At settlement the $500 was collected in two different occasions at settlement of my properties, as well as, the full judgment amount was settled for $500 and I paid by money order to the city attorney in the court room. In the same manner. Chase bank paid over $5000 on taxes but was credited to 508 W Tabor road but at settlement the same  payments were collected again as outstanding taxes and judgment amounts were all collected at settlement at the sale of my properties. The same at the settlement of 5229 Germantown  Avenue were the payments of taxes of about $10000 made me, was not refunded. Meanwhile all tax

From: **Angelina** <angelina@prosperityabstract.com>
Date: Thu, Jan 27, 2022 at 4:27 PM
Subject: Title for 212 S Edgewood St
To: <williamtaylorhannum@gmail.com>
Cc: tessa@prosperityabstract.com <tessa@prosperityabstract.com>


Hello,

Please see the attached title commitment. At this time, we are in need of the following items before we are able to schedule settlement.

- Seller LLC docs (Cert of Org, EIN, Oper Agr)

- ID for Seller

- Corp Lien Cert **(need EIN to order)**

- Payoff for Judgment CE-1411720918 - water for this property **(we ordered, not back yet)**

We have reached out to the seller on these items.

Please be advised, PWD is severely behind in providing payoffs. The current turnaround time is 6-8 weeks.

Thank you,

*Angelina Marcucci*
**Title Intake Processor**


**36 N. 3rd St.**
**Philadelphia, PA 19106**
**Office: 888.808.2488**
**Direct: 267.866.7147**
**Fax: 866.391.1986**

Order Title on our Website or by sending an email to Title Intake
ALWAYS CALL TO VERIFY WIRING INSTRUCTIONS BEFORE SENDING MONEY.

From: ITUAH ABRAHAM aituah@aim.com
Subject: Re: Why the delay?
Date: Jun 6, 2022 at 4:07:11 PM
To: Steven Wakefield Steven.Wakefield@phila.gov, city.rep@phila.gov,
ituahabraham@gmail.com

Mr Wakefield,

Thanks for responding on time. I don't expect a civilized and educated citizen doing business in the city of Philadelphia to threaten the city he lived and work. Remember, I am unfavored man engaging in legitimate business in this city. Unfortunately the legal staffs tends to use there positions to frustrate businessmen they consider to be a threat as they abuses their authority. In my own case for instance, legal staffs sold my property illegally and represented the third party buyer when I filed a motion to set aside sheriff sale. In the same way, you took the side of title agent Mike Riley to seek sanction against me for making efforts to recover the money Mike withheld for the city. I have unjustly victimized to the extent that I have to file bankruptcy 3 times to get a relief from the intimidation but all to no avail. At last my 4 unit property was demolished because the city was a defendant on the case I filed with U S bankruptcy court southern district of New York. My ML 320 Mercedes Benz I parked in the rear of my house was towed without any prior violation notices. A staff created water bill of one of my property to about $30000 and I was made to pay for it. For these reason, I decide to surrender and sell all the properties I owned in this city I invested 1 million dollars that I raised in Californis state. I know it will remained in history as changes are happening already as long as I am doing what's right. You Mr. Wakefield got your position because Stavrakis Cynthia resigned to avoid legal challenge. I wish the legal department honestly investigated the allegations I reported to the city and determined the facts instead of ignoring my concerns and maintaining unfair positions.

Mr. Wakefield, I hope you are not indirectly avoiding your responsibilities as Deputy city Attorney Inchsrge of tax and revenue? Water department is part of revenue. The title agent reported to me that they have been waiting to get verification from revenue because of the judgments they saw unsatisfied and that they have been waiting for response. For that reason, I communicated the concerns to you as the head of the department. Your response suggested as if you are not responsible for the action of those working at the revenues. I stated on my email that I will be loosing money if the delays in revenue response continues.

Please let us do the right things in the sight of God and justice. We all have a role to play to make the city and the world in general becomes a better place for us to coexist in peace.

$34,580

3748 Fairmont Ave
Only

$11,um   was refunded

— RETALIATION —

3843 Fairmount Ave — Sold.

Purported Sold for $34,500

Balance from Sheriff Office $31,000

MS. Pamela Thurmond gave plaintiff

about $11,000

Whereas, plaintiff did as owe on the

utility on the property. Mr. Thurmond

Created account and held plaintiff

responsible for the old tenants owed

on the property. The document from the

Court attest to the fact that water and

other utilities was paid by her (Tenant)

See the documents attached.

# City of Philadelphia Water/Sewer Bill

Questions? Call: 215-686-6880

**Water Revenue Bureau**
Philadelphia Revenue Department
1401 JFK Boulevard Phila., PA 19102-1663

## Account Information

| | | | | |
|---|---|---|---|---|
| Customer Name | ABRAHAM ITUAH | | Billing Date | 05/06/11 |
| Service Address | 3843 FAIRMOUNT AVE | | Includes Payments through | 05/05/11 |
| Account Number | 120-33280-03843-001 | | | |

| Previous Balance | Payments/Adjustments | Charges | Account Balance | Payment Due |
|---|---|---|---|---|
| **$233.63** | $21.12 | $0.00 | $254.75 | $254.75 |

## Service Information

| | | |
|---|---|---|
| Previous Account Balance | | **$233.63** |
| Payments/Adjustments | | **$21.12** |
| Late Payment Penalty | $1.12 | |
| Lien Fee | $20.00 | |
| **Current Charges** | | **$0.00** |
| | | |
| **Total Account Balance** | | **$254.75** |

Usage History

### Please Pay this Amount                $254.75

| Meter Number | ERT Number | Service 41R | From Reading | To Reading | Usage (ccf) |
|---|---|---|---|---|---|

## Message

PAY BY PHONE (877) 309-3709 OR WEB WWW.PHILA.GOV

---

**Mail this portion with payment**                          Water/Sewer Bill

Account Number: 120-33280-03843-001

| | |
|---|---|
| Total Due by 05/31/11 | $254.75 |
| Penalty | $1.27 |
| Total Due after 06/06/11 | $256.02 |

ABRAHAM ITUAH
5229 GERMANTOWN AVE APT 3
PHILADELPHIA PA 19144

**Water Revenue Bureau**

3337206061100003328003843001100000256020000025475120000010000000000 5

81-E-118 (06/09)

Make checks payable to: Water Revenue Bureau

Carl R. Greene

# INITIAL LEASING DETERMINATION LETTER

**Date:** October 30, 2009

**To:** A I Osaze & Sons Enterprise
P O Box 48024
Philadelphia, PA 19144

**Re:** 3843 Fairmount Ave

**Client#** 143531

**Dear Owner:**

Thank you for your interest in the Housing Choice Voucher Program. This letter provides you with information concerning the status of the above captioned unit for inclusion in the Philadelphia Housing Authority's Housing Choice Voucher Program.

The above referenced unit has been approved for inclusion in the Housing Choice Voucher Program. The rental and utility information for the unit is included below.

Based on comparable rental market data, we have approved a contract rent of **$1,280.00** per month. This rent is based on the following utility fuel type and payment responsibility. Please contact the Leasing Department at 215-684-5864/215-684-3109 to schedule an appointment for the signing of the Leases & Contracts.

Thank you,

**O = Owner Supplied        T = Tenant Supplied**

| T | Heat |
|---|---|
| T | Cooking |
| T | Hot Water Heating |
| T | Other Electric |
| T | Water (All) |
| T | Refrigerator |



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
34 South 11th Street, Philadelphia, PA. 19107

Marsha H. Neifield, President Judge  Patricia R. McDermott, Deputy Court Administrator

### LANDLORD/TENANT COMPLAINT

# LT-11-07-21-5808

| | |
|---|---|
| ABRAHAM ITUAH<br>2153 66TH AVE<br>PHILA, PA 19138 | DORIS ROBERT, AKA/DBA: & ALL OCC,<br>3843 FAIRMOUNT AVE<br>PHILA, PA 19104 |
| *Plaintiff(s)* | *Defendant(s)* |

## JUDGMENT BY AGREEMENT
### (Judgments by Agreement are not appealable)

[x] Judgment for the Plaintiff for the Amount of:    2831.76  Plus Costs:    0.00  For a Total of:    2831.76
[x] Judgment for Possession as of:   11-15-2011
[ ] Judgment for Possession only as of:
[ ] Money Judgment only:    0.00    Plus Costs:    0.00   For a Total of:
[ ] Money Judgment to be Satisfied if Defendant vacates by:
[x] Judgment of Possession to be Satisfied if Defendant pays (as outlined in Other Conditions)    by: see below
[ ] Judgment of Possession to be Satisfied if (see Other Conditions)

### Other Conditions:
The case against defendant Phila. Housing Authority has been continued.
Within 1 week defendant will provide plaintiff proof she has made arrangements with the utility
companies to pay the bills and will provide plaintiff copies of receipts of payments. The
judgment may be reduced by any portion of the bills for which she is not responsible. By the
coming weekend plaintiff will inspect the property and make arrangements for any repairs to be
made within 2 weeks. Starting December 2011 all rents will be paid as due, by the 1st. Starting
12/15/11 and continuing by the 15th of each month thereafter defendant will pay $100 towards
the judgment. Order to Satisfy and 180 day rule explained. Failure to pay as agreed will lead to
eviction and/or the judgment remaining until paid in full.

### IMPORTANT!
#### Please read each clause below and on the attached notice.
1. If the agreement is broken, possession may be enforced on this agreement for the following reasons agreed upon by all parties.
   [ ] (a) Non-Payment of rent
   [ ] (b) Termination of the term
   [ ] (c) Breach of condition of the lease.
   If you are being sued for non-payment of rent only you cannot be evicted as long as you pay your outstanding rental arrearage up until the time the Alias Writ is served.

2. Any breach of this agreement may allow the eviction to proceed without further Notice.
3. Any Landlord/Tenant action that is not completed within 180 days will require a new filing with a new Notice to Quit unless a Petition to Extend is granted.

**ONLY THE TERMS OUTLINED AND WRITTEN ON THIS FORM ARE ENFORCEABLE. ANY AND ALL VERBAL AGREEMENTS MADE BETWEEN THE PARTIES OR WITH AN ATTORNEY ARE NOT ENFORCEABLE.**

| | |
|---|---|
| Plaintiff's Signature: | Defendant's Signature: *Doris Robert* |
| Plaintiff's Telephone Number: | Defendant's Telephone Number: |
| Plaintiff's Attorney: | Defendant's Attorney: |
| Plaintiff's Attorney's I.D. & Telephone Number: | Defendant's Attorney's I.D. & Telephone Number: |
| Mediator--Signature:<br>D.N. | Mediator--Print Name:    DORIAN NELSON |



