IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRAHAM ITUAH                         :          CIVIL ACTION
                                      :
                                      :
     v.                                 :
                                      :
CITY OF PHILADELPHIA et al            :
                                      :          NO.  19-5088
                                      :

ORDER

    AND NOW, this 12th day of May, 2023, this matter having been referred by the
Honorable Gerald J. Pappert for a settlement conference, IT IS HEREBY ORDERED that a
settlement conference will be held on **WEDNESDAY, JULY 12, 2023, at 1:30 P.M.** before the
undersigned.  **Any request to cancel or postpone the conference must be received at least
two weeks in advance.**

    The settlement conferences will be conducted remotely by video unless otherwise
directed, and counsel can request that it be conducted in person.  Counsel will receive
instructions to connect to the video link in advance of the conference.

    The following are required to attend the conference: (1) the senior attorney in charge of
the matter for each of the parties, (2) **the parties themselves,** or if a corporation, an official of
the corporation with full settlement authority, (3) representatives with full settlement authority of
all insurance carriers or other entities responsible for paying any portion of a settlement.  If the
conference is remote, counsel shall instruct clients/representatives that they must be located
somewhere that has internet connection and dress/conduct themselves appropriately to the
occasion (e.g., not from a car or outside location).

    Each party is directed to submit to Chambers (via email at
chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov) a **confidential** settlement
memorandum of no more than four typed double-spaced pages, setting out the following in
order:

1.  The names, telephone numbers, and email addresses of counsel to appear at the
conference on behalf of the party;

2.  The name of the party or the party's representative, including insurer if applicable
(with title or position) to appear at the conference;

3. The status of any pending motions;

4. The status of discovery;

5. A brief statement of the elements and manner of proof of the party's claims and/or defenses;

6. A brief statement of the party's damages and manner of proof of their damages or, as appropriate, its position on damages claimed by any opposing party;

7. The last demand and/or offer: and

8. Any other matters that counsel believe may be relevant to settlement discussions.

Counsel are directed to email the position paper to Chambers not later than four business days prior to the conference.  This is for Judge Hey's eyes only, and the document is **not** to be shared with opposing counsel unless counsel so elect.  It shall not be filed with the court. Counsel are encouraged to attach particularly relevant exhibits to their submissions.  If such exhibits are lengthy, the relevant portions should be delineated.

Counsel are also directed to exchange settlement offer and demand well in advance of the conference.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE