UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Abraham Ituah
                    Plaintiff
        V.                                        Case Number
CITY OF PHILADELPHIA, et. Al.      19- cv- 5088
                    Defendants                              REC'D JUL 3 1

### DEMAND FOR A JURY TRIAL

Plaintiff, Abraham Ituah, hereby demand for a jury   trial, the same way I requested on the day we had pre trial conference and at the beginning of all my actions and appeals against the City of Philadelphia. Now the settlement conference was over without resolution. For impartial decision, I have decided to request for a jury trial as provided on the constitution. Otherwise, I will not be willing to continue since I can't afford to pay counsels due to financial problems caused by the Defendants actions; except the court appoint a counsel to assist in justifying the Defendants constitutional violations.

                    RESPECTFULLY SUBMITTED

                    Abraham Ituah
Date: July 28 2023.       Pro Se Plaintiff

### CERTIFICATE OF SERVICE

I, Abraham Ituah, Plaintiff certify that on this date, a true and correct copy of the Plaintiff demand for jury trial to be served on the following via email and mail:
TO: Michael Pfautz Esquire
Philadelphia city law department,
 one Parkway Building, 1515 Arch Street, 15th floor,
Philadelphia PA 19102-1595,
telephone 215 683 5233

Date: July 28 2023       Abraham Ituah

Abraham Stroud
419 W. Godfrey Avenue
Philadelphia PA 19120

U.S.M.S. X-RAY

The Clerk
United States District Court