# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABRAHAM ITUAH,** <br>           **Plaintiff,** <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.,** <br>           **Defendants.** | **Civil Action** <br> **No. 19-5088** |

## DECLARATION OF MICHAEL PFAUTZ

I, Michael Pfautz, make this Declaration and state as follows:

1. I am of legal age and competent to provide this Declaration. All the information herein is based on my own personal knowledge.

2. I am currently employed by the City as a Deputy City Solicitor in the City's Law Department.

3. A true and correct copy of the docket for *City of Philadelphia v. Ituah (Ituah I)*, No. 1504T0504 (Pa. Ct. Com. Pl. Phila.) is attached hereto as **Exhibit 2**.

4. A true and correct copy of the docket for *City of Philadelphia v. Ituah (Ituah II)*, No. 1504T0504 (Pa. Ct. Com. Pl. Phila.) is attached hereto as **Exhibit 3**.

5. A true and correct copy of the Petition for Temporary Restraining Order and Preliminary Injunction (the "City's Motion") filed by the City of Philadelphia in *Ituah II* is attached hereto as **Exhibit 4**.

6. A true and correct copy of Ituah's response in opposition to City's Motion in *Ituah II* is attached hereto as **Exhibit 5**.

7. A true and correct copy of the January 3, 2019 transcript of the hearing on the City's Motion in *Ituah II* is attached hereto as **Exhibit 6**.

8. A true and correct copy of the exhibits introduced by the City at the January 3, 2019 hearing on the City's Motion in *Ituah II* is attached hereto as **Exhibit 7**.

9. A true and correct copy of the Court's order granting the City Motion in *Ituah II* is attached hereto as **Exhibit 8**.

10. A true and correct copy of Ituah's Notice of Appeal in *Ituah II* is attached hereto as **Exhibit 9**.

11. A true and correct copy of the trial court's 1925 Opinion in support of its order in *Ituah II* is attached hereto as **Exhibit 10**.

12. A true and correct copy of the Commonwealth Court's docket for Ituah's appeal in *Ituah II* is attached hereto as **Exhibit 11**.

13. A true and correct copy of the Pennsylvania Supreme Court's docket for Ituah's appeal in *Ituah II* is attached hereto as **Exhibit 12**.

14. A true and correct copy of the Affidavit of Thomas Rybakowksi filed in the Commonwealth Court in *Ituah II* is attached hereto as **Exhibit 13**.

15. A true and correct excerpt of Plaintiff Abraham Ituah's Answers to Defendants' First Set of Interrogatories in this case is attached hereto as **Exhibit 14**.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATE: September 12, 2023     BY: _____
                                 MICHAEL PFAUTZ