# EXHIBIT "3"

**The Philadelphia Courts — Civil Docket Access**

No Items in Cart | LOGOUT mpfautz

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 181203469 |
| **Case Caption:** | CITY OF PHILADELPHIA VS ITUAH ETAL |
| **Filing Date:** | Wednesday, January 02nd, 2019 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | EQUITY - NO REAL ESTATE (TRO) |
| **Status:** | PRAECIPE TO DISCONTINUE |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | PHILBIN, BRENDAN J |
| **Address:** | CODE ENFORCEMENT UNIT<br>1515 ARCH ST.<br>15TH FLOOR<br>PHILADELPHIA PA 19102<br>(215)683-5028 | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | 1515 ARCH ST<br>14TH FLOOR<br>PHILADELPHIA PA 19102 | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| 3 | | | DEFENDANT | ITUAH, ABRAHAM |
| **Address:** | 508 W TABOR RD PHILADELPHIA PA 19120 | **Aliases:** | none | |
| | | | | |
| 4 | | | DEFENDANT | ITUAH, ABRAHAM |
| **Address:** | 92 ROBINSON AVE NEWBURGH NY 12550 | **Aliases:** | none | |
| | | | | |
| 5 | | | DEFENDANT | DOE, JOHN AND JANE |
| **Address:** | 508 W TABOR RD PHILADELPHIA PA 19120 | **Aliases:** | none | |
| | | | | |
| 6 | | | TEAM LEADER | SHIRDAN-HARRIS, LISETTE |
| **Address:** | 692 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 02-JAN-2019 03:52 PM | ACTIVE CASE | | | 02-JAN-2019 03:56 PM |
| **Docket Entry:** | E-Filing Number: 1901002106 | | | |
| | | | | |
| 02-JAN-2019 03:52 PM | COMMENCEMENT OF CIVIL ACTION | PHILBIN, BRENDAN J | | 02-JAN-2019 03:56 PM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | none. | | | |
| | | | | |
| 02-JAN-2019 03:52 PM | COMPLAINT FILED NOTICE GIVEN | PHILBIN, BRENDAN J | | 02-JAN-2019 03:56 PM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 02-JAN-2019 03:52 PM | WAITING TO LIST CASE MGMT CONF | PHILBIN, BRENDAN J | | 02-JAN-2019 03:56 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 02-JAN-2019 03:52 PM | CITY CHARGE | PHILBIN, BRENDAN J | | 02-JAN-2019 03:56 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 02-JAN-2019 03:52 PM | PRELIMINARY INJUNCTION | PHILBIN, BRENDAN J | | 02-JAN-2019 03:56 PM |
| **Documents:** | [508 W Tabor Complaint.pdf](#) [Emergency - 508 W Tabor Prelim Injunction.pdf](#) | | | |
| **Docket Entry:** | 28-19010128 PRELIMINARY INJUNCTION/TRO FILED. RESPONSE DATE 01/03/2019. | | | |
| | | | | |
| 02-JAN-2019 03:57 PM | MOTION RESPONSE DATE UPDATED | | | 02-JAN-2019 03:57 PM |
| **Docket Entry:** | 28-19010128 PRELIMINARY INJUNCTION MOTION RESPONSE DATE UPDATED TO . | | | |
| | | | | |
| 03-JAN-2019 10:41 AM | ANSWER (MOTION/PETITION) FILED | ITUAH, ABRAHAM | | 03-JAN-2019 12:00 AM |
| **Documents:** | [MTANS_8.pdf](#) | | | |
| **Docket Entry:** | 28-19010128 RESPONSE TO PRELIMINARY INJUNCTION FILED. | | | |
| | | | | |
| 03-JAN-2019 04:21 PM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | | 03-JAN-2019 04:21 PM |
| **Documents:** | [ORDER_9.pdf](#) | | | |
| **Docket Entry:** | 28-19010128 UPON CONSIDERATION OF PLAINTIFF'S PETITION AND HAVING DETERMINED THAT: 1. PLAINTIFF, CITY OF PHILADELPHIA, AS WELL AS THE PUBLIC AT LARGE, WILL SUFFER IRREPARABLE HARM AND LOSS IF THE DEFENDANTS ARE PERMITTED TO: A) REMAIN AT 508 W. TABOR ROAD, PHILADELPHIA, PA (HEREINAFTER "SUBJECT PREMISES")' ... SEE ORDER FOR COMPLETE TERMS. ... BY THE COURT: PATRICK, J. 01/03/19 | | | |
| | | | | |
| 03-JAN-2019 04:21 PM | NOTICE GIVEN UNDER RULE 236 | | | 04-JAN-2019 09:33 AM |
| **Docket Entry:** | NOTICE GIVEN ON 04-JAN-2019 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 03-JAN-2019. | | | |

