# EXHIBIT "5"

PHILADELPHIA COURT OF COMMON PLEAS
PETITION/MOTION COVER SHEET

CONTROL NUMBER: 19010128
(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)

| FOR COURT USE ONLY | |
|---|---|
| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |
| Do not send Judge courtesy copy of Petition/Motion/Answer/Response. Status may be obtained online at http://courts.phila.gov | |

JAN Term, 2019
Month / Year

No. 181203469

Name of Filing Party: Abraham Ituah

City of Philadelphia
vs.
Abraham Ituah et al

(Check one)  ☐ Plaintiff   ☐ Defendant
(Check one)  ☐ Movant    ☐ Respondent

Has another petition/motion been decided in this case?  ☐ Yes  ☐ No
Is another petition/motion pending?
If the answer to either question is yes, you must identify the judge(s):  ☐ Yes  ☐ No

INDICATE NATURE OF DOCUMENT FILED:
☐ Petition (Attach Rule to Show Cause)   ☐ Motion
☑ Answer to Petition                     ☐ Response to Motion

TYPE OF PETITION/MOTION (see list on reverse side): Petition for Temporary Restriction
PETITION/MOTION CODE (see list on reverse side): PTEMG

ANSWER/RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding): Response to Temporary Restriction Order and Preliminary Injunction

I. CASE PROGRAM
Is this case in the (answer all questions):
A. COMMERCE PROGRAM
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court?
☐ Yes  ☐ No
B. DAY FORWARD/MAJOR JURY PROGRAM — Year _____
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court?
☐ Yes  ☐ No
C. NON JURY PROGRAM
Date Listed: _____
D. ARBITRATION PROGRAM
Arbitration Date: _____
E. ARBITRATION APPEAL PROGRAM
Date Listed: _____
F. OTHER PROGRAM: _____
Date Listed: _____

II. PARTIES (required for proof of service)
(Name, address and telephone number of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

Abraham Ituah et al
558 W. Tabor Rd
Philadelphia PA 19120

The City Deputy Counsel
City of Philadelphia
1485 JFK Blvd 5th flr
Philadelphia PA 19102

III. OTHER
By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____        1/3/2019        Abraham Ituah
(Attorney Signature/Unrepresented Party)    (Date)    (Print Name)    (Attorney I.D. No.)

The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date will be granted even if the parties so stip

City Of Philadelphia Vs Ituah Etal-MTANS

30-1061 (Rev. 8/2014)


18120346900008

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

_City of Philadelphia_  :  _JAN_ Term, 20_19_
Plaintiff/Petitioner

v.                      :  No. _181203469_

_Abraham Israel et al_  :  Control No. _19010128_
Defendant/Respondent

## RULE

AND NOW, this ____ day of _____, _____, upon consideration of the foregoing Motion/Petition _____

_____, a RULE is hereby entered upon the Respondent to show cause why the relief requested therein should not be granted.

RULE RETURNABLE on the _____ day of _____, _____, at _____ a.m./p.m., in Courtroom _____, City Hall, Philadelphia, PA 19107.

BY THE COURT:

_____ J.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

_City of philadelphia_
Plaintiff

v.

_Abraham Hush et al_
Defendant

_JSW_ Term, 20_19_

No. _181203469_

Control No. _19010128_

## ORDER

AND NOW, this ____ day of _____, ____, upon consideration of the Motion/Petition _____ _____, and any response thereto, it is ORDERED and DECREED that said Motion/Petition is _____ _____.

_____
_____
_____
_____
_____.

BY THE COURT:

_____
J.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia
Plaintiff

v.

Abraham Ituah et al.
508 W. Tabor Road, Phil.
Defendant

J.A.S Term, 2019
No. 181203469
Control No. 1901028

Defendants Response to Petition for Temp. Restriction Order And Preliminary Injunction

Defendants, Abraham Ituah, respectfully respond to Plaintiff petition for a Temporary Restraining Order and preliminary injunction pursuant to Pa. R.C.P. 1531 and avers as follows:

1. Admit in Part. Abraham Ituah and JP Morgan Chase owned the premises at 508 W. Tabor Road, Philadelphia. 10% interest for Abraham Ituah and 90% interest for JP Morgan Chase

2. Admitted.

3. Admitted in Part. Not about. The inspector was called by the police on December 27, 2018 to inspect the property. There is no expert report from building engineering to form such opinion. The construction ma

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia
Plaintiff

v.

