# EXHIBIT "7"



CITY-1

Filed and Attested by the
Office of Judicial Records
04 JAN 2019 04:28 pm
E. HAURIN

01/02/19



01/02/19

Case ID: 181203459



01/02/19

Case ID: 181201109



Case ID: 181203169



01/02/19

Case ID: 181203419



01/02/19

Case ID: 181203469



01/02/19

Case ID: 181203469



01/02/19

Case ID: 191203469



Case ID: 181203409



01/02/19

Case ID: 181203469



Case ID: 181203469



01/02/19

Case ID: 181203469



01/02/19

Case ID: 181201409



01/02/19
Case ID: 181203469



01/02/19



01/02/19

Case ID: 181203469



01/02/19



01/02/19

Case ID: 181203469



01/02/19



01/02/19

Case ID: 161203449



01/02/19

Case ID: 181202069



Case ID: 181203409



01/02/19

Case ID: 191003419



01/02/19