# EXHIBIT "9"

1901009  $352.11

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

(Do not use et al, MUST HAVE FULL CAPTION)

**COMMONWEALTH COURT**

City of Philadelphia

vs.

Abraham Ituah Etal

(Use Add'l Paper for Larger Captions)

COURT OF COMMON PLEAS,

___JAN___ TERM, 20 _19_

NO. _181203469_
(This Form for Civil Appeals Only)

## NOTICE OF APPEAL

Notice is hereby given that ___Abraham Ituah ETAL___
(Appealing Party)

Above named, hereby appeals to the:

- [ ] Superior Court
- [X] Commonwealth Court
- [ ] Supreme Court

City Of Philadelphia Vs Ituah Etal-APCOM

18120346900011

Of Pennsylvania, from the ___ORDER___ entered in the above case,
(Order, Judgment, etc.)

on the _3rd_ day of _January_ _2019_
(Date of Order Being Appealed)

SIGNATURE ___Al___
(Attorney for Appellant(s) or Pro Se)

I.D. _____

508 W. Tabor Rd
(Address)

Philadelphia PA 19120
(City, State, Zip)

(267) 471-5511
(Phone)

SIGNED 1-3-19
DOCKETED 1-3-19
JUDGMENT ORDER
JUDGE P. PATRICK
   W. GOLDEN

***PLEASE FILE ONE (1) ORIGINAL IN ROOM 296 CITY HALL***

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

[Commonwealth Of Pennsylvania Or Named Plaintiff]

City of Philadelphia vs.

Abraham Ituah ET AL

[Named Defendant]

Civil Trial Division

JAN TERM, 2019

NO. 181203469

## AFFIDAVIT OF SERVICE

I, Abraham Ituah, Jr. Esquire, hereby certify that I am this day serving a true and correct copy of the Notice of Appeal together with the Order of Transcript, in the manner set forth below, to the following:

Virginia Leyendecker
Jenet fasi, Office Court Reporter
Land Title Bldg., 100 South Broad St., 2nd Floor
Philadelphia, PA  19110

Type of Service
✓ Personal Service
   First Class Mail

Judge Paula Patrick
Address Court Rm 436
City Hall

✓ Personal Service
   First Class Mail

Danielle O'Connor, Deputy Court Administrator
Court Reporters/Interpreters
Land Title Bldg., 100 South Broad St., 2nd Floor
Philadelphia, PA  19110

✓ Personal Service
   First Class Mail

Appellee/Attorney for Appellee
Name City of Philadelphia
Address 1515 Arch Street,
14th floor, Philadelphia PA 19102

✓ Personal Service
   First Class Mail

Date: 1/4/2019

_____
(Attorney for Appellant)

## NOTICE TO THE BAR

In *Commonwealth v. Williams, 715 A.2d 1101 (1998)*, the Supreme Court restated the requirement that appellant's counsel order the relevant portions of notes of testimony for submission to the appellate court. Failure to do so may result in the dismissal of the appeal.

Counsel are reminded to comply with Pa. R.A.P. No. 1911, which requires appellant to order all transcripts necessary to decide the appeal. The Order for transcript must be in the form provided in that rule *(see the Order which follows this Notice)*, and must be served on the named court reporter at the Land Title Building, 2nd Floor, 100 South Broad Street, Philadelphia, PA 19110; the trial judge and Janet C. Fasy, Deputy Court Administrator, Court Reporters, Land Title Building, 2nd Floor, 100 South Broad Street, Philadelphia, PA 19110. An Affidavit of Service must be attached to the Order *(see the Affidavit which follows this Notice)*.

The court reporter will not transcribe any notes of testimony of any hearing unless ordered as required by Pa. R.A.P. No. 1911 and Pa. R.J.A. No. 5000.1, et seq. The record will be forwarded to the appellate court without the notes of testimony as required by Pa. R.A.P. No. 1931, unless appellant complies with Pa. R.A.P. 1911.

Date: _____

_____
Sheila Wood-Skipper, President Judge
Court of Common Pleas

Date: _____

_____
DANIELLE O'CONNOR
Deputy Court Administrator
Court Reporters/Interpreters



**First Judicial District of Pennsylvania**
**Court Reporter, Digital Recording and Interpreter Administration**
Land Title Building, 100 South Broad Street, Second Floor
Philadelphia, Pennsylvania 19110
Tele: 215-683-8000     Fax: 215-683-8005
**TRANSCRIPT ORDER FORM**

Criminal transcripts will be provided on a regular-delivery basis. Transcripts may not be ordered strictly "for the file."
**Directive from the District Court Administrator:** In cases where the Court is responsible for the cost of a transcript, transcription of the following is prohibited:

- **Misdemeanor trials,** except upon Notice of Appeal
- **Trials - Waiver or Jury,** resulting in a Not Guilty verdict
- **Guilty Pleas,** except in homicide cases
- **Violation of Probation/Parole hearings**
- **Voir Dire,** except in death-penalty cases or where a Batson issue is raised or upon authorization of the Trial Judge.
- **Opening and closing arguments**
- **Call of the List**

All information must be completed in order to begin transcription of notes.

**IS THIS AN APPEAL?** YES [X]   NO [ ]   **IF NO, NEXT TRIAL DATE:** _____
**CASE NAME:** (Commonwealth vs.) or (Party vs. Party)   **Case Number(s)** CP [✓]   MC [ ]   PETITION [ ]
City of Philadelphia Vs Ituah ETAL

Are there co-defendants? Please list: YES

Hearing/Trial Date(s): 1/3/2019        Courtroom #: 436   Judge: Paula Patrick

[ ] Preliminary Hearing   [ ] Motion   [ ] Trial   [ ] Jury Trial   [ ] Hearing
[ ] Sentencing   [ ] PCRA Hearing   [X] Other: Petition - Emergency

**Court Reporter's Name and Phone Number:** Virginia Leyendecker (215) 683-8000   [ ] Digital Recording

[ ] Court-Appointed Counsel   [ ] Private Counsel/Party   [ ] In Forma Pauperis
(Attach Appointment Letter-Regular delivery only)              (Please attach documentation)

Requesting Attorney or Party Name: Abraham Ituah ETAL
Street Address: 508 W. Tabor Rd, Philadelphia
City, State and Zip Code: Philadelphia PA 19120
Phone Number: 267 471 5571   Fax Number: _____   Email Address: aituah@aol.com

**DELIVERY:** [ ] Regular Delivery   [ ] Expedited (Please call reporter/office)   [ ] Daily (Next Day) (Please call reporter/office)   [X] Immediate (Same Day – call reporter/office)

If transcript is for an Appeal, you **MUST** attach the Appeal cover sheet to this transcript order form.

*I understand that pursuant to Pa.R.J.A. No. 5000.6, transcription will not commence until the required deposit is received. I understand and agree that the unauthorized copying, duplication or sharing of the transcript without the express written approval of the court reporter shall subject me to all appropriate legal proceedings, including, but not limited to, civil action for damages pursuant to Pa.R.J.A. No. 5000.7 and notification to the Pennsylvania Disciplinary Board.*

Signature of Attorney or Ordering Party: _AI_   Date: 1/4/2019

**TO ORDER A TRANSCRIPT:** Email this form to: transcripts@courts.phila.gov.
When ordering daily, expedited or immediate delivery, in addition to the form, you must call the court reporter directly.

Payment must be made by check or money order. This office cannot accept cash.
We will confirm receipt of your transcript request via email.

08-11 (Rev. 01/22/2018)