# EXHIBIT "10"

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
# CIVIL TRIAL DIVISION

| | : | |
|---|---|---|
| **CITY OF PHILADELPHIA** | : | **PHILADELPHIA COUNTY** |
| Plaintiff/Appellee | : | **COURT OF COMMON PLEAS** |
| | : | |
| vs. | : | **DECEMBER TERM, 2018** |
| | : | **NO. 03469** |
| **ABRAHAM ITUAH** | : | |
| Defendant/Appellant | : | **47 CD 2019** |

## OPINION

Patrick, J.                                                                               February 13, 2019

**AND NOW**, the undersigned enters the following statement pursuant to the Pennsylvania Rules of Appellate Procedure 1925(a).

On January 3, 2019, this Court Granted Plaintiff/Appellee City of Philadelphia's Petition for Temporary Restraining Order and Preliminary Injunction against Defendant/Appellant Abraham Ituah ("Appellant"). Appellant filed a Notice of Appeal to the Commonwealth Court of Pennsylvania under Docket Number 47 CD 2019 on January 4, 2019. This Court, by Order dated January 8, 2019, directed Appellant to file a Concise Statement of Matters Complained of on Appeal by February 5, 2019.

To date, Appellant has not filed a statement pursuant to Pa.R.A.P. 1925(b), such that this Court is unaware of the basis for Appellant's appeal. Therefore, this Court is submitting this abbreviated 1925(a) statement in *lieu* of an Opinion and Appellant's issues are deemed waived pursuant to *Commonwealth v. Lord*, 719 A.2d 306 (1998). In order to preserve a claim for appellate review, the appellant must comply whenever the trial court orders the appellant to file a statement of matters complained of on appeal; any issue not raised in such statement will be deemed waived.

City Of Philadelphia Vs Ituah Etal-OPFLD



1

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) D. KELLY 02/14/2019

1812034690016

2

Based on Appellant's failure to file the required documents, this case should be dismissed.

**BY THE COURT:**

_____
PAULA A. PATRICK, J.