# EXHIBIT "11"

| **Commonwealth Docket Sheet** | **Commonwealth Court of Pennsylvania** |
|---|---|

**Docket Number:  47 CD 2019**

Page 1 of 4

December 6, 2019

## CAPTION

City of Philadelphia
v.
Abraham Ituah,
Appellant

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Notice of Appeal | | |
| Case Status: | Closed | | |
| Case Processing Status: | May 10, 2019 | Completed | |
| Journal Number: | | | |
| Case Category: | Civil | Case Type(s): | Civil Action Law |

| **CONSOLIDATED CASES** | **RELATED CASES** |
|---|---|

## COUNSEL INFORMATION

**Appellant**   **Ituah, Abraham**
Pro Se:      Yes
IFP Status:

| | | |
|---|---|---|
| Pro Se: | Abraham Ituah | |
| Address: | 419 West Godfrey Ave. | |
| | Philadelphia, PA 19120 | |
| Phone No: | (267) 471-5511 | Fax No: |

**Appellee**   **City of Philadelphia**
Pro Se:      No
IFP Status:

| | | |
|---|---|---|
| Attorney: | Bruhl, Elise Michelle | |
| Law Firm: | City of Philadelphia Law Department | |
| Address: | City Of Phila Law Dept | |
| | 1515 Arch St 17th Fl | |
| | Philadelphia, PA 19102-1595 | |
| Phone No: | (215) 683-5011 | Fax No: |

| | | |
|---|---|---|
| Attorney: | Strassburger, Zachary Gene | |
| Law Firm: | City of Philadelphia | |
| Address: | City Of Phila Law Dept | |
| | 1515 Arch St Fl 17 | |
| | Philadelphia, PA 19143 | |
| Phone No: | (215) 683-2998 | Fax No: |

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 01/04/2019 | Notice of Appeal | 90.25 | 01/17/2019 | 2019-CMW-H-000177 | 90.25 |
| 05/26/2019 | Petition for Reconsideration - Original Jurisdiction | 15.00 | 06/05/2019 | 2019-CMW-H-001172 | 15.00 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

| **Commonwealth Docket Sheet** | | | **Commonwealth Court of Pennsylvania** |
|---|---|---|---|

**Docket Number:** 47 CD 2019

**Page 2 of 4**

**December 6, 2019**



| AGENCY/TRIAL COURT INFORMATION ||||
|---|---|---|---|
| Order Appealed From: | January 3, 2019 | Notice of Appeal Filed: | January 4, 2019 |
| Order Type: | Order Dated | | |
| Documents Received: | January 17, 2019 | | |

| | | | |
|---|---|---|---|
| Court Below: | Philadelphia County Court of Common Pleas | | |
| County: | Philadelphia | Division: | Philadelphia County Civil Division |
| Judge: | Patrick, Paula A. | OTN: | |
| Docket Number: | January Term, 2019 No. 181203469 | Judicial District: | 01 |

| ORIGINAL RECORD CONTENT |||
|---|---|---|
| Original Record Item | Filed Date | Content Description |
| Trial Court Record | February 21, 2019 | |
| Trial Court Opinion | February 21, 2019 | |

**Date of Remand of Record:**

| BRIEFING SCHEDULE ||
|---|---|
| None | None |

| DOCKET ENTRY |||||
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **January 4, 2019** | Notice of Appeal Filed<br>Ituah, Abraham | | Appellant | |
| **January 18, 2019** | Notice of Docketing Appeal Exited<br>Commonwealth Court Filing Office | | | 01/18/2019 |
| **January 28, 2019** | Entry of Appearance<br>Bruhl, Elise Michelle | City of Philadelphia | Appellee | |
| **February 21, 2019** | Trial Court Record Received<br>Philadelphia County Civil Division | | | |
| **February 21, 2019** | Trial Court Opinion Received<br>Philadelphia County Civil Division | | | |
| **February 26, 2019** | Order Filed<br>Brobson, P. Kevin | | | 02/27/2019 |
| Document Name: | The parties shall address in their principal briefs on the merits whether appellant preserved any ||||
| Comment: | issues on appeal in light of his apparent failure to file a Statement as directed by the trial court. ||||
| **March 8, 2019** | Application to Dismiss<br>Bruhl, Elise Michelle | City of Philadelphia | Appellee | |
| Document Name: | Motion to Appellee City of Philadelphia to Dismiss or Quash Appeal ||||
| **April 8, 2019** | Order Denying Application to Dismiss<br>Ceisler, Ellen | | | 04/09/2019 |
| Document Name: | Appellee City of Philadelphia's Motion to Dismiss or Quash Appeal is denied.  See Order Filed. ||||
| **April 9, 2019** | Answer to Application to Dismiss<br>Ituah, Abraham | | Appellant | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Commonwealth Docket Sheet**          **Commonwealth Court of Pennsylvania**

