# EXHIBIT "12"

**Supreme Court of Pennsylvania**



**Miscellaneous Docket Sheet**

**Docket Number:  78 EM 2019**

**Page 1 of 3**

**December 3, 2019**

| CAPTION |
|---|

City of Philadelphia, Respondent
v.
Abraham Ituah, Petitioner

| CASE INFORMATION |
|---|

Initiating Document:     Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc

Case Status:              Closed
Journal Number:

Case Category:      Civil                          Case Type(s):          Civil Action Law

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| COUNSEL INFORMATION |
|---|

Pro Se:                   Ituah, Abraham
Address:                  419 West Godfrey Ave.
                          Philadelphia, PA 19120
Phone No:                 (310) 381-9859
Receive Mail:             Yes
Pro Se:                   Ituah, Abraham, Petitioner
  Pro Se:                 Yes
  IFP Status:

Attorney:                 Bruhl, Elise Michelle
                          City of Philadelphia Law Department
Address:                  City Of Phila Law Dept
                          1515 Arch St 17th Fl
                          Philadelphia, PA 19102-1595
Phone No:                 (215) 683-5011
Receive Mail:             Yes
Receive EMail:            Yes                          Email:
Representing:             City of Philadelphia, Respondent
  Pro Se:                 No
  IFP Status:

Attorney:                 Strassburger, Zachary Gene
                          City of Philadelphia
Address:                  City Of Phila Law Dept
                          1515 Arch St Fl 17
                          Philadelphia, PA 19143
Phone No:                 (215) 683-2998
Receive Mail:             Yes
Receive EMail:            Yes                          Email:
Representing:             City of Philadelphia, Respondent
  Pro Se:                 No
  IFP Status:

**Supreme Court of Pennsylvania**



**Miscellaneous Docket Sheet**

**Docket Number:  78 EM 2019**

**Page 2 of 3**

**December 3, 2019**

| SUPREME COURT INFORMATION |
|---|

Appeal From:

Appeal Filed Below:

| | | |
|---|---|---|
| Probable Jurisdiction Noted: | Docketed Date: | July 11, 2019 |
| Allocatur/Miscellaneous Granted: | Allocatur/Miscellaneous Docket No.: | |
| Allocatur/Miscellaneous Grant Order: | | |

| FEE INFORMATION |
|---|

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 07/08/2019 | Petition for Leave to File PAA Nunc Pro Tunc | 70.25 | 07/11/2019 | 2019-SUP-E-002061 | 70.25 |
| 10/11/2019 | Petition for Reconsideration - Original Jurisdiction | 15.00 | 10/15/2019 | 2019-SUP-E-003089 | 15.00 |

| INTERMEDIATE APPELLATE COURT INFORMATION |
|---|

| | | |
|---|---|---|
| Court Name: | Commonwealth | Docket Number: | 47 CD 2019 |
| Date of Order: | May 10, 2019 | Rearg/Recon Disp Date: | |
| | | Rearg/Recon Disposition: | |

Judge(s):

Intermediate Appellate Court Action:          Quashed

Referring Court:

| AGENCY/TRIAL COURT INFORMATION |
|---|

Court Below:          Philadelphia County Court of Common Pleas

County:          Philadelphia          Division:  Philadelphia County Civil Division

Date of Agency/Trial Court Order:          January 3, 2019

Docket Number:          January Term, 2019 No. 181203469

Judge(s):          Patrick, Paula A.          OTN:

Order Type:          Order

| ORIGINAL RECORD CONTENT |
|---|

| Original Record Item | Filed Date | Content/Description |
|---|---|---|

**Record Remittal:**

| REARGUMENT / RECONSIDERATION / REMITTAL |
|---|

Filed Date:          October 11, 2019

Disposition:          Order Denying Application for          Date:          December 3, 2019
                     Reconsideration/Reargument

Reargument Order:          AND NOW, this 3rd of December, 2019, the Application for Reconsideration is DENIED.

Record Remittal:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Supreme Court of Pennsylvania**



**Miscellaneous Docket Sheet**

**Docket Number:  78 EM 2019**

**Page 3 of 3**

**December 3, 2019**

| DISPOSITION INFORMATION | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Related Journal No: | | Judgment Date: | |
| Category: | Decided | Disposition Author: | Per Curiam |
| Disposition: | Order Denying Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc | Disposition Date: | October 1, 2019 |
| Dispositional Filing: | | Author: | |
| Filed Date: | | | |

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **July 8, 2019** | **Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc** | | |
| | | Petitioner | Ituah, Abraham |
| **July 16, 2019** | **No Answer Letter to Application** | | |
| | | Respondent | City of Philadelphia |
| **October 1, 2019** | **Order Denying Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 1st day of October, 2019, the Application to File Petition for Allowance of Appeal Nunc Pro Tunc is DENIED.

| | | | |
|---|---|---|---|
| **October 1, 2019** | **Order Exited** | | |
| | | | Office of the Prothonotary |
| **October 11, 2019** | **Application for Reconsideration** | | |
| | | Petitioner | Ituah, Abraham |
| **October 16, 2019** | **No Answer Letter to Application** | | |
| | | Respondent | City of Philadelphia |
| **December 3, 2019** | **Order Denying Application for Reconsideration/Reargument** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 3rd of December, 2019, the Application for Reconsideration is DENIED.

| | | | |
|---|---|---|---|
| **December 3, 2019** | **Order Exited** | | |
| | | | Office of the Prothonotary |

| CROSS COURT ACTIONS | |
|---|---|
| Docket Number: | 47 CD 2019 |