# EXHIBIT "13"

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

47 CD 2019

CITY OF PHILADELPHIA,
Appellee,

v.

ABRAHAM ITUAH,
Appellant.

## AFFIDAVIT OF THOMAS RYBAKOWSKI

I, Thomas Rybakowski, aver as follows:

1. I am employed as Inspector by the City of Philadelphia's Department of Licenses and Inspections (L & I).

2. L & I demolished the property at 508 West Tabor Road, Philadelphia, PA 19120 on January 11, 2019, under issued permit 939999.

3. A photograph taken on March 4, 2019, is attached to this affidavit. This photo shows that all demolition debris has been removed from the lot at 508 West Tabor Road and the lot has been re-graded.

I certify under penalty of perjury that the foregoing is true and correct.

*Thomas Rybakowski*

_____
Thomas Rybakowski

Date: April 25, 2019