### SEE ATTACHED EXPLANATORY NOTICE



THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT, WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE   COURT, PLEASE CALL 686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF THE HEARING WHICHEVER IS LATER.



~~~~ 𝟤𝘴l 684 1023

**MODEL LEASE AGREEMENT**

THIS LEASE AGREEMENT, made and entered into this the **30th** day of **October 2009** by and between:
**Doris V Roberts** Tenant
**A I Osaze & Sons Enterprise** Owner

For the CONTRACT unit located at:
**3843 Fairmount Ave**
**Philadelphia , PA 19104**

THE FAMILY authorized to live in the unit consists of the following members:
Jeffrey L Daniels
Doris V Roberts
Jason Roberts
Qurian F Sullivan
Tariq Roberts
Daron Roberts
Kevin L Young
Unique Roberts

(267) 307 5773

## 1. TERM OF THE LEASE

A. Initial term of lease.  (Enter first and last date of initial item.  The initial term must be for at least one year).
The initial term begins on: **10/30/2009**
The initial term ends on:   **09/30/2011**

B. Renewal Term
This lease shall automatically renew after the initial term of the lease.  The renewal term shall be (select term): **24 Months**

C. This lease terminates if any of the following occurs:
The Housing Assistance Payment ("HAP") contract terminates; or
The Housing Authority ("HA") terminates program assistance for the family; or
The Owner terminates the lease; or
The Tenant terminates the lease; or
The Owner and the Tenant agree to terminate the lease.

## 2. DEFINITIONS
Yes

Housing Choice Voucher ("HCV") Program – The program formerly referred to as "Section 8".  Through the program HUD provides funds to a HA for rent subsidy on behalf of an eligible family.  The Tenant under this lease will be assisted with rent subsidy under the HCV program.

Housing Assistance Program ("HAP") Contract – The HAP contract is between PHA and the Owner of the contract unit.  PHA pays the HAP to the Owner in accordance with the HAP contract

Contract Rent – The total monthly rent payable to the Owner for the contract unit.  The contract rent is the sum of the Tenant's rent plus the HAP to the Owner.

Tenant's Rent – PHA determines the amount the Tenant pays to the Owner.  Tenants will not pay additional "rent" to the Owner and rent increases must be approved by PHA.

Other Payments to the Owner – Tenants may pay Owners for water usage and security deposits, if required.  These payments however are to be recorded on a separate receipt..

Contract Unit – The housing unit, approved by PHA for subsidy to be paid by an approved participant.

Family/Tenant – The persons who may reside in the unit with assistance under the program.

PHA – Philadelphia Housing Authority

.ne Owner will enter into the HAP contract with PHA under the HCV program. The purpose of the HAP contract is to assist the Tenant to lease this dwelling unit from the Owner for occupancy by the family with the Tenant-bases assistance under the HCV program.

## 4. RENT

The total rent due each month is **$1,280.00** . Of that total, the Tenant will pay a portion and the HCV program will pay a portion as set forth in 4 (a) and 4 (b).

A. Contract Rent - The amount of the Contract Rent shall be determined by PHA in accordance with HUD requirements. The Contract Rent for the Contract Unit shall be   per month.

B. Tenant Rent - The amount of the Tenant rent shall be determined by PHA in accordance with HUD requirement. The amount of the Tenant rent is subject to change by PHA during the term of the lease. Any changes in the amount of the Tenant rent will be effective on the date stated in a notice from PHA to the family and the Owner. Initially and until such change, the Tenant agrees to **$0.00** per month to the Owner as the Tenant rent. The Tenant's rent is due on the 1st day of each month beginning on **10/30/2009**.

If the rent is not paid on time, the Owner may charge the Tenant a late fee not to exceed $25.00 monthly. So long as there is an unpaid balance on Tenant's account, the Owner may charge the $25.00 late fee each month until the past due balance is paid.

The amount of the Tenant rent is the maximum amount the Owner can require the Tenant to pay for rent of the contract unit, including all services, maintenance and utilities to be provided by the Owner accordance with the lease.

The Owner may not demand or accept any rent payment from the Tenant in excess of the Tenant rent, and must immediately return any excess rent payment to the Tenant.

The Tenant rent may not be more than the contract rent minus the HA housing assistance payment to the Owner.

C. Abatement - PHA will not pay the Owner the HAP if a unit is abated. This action is taken when the unit fails inspection and does not meet HQS or city codes within a specified timeframe (usually 72 hours for health, safety and emergency violations and 30 days for routine violations). The Tenant is required to continue Tenant payments to the Owner during abatements. Failure to correct violations may also result in termination of the HAP contract and the family being required to move from the unit. Once the unit is brought to compliance, PHA will lift the abatement and resume payments to the Owner from the time the unit was brought into compliance.

## 5. HOUSING ASSISTANCE PAYMENTS

Each month, PHA will make a housing assistance payment ("HAP") to the Owner in the amount of **$1,280.00** on behalf of the Tenant family in accordance with the HAP contract. The amount of the HAP is subject to change by PHA during the term of the lease. Any changes in the amount of the HAP will be effective on the date stated in a notice from PHA to the family and the Owner. The monthly HAP from PHA shall be credited toward the monthly rent payable by the Tenant to the Owner under the lease. The Tenant shall pay the balance of the monthly rent. The Tenant is responsible for payment of the portion of rent to Owner covered by the HAP under the HAP contract between the Owner and PHA. The Owner may not terminate the tenancy of the family solely for PHA's nonpayment of the HAP.

## 6. LEAD-BASED PAINT/HAZARD DISCLOSURE

### If a property was build before 1978

The residential Lead-Based paint Hazard Reduction Act says than any Owner of property built before 1978 MUST give the Tenant an EPA pamphlet titled "Protect Your Family From Lead in Your Home". The Owner also MUST tell the Tenant and the Broker for the Owner what the Owner knows about lead-based paint hazards are on the property, where the lead-based paint and lead-based paint hazards are, and the condition of the painted surfaces. Any Owner of a pre-1978 structure MUST also give the Tenant any records and reports the Owner has or can get about lead-based paint or lead-based paint hazards in or around the property being rented, the common areas, or other dwellings in multi-family housing. It is also required that the EPA pamphlet be given to Tenants before the Owner starts any major renovations on a pre-1978 structure. The Act does not apply to housing built in 1978 or later.

hazards.

B. Owner initial One:
_____Owner has no reports or records about lead-based paint or lead-based paint hazards on the property.
OR
_____Owner has given Tenant all available records and reports about lead-based paint or lead-based paint hazards on the property. List records and reports:
_____

C. Tenant: Initial all that are true:
_____Tenant received the pamphlet Protect Your Family from Lead in Your Home.
_____Tenant read the information Owner gave in paragraph 6(a) and 6(b) above/.
_____Tenant received all the records and reports that the Owner listed in paragraph 6(b) above.

D. Owner and Tenant certify, by signing this Lease that the information given is true to the best of their knowledge.

## 7. SECURITY DEPOSIT



The Tenant has deposited **$2,800.00** with the Owner as a security deposit.

A. Owner cannot make Tenant pay more than allowable by state law for security deposit. The maximum allowed by law is equal to two-months the contract rent.

B. Owner may only keep an amount equal to one-months contract rent after the first year of the lease and must then refund to the Tenant any security deposits beyond that amount.

C. I the security deposit is more than $100, Owner must keep it in a special bank account (escrow account) and give Tenant the name and address of the bank.

D. After the second year (if Tenant continues to live on Property), Owner must keep the security deposit in an escrow account that earns interest. Owner may keep 1 percent of the security deposit each year as an administrative fee. Owner must pay the Tenant the balance of the interest once a year.

E. Owner can use the security deposit to pay for unpaid rent and damages (beyond normal wear and tear) that are Tenant's responsibility.

F. When Tenant moves from the Contract Unit, Tenant will return all keys and give owner written notice of Tenant's mailing address where Owner can return the security deposit.

G. Owner will prepare a list of charges for damages and unpaid rents. Owner may deduct these charges from the security deposit. Owner must return security deposit and interest (minus any charges to Tenant) within 30 days.

## 8. APPROVAL OF LEASE FOR CONTRACT UNIT

A. PHA must approve the lease for the contract unit. The lease may not be revised unless PHA has approved the proposed lease revision in writing.

B. The HUD Tenancy Addendum for Section 8 Tenant-Based Assistance **MUST** be attached to this or any other lease submitted by the Owner.

## 9. BREAKING THE LEASE

A. Tenant Breaks the Lease if:

1. Tenant does not pay the full rent amount on time; or
2. Tenant leaves the property permanently before the lease expires; or
3. Tenant fails to recertify timely with PHA; or
4. Tenant fails to allow the Owner or PHA to inspect the unit or property; or
5. Tenant, family member and/or guest of Tenant damages the unit or property; or
6. Tenant fails to maintain property in accordance with lease provisions; or
7. Tenant violates any other provisions of this lease.

If the Tenant breaks the lease for any reason, the Owner will send the Tenant notice giving the Tenant five (5) days to correct the action. Failure to comply may result in the initiation of eviction proceedings against the Tenant. If the Tenant fails to comply, the Owner may serve Tenant with a Notice to Quit, which describes the noncompliance with the lease. If the Tenant is given a Notice to Quit from the Owner and does not move within the allotted time, the Owner

The Owner may only terminate the tenancy on the following grounds:

1. Serious or repeated violation of the terms and conditions of the lease.
2. Violation of Federal, State or local law that impose obligations on the Tenant in connection with the occupancy, the contract unit and the premises.
3. Criminal activity-Any of the following types of criminal activity by the Tenant, any member of the household, a guest or other person under the Tenant's control shall be cause for termination of tenancy:

   a. Any criminal activity that threatens the health, safety or right to peaceful enjoyment of the premises by other residents;
   b. Any criminal activity that threatens the health, safety or right to peaceful enjoyment of their residences by persons residing in the immediate vicinity of the premises; or
   c. Any drug-related criminal activity on or near the premises.

4. Other good cause.
"Other good cause" may include, but is not limited to, any of the following examples:

   I. Failure by the Tenant family to accept the offer of a new lease or revision after the first year of the lease;

   II. A family history of disturbance of neighbors or destruction of property, or of living or housekeeping habits resulting in damage to the unit or property;

   III. The Owner's desire to utilize the unit for personal or family use or for a purpose other than use as a residential rental unit after the first year of the lease.

   IV. A business or economic reason for termination of the tenancy (such as sale of property, renovation of the unit, desire to rent the unit at a higher rental) after the first year of the lease.

Note: The Owner must give PHA a copy of any Owner eviction notice of Tenant at the same time that the Owner gives notice to Tenant.

D. Tenant notice of intent to vacate unit

1. Tenant must give Owner 30 days to a maximum 60 days notice to vacate the unit.
2. Owner may show the unit to perspective Tenants with proper notice and reasonable hours to the leased Tenant.
3. Perspective Tenants visiting the unit must be accompanied by the Owner or his agent on the leased Tenant agrees to allow the unit to be shown when they are not at home.
4. The Tenant agrees to move out peacefully when lease or notice ends.
5. Owner may post a "for rent" or "for sale" sign on or near the property.

## 10. INSTALLING AND MAINTAINING SMOKE DETECTORS

A. Owner will ensure that a working smoke detector is placed as required in the unit.
B. Tenant will maintain and test detectors monthly.
C. Owner will test detectors at the time of the home inspection.
D. Tenant will notify the owner when a smoke detector has non-working batteries.
E. Tenant will pay for any damage to smoke detectors beyond normal wear and tear, including misuse of batteries.

## 11. USE and OCCUPANCY of CONTRACTED UNIT

### A. Tenant Shall:

1. Use the contract unit only as a residence for the family. The unit must be the family's only residence.

the family.  If damage to the contract unit (other than wear and tear) is caused by acts of or neglect by Tenant or other occupying the premises with the Tenant's permission, the Tenant, upon prior agreement with Owner, may repair such damage at his/her own expense.  If, (a) Tenant fails to make agreed upon repairs, or, (b) Owner agrees to make repairs, Owner may cause such repair to be made and Tenant shall be liable to Owner for any reasonable expense thereby incurred by Owner.

8. Tenant will inform and require family members and guests of property rules and ensure their compliance with these rules.

9. Keep paid utilities in service.

10. Be responsible for any breach of HQS caused by the family.  A breach of HQS caused by the family shall constitute a violation of the family obligations under the program.

**B. Tenant Shall Not:**

1. Keep any flammable materials on the property without Owner's permission.

2. Willfully destroy or deface any part of the property.

3. Disturb the right too peace and quiet enjoyment of other Tenants.

4. Make changes to the property, such as painting, remodeling or adding fixtures without the written permission of the Owner.  The Tenant must understand that changes or improvements to the property will belong to the Owner unless otherwise stipulated.

## 12.   MAINTENANCE OF THE PROPERTY

A. The Owner will be responsible for the repair of property and common areas as required by law.  The Owner must keep the property in compliance with Housing Quality Standards (HQS) and City Codes.  The Owner will keep the structure and property in good working order, including (check all that apply):

[✓] Ceilings        [✓] Roof        [ ] Floor (structure) [✓] Walls

[ ] Steps        [ ] Porches        [✓] Windows        [✓] Doors

[ ] Lawns        [ ] Common Walkways

B. The Owner will keep all systems, services, facilities or appliances supplied by the Owner in safe and good working order, including (check all that apply):

[ ] Air Conditioning  [ ] Sanitary   [✓] Electrical        [ ] Ventilation

[✓] Drainage        [ ] Security   [✓] Heating        [✓] Plumbing

[✓] Water Heating

C. Where applicable (as in the case of multi-family building), maintenance with respect to common areas, facilities and equipment shall include cleaning, maintenance of lighting and equipment; maintenance of grounds, lawns, and shrubs; and removal of snow and ice.  Where such equipment and service are to be provided by the Owner they are as follows:  (Specify, or state "None")

**Maintenance Service:**_____*as needed*_____

D. Owner shall provide extermination services as conditions require.  If such service is to be provided on a scheduled basis, the schedule is as follows:  (Specify, or state "No Schedule")

**Extermination Schedule:**_____*as needed*_____

E. The Owner shall provide repainting, as conditions require.  If such service is to be provided on a scheduled basis, the schedule is as follows: (Specify, or state "No Schedule")

15.   In case of an emergency, the Owner may enter the unit without advance notice to Tenant.

**14.   UTILITIES AND APPLIANCES**

A. The Owner shall provide the utilities checked below for the contract unit without any additional charge to the
   Tenant.

| | |
|---|---|
| Heating type (Specify type) | <u>No</u> |
| Cooking (Specify type) | <u>No</u> |
| Hot Water (Specify type) | <u>No</u> |
| Lights, Electric, Other Electric | <u>No</u> |
| Water usage | <u>No</u> |
| Water service | <u>Owner</u> |
| Garbage Collection | <u>Owner</u> |
| Other | _____ |

The Tenant shall provide the utilities checked below for the contract unit

| | |
|---|---|
| Heating type (Specify type) | <u>Yes</u> <u>Natural Gas</u> |
| Cooking (Specify type) | <u>Yes</u> <u>Electric</u> |
| Hot Water (Specify type) | Yes <u>Natural Gas</u> |
| Lights, Electric, Other Electric | <u>Yes</u> |
| Water | <u>Yes</u> |
| Sewer | <u>No</u> |
| Garbage Collection | <u>No</u> |
| Other | _____ |

B. The kitchen range for the contract unit shall be provided by _Landlord_____
   (Insert Tenant, if appropriate.  If unspecified, the Owner shall provide the kitchen range).

C. The refrigerator for the contract unit shall be provided by _Landlord_____
   (Insert Tenant, if appropriate.  If unspecified, the refrigerator shall be provided by the Owner.)

D. The Owner shall provide the following other appliances for the contract unit:
   _____none_____
   _____
   _____

**15.   HOUSING QUALITY STANDARD INSPECTION**

PHA shall be free to inspect the premises covered by the lease periodically, but no less often than annually, to assure
that the physical condition thereof continues to meet HUD standards.  In the event that PHA reasonably determines that

D. The mediator will issue a decision within ten business days.

Use of a mediator does not forfeit the right of either party to pursue legal resolution of the dispute.

## 17.  PETS

Check one:

Tenant May _____ or shall not ___✓_____ keep a pet on the premises.

## 18.  NOISE

The Tenant agrees not to allow on these premises any excessive noise or other activity, which materially disturbs the peace and quiet of other Tenants in the building.  Owner agrees to prevent other Tenants and other persons in the building or common areas from similarly disturbing Tenant's peace and quiet.

## 19.  OFFER OF NEW LEASE

The Owner may offer the Tenant a new lease, for the term beginning at any time after the initial term.  The Owner must give the Tenant written notice of the offer, with a copy to PHA, at least 60 calendar days before the proposed beginning date of the new lease term.  The offer must specify a reasonable time limit for acceptance by the Tenant.

## 20.  EXECUTION of HAP CONTRACT

This lease has been signed by the parties n the expectation that PHA will promptly execute a HAP contract with the Owner.  This lease shall not become effective unless PHA has executed a HAP contract with the Owner effective the first day of the term of the lease.

The HAP contract must be executed no later than 60 calendar days from the beginning of the lease term.  Unless the HAP contract has been executed by the end of this period, this lease shall be void.

## 21.  PROHIBITED LEASE PROVISIONS

HUD prohibits the following types of the lease provisions.  If there is any prohibited provision in this lease, the provision shall be void.

A. Agreement to be sued. - Agreement by the Tenant to be sued to admit guilt or to a judgment in favor of the Owner, in a lawsuit brought in connection with the lease.

B. Treatments of personal property - Agreement by the Tenant that the Owner may take, hold, or sell personal property of household member without notice to the Tenant, and a court decision on the rights of the parties.  This prohibition, however, does not apply to an agreement by the Tenant concerning disposition of personal property left in the contract unit after the Tenant has move out.  The Owner may dispose of this personal property in accordance with State or local law.

C. Excusing Owner from responsibilities - Agreement by the Tenant not to hold the Owner or Owner's agent legally responsible for any action or failure to act, whether intentional or negligent.

D. Waive of notice - Agreement by the Tenant that the Owner may institute a lawsuit against the Tenant without notice to the Tenant.

E. Waiver of legal proceedings - Agreement b the Tenant that the Owner may evict the Tenant or household member (1) without instituting a civil court proceeding in which the Tenant has the opportunity to present a defense, or (2) before a court decision on the rights of parties.

F. Waiver of jury trial - Agreement by the Tenant to waive any right to a trial by jury.

G. Waiver of right to appeal court decision - Agreement by the Tenant to waive any to appeal, or otherwise challenge in court, a court decision in connection with the lease.

## 24. WRITTEN NOTICE

When the lease requires any notice by the Tenant or the Owner, the notice must be in writing.

SIGNATURES:

TENANT:

_Nora Roberts_                     _10|30|09_
Tenant Signature                   Date Signed

OWNER:

_signature_                        _10/35/09_
Owner Signature                    Date Signed

AGENT:

_signature_                        _10/35/09_
Agent Signature                    Date Signed


OWNER MAILING ADDRESS:

_P O Box 48024_
CITY _Philadelphia_ STATE _PA_ ZIP _19144_
PHONE _(215) 381-9859_

AGENT MAILING ADDRESS:

_P O Box 48024_
CITY _Philadelphia_ STATE _PA_ ZIP _19144_
PHONE _(215) 381-9859_

A.I.OSAZE & SONS ENTERPRISE
P.O. Box 48024
Philadelphia, PA 19144
(267) 471-5511

June 27, 2011

Doris Robert and all occupants
3843 Fairmount Ave
Philadelphia, PA 19104

Re: Terminate of lease agreement

Dear Tenant;

The lease agreement we entered on 10/20/10 is hereby terminated for non-payment of security deposit as indicated on the contract and breach of condition of the term lease sponsored by PHA. The violations are:

(1) Failure to pay gas bill of $1323.72 and water bill of $256.02 totaled $1579.74 plus interest.
(2) Failure to allow section 8 inspector to inspect the unit on 6/27/11. The same way you caused the unit to fail inspection several times last year which ultimately resulted in nonpayment of rent by PHA for several months, a loss of about $3,000.
(3) Failure to keep the unit clean and safe.
(4) Intentional removal of smoke detectors from the wall of the unit so as to fail PHA inspection.
(5) Failure to maintain the stove in a working condition. Cost of replacement is $250.
(6) Failure to provide additional names of the people currently occupying the six (6) bedrooms unit that you deceived us to rent for four (4) bed room unit based on the voucher you presented to us for completion. At the time, eight (8) people are officially listed on your voucher, while you promised to have your case worker adjust the voucher to reflect five (5) bedrooms that you were qualify for; based on the number and ages of family members that are to occupy the unit.

You must pay the amount owed and correct all the above noted violations or vacate within 10 days. Otherwise a legal action will be taken against you to recover the full amount currently owed and ongoing rents and interest as well as the cost of carryout the eviction process.

Management
CERTIFIED MAIL #

**A.I. OSAZE & SONS ENTERPRISE**
P.O. Box 48024
Philadelphia, PA 19144
Phone (267) 471-5511

October 13, 2010

Doris Roberts & All occupants

3843 Fairmount Avenue

Philadelphia PA 19104

Re: Termination of lease/Notice to comply

Dear Tenant:

We are hereby informing you that you are breach of condition of the lease for harboring

persons not listed on the voucher. You are aware that eight people are currently listed on your

PHA lease that made you qualify to have five bed rooms voucher you said your case worker was

to issue on the day you turned in the package but you decline to do so after the package was

processed. You also know that we verbally entered agreement to pay for the days you stayed in

the house before PHA contract was signed after you were forcefully evicted in your previous

residence. The amount owed for the days you stayed is $300 and the unpaid water bill is $240, a

bill you and your boyfriend caused and assaulted me for at the PHA's office.

You are given up to 10/31/2010 to pay all money owed totaled $540. Otherwise, your

tenancy will terminate and a legal action will commence to recover the money owed, and

ongoing rent, as well as, evict you from the premises.

If you have any question call the phone number provided above.

MANAGEMENT



## Philadelphia Housing Authority
### Building Beyond Expectations

Carl R. Greene

10/29/2009

This notice serves as the Recertification Addendum to the Housing Choice Voucher Contract and Lease for the tenant and unit listed below:

Doris V Roberts                                         Client No.   143531
3843 Fairmount Ave
3843 Fairmount Ave Suite
Philadelphia, PA 19104

A I Osaze & Sons Enterprise                            Vendor No.   V015734
P O Box 48024
Philadelphia, PA  19144

Unless additional changes are listed below, the current contract and lease shall remain in effect except for the rental portions as follows:

| | |
|---|---|
| Total Contract Rent | 1,400.00 |
| Total Resident Rent | 105.00 |
| Housing Assistance Payments | 1,295.00 |
| Utility Reimbursement | 0.00 |
| **Effective Date** | **10/30/2009** |

UTILITY INFORMATION. Letters indicate utilities or services paid for by the tenant:

Electric - Cooking                     Natural Gas - Heating

AS PER FEDERAL REGULATIONS, TENANT IS RESPONSIBLE FOR THEIR NEW FAMILY CONTRIBUTION AS OF _____. THE ADJUSTMENT TO OWNER ON BEHALF OF TENANT WILL BE IN NEXT HAP PAYMENT.

PRO RATA AMOUNTS:

EFFECTIVE DATE:        _____

CONTRACT RENT:        _____

HAP PAYMENT:          _____

TENANT RENT:          _____

If the tenant believes that a mistake was made when computing this tenant payment to owner, the tenant is entitled to an informal review with the Service Representative. To schedule a review, please call:

C. Vance

(215) 684-4300

# PGW

## PHILADELPHIA GAS WORKS
800 W. MONTGOMERY AVENUE, PHILADELPHIA, PA 19122 0060

May 11, 2011

IhdlldooodldlddddlolldoolldlddddoddohdlI
ITUAH ABRAHAM
5229 GERMANTOWN AVE
PHILADELPHIA PA 19144

Re: 3843 FAIRMOUNT AVENUE ("Property")
Property Parcel Number: 243013900

Docket Number: 110531169  Lien Amount: $1,323.72

Dear: ITUAH ABRAHAM

The City of Philadelphia ("City"), for the City owned Philadelphia Gas Works ("PGW"), has filed a municipal lien against your Property, set forth above, for the Property, together with late charges. The Lien Amount set forth above represents dollars due and owing with respect to the above listed lien Docket Number and does not include obligations for prior lien amounts.

This lien will be marked satisfied only when all prior liens **and** this lien have been paid in full.

Payment may be made via mail with a cashier's check, certified check or money order made payable to "Philadelphia Gas Works". Payment should be mailed to:

**PGW**
**Credit and Collections Department**
**800 W. Montgomery Avenue, 3rd Floor**
**Philadelphia, Pa 19122**
**Attn: Liens and Judgments Section**

You may also make payment by phone via check or credit card by calling PGW at **215-978-1053**.

Nothing in this letter shall be deemed a waiver, relinquishment, or election of any rights or remedies by the City or PGW which expressly reserve all legal and equitable rights and remedies. All information in this letter has been provided by PGW to provide you with information pertinent to your Property rights and obligations, and should not be interpreted as pertinent to the obligation of any consumer other than you, as the Property owner. The information herein is not provided for your debt collection purposes.

Very truly yours,

Credit & Collections Department
Philadelphia Gas Works



RETALCATIONS

Ms. Pamela Thurman & Other Colleagues

Pamela filed motions to dismiss
Plaintiff Attorney filed no oppositions
Mr Thurmand help to end the case
Plaintiff filed objections to claims made by
my attorney and hearing was heard.
Ms. Pamela Thurmond testified to Justify
that Plaintiff Attorney deserved to be paid

$10,500 for 9 months representations
and during Covid-19.

Ref: CE-15-06-32-0026 was settled
     for $500 inside the court
     but $4,843.62



The day Plaintiff was escorted out of the office



**MSB VISITOR**

**ABRAHAM ITUAH**
**2/1/2023**
5th Floor, MSB

From: ITUAH ABRAHAM aituah@aol.com
Subject: Demand for the cancelled checks paid to the city of Philadelphia of the amount you withheld on behalf of the city of Philadelphia from 5 settlements.
Date: Feb 22, 2022 at 10:44:54 PM
To: 215-332-7600 titles@phillyclosings.com, steven.Wakefield@phila.gov

---

Manager Mike,

I hereby request for the copies of all canceled checks paid to the city. I had a meeting with the city  Attorney in charge of revenue today 2/22/2022. He asked me to demand from you the canceled checks of about $143,000 you withheld on behalf of the city of Philadelphia from 5 different settlements between 2018 and 2019. I have written written to the revenue department to explain that most the payments withheld for the city are not updated for some reason. You are hereby requested to provide these canceled checks in one week from today 2/22/2022. Otherwise, I will file a case of fraud against you and your company.

Sincerely Yours,

Abraham Ituah

Cc: City Attorney: Steven Wakefield Esquire

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| City of Philadelphia | : | |
| v. | : | No. 47 C.D. 2019 |
| Abraham Ituah Etal, Appellant | : | |

Exhibits B

1. The Picture of the building illegally Sold by Cynthia Stavrakis
2. Purchased by Dimitros Dimopolow and illeg transfered to Cool Spaces LLC ~~Regist~~
3. Registration information of Cool Spaces
4. Forged Certificate of Compliance - 2
5. Order filed on 9/11/2015 to Sell free and clea and the Property was sold on 9/16/2015
6. Appellant filed motion on 9/21/2015 to set aside the sale but Cynthia Stavrakis filed answers.
7. Motion for Post trial Relief

Sent from my HTC

From: ailuah@aol.com
Subject:
Date: March 22, 2016 at 8:14 AM
To: Abraham Ituah aoi23@drexel.edu

RETOLIATION ACT

Properties with excessive
charges and payments not
properly credited to keep
plaintiff in debt.

EXBITS

# CITY OF PHILADELPHIA





**Office of Property Assessment**
Curtis Center
601 Walnut Street
Suite 300 West
Philadelphia, PA 19106-3313

Evaluator: Damon Blanks
Phone #: (215) 686-4322
Fax#: (215) 686-9223

**Date: 1/19/2016**
**Attention: Appeals Unit Supervisor**

**Re: Real Estate Market Value Appeal Withdrawal Form for Tax Year 2015 - ONLY**
     **Location: 419 W GODFREY AVE     Account Number: 611296000**

*Ex cessive*
*Tax*
*2010-2023*

**Appeals Unit Supervisor:**

**The referenced real estate market value appeal is being WITHDRAWN for tax year 2015**
**ONLY based on the following revision:**

Certified  2015 market value:          $112,500
Revised  2015 market value by agreement:     $62,000

*Actual*
*Value but*
*Still Charged*

**Administrative Approval (if needed)** _____
                                              *Signature*

**Comments:**
Market Value was revised based on condition after an interior inspection was completed. *based on*

*$112,500*
*insfead*
*of*
*$62,000*

**This revision is made by Evaluator:** Damon Blanks

**Based on the above revision, I/We withdraw the subject market value appeal for tax year**
**2015 ONLY.**

_ABRAHAM ITUAH_ , _Al ___ __  , _1/28/2016_
Owner 1 / Representative    Print Name         Signature              Date

_____ / _____ / _____ / _____
Owner 2                    Print Name         Signature              Date

_419 W. Godfrey Ave_     _Philadelphia_ _PA 19120_
      Street Address          City, State         Zip

_(310) 381-9855_     / _____
  Telephone Number        Fax Number

_D. Blanks_              _M.M___
  Evaluator's Signature     Supervisor's Signature

***To be effective, a signed copy of this Withdrawal Form must be received by the Office of***
***Property Assessment at least twenty-four (24) hours before any scheduled hearing before***
***Board of Revision of Taxes.***