| 04-JAN-2019 01:59 PM | APPEAL TO COMMONWEALTH COURT | ITUAH, ABRAHAM | | 04-JAN-2019 12:00 AM |
|---|---|---|---|---|
| **Documents:** | APCOM_11.pdf | | | |
| **Docket Entry** | **************NOTICE IS HEREBY GIVEN THAT ABRAHAM ITUAH APPEALS FROM THE ORDER DATED JANUARY 3, 2019 AND DOCKETED ON JANUARY 3, 2019 BY JUDGE PAULA PATRICK. PROOF OF SERVICE FILED.******************************************************* | | | |
| | | | | |
| 04-JAN-2019 04:28 PM | TRIAL/HEARING EXHIBITS FILED | PHILBIN, BRENDAN J | | 04-JAN-2019 04:36 PM |
| **Documents:** | City_1 - Photos.pdf | | | |
| **Docket Entry** | TRIAL/EVIDENTIARY HEARING EXHIBITS/EVIDENCE FILED. | | | |
| | | | | |
| 08-JAN-2019 02:38 PM | ORDER ENTERED/236 NOTICE GIVEN | PATRICK, PAULA | | 08-JAN-2019 12:00 AM |
| **Documents:** | ORDER_13.pdf | | | |
| **Docket Entry** | IT IS HEREBY ORDERED AND DECREED THAT APPELLANT, ABRAHAMITUAH MUST FILE A CONCISE STATEMENT OF ERRORS COMPLAINED OF ON APPEAL PURSUANT TO PA R.A.P. 1925(b). THE 1925(b) STATEMENT SHALL BE FILED NO LATE THAN TWENTY-ONE (21) DAYS AFTER ENTRY OF THIS ORDER. ANY ISSUE NOT PROPERLY INCLUDED IN THIS STATEMENT SHALL BE DEEMED WAIVED. ..............BY THE COURT: PATRICK, J. 01/08/2019 | | | |
| | | | | |
| 08-JAN-2019 02:38 PM | NOTICE GIVEN UNDER RULE 236 | | | 08-JAN-2019 04:04 PM |
| **Docket Entry** | NOTICE GIVEN ON 08-JAN-2019 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 08-JAN-2019. | | | |
| | | | | |
| 11-JAN-2019 02:53 PM | FEE PD PURSUANT TO ORDER | | | 11-JAN-2019 12:00 AM |
| **Docket Entry** | CHECK #9578 IN THE AMOUNT OF $90.25 WAS DISBURSED TO COMMONWEALTH COURT OF PENNSYLVANIA | | | |
| | | | | |
| 13-FEB-2019 04:24 PM | OPINION FILED/236 NOTICE GIVEN | PATRICK, PAULA | | 13-FEB-2019 12:00 AM |
| **Documents:** | OPFLD_16.pdf | | | |
| **Docket Entry** | OPINION SIGNED AND FILED ON FEBRUARY 13, 2019 BY PATRICK,J. | | | |