Abraham Ituah et al.
588 W. Tabor Rd.
Defendant

JAN Term, 2018
No. 181203469
Control No. 19010128

Defendants Response to City Petition for Temp. Restriction and Preliminary Injunction

braced the side to prevent further shift before completing the repairs. See exhibits A-C

(4) Denied. Defendant was not in town. The notice was pasted on the Door on December 27, 2018. The inspector called on the phone to mention that I have Ten (10) days to correct the violations. Defendant have not seen the said violation notice 668607 prior to Reviewing this complaint.

(5) Denied. It is just 7th day. I met with Three (3) Contractors, Contacted the

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia, Plaintiff

v.

Abraham /tref, et al,
508 W. Tabor Rd
Defendant

JAN Term, 2019
No. 181203469

Control No. 1901028

Defendant Response to City Petition –

(Please fill in information below)

Insurance Company and JP Morgan Chase for possible solutions.

(6.) Admitted in part. A temporary side brace was performed by a contractor and all occupants are vacated.

(7.) Denied. As explained above

(8.) Denied. There is no justifiable proof from building expert to form such opinion.

(9.) Denied.

(10.) Admitted in part. Defendants are prepared to correct the violations.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of philadelphia
Plaintiff

v.

Abraham Hneh, et al
508 N. Tabor Rd
Defendant

JAW Term, 20 19
No. 181 203469

Control No. 1901028

Defendants Response to City petition

(11) Denied. Defendants definitely will suffer financially and Psychologically especially as the City sold Defendant property previously in September 15, 2015 because of Tax lien of around $5,050. The property at the time of sale worth $250,000 an unsecured loan amount of $60,000

(12) Denied. Defendants property remained safe, Not in demolition state like most uncited properties in the City

(13) Denied. The inspector Carol's assessment is inaccurate as no obvious shifts of the building is noticeable inside the building.

(14) Denied. Plaintiff claims is biased against the Defendants.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia
Plaintiff

v.

Abraham Itzek et al
508 W. Tabor Rd
Defendant

JAN Term, 2019

No. 181203469

Control No. 19010128

Defendants Response to City petitions.

(15) Denied. Defendants effort is to correct the violation as none of the contractors expressed difficulty correcting it. WHEREFORE, Defendants request that the city demands are denied as the time allowed to correct the violation is days from now and the assessment alleged by the Inspector Carol is inappropriate and based on past malice.

Respectfully Submitted,

Abraham Itzek

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia
Plaintiff

v.

Abraham Itueh et al
508 W. Tabor Rd
Defendant

JAN Term, 20 19
No. 18 20 3469

Control No. 1 9010128

## MEMORANDUM OF LAW
(Brief in support of Motion/Petition or Answer)

(Please fill in information below)

① FACTUAL BACKGROUND: Defendants, Abraham Itueh incorporates the Averments of the foregoing Response to City petition as if set forth at length herein

② QUESTION PRESENTED: Have Defendants, Abraham Itueh made efforts and continue to make efforts to correct the Building Code violations cited on December 27 2018 such that this Court should not impose a preliminary injunction as well as an order to vacate and demolish the subject property?

SUGGESTED ANSWER: Yes

③ LEGAL ARGUMENT: Reasonable time is required to correct a major repair that involved a much finance to correct the violation.

Ⓝ Conclusion: Defendants Request this Honorable Court to deny the City petition for filing before the 10 days

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

City of Philadelphia
Plaintiff

v.

Abraham Itueh etc/
508 W. Tabor Rd.
Defendant

JAN Term, 20 19
No. 1820 3469

Control No. 190 0128

MEMORANDUM OF LAW IN SUPPORT OF DEF RESPONSE

granted to make corrections and it was done out of malice, as my previous experience with inspector Carol was unfriendly. Inspector Carol in one occasion, called the police to walk me out of the office for no justifiable reason(s).