**Docket Number:** 47 CD 2019

Page 3 of 4

December 6, 2019



| | DOCKET ENTRY | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| April 9, 2019 | Send Back for Correction<br>Commonwealth Court Filing Office | | | 04/09/2019 |
| | Document Name: DEFECT: Answer to Dismiss or Quash Appeal must include a proof of service. | | | |
| April 16, 2019 | Complied with Sendback<br>Ituah, Abraham | | Appellant | |
| April 16, 2019 | Certificate of Service Filed<br>Ituah, Abraham | | Appellant | |
| | Document Name: for the Answer to the Application to Dismiss | | | |
| April 22, 2019 | Application for Remand<br>Ituah, Abraham | | Appellant | |
| May 1, 2019 | Application to Dismiss<br>Bruhl, Elise Michelle | City of Philadelphia | Appellee | |
| | Document Name: Renewed Motion of Appellee City of Philadelphia to Dismiss or Quash Appeal and Response in | | | |
| | Comment: Opposition to Appellant Abraham Ituah's Motion to Remand | | | |
| May 7, 2019 | Entry of Appearance<br>Strassburger, Zachary Gene | City of Philadelphia | Appellee | |
| May 10, 2019 | Quashed<br>Ceisler, Ellen | | | 05/13/2019 |
| | Document Name: The City's renewed Motion to Quash is granted due to Mr. Ituah's failure to preserve any issues for | | | |
| | Comment: appellate review. In light of this determination, the application for remand is dismissed as moot. | | | |
| May 26, 2019 | Application for Reconsideration<br>Ituah, Abraham | | Appellant | |
| May 29, 2019 | Send Back for Correction<br>Commonwealth Court Filing Office | | | 05/29/2019 |
| | Document Name: DEFECT: Filing fee of $15.00 | | | |
| June 5, 2019 | Complied with Sendback<br>Ituah, Abraham | | Appellant | |
| | Document Name: fee paid | | | |
| June 10, 2019 | Order Denying Application for Reconsideration<br>Ceisler, Ellen | | | 06/11/2019 |
| | Document Name: Appellant's app. for recon. of the 5-10-19 order quashing the appeal is denied. | | | |

| | DISPOSITION INFORMATION | | |
|---|---|---|---|
| Final Disposition: | Yes | | |
| Related Journal No: | | Judgment Date: | |
| Category: | Disposed Before Decision | Disposition Author: | Ceisler, Ellen |
| Disposition: | Quashed | Disposition Date: | May 10, 2019 |
| Disposition Comment: | appellate review. In light of this determination, the application for remand is dismissed as moot. | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

9:38 A.M.

Case 2:19-cv-05088-GJP   Document 41-11   Filed 09/12/23   Page 5 of 5

| Commonwealth Docket Sheet | Commonwealth Court of Pennsylvania |
|---|---|

**Docket Number:  47 CD 2019**

**Page 4 of 4**

**December 6, 2019**

| **DISPOSITION INFORMATION** |
|---|

Dispositional Filing:                               Filing Author:
Filed Date:

| **REARGUMENT / RECONSIDERATION / REMITTAL** |
|---|

Filed Date:         May 26, 2019
Disposition:        Order Denying Application for Reconsideration
Disposition Date:   June 10, 2019

Record Remittal:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.