```
                     CITY OF PHILADELPHIA
                     DEPARTMENT OF REVENUE
                     TIPS DESIGNATED PAYMENT
```

```
ITUAH ABRAHAM                    ENTITY: 006 / 611296000
419 W GODFREY                    NOTICE NUMBER: 0000900735867
3750000419                       BILL DATE: 06/19/2019
PHILADELPHIA PA 19120-1433       DUE ███████ BEFORE: ████████
INCLUDES PAYMENTS THROUGH: 06/17/2019 TELEPHONE NUMBER:(215)686-6600
```

| ACCT | ACCT ID | PERIOD | TAX DUE | INTEREST DUE | PENALTY DUE | TOTAL DUE |
|------|---------|--------|---------|--------------|-------------|-----------|
| REA | 100050083 | 12/31/16 | 998.06 | .00 | .00 | 998.06 |
| REA | 100050083 | 12/31/18 | 1,541.68 | .00 | .00 | 1,541.68 |
| REA | 100050083 | 12/31/19 | 960.26 | .00 | .00 | 960.26 |
| | TOTAL | | 3,500.00 | .00 | .00 | 3,500.00 |



```
           CITY OF PHILADELPHIA - DEPARTMENT OF REVENUE
                     TIPS DESIGNATED PAYMENT

(PRINTER: LW52)        (USER ID: LANA327)

     NOTICE NUMBER: 0000900735867        TELEPHONE:(215)686-6600
     ENTITY: 006 / 611296000
     ITUAH ABRAHAM                        CITY OF PHILADELPHIA
     419 W GODFREY                        DEPARTMENT OF REVENUE
     3750000419                           P O BOX 8409
     PHILADELPHIA PA 19120-1433           PHILADELPHIA PA  19105
```

```
33361071419000000009007358670000000000000000000000000000000000000000007
```

| PMNTS THRU | TAX DUE | INTEREST DUE | PENALTY DUE | CHARGES | TOTAL DUE |
|------------|---------|--------------|-------------|---------|-----------|
| 06/17/2019 | 3,500.00 | .00 | .00 | .00 | 3,500.00 |

INACCURATE

BILLS

RETALIATIONS



  CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

| | |
|---|---|
| Letter Date: | October 7, 2022 |
| Letter ID: | L0000212932 |
| OPA Number: | 611296000 |

ITUAH ABRAHAM
419 W GODFREY AVE
PHILADELPHIA PA  19120-1433

# We could sell your property to pay your debt

Dear ITUAH ABRAHAM,

You are receiving this letter because your debt has been assigned to Revenue's Law Department. The property below is now eligible to be sold at sheriff sale:

Property Address: **419 W GODFREY AVE PHILADELPHIA PA 19120-1433**
Tax Years being sent to Law: **2012 - 2021**
Tax Due: **$17,333.22**

## Please pay this debt immediately to avoid sale of this property and additional costs associated with sheriff sale.

The easiest and fastest way to file and pay is online at **tax-services.phila.gov.** If you cannot pay online, please mail your payment with the voucher attached to the Property Account Statement included in this envelope.

**If you cannot pay in full, you can request a payment agreement**. If you enter a payment agreement, we will remove your property from the Sheriff Sale Candidate program. If you do not pay before we begin the sheriff sale process, you will lose access to some payment agreement options. The fastest and easiest way to set up a payment agreement is online at **tax-services.phila.gov.** If you have limited Internet access, you can set up a payment agreement by calling (215) 686-6442.

**If you have an active bankruptcy case:** Please notify the Law Department at (215) 686-0500.

## The Save Your Home Philly hotline can help you work with the City to address your debt.

Call **215-334-HOME (215-334-4663)** to connect with a nonprofit housing counselor. Housing counselors can help you make a plan to pay this debt and save your home.



 CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

Letter ID:        L0000162483

Page  4   of  4

# Real Estate Tax

## Account Number:  01-000500838

| Filing Period | Tax | Interest | Penalty | Other | Credit | Balance |
|---|---|---|---|---|---|---|
| 31-Dec-2012 | $1,364.07 | $397.73 | $95.48 | $383.94 | -$1,364.10 | $877.12 |
| 31-Dec-2013 | $1,413.10 | $1,049.04 | $98.91 | $245.64 | -$109.26 | $2,697.43 |
| 31-Dec-2014 | $1,733.61 | $1,209.93 | $121.38 | $280.49 | $0.00 | $3,345.41 |
| 31-Dec-2015 | $1,733.61 | $1,053.81 | $121.38 | $271.13 | $0.00 | $3,179.93 |
| 31-Dec-2016 | $998.07 | $224.70 | $69.86 | $109.15 | -$998.06 | $403.72 |
| 31-Dec-2017 | $1,810.97 | $774.06 | $126.77 | $259.90 | $0.00 | $2,971.70 |
| 31-Dec-2018 | $1,810.97 | $160.26 | $95.93 | $220.92 | -$1,541.68 | $746.40 |
| 31-Dec-2020 | $1,141.55 | $179.76 | $79.87 | $180.97 | $0.00 | $1,582.15 |
| 31-Dec-2021 | $1,188.05 | $80.19 | $83.16 | $177.96 | $0.00 | $1,529.36 |
| 31-Dec-2022 | $1,033.05 | $108.48 | $0.00 | $0.00 | $0.00 | $1,141.53 |
| 31-Dec-2023 | $1,189.83 | $0.00 | $0.00 | $0.00 | $0.00 | $1,189.83 |
| **Totals** | **$15,416.88** | **$5,237.96** | **$892.74** | **$2,130.10** | **-$4,013.10** | **$19,664.58** |

**Total:**        **$19,664.58**

1  B56771  E264  P1/3




**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**

| | |
|---|---|
| Letter Date: | October 11, 2022 |
| Letter ID: | L0000162483 |
| OPA Number: | 611296000 |



ITUAH ABRAHAM
419 W GODFREY AVE
PHILADELPHIA PA  19120-1433

# Property Account Statement

Dear ITUAH ABRAHAM,

# You owe $19,664.58 to the City of Philadelphia.

According to our records, you owe an unpaid balance for the account(s) and reporting period(s) listed below. You may have already received a bill for all or some of this amount.

This balance includes the original taxes or fees, as well as interest and penalties. You can see a detailed breakdown of these amounts at the end of this letter.

| | |
|---|---|
| **Tax** | $15,416.88 |
| **Interest** | $5,237.96 |
| **Penalty** | $892.74 |
| **Other** | $2,130.10 |
| **Payments/Credits** | -$4,013.10 |
| **Total** | $19,664.58 |

 **Please cut along the line and return the bottom portion with your payment.**

| Amount to Pay: | $19,664.58 |
|---|---|
| Amount Enclosed: | |

**To pay online with eCheck (FREE) or
credit card, visit tax-services.phila.gov.**

Letter ID: L0000162483
Taxpayer: ITUAH ABRAHAM
OPA Number: 611296000



MAKE CHECKS PAYABLE TO: **CITY OF PHILADELPHIA**

**Philadelphia Dept. of Revenue
P.O. Box 148
Philadelphia, PA 19105**

33399000000040000000000000113116400019664580000000000000000000000000003



**BRT#:**611296000

**Property Address:**00419 W GODFREY AVE

**Postal Code:**19120

**Owner Name:**ITUAH ABRAHAM

**Lien Sale Account:**



**Real Estate Tax Balance Information**

| Year | Principal | Interest | Penalty | Other | Total | Lien# | City Solicitor | Status |
|------|-----------|----------|---------|-------|-------|-------|----------------|--------|
| 2001 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2003 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2012 | $0.00 | $397.75 | $95.49 | $132.64 | $625.88 | 1512R12601084 | SHELLEY R. SMITH | |
| 2013 | $1,303.86 | $540.41 | $98.92 | $144.35 | $2,087.54 | 1512R13563378 | SHELLEY R. SMITH | |
| 2014 | $1,733.63 | $533.09 | $121.35 | $235.19 | $2,623.26 | 1505R14056560 | SHELLEY R. SMITH | |
| 2015 | $1,733.63 | $377.06 | $121.35 | $225.82 | $2,457.86 | 1603R15084124 | SHELLEY R. SMITH | |
| 2016 | $998.06 | $127.26 | $69.86 | $163.61 | $1,358.79 | 1703R16138226 | SOZI PEDRO TULANTE | |
| 2017 | $1,811.00 | $67.91 | $72.44 | $214.02 | $2,165.37 | 1802R17192520 | SOZI PEDRO TULANTE | |
| 2018 | $1,574.78 | $47.24 | $0.00 | $0.00 | $1,622.02 | | | |
| MISC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| TOTALS | $9,154.96 | $2,090.72 | $579.41 | $1,115.63 | $12,940.72 | | | |

*paid* (handwritten next to 2016)

*paid* (handwritten next to 2018)

ustomer Information

PO BOX 1630
PHILA PA 19105-1630

 

**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

ITUAH ABRAHAM
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

November 15, 2019

BRT: 61-1-296000
Case: 3885151
NOTICE   4702909191115
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 3885151

Property: 419 W GODFREY AVE

# PAYMENT AGREEMENT DEFAULT

You have defaulted on your payment agreement.

| | |
|---|---|
| Tax Balance: | $6851.44 |
| Int/Additions, Penalty, Other Charges: | $5468.76 |
| Total Due: | $12320.20 |

## THE CITY OF PHILADELPHIA DEMANDS PAYMENT IN FULL.

**Failure to do so will result in legal action against you and your**

**property up to and including Sheriff sale.**

-- -- -- -- -- -- -- -- -- **DETACH HERE** -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

| |
|---|
| PAYMENT DUE: $12320.20 |
| ON OR BEFORE: December 10, 2019 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 4702909191115
ITUAH ABRAHAM
BRT: 61-1-296000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

33361123199000047029091911150000000000000000000000000000000165299402

N0004004: REAL ESTATE AGREEMENT DEFAULT NOTICE



**CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE**

**2022 REFUSE COLLECTION FEE**

*Para ayuda en español vea el reverso de esta página.* ➥

*— Purely Retaliatasis
This property is a single family
dwelling. No trash collection are required*

November 1, 2021

Acct#: 1200048455
OPA: 612003800
NOTICE NUMBER: 9954795211015

ITUAH ABRAHAM
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

*Single family*

**PROPERTY ADDRESS: 508 W TABOR RD**

| Account Number | Period: Beginning - Ending | Fee Due | Due Date |
|---|---|---|---|
| 1200048455 | 01/01/2022 - 06/30/2022 | $250.00 | 12/31/2021 |
| 1200048455 | 07/01/2022 - 12/31/2022 | $250.00 | 06/30/2022 |

**PAYMENT AMOUNTS THAT EXCEED THE CURRENT AMOUNT DUE WILL BE CREDITED TO THE NEXT BILLING PERIOD**

**IMPORTANT:** If you do not pay your 2022 Refuse Collection Fee on-time, the Department of Revenue will add interest and penalty to the amount you owe. Also, if this bill becomes delinquent, the department may assign your account to a private collection agency or to the Law Department for legal action.

The fastest and easiest way to pay is online at www.phila.gov/pay. Paying by eCheck is FREE; fees apply for payments by debit or credit cards.

**See the other side of this bill for language support and details of delinquent periods, if you have any.**

| | |
|---|---|
| **Current Charges** | **$500.00** |
| **Total Delinquent** | **$9,542.07** |
| Total if paid by December 31, 2021 | **$10,042.07** |

**Pay by eCheck at www.phila.gov/pay**

✂-------------------------------------------------------------------

**DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE**

PAYMENT DUE: $10,042.07

ON OR BEFORE: DECEMBER 31, 2021

AMOUNT ENCLOSED: [          ]

NOTICE NUMBER: 9954795211015
NAME: ITUAH ABRAHAM
Account: 1200048455
OPA: 612003800

Make Checks Payable To:

CITY OF PHILADELPHIA

DEPARTMENT OF REVENUE
PO BOX 966
PHILADELPHIA PA 19105-0966

3331212312100009954795211015000000000000000000000000000000000433278504

PO BOX 1630
PHILA PA 19105-1630

 

**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

November 17, 2013

GRAY MAY
PO BOX 48024
PHILADELPHIA PA 19144-8024

BRT: 61-1-296000
Case: 1876448
NOTICE  2665525131117
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 1876448

Property: 419 W GODFREY AVE

# PAYMENT AGREEMENT DEFAULT

You have defaulted on your payment agreement.

| | |
|---|---|
| Tax Balance: | $1855.36 |
| Int/Additions, Penalty, Other Charges: | $693.88 |
| Total Due: | $2549.24 |

## THE CITY OF PHILADELPHIA DEMANDS PAYMENT IN FULL.

### Failure to do so will result in legal action against you and your property up to and including Sheriff sale.

-- -- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

| |
|---|
| PAYMENT DUE: $2549.24 |
| ON OR BEFORE:  December 12, 2013 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 2665525131117
GRAY MAY
BRT: 61-1-296000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

3336112319900002665525131117000000000000000000000000000000000276410400

PO BOX 1630
PHILA PA 19105-1630



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

September 16, 2013

GRAY MAY
PO BOX 48024
PHILADELPHIA PA 19144-8024

BRT: 61-1-296000
Case: 1876448
NOTICE  2616244130916
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED

Property: 419 W GODFREY AVE

# PAYMENT AGREEMENT BREACH

You have not remitted your previous monthly installments to
the City of Philadelphia according to the terms of your
agreement. You are in danger of defaulting your agreement.

All current taxes must be paid when due or considered a
default of this agreement.

*Not Credited.*

## PAYMENTS TO DATE

Payments Thru: September 16, 2013
Payments Received: $4573.75

## CURRENT PAYMENT

Due Date: October 11, 2013
Payment Due: $162.95
Installment #: 26

-- -- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

| PAYMENT DUE: $162.95 |
| ON OR BEFORE:  October 11, 2013 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 2616244130916
GRAY MAY
BRT: 61-1-296000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

3336112319900002616244130916000000000000000000000000000000000000276410408

N0004007:  REAL ESTATE AGREEMENT BREACH



CITY OF PHILADELPHIA
REAL ESTATE TAX BILLING

```
ACCOUNT #    :  61-1-296000                DATE OF BILL  : 01/27/2021
PROPERTY-ID  :  37500 419              DUE ON OR BEFORE : 01/27/2021
ITUAH ABRAHAM                      INCLUDES PAYMENTS THRU: 01/25/2021
                                       419 W GODFREY AVE
```

**************************************************************************

| YEAR | PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL |
|------|-----------|----------|---------|-------|-------|
| PRIOR | 0.00 | 397.75 | 95.49 | 132.64 | 625.88 |
| MISC | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2013 | 1,303.86 | 853.34 | 98.92 | 163.12 | 2,419.24 |
| 2014 | 1,733.63 | 949.16 | 121.35 | 260.15 | 3,064.29 |
| 2015 | 1,733.63 | 793.13 | 121.35 | 250.79 | 2,898.90 |
| 2016 | 0.00 | 224.57 | 69.86 | 169.45 | 463.88 |
| 2017 | 1,811.00 | 502.55 | 126.77 | 243.36 | 2,683.68 |
| 2018 | 269.32 | 119.87 | 95.94 | 218.55 | 703.68 |
| 2019 | 43.21 | 4.21 | 3.02 | 3.03 | 53.47 |
| 2020 | 1,141.52 | 8.56 | 0.00 | 91.45 | 1,241.53 |
| 2021 | 1,033.05 | 0.00 | 0.00 | 0.00 | 1,033.05 |
| TOTAL | 9,069.22 | 3,853.14 | 732.70 | 1,712.54 | 15,367.60 |

*payment applied to the interest, penalty & other*

```
ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024
```

DETACH AND RETURN BOTTOM OF BILL WITH PAYMENT

```
ACCOUNT #    :  61-1-296000                DATE OF BILL  :01/27/2021
PROPERTY-ID  :  37500 419              DUE ON OR BEFORE : 01/27/2021
419 W GODFREY AVE                  INCLUDES PAYMENTS THRU: 01/25/2021
```

| PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL DUE |
|-----------|----------|---------|-------|-----------|
| 9,069.22 | 3,853.14 | 732.70 | 1,712.54 | 15,367.60 |

```
ITUAH ABRAHAM                       CITY OF PHILADELPHIA
PO BOX 48024                        DEPARTMENT OF REVENUE
PHILADELPHIA PA 19144-8024          PO BOX 1409
                                    PHILADELPHIA, PA 19105
```

333610127210000000061129600000001536760000153676000000000000000000000009

```
RTM1737              BLLC
```

 CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
TAX REVENUE BUREAU



# REAL ESTATE TAXES
## 2022 BILL

**Property Billed:** 419 W GODFREY AVE
**Property Owner:** ITUAH ABRAHAM
**Account Number:** 61-1-296000
**Property ID:** 3750000419
**SSN:** XXX-XX-1699
**Market Value:** $73,800.00
**Taxable:** $73,800.00
**Net Taxable:** $73,800.00

ITUAH ABRAHAM
419 W GODFREY AVE
PHILADELPHIA, PA 19120-1433

Questions? Preguntas?
Call (215) 686-6442 or email us at revenue@phila.gov
Monday - Friday, 8:30am - 5:00pm

This bill represents your current tax liability only. Additional amounts will accrue if payment is received after March 31, 2022. Only payment in full or a payment agreement will prevent enforcement action.

---

| | | |
|---|---|---|
| Tax due before reductions: | $1,033.05 | **TAX RATE:** |
| REDUCTIONS: (See Note Below**) | | City 6.317 |
| Total Reductions: | | School 7.681 |
| | | Total 13.998 |
| | | (Per $1000.00 of Taxable Assessd Value) |
| Overpayment from 2021 and/or prior years: | | |
| Pre Payment / Credits to the 2022 Tax: | | |
| **TAX DUE ON OR BEFORE MARCH 31, 2022:** | $1,033.05 | *paid in full but not credited* |

IMPORTANT: Additions imposed by law will accrue on the unpaid 2022 tax at the rate of 1.5% per month from April 1, 2022 through December 31, 2022. As of January 1, 2023, these additions will be added to the principal. After January 1, 2023 a lien fee, additional interest, penalties, and other charges will begin to accrue.

**\*\* NOTE: Accounts receiving discounts may be audited. If you are receiving discounts for which you are not entitled, you must call (215) 686-6442 to avoid fines and penalties.**

---

**Pay by FREE eCheck at www.phila.gov/pay**

**Paying by mail?**
Send this coupon along with a check payable to:
**City of Philadelphia**

Owner Billed: ITUAH ABRAHAM
Property Billed: 419 W GODFREY AVE
Account #: 61-1-296000
Property ID: 3750000419

| Tax Due if Paid on or Before MARCH 31, 2022: | $1,033.05 |
|---|---|

Amount enclosed: $ _____

**DEPARTMENT OF REVENUE**
**P.O. Box 8409**
**Philadelphia, Pennsylvania 19101-8409**

333600228220000000061129600000000010330500001033050220000000433278501

Your tax payment helps to fund our Philadelphia Public School System. Thank you for your support!
**DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE**

CITY OF PHILADELPHIA
REAL ESTATE TAX BILLING

ACCOUNT #    :  61-1-296000                    DATE OF BILL  : 06/19/2019
PROPERTY-ID  :  37500 419               DUE ON OR BEFORE : 06/30/2019
ITUAH ABRAHAM                    INCLUDES PAYMENTS THRU: 06/17/2019
                                           419 W GODFREY AVE
*************************************************************************
YEAR      PRINCIPAL        INTEREST        PENALTY         OTHER         TOTAL
*************************************************************************
MISC         0.00            0.00            0.00          180.00         180.00
2012         0.00          397.75           95.49          132.64         625.88
2013     1,303.86          667.54           98.92          151.97       2,222.29
2014     1,733.63          702.12          121.35          245.33       2,802.43
2015     1,733.63          546.09          121.35          235.97       2,637.04
2016       998.06          224.57           69.86          169.45       1,461.94
2017     1,811.00          244.48          126.77          227.87       2,410.12
2018     1,811.00           81.49           90.55          215.92       2,198.96
2019       960.26           43.21            0.00            0.00       1,003.47

         ----------      ----------      ----------      ----------      ----------
TOTAL    10,351.44        2,907.25          724.29        1,559.15      15,542.13

*Most of the payments received were credited to pay off the interest penalty & other charges instead of the principal*

ITUAH ABRAHAM
419 W GODFREY AVE
PHILADELPHIA PA 19120


DETACH AND RETURN BOTTOM OF BILL WITH PAYMENT


ACCOUNT #    :  61-1-296000                 DATE OF BILL   :06/19/2019
PROPERTY-ID  :  37500 419              DUE ON OR BEFORE : 06/30/2019
419 W GODFREY AVE                 INCLUDES PAYMENTS THRU: 06/17/2019

         PRINCIPAL        INTEREST        PENALTY         OTHER         TOTAL DUE
         10,351.44        2,907.25          724.29        1,559.15      15,542.13

ITUAH ABRAHAM                          CITY OF PHILADELPHIA
419 W GODFREY AVE                      DEPARTMENT OF REVENUE
PHILADELPHIA PA 19120                  PO BOX 1409
                                       PHILADELPHIA, PA 19105

      33361063019000000006112960000000155421300015542130000000000000000000

RTM1701              BLLC

Tuesday, May 28, 2019