| | | | | |
|---|---|---|---|---|
| 13-FEB-2019 04:24 PM | NOTICE GIVEN UNDER RULE 236 | | | 14-FEB-2019 09:09 AM |
| **Docket Entry:** | NOTICE GIVEN ON 14-FEB-2019 OF OPINION FILED/236 NOTICE GIVEN ENTERED ON 13-FEB-2019. | | | |
| 21-FEB-2019 02:53 PM | APPEAL INVENTORY RECORD SENT | | | 21-FEB-2019 12:00 AM |
| **Documents:** | APILM_18.pdf | | | |
| **Docket Entry:** | PURSUANT TO PA. R.A.P. 1931 (d) APPEAL INVENTORY SENT. | | | |
| 21-FEB-2019 02:53 PM | RECORD MAILED/TRANSMITTED | | | 21-FEB-2019 12:00 AM |
| **Docket Entry:** | RECORD SENT TO COMMONWEALTH COURT ELECTRONICALLY VIA PACFILE UNDER 47 CD 2019. | | | |
| 21-FEB-2019 02:53 PM | NOTICE GIVEN UNDER RULE 236 | | | 21-FEB-2019 03:25 PM |
| **Docket Entry:** | NOTICE GIVEN ON 21-FEB-2019 OF APPEAL INVENTORY RECORD SENT ENTERED ON 21-FEB-2019. | | | |
| 05-MAR-2019 11:46 AM | AFFIDAVIT OF SERVICE FILED | | | 05-MAR-2019 11:46 AM |
| **Documents:** | Affidavit of Service | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF W O POSS/EXP/WRIT RETURNED/POSSESSION GIVEN TO L&I INSPECTOR ROBER BROOKS PROPERTY CLEARED AND FOUND UPON JOHN AND JANE DOE, ABRAHAM ITUAH AND ABRAHAM ITUAH BY PERSONAL SERVICE ON 01/08/2019 FILED. | | | |
| 07-MAR-2019 12:54 PM | ORDER OF THE APPELLATE COURT | | | 07-MAR-2019 12:00 AM |
| **Documents:** | APGEN_22.pdf | | | |
| **Docket Entry:** | 47 CD 2019 NOW, FEBRUARY 26, 2019, UPON REVIEW OF THE PHILADELPHIA COURT OF COMMON PLEAS' (TRAIL COURT) FEBRUARY 13, 2019 Pa.R.A.P. 1925 (a) OPINION, IT APPEARS THAT THE TRIAL COURT OPINED THAT APPELLANT FAILED TO PRESERVE ANY ISSUES FOR APPELLATE REVIEW BECAUSE HE DID NOT FILE A CONCISE STATEMENT OF ERRORS COMPLAINED OF ON APPEAL (STATEMENT) PURSUANT TO Pa.R.A.P. 1925 (b) AND THE TRIAL COURT'S JANUARY 8, 2019 ORDER DIRECTING HIM TO DO SO WITHIN 21 DAYS OF THAT ORDER. ACCORDINGLY, THE PARTIES SHALL ADDRESS IN THIER PRINCIPAL BRIEFS ON THE MERITS WHETHER APPELLANT PRESERVED ANY ISSUES ON APPEAL IN LIGHT OF HIS | | | |