Respectfully Submitted,

AL

Abraham Itueh

## CERTIFICATION OF SERVICE

I, _Abraham Ifrek_, hereby certify that a true and correct copy of the foregoing Motion/Petition and accompanying papers, was served on the below listed addresses by First-Class United States mail, postage pre-paid on _____(date):

Name: _Abraham Ifrek_
Address: _508 W. Tabor Rd_
Address: ~~92 Robinson Ave~~
City, State, Zip Code: _Philadelphia PA 19120_

Name: _City of Philadelphia Counsel_
Address: _401 JFK Blvd 5th flor_
Address: _Philadelphia PA 19102_
City, State, Zip Code: _____

Name: _____
Address: _____
Address: _____
City, State, Zip Code: _____

Date: _1/3/2019_  By: _____

## VERIFICATION

I, __Abraham Hual__, Plaintiff/Defendant, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section 4904 relating to unsworn falsification to authorities.

_____Abraham Huch_____
(Print Name)

_____AL_____
(Signature)

Date: 1/3/2019

From: **Abraham Ituah** aituah@aol.com
Subject:
Date: January 2, 2019 at 11:39 PM
To: aituah@aol.com

Brenda Philbin (215)683-5028  (A)





**FOREMOST**
INSURANCE COMPANY
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

FOREMOST BASICS™
DECLARATIONS PAGE

*Rebeca Guffy*
*301 215 0058*
*616 974 8889*
*800 527 3907*

POLICY NUMBER: 381-0091201668-02
RENEWAL OF:   381-0091201668-01
POLICY PERIOD BEGINNING 02/17/17   ENDING 02/17/18   12:01 A.M. STANDARD TIME

### YOU AS NAMED INSURED AND YOUR ADDRESS

ABRAHAM ITUAH
PO BOX 48024
PHILADELPHIA PA 19144-8024

### YOUR POLICY IS SERVICED BY

AMERICAN BEST INSURANCE AGENCY, LLC
1625 WASHINGTON AVE STE 202
PHILADELPHIA PA 19146-2045

AGENCY CODE: 372430039

TELEPHONE: (215) 268-6495

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

### LOCATION # 1

### IMPORTANT RATING INFORMATION

| PREMISES DESCRIPTION: | 508 W TABOR RD PHILADELPHIA PA 19120-2718 | | | | |
|---|---|---|---|---|---|
| CONSTRUCTION: | BRICK/MASONRY | TERRITORY: | B | YR. BUILT: | 1949 |
| FAMILIES: | 2 | PROT. CLASS: | 1 | FORM: | DF1 |
| OCCUPANCY: | RENTAL | RESP. FIRE DEPT.: | PHILA ENG 61 | | |
| HYDRANT: | WITHIN 1,000 FEET | COUNTY: | PHILADELPHIA | | |
| FIRE DEPT.: | WITHIN 5 MILES | | | | |

### SECTION I COVERAGES

| | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A. DWELLING | $ 100,000 | | $ 715.00 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF: $5,000 ALL PERILS

### SECTION II COVERAGES

| | LIMIT OF LIABILITY | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| F. PREMISES LIABILITY | $ 300,000 EA ACCIDENT | | $ 165.00 |
| G. MEDICAL PAYMENTS | $ 500 EA PERSON | | INCLUDED |
| | $ 10,000 EA ACCIDENT | | |

### FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1

| | | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|---|
| 11001 | 03/06 | DWELLING FIRE ONE - LANDLORD | | |
| 11010 | 05/10 | REDUCTION IN COV WHEN VACANT/UNOCC. | | |
| 11110 | 11/13 | REQUIRED CHANGE - PENNSYLVANIA | | |