```
LANA717                          TIPS ACCOUNTING SYSTEM              05/28/19
T016  ____                 Delinquent Real Estate Tax Liabilty        15:52:29

ENTITY: BRT / 611296000___  NAME   : ITUAH ABRAHAM_____      ✗
ACCOUNT     :  ___          ADDRESS: 419 W GODFREY AVENUE_____
ACCOUNT ID  : _____  SMALL COMMERCIAL EST_____
I&P CALC DATE: 05/28/2019           PERIOD START DATE:  _____

     PERIOD      PRINCIPAL    INTEREST    PENALTY      OTHER     TOTAL    STATUS
       TOTAL     10351.44     2822.42      706.18     1553.85   15433.89
  ENT TOTAL      10351.44     2822.42      706.18     1553.85   15433.89
```

```
                                                               MORE:
  PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD   PF12=MENU
NO MORE RECORDS FOR THIS VIEW
```

2012 - 2019
4 YRS

$3858.00 - Down payment

$771.72 - 15 mo. Agreement

Paid not
Credited

PO BOX 148
PHILA PA 19105-0148



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE



|ılıllllıılıllıllıllllıılllıılılıllılı|

ABRAHAM ITUAH
419 W GODFREY AVE
PHILADELPHIA PA 19120

JANUARY 18, 2019

SSN: XXX-XX-1699
NOTICE  4857596190118
Phone: (215) 686-6442

Property: 419 W GODFREY AVE

# REAL ESTATE TAX BILL
### Includes payments posted through JANUARY 15, 2019

This is your Real Estate Tax bill for this account. You must pay your bill immediately.

Interest, penalty, and/or additional costs have been added to your bill since the original due date. If you do not pay your bill by the payment due date below, the amount you owe will continue to increase. Only payment in full or a payment agreement will prevent enforcement action against you and your property.

**This bill may not represent your total Real Estate taxes due.
The fastest and easiest way to look up your updated account
balance and to pay is to go online at www.phila.gov/revenue.
Paying by eCheck is FREE.**

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 611296000 | 2012 | 0.00 | 397.75 | 95.49 | 132.64 | 625.88 |
| 611296000 | 2013 | 1,303.86 | 628.42 | 98.92 | 149.63 | 2,180.83 |
| 611296000 | 2014 | 1,733.63 | 650.11 | 121.35 | 242.21 | 2,747.30 |
| 611296000 | 2015 | 1,733.63 | 494.08 | 121.35 | 232.85 | 2,581.91 |
| 611296000 | 2017 | 1,811.00 | 190.15 | 126.77 | 224.61 | 2,352.53 |
| 611296000 | 2018 | 1,811.00 | 27.17 | 18.11 | 208.31 | 2,064.59 |
| Total | | 8,393.12 | 2,387.68 | 581.99 | 1,190.25 | 12,553.04 |

-- -- -- -- -- -- -- -- -- -- **DETACH HERE** -- -- -- -- -- -- -- -- -- --
**RETURN THIS PORTION WITH PAYMENT**

| PAYMENT DUE: $12,553.04 |
|---|
| ON OR BEFORE:  FEBRUARY 12, 2019 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 4857596190118
ABRAHAM ITUAH
SSN: XXX-XX-1699

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148
|ııllllııııllllıııılıllıllıılllılıllıııllll|

3336112319900004857596190118000000000000000000000000000000000165299401



**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**



# 2020 REFUSE COLLECTION FEE

*Para español vea el reverso de esta página.*

May 1, 2020

(A) *Fraudulent Charges*

Acct#: 1200048455
OPA: 612003800
NOTICE NUMBER: 7120898200316

ITUAH ABRAHAM
419 W GODFREY AVE — *Single family*
PHILADELPHIA PA 19120-1433

### PROPERTY ADDRESS: 508 W TABOR RD

| Account Number | Period: Beginning - Ending | Fee Due | Due Date |
|---|---|---|---|
| 1200048455 | 07/01/2020 - 12/31/2020 | $150.00 | 06/30/2020 |

**PAYMENT AMOUNTS THAT EXCEED THE CURRENT AMOUNT DUE WILL BE CREDITED TO THE NEXT BILLING PERIOD**

**IMPORTANT:** If you do not pay your 2020 Refuse Collection Fee on-time, the Department of Revenue will add interest and penalty to the amount you owe. Also, if this bill becomes delinquent, the department may assign your account to a private collection agency or to the Law Department for legal action.

The fastest and easiest way to pay is online at www.phila.gov/pay. Paying by echeck is FREE; fees apply for payments by debit or credit cards.

**See the other side of this bill for language support**

**See the other side of this bill for the details of each delinquent period.**

| | |
|---|---|
| **Current Charges** | **$150.00** |
| **Total Delinquent** | **$7,504.93** |
| Total if paid by June 30, 2020 | **$7,654.93** |

**Pay by e-check at www.phila.gov/pay**

✂------------------------------------------------------------------------

**DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE**

PAYMENT DUE: $7,654.93

ON OR BEFORE: JUNE 30, 2020

AMOUNT ENCLOSED: [ ]

NOTICE NUMBER: 7120898200316
NAME: ITUAH ABRAHAM
Account: 1200048455
OPA: 612003800

Make Checks Payable To:

CITY OF PHILADELPHIA

DEPARTMENT OF REVENUE
PO BOX 966
PHILADELPHIA PA 19105-0966

3331206302000007120898200316000000000000000000000000000000000000396081508

CITY OF PHILADELPHIA DEPARTMENT OF REVENUE

REFUSE COLLEC...EE
PAYMENT COUPON

BRT: 612003800
ADDR: 508 W TABOR RD

NOTICE NUM:  3722099180
NOTICE DATE: 06/19/2018
INTEREST TO: 07/02/2018
DUE UPON RECEIPT

ITUAH ABRAHAM
508 W TABOR RD
PHILA PA 19120-2718

| PERIOD ENDING | PRINCIPAL DUE | INTEREST DUE | PENALTY DUE | OTHER CHARGES | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 12/31/2010 | 150.00 | 141.00 | 198.75 | 0.00 | 489.75 |
| 12/31/2011 | 300.00 | 246.00 | 352.50 | 0.00 | 898.50 |
| 12/31/2012 | 300.00 | 207.00 | 303.75 | 0.00 | 810.75 |
| 12/31/2013 | 300.00 | 174.00 | 262.50 | 0.00 | 736.50 |
| 06/30/2014 | 150.00 | 81.00 | 123.75 | 0.00 | 354.75 |
| 12/31/2014 | 150.00 | 72.00 | 112.50 | 0.00 | 334.50 |
| 06/30/2015 | 150.00 | 63.00 | 101.25 | 0.00 | 314.25 |
| 12/31/2015 | 150.00 | 52.50 | 88.13 | 0.00 | 290.63 |
| 06/30/2016 | 150.00 | 45.00 | 78.75 | 0.00 | 273.75 |
| 12/31/2016 | 150.00 | 36.00 | 67.50 | 0.00 | 253.50 |
| 06/30/2017 | 150.00 | 27.00 | 56.25 | 0.00 | 233.25 |
| 12/31/2017 | 150.00 | 18.00 | 45.00 | 0.00 | 213.00 |
| 06/30/2018 | 150.00 | 9.00 | 13.50 | 0.00 | 172.50 |
| 12/31/2018 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |

TOTAL AMOUNT DUE:          5,525.63

.................... DETACH HERE ....................
RETURN THIS PORTION WITH PAYMENT

NOTICE NUMBER:    3722099180619
TOTAL AMOUNT DUE:    5,525.63
AMOUNT PAID:      ---------------

MAKE CHECKS PAYABLE TO:  CITY OF PHILADELPHIA

DEPARTMENT OF REVENUE
P.O. BOX 966
PHILA, PA 19105-0966

3331207021800003722099180619000000000000000000000000000000374109100

| DUE DATE | TYPE | NOTICE-NUMBER | PRNTR | USID |
|---|---|---|---|---|
| 07/02/18 | SCE | 3722099180619 | BLLC | RTM1464 |

PO BOX 148
PHILA PA 19105-0148 



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

NOTICE   0446409220909

ABRAHAM ITUAH
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

SEPTEMBER 09, 2022

SSN: XXX-XX-1699

Phone: (215) 686-6442

Property: 508 W TABOR RD

# REAL ESTATE TAX BILL
Includes payments posted through SEPTEMBER 07, 2022

This is your Real Estate Tax bill for this account. You must pay your bill immediately.

Interest, penalty, and/or additional costs have been added to your bill since the original due date. If you do not pay your bill by the payment due date below, the amount you owe will continue to increase. Only payment in full or a payment agreement will prevent enforcement action against you and your property.

This bill may not represent your total Real Estate taxes due.
The fastest and easiest way to look up your updated account
balance and to pay is to go online at www.phila.gov/revenue.
Paying by eCheck is FREE.

| BRT Number | Period | Tax Due Balance | Additions/Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 612003800 | 2016 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 612003800 | 2017 | 1,357.03 | 590.31 | 94.99 | 219.48 | 2,261.81 |
| 612003800 | 2018 | 1,357.03 | 468.18 | 94.99 | 212.15 | 2,132.35 |
| 612003800 | 2019 | 1,373.13 | 350.15 | 96.12 | 206.11 | 2,025.51 |
| 612003800 | 2020 | 228.92 | 37.77 | 16.02 | 113.90 | 396.61 |
| 612003800 | 2021 | 238.25 | 17.87 | 16.68 | 113.30 | 386.10 |
| 612003800 | 2022 | 207.17 | 21.76 | 0.00 | 0.00 | 228.93 |
| Total | | 4,761.53 | 1,486.04 | 318.80 | 1,189.94 | 7,756.31 |

-- -- -- -- -- -- -- -- -- **DETACH HERE** -- -- -- -- -- -- -- -- -- --
**RETURN THIS PORTION WITH PAYMENT**

PAYMENT DUE: $7,756.31
ON OR BEFORE: OCTOBER 04, 2022
AMOUNT ENCLOSED:

MAKE CHECKS PAYABLE TO:
**CITY OF PHILADELPHIA**

NOTICE #: 0446409220909
ABRAHAM ITUAH
SSN: XXX-XX-1699

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

333611231990000044640922090900000000000000000000000000000000433278501

PO BOX 148
PHILA PA 19105-0148




CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

NOTICE   9859248211005

ABRAHAM ITUAH
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

OCTOBER 05, 2021

SSN: XXX-XX-1699

Phone: (215) 686-6442

Property: 508 W TABOR RD

# REAL ESTATE TAX BILL
Includes payments posted through SEPTEMBER 30, 2021

This is your Real Estate Tax bill for this account. You must pay your bill immediately.

Interest, penalty, and/or additional costs have been added to your bill since the original due date. If you do not pay your bill by the payment due date below, the amount you owe will continue to increase. Only payment in full or a payment agreement will prevent enforcement action against you and your property.

**This bill may not represent your total Real Estate taxes due.
The fastest and easiest way to look up your updated account
balance and to pay is to go online at www.phila.gov/revenue.
Paying by eCheck is FREE.**

| BRT Number | Period | Tax Due Balance | Additions/ Interest | Penalty | Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| 612003800 | 2016 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 612003800 | 2017 | 1,357.03 | 468.18 | 94.99 | 212.15 | 2,132.35 |
| 612003800 | 2018 | 1,357.03 | 346.04 | 94.99 | 204.82 | 2,002.88 |
| 612003800 | 2019 | 1,373.13 | 226.57 | 96.12 | 198.69 | 1,894.51 |
| 612003800 | 2020 | 228.92 | 17.17 | 16.02 | 112.66 | 374.77 |
| 612003800 | 2021 | 207.17 | 21.75 | 0.00 | 0.00 | 228.92 |
| Total | | 4,523.28 | 1,079.71 | 302.12 | 1,053.32 | 6,958.43 |

-- -- -- -- -- -- -- -- -- **DETACH HERE** -- -- -- -- -- -- -- -- -- --
**RETURN THIS PORTION WITH PAYMENT**

| PAYMENT DUE: $6,958.43 |
|---|
| ON OR BEFORE:   OCTOBER 30, 2021 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 9859248211005
ABRAHAM ITUAH
SSN: XXX-XX-1699

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

333611231990000985924821100500000000000000000000000000000000000433278503

PO BOX 1630
PHILA PA 19105-1630



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

|ııllldııııılldıdılldıdılılıııdıdılıllıııl

ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024

June 16, 2013

BRT: 10-2-369000
Case: 1876449
NOTICE  2545284130616
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 1876449

Property: 2153 66TH AVE

---
---

# PAYMENT AGREEMENT BILL

As per your agreement, on non-payment of any installment when due, all
delinquent taxes remaining unpaid, including interest, penalties, and
other charges, shall become immediately due and payable. Acceptance of
any installment by the City of Philadelphia, after the due date, shall
not operate as a waiver of such default.

Failure to pay current taxes when due shall be considered a default of
this agreement.

## PAYMENTS TO DATE

Payments Thru: June 16, 2013
Payments Received: $4370.25

## CURRENT PAYMENT

Due Date: July 11, 2013
Payment Due: $154.81
Installment #: 26

-- -- -- -- -- -- -- -- -- -- **DETACH HERE** -- -- -- -- -- -- -- -- -- --
**RETURN THIS PORTION WITH PAYMENT**

| PAYMENT DUE: $154.81 |
| ON OR BEFORE:  July 11, 2013 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 2545284130616
ITUAH ABRAHAM
BRT: 10-2-369000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148
|ıılldıııılllıdıdılıdıdılııdıldıl

3336112319900002545284130616000000000000000000000000000000276410304

N0004002:  REAL ESTATE AGREEMENT BILL

PO BOX 1630
PHILA PA 19105-1630





**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

January 15, 2014

ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024

BRT: 10-2-369000
Case: 1876449
NOTICE    2704177140115
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED

Property: 2153 66TH AVE

## PAYMENT AGREEMENT BREACH

You have not remitted your previous monthly installments to
the City of Philadelphia according to the terms of your
agreement. You are in danger of defaulting your agreement.

All current taxes must be paid when due or considered a
default of this agreement.

*paid nst Credited*

## PAYMENTS TO DATE

Payments Thru: January 15, 2014
Payments Received: $4989.49

## CURRENT PAYMENT

Due Date: February 09, 2014
Payment Due: $154.81
Installment #: 30

-- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

| PAYMENT DUE: $154.81 |
| ON OR BEFORE:   February 09, 2014 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 2704177140115
ITUAH ABRAHAM
BRT: 10-2-369000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

333611231990000270417714011500000000000000000000000000000000276410302

B

MONEY COLLECTED

NOT

CREDITED

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**WESTERN UNION** WU
moving money for better

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

17-578359736

A 242609 D 042617
T 1401 01
175783597361 L 000000

$ 700.00

PAY EXACTLY  SEVEN HUNDRED DOLLARS AND NO CENTS

PAY TO THE
ORDER OF  W R B

4021  [illegible address]

859440
PAYMENT FOR/ACCT. #

Marcia Rohexo
PURCHASER'S SIGNATURE

⑈⑈:102100400⑈: 4017578359736 ⑈⑈"



yu ₹ 4 26.17

Revenue Collection Bureau, INC.
5900 Torresdale Ave
Philadelphia, PA 19135

RECEIVED



PAID

Print Content



103473731

Print Content                                                                 Page 1 of 1



Print Content                                                                                                Page 1 of 1





**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**

Letter Date:          December 23, 2021
Letter ID:            L0000017412
Philadelphia Tax ID:  0008088860

ABRAHAM ITUAH
419 W GODFREY AVE
PHILADELPHIA PA 19120-1433

## Payment Agreement for Delinquent Taxes

In consideration of the approval by the Department of Revenue of this payment agreement, I (we) jointly and severally, and intending to be legally bound hereby promise to pay to the order of the City of Philadelphia delinquent taxes and charges in the sum of $13,677.97, as follows:

Down Payment: $419.49                   Payments:

Monthly Payment: $2,258.45              Beginning Date: 21 Dec 2021

Last Month Payment: $2,258.45           Ending Date: 21 Feb 2022

This agreement is for the tax liabilities itemized in Attachment A.

This agreement is conditioned upon (a) the taxpayer's consent to forego the right to appeal the liabilities subject to this agreement or any previous delinquent tax billing for the same taxes or years, (b) the taxpayer's consent to forego pursuit of a refund for the taxes, interests, and penalties, if any, for the years covered by this agreement, and (c) timely payment of the agreement sum as specified above. Additionally, this agreement is conditioned upon the accuracy of the information contained in the taxpayer's returns for the years and taxes set forth in Attachment A and does not preclude the City of Philadelphia from assessing any additional

1/27/23, 2:06 PM
about:blank

**MATZ LAND TRANSFER SERVICES, INC.**
SETTLEMENT ESCROW ACCOUNT
940 WEST VALLEY ROAD, SUITE 1301
WAYNE, PA 19087

**WSFS** Bank
We Stand for Service

MLT-18298FID        48066

62-10/311

NUMBER

48066

01/25/22
DATE

RECEIVED
JAN 31 2022
Exceptions Processing
Dept. of Revenue

***$13,677.97***
AMOUNT

The Sum THIRTEEN THOUSAND SIX HUNDRED SEVENTY SEVEN DOLLARS and 97/100

TO THE
ORDER
OF        City of Philadelphia

Sat Lien 160330154
Tax ID 000808608Co   Abraham Ituah

VOID AFTER 120 DAYS

⑈048066⑈ ⑆031100102⑈ 9500196572⑈

For Deposit Only
City of Philadelphia
02/03/22

105411, 25897
0100000000000005225753,
105412, 25897
0100000000000005858521,

**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**

No fire loss has occurred for any property in which I (we) have a financial interest in the 6 months prior to the date of this agreement.

I (we) confirm that this payment agreement has been read and that the terms and conditions are fully understood.

I (we) understand that by remitting the first scheduled payment as specified above, I (we) accept the terms and conditions of this payment agreement as set forth herein.

11/6/15



# CITYOFPHILADELPHIA

DEPARTMENT OF REVENUE
LAW REVENUE BUREAU
MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BLVD
5TH FLOOR
PHILADELPHIA PA 19102

# RECEIPT

## THIS DOCUMENT IS TO ACKNOWLEDGE RECEIPT OF CHECK/MONEY ORDER

Check No. _1611_ in the amount of $ _1,056.09_

Received From: _Abraham Jtuah_

Submitted To: _Kistin Schwelt_

BRT # _____ ADDRESS _____

ACCT # _____        # 12-1-234200      3765 N Bouvier St      $242.02

EIN # _____         # 12-4-142500      5551 Morris Strut      $383.03

                      # 10-2-367000      2153 66th Ave          431.04

Thank you.                                                      $1,056.09

_Kistin Schwelt_
Signature

(Place stamp here) _____

3/7/16



# CITYOFPHILADELPHIA

DEPARTMENT OF REVENUE
LAW REVENUE BUREAU
MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BLVD
5TH FLOOR
PHILADELPHIA PA  19102

# RECEIPT

### THIS DOCUMENT IS TO ACKNOWLEDGE RECEIPT OF CHECK/MONEY ORDER

Check No. _1049_ _____ in the amount of $ _4,558.22_ _____

Received From: _Abraham Ituah_ _____

Submitted To: _Kristin Schulp_ _____

BRT # _____ ADDRESS _See attached (4 properties)_ _____

ACCT # _____

EIN # _____

Thank you.

_Kristin Schulp_ _____
Signature

(Place stamp here) _____



## COMPLIANCE AGREEMENT

File Number:            PACO22-0169

Property Address:       212 South Edgewood Street, Philadelphia, PA 19139

Seller(s):              A I Osaze & Sons Enterprise LLC

Buyer(s)/Borrower(s):   BRIQ HOUSE LLC

Lender:

In connection with the closing of the subject loan and/or sale of the above referenced property, it is hereby agreed and understood between the said parties that if any errors have been made in the preparation of the settlement statement, note, deed of trust, or any other documents relative to this closing, whether typographical, in mathematical computation, or by reason of omission, said errors will be corrected and adjusted by the buyer and/or seller (whichever is applicable) as soon as said error or errors are discovered and disclosed to said parties by Go Abstract Services, LLC or the lender on this transaction.

In the event either seller or buyer shall fail or refuse to immediately adjust and correct such error or omission (and to make any payment or refund necessitated by such adjustment and correction) upon written demand by Go Abstract Services, LLC and if, as a result thereof Go Abstract Services, LLC shall be required to retain the services of an attorney so as to compel adjustment and correction (and any necessary payment or refund) then the party who or which fails to make the adjustment and correction (and any necessary payment or refund) upon demand as aforesaid shall reimburse Go Abstract Services, LLC for its reasonable attorney's fees, court costs and investigative expenses thereby incurred.

We may provide requested information from the file, to a third party, if necessary, in order to recoup shortages or losses.

| SELLER(S) | BUYER(S) / BORROWER(S) |
|---|---|
| Signed on: 3 21 , 20 22 | Signed on: 3 21 , 20 22 |
| **A I Osaze & Sons Enterprise LLC** | **BRIQ HOUSE LLC** |

Sworn and subscribed before me the day and date aforesaid

Notary Public
My commission expires: _____

Sworn and subscribed before me the day and date aforesaid

Notary Public
My commission expires: _____

Commonwealth of Pennsylvania - Notary Seal
Janine M. Miller, Notary Public
Philadelphia County
My commission expires June 17, 2025
Commission number 1399990
Member, Pennsylvania Association of Notaries

Commonwealth of Pennsylvania - Notary Seal
Janine M. Miller, Notary Public
Philadelphia County
My commission expires June 17, 2025
Commission number 1399990
Member, Pennsylvania Association of Notaries

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
TIPS DESIGNATED PAYMENT

A I OSAZE & SONS ENTERPRISE
212 S EDGEWOOD ST
PHILA PA 19139-3708

ENTITY: 006 / 031161400
NOTICE NUMBER: 0000900723805
BILL DATE: 05/07/2019
DUE ~~ON OR~~ BEFORE: ~~05/07/2019~~ 5/21/19
INCLUDES PAYMENTS THROUGH: 05/03/2019 TELEPHONE NUMBER:(215)686-6600

| ACCT | ACCT ID | PERIOD | TAX DUE | INTEREST DUE | PENALTY DUE | TOTAL DUE |
|------|---------|--------|---------|--------------|-------------|-----------|
| REA | 100005209 | 01/01/12 | | | CHARGES: | 180.00 |
| REA | 100005209 | 12/31/12 | 84.94 | 49.41 | .00 | 134.35 |
| REA | 100005209 | 12/31/13 | 399.13 | 194.57 | .00 | 593.70 |
| REA | 100005209 | 12/31/14 | 500.83 | 199.08 | .00 | 699.91 |
| REA | 100005209 | 12/31/15 | 500.83 | 154.01 | .00 | 654.84 |
| REA | 100005209 | 12/31/15 | | | CHARGES: | 86.70 |
| REA | 100005209 | 12/31/16 | 650.35 | 141.45 | .00 | 791.80 |
| REA | 100005209 | 12/31/16 | | | CHARGES: | 86.70 |
| REA | 100005209 | 12/31/17 | 650.35 | 82.92 | .00 | 733.27 |
| REA | 100005209 | 12/31/17 | | | CHARGES: | 91.45 |
| REA | 100005209 | 12/31/18 | 650.35 | 24.39 | .00 | 674.74 |
| REA | 100005209 | 12/31/18 | | | CHARGES: | 91.45 |
| | TOTAL | | 3,436.78 | 845.83 | .00 | 4,818.91 |

Paid as per the letter dated June 6, 2019
prepared by Camen L. Sanchez —

City of Philadelphia
Department of Revenue
1401 JFK Blvd.
Philadelphia, Pa. 19102

Scan OCR                    1x         0.00        0.00

Tax Due: $0.00 / Penalty: $0.00
Interest / Penalty: $4,818.91
Amount Paid: $4,818.91
Sequence Number: 6026
Batch Number: 18577

A
Rl
RE.                Number: 38
REA          Real Estate Tax Current          4,618.91
REA          1x $4,818.91
REA          Number: 0000900723805
REA          Account ID:031161400
REA 1        Account:REA Account ID:031161400
REA 10       07/01/2012
REA 100      Fees: $180.00
REA 1000     12/31/2011 $84.94
REA 1000     Principal:
             INT: $49.4
             TOTA

             Account:REA Account ID:031161400
             12/31/       $399.13
             Pr         37
             INT:

             Account:REA Account ID:031161400
             12/31/       $500.83
             Principal:
             INT: $199.08

             Account:REA Account ID:031161400
             12/31/2015   $500.83
             Principal: $154.01
             INT: $86.70
             Fees:

             Account:REA Account ID:031161400
             12/31/2016   $650.35
             Principal: $141.45
             INT: $86.70
             Fees:

             Account:REA Account ID:031161400
             12/31/2017   $650.35
             Principal: $82.92
             INT: $91.45
             Fees:

             Account:REA Account ID:031161400
             12/31/2018   $650.35
             Principal: $24.39
             INT: $91.45
             Fees:

SubTotal:
Total:

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
DESIGNATED PAYMENT

ENTITY: 006 / 031161400
NOTICE NUMBER: 0000900723805
BILL DATE: 05/07/2019
DUE ON OR BEFORE: ~~06/01/2019~~
TELEPHONE NUMBER:(215)686-6600

| INTEREST DUE | PENALTY DUE | TOTAL DUE |
|---|---|---|
|  | CHARGES: | 180.00 |
| 49.41 | .00 | 134.35 |
| 194.57 | .00 | 593.70 |
| 199.08 | .00 | 699.91 |
| 154.01 | .00 | 654.84 |
|  | CHARGES: | 86.70 |
| 141.45 | .00 | 791.80 |
|  | CHARGES: | 86.70 |
| 82.92 | .00 | 733.27 |
|  | CHARGES: | 91.45 |
| 24.39 | .00 | 674.74 |
|  | CHARGES: | 91.45 |
| 45.83 | .00 | 4,818.91 |

*Deposit Paid not Credited. Paid in full.*

4,818.91
4,818.91

*SA-2188/*
*SA-*
*(#3)* *2182O*

**Cut Out & Use to Mail Payment to:**

City of Philadelphia - Law Department
Code Enforcement Unit
Phone:  215 683-5110
Fax:    215 683-5299
Email:  LawCodeEnforce@phila.gov
Date:   January 31, 2019
This offer will expire 30 days from the date of this bill.

City of Philadelphia, Law Department
Code Enforcement Unit
c/o  T. Taylor
1515 Arch Street, 15th Floor
Phila., PA 19102-1595

## Judgment(s) Statement
### Arising from Violations Issued by the Dept. of Licenses and Inspections

## TOTAL AMOUNT OWED:  8,173.04

The City of Philadelphia has judgments against **Abraham Ituah**

| # | DATE OF JUDGMENT | CASE NUMBER | JUDGMENT AMOUNT INCL. COSTS | POST-JUDGMENT INTEREST | (IF APPLICABLE) JUDGMENT REVIVAL COST | TOTAL DUE |
|---|---|---|---|---|---|---|
| 1 | 7/28/2015 | CE-15-06-32-0026 | $4,000.00 | $843.62 | $0.00 | $4,843.62 |
| 2 | 4/3/2017 | CE-17-02-32-0300 | $3,000.00 | $329.42 | $0.00 | $3,329.42 |

*Paid SA-208cs*

\*\*\*\*\*\*\*\* I the buyer is purchasing the property subject to the above lien.

    Eli Gabay, Sole Memeber of ASLIM INVESTMENTS, LLC

**PLEASE NOTE:** All payments are to be made with **guaranteed funds**, such as a bank check or money order, made **payable to "City of Philadelphia"** and directed to the City of Philadelphia Law Department, Code Enforcement Unit, 1515 Arch Street, 15th Floor Philadelphia, PA.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment

This is a judgment payoff statement based on the information provided. This statement does not serve as a judgment or lien search and may not include all Municipal Court judgments against a particular entity/individual. This statement does not include any fees owed to the Department of Licenses and Inspections, any in rem liens on a property placed due to work performed by the City or the status of violations on a particular property.

For information regarding liens you can search the Locality/In Rem Index with the Philadelphia Court of Common Pleas at City Hall Room 262 and/or obtain a lien statement by emailing agency.receivables@phila.gov.
For information regarding reinspection fees or other fees you must contact the Department of Licenses and Inspections. For the status of violations you can either obtain a property certification for the Department of Licenses and Inspections or search the property history at www.phila.gov/LI or https://atlas.phila.gov/.