| | | | | |
|---|---|---|---|---|
| | APPARENT FAILURE TO FILE STATEMENT AS DIRECTED BY THE TRIAL COURT. | | | |
| 15-APR-2019 11:40 AM | ORDER OF THE APPELLATE COURT | | | 15-APR-2019 12:00 AM |
| **Documents:** | APGEN_23.pdf | | | |
| **Docket Entry:** | 47 CD 2019 NOW, APRIL 8, 2019, UPON REVIEW OF APPELLEE CITY OF PHILADELPHIA'S (CITY) MOTION TO DISMISS OR QUASH APPEAL, THE MOTION IS DENIED WITHOUT PREJUDICE. APPELLANT ABRAHAM ITUAH ET AL SEEKS REVIEW OF THE JANUARY 3, 2019 ORDER OF THE COURT OF COMMON PLEAS OF PHILADELPHIA COURT (TRIAL COURT) THAT, AMONG OTHER THINGS, ORDERED THE APPELLANT'S PROPERTY TO BE VACATED AND AUTHORIZED THE CITY TO DEMOLISH THE PROPERTY. APPELLANT FILED A TIMELY NOTICE OF APPEAL ON JANUARY 4, 2019. THE TRIAL COURT THEREAFTER ISSUED A JANUARY 8, 2019 ORDER DIECTING APPELLANT TO FILE A CONCISE STATEMENT OF THE ERRORS COMPLAINED OF ON APPEAL PURSUANT TO Pa.R.A.P.1925(b). A REVIEW OF THE TRIAL COURT'S ORDER, HOWEVER, INDICATES THAT THE ORDER DOES NOT FULLY COMPLY WITH Pa.R.A.P.1925(c). IN PARTICULAR, THE TRIAL COURT'S ORDER FAILS TO ADVISE APPELLANT THAT HE MUST SERVE THE STATEMENT ON THE JUDGE. Pa.R.A.P.1925(c)(iii). IN ADDITIONAL, APPELLEE'S UNVERIFIED MOTION AVERS THAT THE CITY DEMOLISHED APPELLANT'S PROPERTY ON JANUARY 17, 2019. PENNSYLVANIA RULE OF APPELLATE PROCEDURE 123(c) REQUIRES THAT AN APPLICATION THAT SETS FIRTH FACTS NOT OF RECORD MUST BE VERIFIED BY APERSON HAVING KNOWLEDGE OF THE FACTS ASSERTED THEREIN. BECAUSE THE TRIAL COURT'S ORDER DOES NOT FULLY COMPLY WITH Pa.R.A.P.1925 AND THE MOTION IS UNVERIFIED, THE MOTION IS DISMISSED WITHOUT PREJUDICE TO REFILE A PROPERLY VERIFIED MOTION. | | | |
| 19-JUL-2019 02:14 PM | ORDER OF THE APPELLATE COURT | | | 19-JUL-2019 12:00 AM |
| **Documents:** | APGEN_24.pdf | | | |
| **Docket Entry:** | 47 CD 2019 NOW, JUNE 10, 2019, UPON CONSIDERATION OF APPELLANT'S APPLICATION FOR RECONSIDERATION OF THE COURT'S MAY 10, 2019 ORDER QUASHING THE APPEAL, THE APPLICATION FOR RECONSIDERATION IS DENIED. | | | |
| 21-AUG-2019 02:33 PM | WAITING TO LIST CASE MGMT CONF | | | 21-AUG-2019 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 21-AUG-2019 04:01 PM | LISTED FOR CASE MGMT CONF | | | 21-AUG-2019 04:01 PM |
| **Docket Entry:** | *none.* | | | |

| | | | | |
|---|---|---|---|---|
| 23-AUG-2019 12:30 AM | NOTICE GIVEN | | | 23-AUG-2019 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| 26-SEP-2019 01:39 PM | CASE RESCHEDULED BY COURT | ITALIANO, THERESA | | 26-SEP-2019 01:39 PM |
| **Docket Entry:** | *none.* | | | |
| 26-SEP-2019 01:40 PM | LISTED FOR CASE MGMT CONF | | | 26-SEP-2019 01:40 PM |
| **Docket Entry:** | *none.* | | | |
| 26-SEP-2019 01:40 PM | NOTICE GIVEN | | | 26-SEP-2019 01:40 PM |
| **Documents:** | [NOTGV_30.pdf](NOTGV_30.pdf) | | | |
| **Docket Entry:** | *none.* | | | |
| 26-SEP-2019 01:40 PM | NOTICE GIVEN UNDER RULE 236 | | | 27-SEP-2019 04:56 PM |
| **Docket Entry:** | NOTICE GIVEN ON 27-SEP-2019 OF NOTICE GIVEN ENTERED ON 26-SEP-2019. | | | |
| 28-SEP-2019 12:30 AM | NOTICE GIVEN | | | 28-SEP-2019 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| 02-OCT-2019 12:41 PM | PRAECIPE TO DISCONTINUE | PHILBIN, BRENDAN J | | 02-OCT-2019 12:42 PM |
| **Documents:** | [181203469 - Praecipe D and E.pdf](181203469%20-%20Praecipe%20D%20and%20E.pdf) | | | |
| **Docket Entry:** | ORDER TO DISCONTINUE WITH PREJUDICE FILED. (FILED ON BEHALF OF CITY OF PHILADELPHIA) | | | |