Policy Number: 381 -0091201668 -02
Form 80999 03/12   ON
72292   381-0091201668

**AGENT COPY**   PAGE 1 CONTINUED






| | |
|---|---|
| Customer Service | 1-866-520-6447 |
| Includes 24/7 Automated Response | |
| Monday - Friday | 7 a.m. - 7 p.m. (CST) |
| Deaf or Hard of Hearing (TTY) | 1-800-582-0542 |

chase.com

## Home Equity Line of Credit Statement

| | |
|---|---|
| Account Number | 3901098253 |
| Statement Period | 06/14/2017 - 07/13/2017 |
| **Minimum Payment** | **$0.00** |

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| **Monthly Payment** | **$0.00** |

07672 WQD Z 19417 D - BRE
ABRAHAM OSAZE ITUAH
PO BOX 48024
PHILADELPHIA, PA  19144-8024

### Line of Credit Overview (as of 07/13/2017)

| | |
|---|---|
| Unpaid Principal Balance | $140,458.42 |
| Credit Line | $145,700.00 |
| Available for Use | $0.00 |
| Revolving Interest Rate | 4.10000% |
| Recoverable Corporate Advance | $5,253.53 |

Your Unpaid Principal Balance is used to calculate your finance charges and is not a payoff quote. To request a payoff quote, please call our 24-hour automated system at 1-877-505-2894.

### Account Summary

| | |
|---|---|
| Previous Balance | $140,890.16 |
| Payments/Credits | $0.00 |
| Other Credits | $0.00 |
| Fees Chrgd/Advances | $0.00 |
| Interest Charged | $0.00 |
| New Balance [2] | $140,890.16 |
| Escrow Payment (Taxes and/or Insurance) | $0.00 |

[2] This is not a payoff amount. To request a payoff quote, please call our 24-hour automated system at 1-877-505-2894.

### Transaction Activity Since Your Last Statement

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| | | No transactions since your last statement | | | | | |

### Important Messages

The Corporate Advance Balance may include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

Please refer to the bankruptcy information in this statement for more information relating to your case.

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-520-6447, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Time.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the coupon attached to the bankruptcy page within this statement.

If you choose to make a payment via overnight mail, please use the following address: Chase, Attn: OH4-7126, 3415 Vision Drive, Columbus, OH 43219.




**Explanation of Payment Amount**

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| **Monthly Payment** | **$0.00** |

### Line of Credit Overview (as of 07/13/2017)

| | |
|---|---|
| Unpaid Principal Balance | $140,458.42 |
| Credit Line | $145,700.00 |
| Available for Use | $0.00 |
| Revolving Interest Rate | 4.10000% |
| Recoverable Corporate Advance | $5,253.53 |

Your Unpaid Principal Balance is used to calculate your finance charges and is not a payoff quote. To request a payoff quote, please call our 24-hour automated system at 1-877-505-2894.

### Account Summary

| | |
|---|---|
| Previous Balance | $140,890.16 |
| Payments/Credits | $0.00 |
| Other Credits | $0.00 |
| Fees Chrgd/Advances | $0.00 |
| Interest Charged | $0.00 |
| New Balance [2] | $140,890.16 |
| Escrow Payment (Taxes and/or Insurance) | $0.00 |

[2] This is not a payoff amount. To request a payoff quote, please call our 24-hour automated system at 1-877-505-2894.

### Transaction Activity Since Your Last Statement

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| | | No transactions since your last statement | | | | | |

### Important Messages

The Corporate Advance Balance may include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

Please refer to the bankruptcy information in this statement for more information relating to your case.

For questions about your account, please call a Chase Bankruptcy Support Specialist at 1-866-520-6447, Monday through Friday, from 7:00 a.m. to 7:00 p.m. Central Time.

Please Note: This statement is not a request for payment. It is for informational purposes only. However, if you elect to make a payment, you may use the coupon attached to the bankruptcy page within this statement.

If you choose to make a payment via overnight mail, please use the following address: Chase, Attn: OH4-7126, 3415 Vision Drive, Columbus, OH 43219.



**Information about your bankruptcy filing**
To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. If your plan requires you to make post-petition mortgage payments directly to the Trustee, any such payments should be remitted to the Trustee directly in accordance with the orders of the Bankruptcy Court.