```
LANA717                          TIPS ACCOUNTING SYSTEM                    05/28/19
T016  ____              Delinquent Real Estate Tax Liabilty                15:49:57

ENTITY: BRT / 332526600___    NAME   : ITUAH ABRAHAM_____
ACCOUNT      : REA            ADDRESS: 4021 NEILSON ST_____
ACCOUNT ID   : 1000254121__   REAL ESTATE TAX_____
I&P CALC DATE: 05/28/2019              PERIOD START DATE: _____
```

| PERIOD | PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL | STATUS |
|---|---|---|---|---|---|---|
| REA | 332526600 | | | | | |
| 01012013Y | | | | 180.00 | 180.00 | |
| 12312013Y | 969.18 | 472.48 | 67.84 | 111.77 | 1621.27 | CASE |
| 12312014Y | 1217.39 | 483.91 | 85.22 | 199.09 | 1985.61 | CASE |
| 12312015Y | 1217.39 | 374.35 | 85.22 | 192.52 | 1869.48 | CASE |
| 12312016Y | 672.89 | 146.36 | 47.10 | 143.88 | 1010.23 | CASE |
| 12312017Y | 672.89 | 85.80 | 47.10 | 145.28 | 951.07 | CASE |
| 12312018Y | 672.89 | 25.24 | 26.92 | 140.44 | 865.49 | CASE |
| 12312019Y | 580.92 | 17.43 | | | 598.35 | |
| TOTAL | 6003.55 | 1605.57 | 359.40 | 1112.98 | 9081.50 | |

```
                                                               MORE: Y
  PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
NO MORE ACCOUNTS FOR ENTITY
```

$2300.00 Down payment
$452.00 month

paid not credited.

15:51:29 Tuesday, May 28, 2019

```
LANA717                    TIPS ACCOUNTING SYSTEM              05/28/19
T016  ____             Delinquent Real Estate Tax Liabilty    15:51:22

ENTITY: BRT / 162079700___  NAME    : ITUAH ABRAHAM_____
ACCOUNT      : REA          ADDRESS: 2507 N 19TH STREET_____
ACCOUNT ID   : 1000132638__ REAL ESTATE TAX_____
I&P CALC DATE: 05/28/2019         PERIOD START DATE: _____

      PERIOD      PRINCIPAL   INTEREST   PENALTY    OTHER    TOTAL    STATUS
   REA           162079700                                   639.37   BILL
   12312019Y        620.75    18.62                          639.37
 _    TOTAL        620.75    18.62                          639.37
   ENT TOTAL       620.75    18.62
```

                                                              MORE:
                                                            PF12=MENU
   PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD
NO MORE RECORDS FOR THIS VIEW

$160.00 – Down payment
6mo ⇒ Agreement ($81.56)

```
LANA717                  TIPS ACCOUNTING SYSTEM              05/28/19
T016  ____         Delinquent Real Estate Tax Liabilty        15:51:01

ENTITY: BRT / 073060600___   NAME    : ITUAH ABRAHAM_____
ACCOUNT      : REA           ADDRESS: 3301 A STREET_____
ACCOUNT ID   : 1000083283__  REAL ESTATE TAX_____
I&P CALC DATE: 05/28/2019             PERIOD START DATE:  _____

     PERIOD      PRINCIPAL   INTEREST   PENALTY    OTHER      TOTAL    STATUS
  REA           073060600
  01012015Y                                        180.00     180.00
_ 12312015Y        633.88     194.93     44.37     144.29    1017.47    CASE
_ 12312016Y        732.45     159.30     51.27     148.48    1091.50    CASE
_ 12312017Y        732.45      93.38     51.27     149.56    1026.66    CASE
_ 12312018Y        732.45      27.46     29.30     144.29     933.50    CASE
_ 12312019Y        723.70      21.71                          745.41
     TOTAL        3554.93     496.78    176.21     766.62    4994.54
  ENT TOTAL      3554.93     496.78    176.21     766.62    4994.54


                                                          MORE:
  PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
  NO MORE RECORDS FOR THIS VIEW
```

$1,250.00 Downpayment

@ $333.00 — 15 mo. Agreement

Case No 1906T5961

9/12/2019  @ 10:01 AM —

```
  LANA717                    TIPS ACCOUNTING SYSTEM              05/28/19
  T016   ____          Delinquent Real Estate Tax Liabilty       15:52:52
```

```
ENTITY: BRT / 102369000___    NAME   : ITUAH ABRAHAM_____
ACCOUNT       : REA           ADDRESS: 2153 66TH AVENUE_____
ACCOUNT ID    : 1000099699__  REAL ESTATE TAX_____
I&P CALC DATE: 05/28/2019            PERIOD START DATE: _____
```

| PERIOD | PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL | STATUS |
|---|---|---|---|---|---|---|
| REA | 102369000 | | | | | |
| 01012011Y | | | | 180.00 | 180.00 | |
| 12312011Y | | 238.62 | 94.52 | 111.76 | 444.90 | CASE |
| 12312013Y | | 248.12 | 101.69 | 129.35 | 479.16 | CASE |
| 12312014Y | 482.86 | 305.27 | 104.31 | 205.89 | 1098.33 | CASE |
| 12312015Y | 1490.15 | 458.23 | 104.31 | 215.06 | 2267.75 | CASE |
| 12312016Y | 1627.48 | 353.98 | 113.92 | 217.62 | 2313.00 | CASE |
| 12312017Y | 1627.48 | 207.51 | 113.92 | 213.87 | 2162.78 | CASE |
| 12312018Y | 1627.48 | 61.03 | 65.10 | 202.15 | 1955.76 | CASE |
| 12312019Y | 1623.77 | 48.71 | | | 1672.48 | |

```
                                                          MORE: Y
  PF1=HELP    PF5=ACCT-DETAIL    PF7=BACKWARD    PF8=FORWARD    PF12=MENU
  NO MORE ACCOUNTS FOR ENTITY
```

$3,143.54
Down Payment

15mo > $628.70

Ms. Sillman
215-686-0533
Sheena.Sillman@
Phila.gov

CIVIL ACTION/CITY BUSINESS TAX
TAX COLLECTION CASE

BY: JONATHAN M. TALAMINI, ASSISTANT CITY SOLICITOR
ATTORNEY IDENTIFICATION NUMBER: 315143
5TH FLOOR, MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 686-0516

ATTORNEY FOR PLAINTIFF

CITY OF PHILADELPHIA

VS.

ABRARAM ITUAH
4021 NEILSON STREET
PHILADELPHIA, PA 19124

Individually assigned to:
Tax Program

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

NO.

## PRAECIPE TO ISSUE SUMMONS
5100-CITY BUSINESS TAX-COLLECTION

**TO THE PROTHONOTARY:**

Kindly issue a Writ of Summons in Civil Action in the above-captioned matter.

JONATHAN M. TALAMINI
ASSISTANT CITY SOLICITOR

Case ID: 160300154

C.P. 97

SUMMONS
*CITACION*

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

COURT OF COMMON PLEAS

_____ Term, 20_____

No. _____

City of Philadelphia

*vs.*

Abraram Ituah

To[1]

Abraram Ituah
4201 Neilson Street
Philadelphia, PA 19124

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 160300154

BY: CHRISTINE BAK,  DEPUTY CITY SOLICITOR       COMMON PLEAS  COURT
ATTORNEY IDENTIFICATION NUMBER: 35683
5TH FLOOR, MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA  19102
(215) 686-0567                         ACCOUNT #8086860

CITY OF PHILADELPHIA
        VS.
ABRARAM ITUAH
4021 Neilson Street
Philadelphia PA 19124

## STIPULATION FOR JUDGMENT AGAINST DEFENDANT

AND NOW, this  1  day of July , 20 15 , it is hereby stipulated by and between the City of Philadelphia (hereinafter "Plaintiff"), and Abraham Ituah  (hereinafter "Defendant"), as follows:

### § I.  Terms and Conditions .

A. That this Stipulation (hereinafter "Agreement"), contains all of the terms and conditions agreed upon by the parties, and no other agreements, oral or otherwise, shall be deemed to exist or to bind any of the parties hereto.  Any and all amendments to this Agreement must be in writing, and signed by the parties.

B. That judgment be entered in favor of Plaintiff and against Defendant in the amount of $18,671.67 which includes tax principal of $7,667.04, interest  of $4,071.50 and penalties computed to June 26, 2015,  of  $6,933.13,  plus additional interest and penalties that will continue to accrue pursuant to § 19-509(1) of the Philadelphia Code (hereinafter the "Judgment Amount"), and as described below:

| | |
|---|---|
| 12312007  BIR | $2,458.04 |
| 12312008  BIR | $1,397.00 |
| 12312009  BIR | $426.00 |
| 12312010  BIR | $103.00 |
| 04112011  BIR | $ 0.00 |
| 12312011   BIR | $175.00 |
| 12312012   BIR | $212.00 |
| 04152012  BIR | $0.00 |
| 12312013  BIR | $2005.00 |
| 12312014  BIR | $144.00 |
| 04152015  BIR | $144.00 |
| 12312006  NPT | $462.00 |

1

| 12312011  NPT | $47.00 |
|---|---|
| 12312012  NPT | $58.00 |
| 12312013  NPT | $15.00 |
| 12312014  NPT | $21.00 |
| Interest to    June 26, 2015 | $4,071.50 |
| Penalties to June 26, 2015 | $6,933.13 |
| **TOTAL JUDGMENT AMOUNT** | **$18,671.67** |

C. That execution upon the Judgment Amount will be stayed upon the condition that Defendant satisfies the Settlement Amount as defined below, does not breach this agreement, and otherwise complies with the following payment schedule and requirements:

1. A down payment of $1,555.98 due on or before July 1, 2015. Thereafter, Eleven payments of $1,555.97 are due on the First of each month for 11 months commencing on August 1, 2015 until the Settlement Amount of $18,671.67 is paid in full. Defendant is making all payments pursuant to this agreement in the normal course of business or financial affairs.

2. Defendant must timely file all tax returns and pay directly to the Department of Revenue the full liability of all current taxes, when due, including but not limited to real estate taxes. Failure to do so is a breach of this Stipulation. Current taxes are those taxes and periods subsequent to those covered by this Stipulation.

3. If Defendant makes all payments pursuant to the payment schedule described in paragraph (C) (1) above, and otherwise in accordance with this Agreement, Plaintiff agrees to abate interest and penalty in the amount of $0.00 that has accrued upon the unpaid tax principal.  Plaintiff also agrees to abate all interest and penalty that accrues after June 26, 2015, as a part of this Settlement Agreement.

4. **All payments are to be made with guaranteed funds via bank check, certified check, or money order** made payable to "City of Philadelphia" and directed to The City of Philadelphia Department of Revenue, P.O. Box 1630, Philadelphia, PA 19102-1630.  At the Plaintiff's discretion, personal checks may be accepted. However, in the event that a personal check is returned for insufficient funds, the Defendant will be charged a $20.00 transaction fee and the payment will remain due according to the original payment due date. **You will receive monthly bills and payment coupons from the Department of Revenue.  To insure that your payments are applied properly, you must submit your payment with the monthly coupon.** Should you have any questions or concerns regarding this agreement, please contact me at (215) 686-0567.

Case ID: 160300154

5.  Payments remitted shall not contain any statement or language implying that the account is closed, or that the debt has been satisfied prior to notification of the same by Plaintiff.

## § II.  Breach

A.  If Defendant fails to perform any of the terms, covenants, or conditions of this Agreement as specified in § I (A) – (C), such failure shall constitute a breach.  Any misrepresentation of material facts regarding Defendant's financial condition, shall constitute a breach of this agreement.  The failure to file, or a failure to remit payment for all current taxes when due shall constitute a breach.

B.  Defendant agrees to notify Plaintiff of any change in corporate name, officers, or location during the term of this agreement.  Such information must be submitted to Plaintiff in writing and within 30 days of the relevant change; failure to do so will be considered a breach of this agreement.

C.  In the event of a breach, Plaintiff may proceed immediately, without further notice to Defendant(s), to execute upon aforesaid judgment for the full Judgment Amount.  At Plaintiff's discretion, Defendant may cure the breach in a reasonable time and manner, without affecting Plaintiff's right to declare a breach in the future.

## § III.  Reservation of Rights

A.  Plaintiff City hereby acknowledges that the Defendant has filed a petition for administrative review with the Tax Review Board for the business tax liabilities contained herein.  Plaintiff City agrees that this agreement will be amended by the determination of the Tax Review Board, if any.  If the Board's determination reduces the amount of tax and or any of the interest and penalties, the Plaintiff City will adjust the payments under this Agreement and the Judgment amount to reflect the Board's decision.  Prior payments will apply to reduce the Board's determination. The determination of the Board is the final appeal available to the Defendant. The Board's decision that is available to reduce this agreement must be known by May 31, 2016.

B.  In the event that the Department of Revenue audits the Defendant for any periods contained herein or otherwise, Plaintiff reserves the right to seek payment for these and any additional liabilities that may be revealed or owed.

C.  Plaintiff's failure to exercise any rights set forth in this agreement shall not constitute a waiver of such rights.

D.  Plaintiff shall have the aforesaid judgment marked satisfied upon receipt of the Settlement Amount and in accordance with the terms and conditions set forth herein.

E.  The undersigned hereby acknowledges that he or she has read, understands and accepts this Agreement in full.

3

Case ID: 160300154

**JUDGMENTS BY AGREEMENT CAN NOT BE APPEALED.**

Date: 6/29/15

By: _____
Abraham Ituah,  Defendant

Sworn to and subscribed before me this
day of 29th ,JUNE. 2015

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
Desiree Drayton, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Date: _____

By: _____
CHRISTINE BAK
DEPUTY CITY SOLICITOR
Attorney for Plaintiff
City of Philadelphia

4

Case ID: 160300154

Collections not Credited
or
Acknowledged by
Ms. Pamela Thurmond.
Bankruptcy Petitions

SWPC01 12.5.01 CEC



# CITY OF PHILADELPHIA
## CODE VIOLATION ENFORCEMENT DIVISION

### DEPARTMENT OF FINANCE
P. O. BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605

Notice of Settlement Offer

04/10/2019

GRAY, MAY
1306 MARSHALL AVE
PITTSBURGH PA, 15212-2822

Account Number:

    3750000419 GRAY, MAY          1306 MARSHALL AVE

Dear Sir/Madam:

Your inquiry regarding the above account(s) has been received and
reviewed. The current amount due reflects the total amount owed
on these account(s). The settlement amount due listed below is the
amount we agree to accept on these account(s) for these charges. No
monthly reminders will be sent. If payment in full is not received by
05/24/2019, the amount of these charges will reflect the previously
due amount. This agreement covers only the currently open charges; you
must respond to any newly assessed charges promptly.

Please feel free to contact the Code Unit at (215) 686-1587
if you have any questions. In addition, send your payment with a
copy of this letter to the Department of Finance, PO Box 56318,
Philadelphia, PA 19130-6318. Thank you for your cooperation in
keeping the City clean.

Returned Checks. If your check is returned unpaid for insufficient or
uncollected funds, (1) you authorize The City of Philadelphia or its
agent to make a one-time electronic fund transfer from your account to
collect a fee of $20; and (2) The City of Philadelphia or its agent may
re-present your check electronically to your depository institution for
for payment.

| ACCOUNT # | CVN OR CE | ISSUE DATE | PREV AMT | SETTLEMENT AMT |
|-----------|-----------|------------|----------|----------------|
| 3750000419 | 38412640 | 07/21/2014 | 90.00 | 90.00 |
| 3750000419 | 37842044 | 03/10/2014 | 90.00 | 90.00 |
| 3750000419 | 35762193 | 02/10/2014 | 90.00 | 90.00 |
| 3750000419 | 35715901 | 12/09/2013 | 90.00 | 90.00 |
| 3750000419 | C1501330231 | 01/12/2015 | 713.00 | 713.00 |

Current Amount Due (Prior to Settlement):    $1,073.00
               Settlement Amount Due :        $1,073.00
                                            Letter STLT01

12/20/2018   16:10                                              (FAX)                    P.002/004



**RCB** REVENUE COLLECTION BUREAU, INC.
*Rewarding Partnerships*

December 20, 2018                                                    #2

ABRAHAM ITUAH
PO BOX 48024
Philadelphia, PA 19144
c/o Payoff Request – STATEWIDE ABSTRACT GROUP, INC (Tele: 215-332-7600/ Fax 215-332-7603
Attn: Jillian Czop  / File Number SA-20800

RE:    City of Philadelphia Water Revenue Bureau
       RCB Case Number: 851324
       Property Address: 2153 66TH Ave / Account Number: 004-89180--001
       Water Revenue Bureau: $2305.01
       CE 15-12-82-0075: Fine: $0   Court Cost: $112.00
       **Total Payoff Amount as of December 20, 2018: $2417.01**

Dear ABRAHAM ITUAH:

The total amount due for the above water account as of December 20, 2018, is $2305.01 plus $112.00 for court cost
to satisfy judgment. Payment of this request should be received no later than **January 11, 2019,** Please be advised that
this amount may not include the current billing cycle for any water usage and sewer charges.

Please make all payment(s) payable to "Water Revenue Bureau". To ensure proper posting of your payment please
reference the above RCB Case Number, and mail your payment to:

                    **Revenue Collection Bureau**
                    **5900 Torresdale Avenue**
                    **Philadelphia, PA 19135**

Please contact me directly with any questions at (215) 288-6800, Extension 327.
Thank you for your cooperation in this matter.

Sincerely,

*Alicia Calderon*
Alicia Calderon
**Account Representative**
Revenue Collection Bureau, Inc.

*Pd*
*ESC CK 1236*
*1/24/19*

Cut Out & Use to Mail Payment to:

City of Philadelphia - Law Department
Code Enforcement Unit
Phone:  215 683-5110
Fax:      215 683-5299
Email:   LawCodeEnforce@phila.gov
Date:     January 23, 2019
This offer will expire 30 days from the date of this bill.

--------------------------------------------------
City of Philadelphia, Law Department
Code Enforcement Unit
1515 Arch Street, 15th Floor
Phila., PA 19102-1595
--------------------------------------------------

#4

## Judgment(s) Statement
### Arising from Violations Issued by the Dept. of Licenses and Inspections

**TOTAL AMOUNT OWED:  $ 3,325.48**

The City of Philadelphia has judgments against **Abraham Ituah**

| | DATE OF JUDGMENT | CASE NUMBER | JUDGMENT AMOUNT INCL. COSTS | POST JUDGMENT INTEREST | (IF APPLICABLE) JUDGMENT REVIVAL COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 1 | 4/3/2017 | CE-17-02-32-0300 | $3,000.00 | $325.48 | $0.00 | $3,325.48 |

**PLEASE NOTE:** All payments are to be made with **guaranteed funds**, such as a bank check or money order, made **payable to "City of Philadelphia"** and directed to the City of Philadelphia Law Department, Code Enforcement Unit, 1515 Arch Street, 15th Floor Philadelphia, PA.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment

This is a judgment payoff statement based on the information provided.  This statement does not serve as a judgment or lien search and may not include all Municipal Court judgments against a particular entity/individual.  This statement does not include any fees owed to the Department of Licenses and Inspections, any in rem liens on a property placed due to work performed by the City or the status of violations on a particular property.

For information regarding liens you can search the Locality/In Rem Index with the Philadelphia Court of Common Pleas at City Hall Room 262 and/or obtain a lien statement by emailing agency.receivables@phila.gov.
For information regarding reinspection fees or other fees you must contact the Department of Licenses and Inspections. For the status of violations you can either obtain a property certification for the Department of Licenses and Inspections or search the property history at www.phila.gov/LI or https://atlas.phila.gov/.

(A)

**Cut Out & Use to Mail Payment to:** #10 #13

**City of Philadelphia - Law Department**
**Code Enforcement Unit**
Phone: 215 683-5110
Fax: 215 683-5299
Email: LawCodeEnforce@phila.gov
Date: April 23, 2019
**Good Through 30 Days**

City of Philadelphia, Law Department
Code Enforcement Unit
c/o S. Walker
1515 Arch Street, 15th Floor
Phila., PA 19102-1595

## Judgment(s) Statement
### Arising from Violations Issued by the Dept. of Licenses and Inspections

## TOTAL AMOUNT OWED: $5,020.53

The City of Philadelphia has judgments against May Gray:

#10
#13

| # | DATE OF JUDGMENT | CASE NUMBER | JUDGMENT AMOUNT INCL. COSTS | POST-JUDGMENT INTEREST | (IF APPLICABLE) JUDGMENT REVIVAL COST | TOTAL DUE |
|---|---|---|---|---|---|---|
| 1 | 01/05/2015 | CE1408320815 | $600.00 | $154.75 | $0.00 | $754.75 |
| 2 | 08/31/2015 | CE1505320704 | $3,500.00 | $765.78 | $0.00 | $4,265.78 |
| 3 | | | | | | |
| 4 | | | | | | |

**PLEASE NOTE:** All payments are to be made with **guaranteed funds**, such as a bank check or money order, made **payable to "City of Philadelphia"** and directed to the City of Philadelphia Law Department, Code Enforcement Unit, 1515 Arch Street, 15th Floor Philadelphia, PA.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment

This is a judgment payoff statement based on the information provided. This statement does not serve as a judgment or lien search and may not include all Municipal Court judgments against a particular entity/individual. This statement does not include any fees owed to the Department of Licenses and Inspections, any in rem liens on a property placed due to work performed by the City or the status of violations on a particular property.

For information regarding liens you can search the Locality/In Rem Index with the Philadelphia Court of Common Pleas at City Hall Room 262 and/or obtain a lien statement by emailing agency.receivables@phila.gov.
For information regarding reinspection fees or other fees you must contact the Department of Licenses and Inspections. For the status of violations you can either obtain a property certification for the Department of Licenses and Inspections or search the property history at www.phila.gov/LI or https://atlas.phila.gov/.

12/20/2018   16:10                                   (FAX)                    P.003/004



**REVENUE COLLECTION BUREAU, INC.**
*Rewarding Partnerships*

December 20, 2018

#6

ABRAHAM ITUAH
PO BOX 48024
Philadelphia, PA 19144
c/o Payoff Request – STATEWIDE ABSTRACT GROUP, INC (Tele: 215-332-7600/ Fax 215-332-7603
Attn: Jillian Czop   / File Number SA-20800

RE:   City of Philadelphia Water Revenue Bureau
      RCB Case Number: 891863
      Property Address: 508 W Tabor Road / Account Number: 0087654000508001
      Water Revenue Bureau: $1,555.23
      CE 18-01-82-0326; Fine: $0   Court Cost: $94.75
      **Total Payoff Amount as of December 20, 2018: $1,649.98**

Dear ABRAHAM ITUAH:

The total amount due for the above water account as of December 20, 2018 is $1555.23 plus $94.75 for court cost
to satisfy Judgment. Payment of this request should be received no later than **January 11, 2019.** Please be advised that
this amount may not include the current billing cycle for any water usage and sewer charges.

Please make all payment(s) payable to "Water Revenue Bureau". To ensure proper posting of your payment please
reference the above RCB Case Number, and mail your payment to:
                          Revenue Collection Bureau
                          5900 Torresdale Avenue
                          Philadelphia, PA 19135

Please contact me directly with any questions at (215) 288-6800, Extension 327.
Thank you for your cooperation in this matter.

Sincerely,

*Alicia Calderon*
Alicia Calderon
Account Representative
Revenue Collection Bureau, Inc.

Exhibit A

SWPC01 12.5.01 CEC



# CITY OF PHILADELPHIA
## CODE VIOLATION ENFORCEMENT DIVISION

### DEPARTMENT OF FINANCE
P. O. BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605

Notice of Settlement Offer

ITUAH, ABRAHAM
92 ROBINSON AVE
NEWBURGH NY, 12550-4402

02/05/2019

Account Number:

| | | |
|---|---|---|
| 1102003301 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 1850003765 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 2906001700 | ITUAH, ABRAHAM O | 92 ROBINSON AVE |
| 3666005229 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 3750000419 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 3818002538 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 5924004021 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 7654000508 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 8803004624 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 8815002507 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 8885000033 | ITUAH, ABRAHAM | 92 ROBINSON AVE |
| 8918002153 | ITUAH, ABRAHAM | 92 ROBINSON ST |

Dear Sir/Madam:

Your inquiry regarding the above account(s) has been received and
reviewed. The current amount due reflects the total amount owed
on these account(s). The settlement amount due listed below is the
amount we agree to accept on these account(s) for these charges. No
monthly reminders will be sent. If payment in full is not received by
03/21/2019, the amount of these charges will reflect the previously
due amount. This agreement covers only the currently open charges; you
must respond to any newly assessed charges promptly.

Please feel free to contact the Code Unit at (215) 686-1887
if you have any questions. In addition, send your payment with a
copy of this letter to the Department of Finance, PO Box 56318,
Philadelphia, PA 19130-6318. Thank you for your cooperation in
keeping the City clean.

Returned Checks. If your check is returned unpaid for insufficient or
uncollected funds, (1) you authorize The City of Philadelphia or its
agent to make a one-time electronic fund transfer from your account to
collect a fee of $20; and (2) The City of Philadelphia or its agent may
re-present your check electronically to your depository institution for
for payment.

| ACCOUNT # | CVN OR CE | ISSUE DATE | PREV AMT | SETTLEMENT AMT |
|---|---|---|---|---|

1 of 5

SWFC01 12.5.01 CEC



# CITY OF PHILADELPHIA
## CODE VIOLATION ENFORCEMENT DIVISION

DEPARTMENT OF FINANCE
P. O. BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605

Notice of Settlement Offer          Page: 05

ITUAH, ABRAHAM                         02/05/2019
92 ROBINSON AVE
NEWBURGH NY, 12550-4402

| ACCOUNT # | CVN OR CE | ISSUE DATE | PREV AMT | SETTLEMENT AMT |
|---|---|---|---|---|
| 8918002153 | 18315393 | 10/15/2015 | 90.00 | 90.00 |
| 8918002153 | 17743305 | 12/29/2014 | 90.00 | 90.00 |
| 8918002153 | 17330084 | 08/18/2015 | 90.00 | 90.00 |
| 8918002153 | 17330073 | 08/18/2015 | 115.00 | 115.00 |
| 8918002153 | 61052762 | 11/09/2018 | 75.00 | 75.00 |
| 8918002153 | 41684370 | 10/02/2014 | 115.00 | 115.00 |
| 8918002153 | 41682351 | 09/11/2014 | 115.00 | 115.00 |

Current Amount Due (Prior to Settlement):     $15,727.00
Settlement Amount Due :     $15,727.00
Letter STLT01

2 of 5

SWPC01 12.5.01 C6C



# CITY OF PHILADELPHIA
## CODE VIOLATION ENFORCEMENT DIVISION

### DEPARTMENT OF FINANCE
P. O. BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605

Notice of Settlement Offer                Page: 04

ITUAH, ABRAHAM                                         02/05/2019
92 ROBINSON AVE
NEWBURGH NY, 12550-4402

| ACCOUNT # | CVN OR CB | ISSUE DATE | PREV AMT | SETTLEMENT AMT |
|---|---|---|---|---|
| 3666005229 | 41485754 | 10/28/2014 | 90.00 | 90.00 |
| 3666005229 | 41307486 | 11/24/2014 | 90.00 | 90.00 |
| 3666005229 | 41307475 | 11/24/2014 | 90.00 | 90.00 |
| 3666005229 | 41307464 | 11/24/2014 | 90.00 | 90.00 |
| 3666005229 | 39273172 | 06/13/2014 | 115.00 | 115.00 |
| 3666005229 | C1308330244 | 08/13/2013 | 730.00 | 730.00 |
| 3666005229 | C1308330243 | 08/13/2013 | 645.00 | 645.00 |
| 3750000419 | 60915341 | 07/08/2018 | 115.00 | 115.00 |
| 3750000419 | 59307054 | 08/27/2018 | 115.00 | 115.00 |
| 3750000419 | 58492873 | 10/02/2017 | 90.00 | 90.00 |
| 3750000419 | 58468911 | 09/05/2017 | 115.00 | 115.00 |
| 3750000419 | 55766516 | 04/25/2016 | 115.00 | 115.00 |
| 3750000419 | 27443441 | 04/20/2018 | 115.00 | 115.00 |
| 3750000419 | 18826942 | 08/31/2016 | 115.00 | 115.00 |
| 3750000419 | 18826916 | 08/31/2016 | 115.00 | 115.00 |
| 3818002538 | 38733295 | 06/24/2014 | 90.00 | 90.00 |
| 3818002538 | 21720366 | 06/03/2010 | 90.00 | 90.00 |
| 5924004021 | 57827862 | 08/01/2017 | 90.00 | 90.00 |
| 5924004021 | 31789310 | 02/26/2013 | 90.00 | 90.00 |
| 7654000508 | 65700051 | 11/19/2018 | 90.00 | 90.00 |
| 8803004624 | 65706852 | 01/08/2019 | 50.00 | 50.00 |
| 8803004624 | 58772195 | 05/08/2018 | 115.00 | 115.00 |
| 8803004624 | 57774662 | 07/25/2017 | 115.00 | 115.00 |
| 8803004624 | C1704330211 | 04/10/2017 | 632.00 | 262.00 |
| 8815002507 | 18687583 | 06/28/2016 | 90.00 | 90.00 |
| 8885000033 | 08792442 | 02/14/2006 | 65.00 | 65.00 |
| 8918002153 | 65462051 | 12/17/2018 | 75.00 | 75.00 |
| 8918002153 | 41561940 | 09/09/2014 | 115.00 | 115.00 |
| 8918002153 | 37326472 | 08/11/2014 | 90.00 | 90.00 |
| 8918002153 | 35885942 | 04/02/2014 | 90.00 | 90.00 |
| 8918002153 | 35879620 | 01/14/2014 | 90.00 | 90.00 |
| 8918002153 | 35878231 | 12/24/2013 | 90.00 | 90.00 |
| 8918002153 | 33393404 | 10/07/2013 | 115.00 | 115.00 |
| 8918002153 | 33052224 | 08/29/2013 | 115.00 | 115.00 |
| 8918002153 | 32609953 | 09/10/2013 | 115.00 | 115.00 |
| 8918002153 | 31600612 | 05/03/2013 | 90.00 | 90.00 |
| 8918002153 | 30720141 | 02/21/2013 | 90.00 | 90.00 |
| 8918002153 | 19247115 | 01/06/2017 | 90.00 | 90.00 |
| 8918002153 | 18315404 | 10/15/2015 | 115.00 | 115.00 |

SA-21861
Jdgment
# 4

SWPC01 12.B.01 CEC



# CITY OF PHILADELPHIA
## CODE VIOLATION ENFORCEMENT DIVISION

DEPARTMENT OF FINANCE
P. O. BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605

Notice of Settlement Offer                    Page: 02

ITUAH, ABRAHAM                                02/05/2019
92 ROBINSON AVE
NEWBURGH NY, 12550-4402

| ACCOUNT # | CVN OR CE | ISSUE DATE | PREV AMT | SETTLEMENT AMT |
|---|---|---|---|---|
| 1102003301 | 57648603 | 08/08/2017 | 90.00 | 90.00 |
| 1102003301 | 26941530 | 01/04/2011 | 90.00 | 90.00 |
| 1102003301 | 13538814 | 05/05/2009 | 65.00 | 65.00 |
| 1850003765 | 41321755 | 07/10/2015 | 90.00 | 90.00 |
| 1850003765 | 36048644 | 05/21/2014 | 90.00 | 90.00 |
| 1850003765 | 18772896 | 08/01/2016 | 90.00 | 90.00 |
| 1850003765 | 18109825 | 02/02/2016 | 115.00 | 115.00 |
| 1850003765 | 17932515 | 06/29/2015 | 90.00 | 90.00 |
| 1850003765 | 17929914 | 07/13/2015 | 90.00 | 90.00 |
| 2906001700 | 35971445 | 06/16/2014 | 90.00 | 90.00 |
| 2906001700 | 35970900 | 06/11/2014 | 90.00 | 90.00 |
| 2906001700 | 35955776 | 12/05/2013 | 90.00 | 90.00 |
| 2906001700 | 28806691 | 06/14/2012 | 90.00 | 90.00 |
| 2906001700 | 18046416 | 10/06/2015 | 90.00 | 90.00 |
| 2906001700 | 18020310 | 09/08/2015 | 90.00 | 90.00 |
| 2906001700 | 14085341 | 09/17/2009 | 190.00 | 190.00 |
| 2906001700 | 13624936 | 05/14/2009 | 65.00 | 65.00 |
| 2906001700 | 13609374 | 09/03/2009 | 190.00 | 190.00 |
| 2906001700 | 13021982 | 04/15/2009 | 65.00 | 65.00 |
| 2906001700 | 12866092 | 03/26/2009 | 65.00 | 65.00 |
| 2906001700 | 12769971 | 09/17/2009 | 90.00 | 90.00 |
| 2906001700 | 12758782 | 12/11/2008 | 65.00 | 65.00 |
| 2906001700 | 11596082 | 04/10/2008 | 65.00 | 65.00 |
| 2906001700 | 09529192 | 09/14/2006 | 65.00 | 65.00 |
| 3666005229 | 56654230 | 07/06/2017 | 115.00 | 115.00 |
| 3666005229 | 39273161 | 06/13/2014 | 90.00 | 90.00 |
| 3666005229 | 39273150 | 06/13/2014 | 90.00 | 90.00 |
| 3666005229 | 38581502 | 07/14/2014 | 90.00 | 90.00 |
| 3666005229 | 38581491 | 07/14/2014 | 90.00 | 90.00 |
| 3666005229 | 37512996 | 07/29/2014 | 90.00 | 90.00 |
| 3666005229 | 37509566 | 06/05/2014 | 90.00 | 90.00 |
| 3666005229 | 37509555 | 06/05/2014 | 90.00 | 90.00 |
| 3666005229 | 37505075 | 04/24/2014 | 90.00 | 90.00 |
| 3666005229 | 37505053 | 04/24/2014 | 90.00 | 90.00 |
| 3666005229 | 37505042 | 04/24/2014 | 90.00 | 90.00 |
| 3666005229 | 37505031 | 04/24/2014 | 90.00 | 90.00 |
| 3666005229 | 37503093 | 03/28/2014 | 90.00 | 90.00 |
| 3666005229 | 36616392 | 11/26/2013 | 90.00 | 90.00 |
| 3666005229 | 36616381 | 11/26/2013 | 90.00 | 90.00 |

SWPC01 12.B.01 CEC



# CITY OF PHILADELPHIA
## CODE VIOLATION ENFORCEMENT DIVISION

### DEPARTMENT OF FINANCE
P. O. BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605



Notice of Settlement Offer        Page: 03

02/05/2019

ITUAH, ABRAHAM
92 ROBINSON AVE
NEWBURGH NY, 12550-4402

| ACCOUNT # | CVN OR CE | ISSUE DATE | PREV AMT | SETTLEMENT AMT |
|---|---|---|---|---|
| 3666005229 | 35997920 | 06/23/2014 | 90.00 | 90.00 |
| 3666005229 | 35997916 | 06/23/2014 | 90.00 | 90.00 |
| 3666005229 | 35997905 | 06/23/2014 | 90.00 | 90.00 |
| 3666005229 | 35876665 | 12/02/2013 | 90.00 | 90.00 |
| 3666005229 | 35867882 | 05/08/2014 | 90.00 | 90.00 |
| 3666005229 | 35867871 | 05/08/2014 | 90.00 | 90.00 |
| 3666005229 | 35867860 | 05/08/2014 | 90.00 | 90.00 |
| 3666005229 | 35853871 | 11/05/2013 | 90.00 | 90.00 |
| 3666005229 | 35849203 | 07/16/2014 | 90.00 | 90.00 |
| 3666005229 | 35848816 | 06/16/2014 | 90.00 | 90.00 |
| 3666005229 | 35848805 | 06/16/2014 | 90.00 | 90.00 |
| 3666005229 | 35848794 | 06/16/2014 | 90.00 | 90.00 |
| 3666005229 | 32064712 | 10/16/2013 | 115.00 | 115.00 |
| 3666005229 | 32064701 | 10/16/2013 | 90.00 | 90.00 |
| 3666005229 | 32062682 | 09/24/2013 | 90.00 | 90.00 |
| 3666005229 | 32062671 | 09/24/2013 | 90.00 | 90.00 |
| 3666005229 | 31866435 | 06/06/2013 | 90.00 | 90.00 |
| 3666005229 | 27444476 | 04/20/2018 | 115.00 | 115.00 |
| 3666005229 | 19158775 | 10/12/2016 | 90.00 | 90.00 |
| 3666005229 | 19158764 | 10/12/2016 | 90.00 | 90.00 |
| 3666005229 | 19029006 | 09/12/2016 | 90.00 | 90.00 |
| 3666005229 | 18665186 | 05/31/2016 | 90.00 | 90.00 |
| 3666005229 | 18443261 | 02/11/2016 | 90.00 | 90.00 |
| 3666005229 | 18222374 | 12/21/2015 | 90.00 | 90.00 |
| 3666005229 | 17810074 | 06/15/2015 | 90.00 | 90.00 |
| 3666005229 | 17755942 | 12/18/2014 | 90.00 | 90.00 |
| 3666005229 | 17755931 | 12/18/2014 | 90.00 | 90.00 |
| 3666005229 | 17755920 | 12/18/2014 | 90.00 | 90.00 |
| 3666005229 | 56651221 | 10/17/2016 | 90.00 | 90.00 |
| 3666005229 | 17755916 | 12/18/2014 | 90.00 | 90.00 |
| 3666005229 | 01711330027 | 11/06/2017 | 2,415.00 | 785.00 |
| 3666005229 | 56649714 | 10/04/2016 | 90.00 | 90.00 |
| 3666005229 | 56297883 | 04/18/2016 | 90.00 | 90.00 |
| 3666005229 | 44587966 | 12/28/2015 | 90.00 | 90.00 |
| 3666005229 | 44584433 | 09/23/2015 | 90.00 | 90.00 |
| 3666005229 | 44584422 | 09/23/2015 | 115.00 | 115.00 |
| 3666005229 | 41691635 | 01/12/2015 | 90.00 | 90.00 |
| 3666005229 | 41684650 | 10/06/2014 | 90.00 | 90.00 |
| 3666005229 | 41510302 | 03/11/2015 | 90.00 | 90.00 |

SA-
21861
ulgment
6

5 of 5



# City of Philadelphia

# ||

Law Department
Tax Unit: Mass Litigation Water
Municipal Services Building
1401 JFK Boulevard
Philadelphia, PA 19102-1595

| Property Address: (MTZ MAK ESTATES LLC)730 N 37TH ST | |
|---|---|
| Account #: 029-88520-00730-001 | |
| Last Meter Reading: 245     Taken On: Apr 11, 2019 | |
| ☐ Actual    ☑ Estimated | |
| Dates of Last Billing Cycle: Mar 13, 2019 to Apr 11, 2019 | |
| Water/Sewer Balance: $0.00 | |
| Restore Fee (if applicable): | |
| Lien Fee (if applicable): | |
| Total: $ 0.00 | |

Discontinued Account(s)    ☐ None if checked

#: (MAY GRAY)029-88520-00730-001 Balance: $0.00

#: _____ Balance: _____

#: _____ Balance: _____

| Code Enforcement Judgment(s) (inclusive of costs, fines, & fees)  ☐ None if checked | Judgment #: CE-14-10-72-0299<br>Date: 10/01/2014<br>Court Costs: $ 127.50<br>Fines: $ 1400.00<br>Total: $ 1527.50 | Judgment #: _____<br>Date: _____<br>Court Costs: $ _____<br>Fines: $ _____<br>Total: $ _____ |
|---|---|---|
| | Judgment #: _____<br>Date: _____<br>Court Costs: $ _____<br>Fines: $ _____<br>Total: $ _____ | Judgment #: _____<br>Date: _____<br>Court Costs: $ _____<br>Fines: $ _____<br>Total: $ _____ |
| Agency/Lien Repair Bill Balance  ☑ None if checked | Lien #: _____<br>Date: _____<br>Total: $ _____ | Lien #: _____<br>Date: _____<br>Total: $ _____ |
| Help Loan Bill Balance  ☑ None if checked | Help Loan Acct #: _____<br>Date: _____<br>Total: $ _____ | |

**ACCOUNT BALANCE DUE (inclusive of all amounts listed above):** $1527.50

**GOOD THROUGH:** 5/7/19

**Additional Comments:** _____

Law Department Representative's Name: DDRAKE                Date: 4/17/19

Mail your completed form along with a certified check, settlement agent escrow check or money order payable to "City Of Philadelphia" to: Philadelphia Law Department, 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA, 19102.

Should you need an updated payoff figure, please send this completed form back with your request.

For Law Department Use Only

PO BOX 1630
PHILA PA 19105-1630



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

⟨barcode⟩

ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024

May 15, 2013

BRT: 10-2-369000
Case: 1876449
NOTICE  2526564130515
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 1876449

Property: 2153 66TH AVE

## PAYMENT AGREEMENT BILL

As per your agreement, on non-payment of any installment when due, all
delinquent taxes remaining unpaid, including interest, penalties, and
other charges, shall become immediately due and payable. Acceptance of
any installment by the City of Philadelphia, after the due date, shall
not operate as a waiver of such default.

Failure to pay current taxes when due shall be considered a default of
this agreement.

### PAYMENTS TO DATE

Payments Thru: May 15, 2013
Payments Received: $4215.44

### CURRENT PAYMENT

Due Date: June 09, 2013
Payment Due: $154.81
Installment #: 25

-- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

| PAYMENT DUE: $154.81 |
| ON OR BEFORE:  June 09, 2013 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 2526564130515
ITUAH ABRAHAM
BRT: 10-2-369000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

333611231990000252656413051500000000000000000000000000000000276410307

PO BOX 1630
PHILA PA 19105-1630

**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

l..lll.....ll.l.l.l..ll.l.l.ll.....l.l.l..lll...l

September 04, 2014

ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024

BRT: 10-2-369000
Case: 1876449
NOTICE  2837060140904
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 1876449

Property: 2153 66TH AVE

# PAYMENT AGREEMENT FOR REAL ESTATE

In consideration of the approval by the Department of Revenue of this deferred payment plan, I (we) jointly and severally, intending to be legally bound hereby, promise to pay to the order of the the City of Philadelphia, delinquent taxes and charges in the sum of $5343.05 and penalties and interest as provided by Title 19, of the Philadelphia Code, and other fees as follows:

| Down Payment: | $2500.00 | Monthly Payment: | $236.92 | | |
|---|---|---|---|---|---|
| Beginning Date: | October 01, 2014 | Ending Date: | October 01, 2015 | Payout Period: | 12 |

It is understood that until all delinquent taxes and charges are paid in full, interest and penalties will continue to accrue as provided by law.

This agreement is for the tax liabilities itemized in Attachment A.

On non-payment of any installment when due, all delinquent taxes remaining unpaid, including interest, penalties, and other charges, shall become immediately due and payable. Acceptance of any installment by the City of Philadelphia, after the due date shall not operate as a waiver of such default.

**FAILURE TO PAY CURRENT TAXES WHEN DUE SHALL BE CONSIDERED A DEFAULT OF THIS AGREEMENT.**

I certify that no fire loss has occurred for any property in which I (we) have a financial interest in the 6 months prior to the date of this agreement.

I (we) do hereby authorize and empower the Prothonotary, Clerk of Court, or any Attorney of any Court of Record of any State, to appear for and confess Judgement against me (us), before or after default, with or without the filing of an Averment or Declaration of Default, for the whole amount of this note, or such amount as may appear thereon, together with any charges and costs. I (we) do hereby waive and release all errors which may intervene in any such proceedings, I(we) waive the right to Inquisition on any real estate that may be levied upon to collect this note, and do hereby voluntarily condemn the same. I (we) authorize the Prothonotary to enter upon writ of execution my (our) said voluntary condemnation. I (we) agree that said real estate may be sold on a writ of execution and do hereby waive and release all benefit and relief from any and all appraisement, stay, or exemption laws of any State, now in force or hereafter to be passed.

WITNESS

_____        _____ SEAL

_____ SEAL

PO BOX 1630
PHILA PA 19105-1630



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024

Property: 2153 66TH AVE

August 15, 2013

BRT: 10-2-369000
Case: 1876449
NOTICE 2592131130815
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 1876449

REAL ESTATE TAX DEL.  61 PHILA 001-00052
36 S0 06-SEP-13  03:30   2592131130815
                              154.81
------------- THANK YOU -------------

# PAYMENT AGREEMENT BILL

As per your agreement, on non-payment of any installment when due, all
delinquent taxes remaining unpaid, including interest, penalties, and
other charges, shall become immediately due and payable. Acceptance of
any installment by the City of Philadelphia, after the due date, shall
not operate as a waiver of such default.

Failure to pay current taxes when due shall be considered a default of
this agreement.

## PAYMENTS TO DATE

Payments Thru: August 15, 2013
Payments Received: $4525.06

## CURRENT PAYMENT

Due Date: September 09, 2013
Payment Due: $154.81
Installment #: 27

-- -- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- --
RETURN THIS PORTION WITH PAYMENT

PO BOX 1630
PHILA PA 19105-1630



**CITY OF PHILADELPHIA**
DEPARTMENT OF REVENUE

September 15, 2012

ITUAH ABRAHAM
PO BOX 48024
PHILADELPHIA PA 19144-8024

BRT: 10-2-369000
Case: 1876449
NOTICE  2380843120915
Phone: (215) 686-6442
Case Wrkr: UNASSIGNED
Agrmnt #: 1876449

Property: 2153 66TH AVE

# PAYMENT AGREEMENT BILL

As per your agreement, on non-payment of any installment when due, all delinquent taxes remaining unpaid, including interest, penalties, and other charges, shall become immediately due and payable. Acceptance of any installment by the City of Philadelphia, after the due date, shall not operate as a waiver of such default.

Failure to pay current taxes when due shall be considered a default of this agreement.

## PAYMENTS TO DATE

Payments Thru: September 15, 2012
Payments Received: $2976.96

## CURRENT PAYMENT

Due Date: October 10, 2012
Payment Due: $154.81
Installment #: 17

-- -- -- -- -- -- -- -- -- -- DETACH HERE -- -- -- -- -- -- -- -- -- --
**RETURN THIS PORTION WITH PAYMENT**

| PAYMENT DUE: $154.81 |
| ON OR BEFORE:  October 10, 2012 |
| AMOUNT ENCLOSED: |

MAKE CHECKS PAYABLE TO:

**CITY OF PHILADELPHIA**

NOTICE #: 2380843120915
ITUAH ABRAHAM
BRT: 10-2-369000

DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA, PA 19105-0148

33361123199000023808431209150000000000000000000000000000000000276410309

N0004002:  REAL ESTATE AGREEMENT BILL

Ⓐ

CITY OF PHILADELPHIA
REAL ESTATE TAX BILLING

```
ACCOUNT #    :  61-2-003800                    DATE OF BILL  : 04/29/2019
PROPERTY-ID  :  76540 508                  DUE ON OR BEFORE : 04/29/2019
ITUAH ABRAHAM                           INCLUDES PAYMENTS THRU: 04/25/2019
                                             508 W TABOR RD
****************************************************************************
```

| YEAR | PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL |
|------|-----------|----------|---------|-------|-------|
| MISC | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2016 | 1,324.82 | 278.22 | 92.74 | 193.65 | 1,889.43 |
| 2017 | 1,357.03 | 162.85 | 94.99 | 193.83 | 1,808.70 |
| 2018 | 1,357.03 | 40.71 | 40.71 | 183.24 | 1,621.69 |
| 2019 | 1,194.03 | 17.91 | 0.00 | 0.00 | 1,211.94 |
| | ---------- | ---------- | ---------- | ---------- | ---------- |
| TOTAL | 5,232.91 | 499.69 | 228.44 | 750.72 | 6,711.76 |

*No payment made by chase Bank was Credited*

ITUAH ABRAHAM
508 W TABOR RD
PHILADELPHIA PA 19120

DETACH AND RETURN BOTTOM OF BILL WITH PAYMENT

```
ACCOUNT #    : 61-2-003800                     DATE OF BILL  :04/29/2019
PROPERTY-ID  :  76540 508                  DUE ON OR BEFORE : 04/29/2019
508 W TABOR RD                          INCLUDES PAYMENTS THRU: 04/25/2019
```

| PRINCIPAL | INTEREST | PENALTY | OTHER | TOTAL DUE |
|-----------|----------|---------|-------|-----------|
| 5,232.91 | 499.69 | 228.44 | 750.72 | 6,711.76 |

ITUAH ABRAHAM                      CITY OF PHILADELPHIA
508 W TABOR RD                     DEPARTMENT OF REVENUE
PHILADELPHIA PA 19120              PO BOX 1409
                                   PHILADELPHIA, PA 19105

333610429190000000061200380000000671176000006711760000000000000000006

RTM1341          BLLC

CITY OF PHILADELPHIA DEPARTMENT OF REVENUE

REFUSE COLLECTION FEE
PAYMENT COUPON

BRT: 881210608
ADDR: 5229 GERMANTOWN AVE

NOTICE NUM:  5708950190
NOTICE DATE: 07/08/2019
INTEREST TO: 07/08/2019
DUE UPON RECEIPT

*paid at Settlement on 2019*

ITUAH ABRAHAM
92 ROBINSON AVE
NEWBURGH NY 12550-4402

| PERIOD ENDING | PRINCIPAL DUE | INTEREST DUE | PENALTY DUE | OTHER CHARGES | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 12/31/2013 | 83.19 | 58.23 | 85.26 | 0.00 | 226.68 |
| 06/30/2014 | 150.00 | 99.00 | 146.25 | 0.00 | 395.25 |
| 12/31/2014 | 150.00 | 90.00 | 135.00 | 0.00 | 375.00 |
| 06/30/2015 | 150.00 | 81.00 | 123.75 | 0.00 | 354.75 |
| 12/31/2015 | 150.00 | 70.50 | 110.63 | 0.00 | 331.13 |
| 06/30/2016 | 150.00 | 63.00 | 101.25 | 0.00 | 314.25 |
| 12/31/2016 | 150.00 | 54.00 | 90.00 | 0.00 | 294.00 |
| 06/30/2017 | 150.00 | 45.00 | 78.75 | 0.00 | 273.75 |
| 12/31/2017 | 150.00 | 36.00 | 67.50 | 0.00 | 253.50 |
| 06/30/2018 | 150.00 | 27.00 | 56.25 | 0.00 | 233.25 |
| 12/31/2018 | 150.00 | 18.00 | 45.00 | 0.00 | 213.00 |
| 06/30/2019 | 150.00 | 9.00 | 13.50 | 0.00 | 172.50 |

TOTAL AMOUNT DUE:             3,437.06

. . . . . . . . . . . . . . . . . . . . .  DETACH HERE  . . . . . . . . . . . . . . . . . . . . . . .
RETURN THIS PORTION WITH PAYMENT

NOTICE NUMBER:       5708950190708
TOTAL AMOUNT DUE:        3,437.06
AMOUNT PAID:
- - - - - - - - - - - - - - -
MAKE CHECKS PAYABLE TO:  CITY OF PHILADELPHIA

DEPARTMENT OF REVENUE
P.O. BOX 966
PHILA, PA 19105-0966

33312070819000057089501907080000000000000000000000000000000000381215800

| DUE DATE | TYPE | NOTICE-NUMBER | PRNTR | USID |
|---|---|---|---|---|
| 07/08/19 | SCE | 5708950190708 | BLLC | RTM1341 |

B.

TICKETS CREATED
FOR
PAYMENT AT SETTLEMENT

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear  ABRAHAM ITUAH

Enclosed is an official copy of a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

Location of Violation: 5229 GERMANTOWN AVE

Violator's Name and Address:  ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| CVN | Issue Date | Violation Code/ Description | Amount Paid | Amount Due |
|---|---|---|---|---|
| 18443261 | 02/11/16 | PREM NOT LITTER FREE | $0.00 | $50.00 |

Payment instructions are listed below:

     **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

     **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
          Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

     **Mail** your check or money order along with the payment coupon below to the address listed
          on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 18443261 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
|  | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001923030606060000050202090050012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear  ABRAHAM ITUAH

Enclosed is an official copy of a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

Location of Violation: 5229 GERMANTOWN AVE

Violator's Name and Address:  ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| CVN | Issue Date | Violation Code/ Description | Amount Paid | Amount Due |
|---|---|---|---|---|
| 17755916 | 12/18/14 | TRASH SET OUT EARLY | $0.00 | $50.00 |

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

------------------------------------------------------------

Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 17755916 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |

*Check box*

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001864030606060000050202090050012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear  ABRAHAM ITUAH

Enclosed is an official copy of a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

Location of Violation: 5229 GERMANTOWN AVE

Violator's Name and Address: ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

| CVN | Issue Date | Violation Code/ Description | Amount Paid | Amount Due |
|---|---|---|---|---|
| 17810074 | 04/15/15 | PREM NOT LITTER FREE | $0.00 | $50.00 |

Payment instructions are listed below:

    **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

    **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

    **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 17810074 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001901030606060000050202090050001213168O

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear  ABRAHAM ITUAH

Enclosed is an official copy of a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

Location of Violation: 5229 GERMANTOWN AVE

Violator's Name and Address:  ABRAHAM ITUAH
                                              4021 NEILSON ST
                                              PHILA PA 19124

| CVN | Issue Date | Violation Code/ Description | Amount Paid | Amount Due |
|---|---|---|---|---|
| 18222374 | 12/21/15 | PREM NOT LITTER FREE | $0.00 | $50.00 |

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

| **AMOUNT DUE:** | **$50.00** |
|---|---|
| CVN: | 18222374 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001912030606060000050202090050012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 31866435 | $50.00 | 06/06/13 | 11:42AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000969 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

**Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

------------------------------------------------------------
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 31866435 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

## NOTICE OF CODE VIOLATION

Dear    ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 32064701 | $50.00 | 10/16/13 | 10:03AM | Wednesday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000985 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

    **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

    **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

**Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 32064701 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
|  | *Check box* |

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

  
**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|------|------|------|------|------|------|------|------|
| 39273150 | $50.00 | 06/13/14 | 11:00AM | Friday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|------|------|------|------|
| PREM NOT LITTER FREE | 000987 | $0.00 | $50.00 |

| OFFICER COMMENTS | MAINTAIN PREMISES FREE OF LITTER AND DEBRIS. |
|------|------|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| **AMOUNT DUE:** | **$50.00** |
|------|------|
| CVN: | 39273150 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002273030606060000050202090050001213168 0

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear    ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 35849203 | $50.00 | 07/16/14 | 09:56AM | Wednesday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000985 | $0.00 | $50.00 |

| OFFICER COMMENTS | MAINTAIN PREMISES FREE OF LITTER AND DEBRIS. CANS , BOTTLES AND DEBRIS NEEDS TO BE IN TRASH CANS |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

   **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 35849203 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002063030606060000050202090050012131680

# CITY OF PHILADELPHIA
## CODE VIOLATION NOTICE

*Thurs*

**1775592-0**

DATE 12-18-14

TIME *10:14* AM/PM

NAME OF VIOLATOR
*Ituah Abraham*

ADDRESS OF VIOLATOR
*5229 Germantown Ave*

CITY *Philadelphia*  STATE *Pa.*  ZIP *19144*

VIOLATION STREET CODE | 3 | 6 | 6 | 6 | 0 | 0 | 5 | 2 | 2 | 9

LOCATION OF VIOLATION

HOUSE # *5229*  DIRECTION  STREET NAME *Germantown*  DESIGNATION *Ave*

OWNER CODE | 3 | 6 | 6 | 6 | 0 | 0 | 5 | 2 | 2 | 9

OWNER
*Ituah Abraham*

OWNER ADDRESS
*P.O. Box 48024*

CITY *Phila*  STATE *PA*  ZIP *19144*

YOU ARE HEREBY NOTIFIED THAT YOU VIOLATED THE
FOLLOWING SECTION OF THE PHILADELPHIA CODE.

If payment is not received within 10 calendar
days, a $25.00 additional penalty is due.

| | | | |
|---|---|---|---|
| 01 ☐ | PM 302.3 | High Weeds | $75 |
| 04 ☐ | 10-704.1 | Sidewalk not Litter Free | $50 |
| 06 ☐ | 10-714.1 | Premises not Litter Free | $50 |
| 07 ☐ | 10-717.1A | Trash Set out Early | $50 |

FINE AMOUNT FOR VIOLATION LISTED BELOW IS CIRCLED

$25  ($50)  $75  $100  $150

19 ☒ Other *10-717(K)(1)(2)(A)*

Comments: *Recycl In Rubbish*
*Paper, bottles, cans can not be mixed*
*with rubbish in cans or bags.*
*On the curb you have recyclab*
*-les mixed trash in cans and*
*bags.*

| Issuing Officer | Badge No. | Dept | Viol Dist |
|---|---|---|---|
| *H. Cox* Issued | *983* | *12* | *14* |
| | Other | | |

**IMPORTANT ... See instructions on back.**

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Enclosed is an official copy of a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

Location of Violation: 5229 GERMANTOWN AVE

Violator's Name and Address:  ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

| CVN | Issue Date | Violation Code/ Description | Amount Paid | Amount Due |
|---|---|---|---|---|
| 17755920 | 12/18/14 | RECYC IN RUBBISH | $0.00 | $50.00 |

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA           **Payment Coupon**
DEPARTMENT OF FINANCE          **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA  19130-6318



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

**AMOUNT DUE:** $50.00
CVN: 17755920
Owner Street Code: 3666005229
Request Hearing: ☐ *Check box*

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001875030606060000050202090050012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 32062682 | $50.00 | 09/24/13 | 12:09PM | Tuesday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| S'WLK NOT LITTR FREE | 000985 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

   **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 32062682 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002004030606060000050202090050012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 41485754 | $50.00 | 10/28/14 | 09:19AM | Tuesday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000985 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 41485754 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002343030606060000050202090500012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 56297883 | $50.00 | 04/18/16 | 11:17AM | Monday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000705 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

   **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 56297883 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |

*Check box*

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002413030606060000502020900500012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 41307464 | $50.00 | 11/24/14 | 11:07AM | Monday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000988 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA                    **Payment Coupon**
DEPARTMENT OF FINANCE                   **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA  19130-6318



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 41307464 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002306030606060000502020900500012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear  ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to the individual referenced below against a property registered in your name.  As the owner, it is your responsibility to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 39273172 | $75.00 | 06/13/14 | 11:04AM | Friday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| HIGH WEEDS, BUSHES | 000987 | $0.00 | $75.00 |

| OFFICER COMMENTS | YOUR WEEDS/GRASS EXCEEDS THE 10 INCH LIMIT.  CUT THEM AND MAINTAIN YOUR PROPERTY. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon. Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA             **Payment Coupon**
DEPARTMENT OF FINANCE            **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA  19130-6318



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

| **AMOUNT DUE:** | **$75.00** |
|---|---|
| CVN: | 39273172 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002295030606060000050202090075001213168O

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear    ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 41684650 | $50.00 | 10/06/14 | 10:05AM | Monday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000964 | $0.00 | $50.00 |

| OFFICER COMMENTS | MAINTAIN PREMISES FREE OF LITTER AND DEBRIS. OVERFLOWING TRASH RECEPTACLES, BAGS OF TRASH AND DEBRIS ON THE SIDE OF YOUR PROPERTY. A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material |
|---|---|

Payment instructions are listed below:

    **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

    **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

    **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

| **AMOUNT DUE:** | **$50.00** |
|---|---|
| CVN: | 41684650 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002365030606060000502020900500012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37505053 | $50.00 | 04/24/14 | 09:55AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| TRASH SET OUT EARLY | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

| **AMOUNT DUE:** | **$50.00** |
|---|---|
| CVN: | 37505053 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0000220303060606000005020209005000121316B0

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 35848816 | $50.00 | 06/16/14 | 11:28AM | Monday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| NOT SECURELY BUNDLED | 000969 | $0.00 | $50.00 |

| OFFICER COMMENTS | ALL TRASH MUST BE TIED/BUNDLED OR BAGGED SECURELY.UNSECURE TRASH AND LOOSE DEBRIS LITTERING FRONT OF YOUR PROPERTY CREATING A LITTER CONDITION. |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

**Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this coupon with your payment.

CITY OF PHILADELPHIA          **Payment Coupon**
DEPARTMENT OF FINANCE         **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA  19130-6318

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 35848816 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002052030606060000050202090050001213168 0

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37505031 | $50.00 | 04/24/14 | 09:50AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| EXCESS WEIGHT OR VOL | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

  **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

  **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

  **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this coupon with your payment.

CITY OF PHILADELPHIA          **Payment Coupon**
DEPARTMENT OF FINANCE        **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA  19130-6318



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 37505031 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002181030606060000050202090050001213168D

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear    ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37512996 | $50.00 | 07/29/14 | 08:58AM | Tuesday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| RECYC IN RUBBISH | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| **AMOUNT DUE:** | **$50.00** |
|---|---|
| CVN: | 37512996 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0000224003060606000005020209005000121316 80

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear    ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 35848794 | $50.00 | 06/16/14 | 11:21AM | Monday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000969 | $0.00 | $50.00 |

| OFFICER COMMENTS | MAINTAIN PREMISES FREE OF LITTER AND DEBRIS.TRASH LITTERING FRONT OF YOUR PROPERTY. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 35848794 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002030030606060000050202090050001213160

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADEPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37509566 | $50.00 | 06/05/14 | 11:29AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| NOT SECURELY BUNDLED | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 37509566 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002236030606060000050202090050012131680

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 38581491 | $50.00 | 07/14/14 | 08:45AM | Monday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| S'WLK NOT LITTR FREE | 000970 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
          Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

   **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA                    **Payment Coupon**
DEPARTMENT OF FINANCE              **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA 19130-6318



ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

| **AMOUNT DUE:** | **$50.00** |
|---|---|
| CVN: | 38581491 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0000225103060606000005020209005000121316B0

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADEPHIA, PA 19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37505042 | $50.00 | 04/24/14 | 09:52AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| RECYC IN RUBBISH | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
      Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

| CITY OF PHILADELPHIA<br>DEPARTMENT OF FINANCE<br>PO BOX 56318<br>PHILADELPHIA, PA 19130-6318 | **Payment Coupon**<br>**Do not send cash.** | **AMOUNT DUE:** $50.00<br>CVN: 37505042<br>Owner Street Code: 3666005229<br>Request Hearing: ☐<br>*Check box* |
|---|---|---|

ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002192030606060000050202090050001213168O

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 36616392 | $50.00 | 11/26/13 | 07:05AM | Tuesday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| NOT SECURELY BUNDLED | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

    **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

    **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
       Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

    **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 36616392 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

ABRAHAM ITUAH
4021 NEILSON ST
PHILA  PA  19124

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0002166030606060000050202090050001213168 0

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA 19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37509555 | $50.00 | 06/05/14 | 11:27AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | MAINTAIN PREMISES FREE OF LITTER AND DEBRIS. A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

   **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

   **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

   **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA 19130-6318

**Payment Coupon**
**Do not send cash.**

ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA 19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 37509555 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0000222503060606000005020090050001213160

**CITY OF PHILADELPHIA**
CODE VIOLATIONS ENFORCEMENT DIVISION
DEPARTMENT OF FINANCE
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

12/13/2016

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 15 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 37505075 | $50.00 | 04/24/14 | 10:02AM | Thursday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| NOT SECURELY BUNDLED | 000948 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 8:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize eCollect, LLC to make a one-time electronic funds transfer from your account to collect a fee of $20; and (2) eCollect, LLC may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA          **Payment Coupon**
DEPARTMENT OF FINANCE         **Do not send cash.**
PO BOX 56318
PHILADELPHIA, PA  19130-6318

ABRAHAM ITUAH
4021 NEILSON ST
PHILA PA  19124

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 37505075 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0000221403060606000005020209005000121316B0

**CITY OF PHILADELPHIA**
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605





ABRAHAM ITUAH
92 ROBINSON AVE
NEWBURGH NY  12550-4402

02/08/2019

# NOTICE OF CODE VIOLATION

Dear  ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code, written to the individual referenced below against a property registered in your name.  As the owner, it is your responsibility to prevent and correct such infractions.

**Failure to pay or contest this violation within 10 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 65681663 | $75.00 | 02/01/19 | 09:06AM | Friday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| HIGH WEEDS, BUSHES | 000983 | $0.00 | $75.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

    **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

    **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
    Monday through Friday, 8:00 AM to 6:00 PM, Saturday, 9:00 AM to 1:00 PM

    **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA                    **Payment Coupon**
PO BOX 56318                            **Do not send cash.**
PHILADELPHIA, PA  19130-6318

| AMOUNT DUE: | $75.00 |
|---|---|
| CVN: | 65681663 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ |
| | *Check box* |



ABRAHAM ITUAH
92 ROBINSON AVE
NEWBURGH  NY  12550-4402

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001584030606060000050202090075000208198O

**CITY OF PHILADELPHIA**
PO BOX 56318
PHILADELPHIA, PA  19130-6318
(215) 567-2605



ABRAHAM ITUAH
92 ROBINSON AVE
NEWBURGH NY  12550-4402

02/08/2019

# NOTICE OF CODE VIOLATION

Dear   ABRAHAM ITUAH

Below is the official data on a Code Violation Notice (CVN) for a violation of the Philadelphia Code issued against a property registered in your name.  As the owner, you are responsible to prevent and correct such infractions.

**Failure to pay or contest this violation within 10 days will result in additional penalties and further legal action, including the filing of a Code Enforcement Complaint in Municipal Court.**

| CVN | FINE AMOUNT | VIOLATION DATE | VIOLATION TIME | VIOLATION DAY | VIOLATOR NAME NAME | VIOLATION LOCATION | OWNER STREET CODE |
|---|---|---|---|---|---|---|---|
| 65681652 | $50.00 | 02/01/19 | 09:04AM | Friday | ABRAHAM ITUAH | 5229 GERMANTOWN A | 3666005229 |

| VIOLATION CODE/DESCRIPTION | ISSUING OFFICER BADGE NUMBER | TOTAL PAID | AMOUNT DUE |
|---|---|---|---|
| PREM NOT LITTER FREE | 000983 | $0.00 | $50.00 |

| OFFICER COMMENTS | A violation of City Code has occurred at this location. Identity information was not recovered from the refuse material. |
|---|---|

Payment instructions are listed below:

 **Pay online** with a credit card at www.phila.gov and select Pay Code Violation Notices

 **Pay in person** at the Violations Branch, 913 Filbert Street in Philadelphia
Monday through Friday, 8:00 AM to 6:00 PM, Saturday, 9:00 AM to 1:00 PM

 **Mail** your check or money order along with the payment coupon below to the address listed on the coupon.  Write the CVN number on the check or money order.

Returned Checks. If your check is returned unpaid for insufficient or uncollected funds, (1) you authorize The City of Philadelphia or its agent to make a one-time electronic fund transfer from your account to collect a fee of $20; and (2) The City of Philadelphia or its agent may re-present your check electronically to your depository institution for payment.

Keep this part for your records (not all violation s may be listed above)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Return this coupon with your payment.

CITY OF PHILADELPHIA
PO BOX 56318
PHILADELPHIA, PA  19130-6318

**Payment Coupon**
**Do not send cash.**

| AMOUNT DUE: | $50.00 |
|---|---|
| CVN: | 65681652 |
| Owner Street Code: | 3666005229 |
| Request Hearing: | ☐ Check box |



ABRAHAM ITUAH
92 ROBINSON AVE
NEWBURGH NY  12550-4402

*If you wish to contest this violation at an informal hearing at the Office of Administrative Review, check the hearing box above and mail to the address listed on this coupon.*

0001573030606060000050202090500002081980