# EXHIBIT "16"

CLOSED, LossMit, SchedF, MDisCs, APPEAL

# U.S. Bankruptcy Court
## Southern District of New York (Poughkeepsie)
### Bankruptcy Petition #: 18-35408-cgm

*Assigned to:* Judge Cecelia G. Morris
Chapter 13
Voluntary
Asset

*Date filed:* 03/16/2018
*Date terminated:* 07/03/2019
*Debtor dismissed:* 12/11/2018
*341 meeting:* 05/09/2018

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Abraham O Ituah**
92 Robinson Avenue
Newburgh, NY 12550
ORANGE-NY
SSN / ITIN: xxx-xx-1699

represented by **Abraham O Ituah**
PRO SE

**Trustee**
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Tax ID / EIN: 82-3912823

represented by **Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Fax : (914) 328-7299
Email: info@ch13kp.com

**U.S. Trustee**
**United States Trustee**
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
(518) 434-4553

| Filing Date | # | Docket Text |
|---|---|---|
| 03/16/2018 | 1 (75 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Fee Amount $ 310.00, Receipt Number 35482. Chapter 13 Model Plan due 3/30/2018. Incomplete Filings due by 3/30/2018, Filed by Abraham O Ituah . (DeCicco, Vincent) (Entered: 03/16/2018) |
| 03/16/2018 | | Credit Counseling Deadline Set. Credit Counseling Certificate due: 3/30/2018. (DeCicco, Vincent). (Entered: 03/16/2018) |
| 03/16/2018 | | Judge Cecelia G. Morris added to the case., Trustee Krista M. Preuss added to the case. (DeCicco, Vincent). (Entered: 03/16/2018) |

| | | |
|---|---|---|
| 03/16/2018 | [2](#) (2 pgs; 2 docs) | Deficiency Notice (DeCicco, Vincent). (Entered: 03/16/2018) |
| 03/16/2018 | [3](#) (2 pgs) | Domestic Support Obligation Payments are Current at this Time Filed by Abraham O Ituah. (DeCicco, Vincent) (Entered: 03/16/2018) |
| 03/16/2018 | [4](#) (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 4/11/2018 at 11:00 AM at Office of UST (355 Main Street, Poughkeepsie). with Confirmation hearing to be held on 5/22/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street Last day to object to dischargeability of a debt is 6/11/2018. Last day to Object to Confirmation 5/14/2018, Proofs of Claim due by 5/25/2018, (DuBois, Linda). (Entered: 03/16/2018) |
| 03/18/2018 | [5](#) (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # [4](#))) . Notice Date 03/18/2018. (Admin.) (Entered: 03/19/2018) |
| 03/18/2018 | [6](#) (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # [2](#))) . Notice Date 03/18/2018. (Admin.) (Entered: 03/19/2018) |
| 03/29/2018 | [7](#) (10 pgs) | Model Chapter 13 Plan, Application for Loss Mitigation Pursuant to General Order M455, Motion to Avoid Security Interest or Lien Filed by Debtor Abraham O Ituah. (Kinchen, Gwen) (Entered: 03/29/2018) |
| 04/03/2018 | [8](#) (3 pgs; 2 docs) | Notice of Appearance filed by Nicole M Massi on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT. (Attachments: # [1](#) Affidavit of Service)(Massi, Nicole) (Entered: 04/03/2018) |
| 04/06/2018 | [10](#) (2 pgs) | Notice of Appearance filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 04/10/2018) |
| 04/09/2018 | [9](#) (2 pgs; 2 docs) | Notice of Appearance filed by Margaret J. Cascino on behalf of Wilmington Trust, not in its individual capacity but solely as owner trustee for the OSAT BPL Trust 2016-1. (Attachments: # [1](#) Certificate of Service)(Cascino, Margaret) (Entered: 04/09/2018) |
| 04/13/2018 | 11 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 5/9/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street. (Preuss, Krista) (Entered: 04/13/2018) |
| 04/18/2018 | [12](#) (3 pgs) | Notice of Appearance filed by Michael Chatwin on behalf of JPMorgan Chase Bank, National Association. (Chatwin, Michael) (Entered: 04/18/2018) |
| 04/18/2018 | [14](#) (12 pgs) | Amended Schedules filed:, Schedule D - Individual, Schedule E/F - Individual Filed by Abraham O Ituah. Filing fee collected, receipt #35516.(DeCicco, Vincent) (Entered: 04/24/2018) |
| 04/19/2018 | [13](#) (3 pgs) | Notice of Appearance filed by Alexandros E. Tsionis on behalf of JPMorgan Chase Bank, National Association. (Tsionis, Alexandros) (Entered: 04/19/2018) |

| | | |
|---|---|---|
| 05/02/2018 | [15](#)<br>(3 pgs; 2 docs) | Notice of Appearance filed by Sara A Tilzer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT. (Attachments: # [1](#) Affidavit of Service)(Tilzer, Sara) (Entered: 05/02/2018) |
| 05/04/2018 | [16](#)<br>(1 pg) | Application for Pro Hac Vice Admission filed by Peter George Mylonas on behalf of Cool Spaces, LLC. Filing fee collected, receipt #35541. (DeCicco, Vincent) (Entered: 05/04/2018) |
| 05/07/2018 | [18](#)<br>(1 pg) | Letter *requesting adjournment* Filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 05/08/2018) |
| 05/08/2018 | [17](#)<br>(1 pg) | Order Granting Application for Pro Hac Vice for Peter George Mylonas (Related Doc # [16](#)) signed on 5/8/2018. (Kinchen, Gwen) (Entered: 05/08/2018) |
| 05/14/2018 | [19](#)<br>(57 pgs) | Objection to Confirmation of Plan filed by Sara A Tilzer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT. with hearing to be held on 5/22/2018 at 01:35 PM at Office of UST (355 Main Street, Poughkeepsie) (Tilzer, Sara) (Entered: 05/14/2018) |
| 05/22/2018 | 20 | Notice of Adjournment of Hearing RE: Confirmation hearing not held and adjourned to 7/10/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 05/24/2018) |
| 05/22/2018 | 21 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Sara A Tilzer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT; Hearing not held and adjourned to 7/10/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 05/24/2018) |
| 05/31/2018 | [22](#)<br>(336 pgs; 22 docs) | Objection to Confirmation of Plan filed by Peter George Mylonas on behalf of Cool Spaces, LLC. (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B # [3](#) Exhibit Exhibit C # [4](#) Exhibit Exhibit D # [5](#) Exhibit Exhibit E # [6](#) Exhibit Exhibit F # [7](#) Exhibit Exhibit G # [8](#) Exhibit Exhibit H # [9](#) Exhibit Exhibit I # [10](#) Exhibit Exhibit J # [11](#) Exhibit Exhibit K # [12](#) Exhibit Exhibit L # [13](#) Exhibit Exhibit M # [14](#) Exhibit Exhibit N # [15](#) Exhibit Exhibit O # [16](#) Exhibit Exhibit P # [17](#) Exhibit Exhibit Q # [18](#) Exhibit Exhibit R # [19](#) Exhibit Exhibit S # [20](#) Exhibit Exhibit T # [21](#) Exhibit Exhibit U)(Mylonas, Peter) (Entered: 05/31/2018) |
| 06/04/2018 | [23](#)<br>(336 pgs; 22 docs) | Objection to Confirmation of Plan filed by Peter George Mylonas on behalf of Cool Spaces, LLC. with hearing to be held on 7/10/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B # [3](#) Exhibit Exhibit C # [4](#) Exhibit Exhibit D # [5](#) Exhibit Exhibit E # [6](#) Exhibit Exhibit F # [7](#) Exhibit Exhibit G # [8](#) Exhibit Exhibit H # [9](#) Exhibit Exhibit I # [10](#) Exhibit Exhibit J # [11](#) Exhibit Exhibit K # [12](#) Exhibit Exhibit L # [13](#) Exhibit Exhibit M # [14](#) Exhibit Exhibit N # [15](#) Exhibit Exhibit O # [16](#) Exhibit Exhibit P # [17](#) Exhibit Exhibit Q # [18](#) Exhibit Exhibit R # [19](#) |

| | | |
|---|---|---|
| | | Exhibit Exhibit S # 20 Exhibit Exhibit T # 21 Exhibit Exhibit U) (Mylonas, Peter) (Entered: 06/04/2018) |
| 06/07/2018 | 24 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Pamela Elchert Thurmond on behalf of the City of Philadelphia* filed by Pamela Elchert Thurmond on behalf of City of Philadelphia. (Attachments: # 1 proposed order) (Elchert Thurmond, Pamela) (Entered: 06/07/2018) |
| 06/07/2018 | | Receipt of Application for Pro Hac Vice Admission(18-35408-cgm) [motion,122] ( 200.00) Filing Fee. Receipt number 12615134. Fee amount 200.00. (Re: Doc # 24) (U.S. Treasury) (Entered: 06/07/2018) |
| 06/14/2018 | 25 (1 pg) | Order Granting Application for Pro Hac Vice for Pamela Elchert Thurmond, Esq (Related Doc # 24) signed on 6/14/2018. (Kinchen, Gwen) (Entered: 06/14/2018) |
| 07/03/2018 | 26 (2 pgs) | Notice of Appearance filed by Pamela Elchert Thurmond on behalf of City of Philadelphia. (Elchert Thurmond, Pamela) (Entered: 07/03/2018) |
| 07/03/2018 | 27 (121 pgs; 13 docs) | Objection to Confirmation of Plan (related document(s)7) filed by Pamela Elchert Thurmond on behalf of City of Philadelphia. (Attachments: # 1 Certificate of Service # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I # 11 Exhibit J # 12 Exhibit K)(Elchert Thurmond, Pamela) (Entered: 07/03/2018) |
| 07/09/2018 | 28 (121 pgs; 13 docs) | Objection to Confirmation of Plan (related document(s)27, 7) filed by Pamela Elchert Thurmond on behalf of City of Philadelphia. with hearing to be held on 7/10/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street Objections due by 7/2/2018, (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Certificate of Service)(Elchert Thurmond, Pamela) (Entered: 07/09/2018) |
| 07/10/2018 | 29 (19 pgs) | Model Chapter 13 Plan , Application for Loss Mitigation Pursuant to General Order M455 Filed by Debtor Abraham O Ituah with Affidavit of Service. (DeCicco, Vincent) (Entered: 07/10/2018) |
| 07/10/2018 | 30 | Notice of Adjournment of Hearing RE: Confirmation hearing held and adjourned to 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 07/11/2018) |
| 07/10/2018 | 31 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Sara A Tilzer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT; Hearing held and adjourned to 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 07/11/2018) |
| 07/10/2018 | 32 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Peter George Mylonas on behalf of Cool Spaces, LLC; Hearing held and adjourned to 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 07/11/2018) |

| | | |
|---|---|---|
| 07/10/2018 | 33 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Pamela Elchert Thurmond on behalf of City of Philadelphia; Hearing held and adjourned to 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 07/11/2018) |
| 07/13/2018 | 34 (340 pgs; 22 docs) | Objection to Confirmation of Plan filed by Peter George Mylonas on behalf of Cool Spaces, LLC. with hearing to be held on 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E # 6 Exhibit Exhibit F # 7 Exhibit Exhibit G # 8 Exhibit Exhibit H # 9 Exhibit Exhibit I # 10 Exhibit Exhibit J # 11 Exhibit Exhibit K # 12 Exhibit Exhibit L # 13 Exhibit Exhibit M # 14 Exhibit Exhibit N # 15 Exhibit Exhibit O # 16 Exhibit Exhibit P # 17 Exhibit Exhibit Q # 18 Exhibit Exhibit R # 19 Exhibit Exhibit S # 20 Exhibit Exhibit T # 21 Exhibit Exhibit U) (Mylonas, Peter) (Entered: 07/13/2018) |
| 07/25/2018 | 35 (4 pgs) | Objection to Confirmation of Amended Plan (related document(s)29) filed by Alexandros E. Tsionis on behalf of JPMorgan Chase Bank, National Association. with hearing to be held on 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Tsionis, Alexandros) (Entered: 07/25/2018) |
| 07/25/2018 | 36 (131 pgs; 13 docs) | Objection to Confirmation of Amended Plan (related document(s)29) filed by Pamela Elchert Thurmond on behalf of City of Philadelphia. with hearing to be held on 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Attachments: # 1 Certificate of Service # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit h # 10 Exhibit i # 11 Exhibit J # 12 Exhibit K)(Elchert Thurmond, Pamela) (Entered: 07/25/2018) |
| 08/04/2018 | 37 (1 pg) | Personal Financial Management Course Certificate For Debtor Abraham Ituah Provided By BE Adviser, LLC, 1-855-976-1700. (Entered: 08/04/2018) |
| 08/27/2018 | 38 (9 pgs) | Motion for Objection to Claim(s) Number: 8 *and Certificate of Service* filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | 39 (8 pgs) | Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | 40 (3 pgs) | Motion for Objection to Claim(s) Number: 2 *and Certificate of Service* filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | 41 (5 pgs) | Motion for Objection to Claim(s) Number: 7 *and Certificate of Service* filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | 42 (44 pgs) | Response *to Cool Spaces LLC's Objectin to Debtor's Amended Model Chapter 13 Plan & Application for Loss Mitigation* (related document(s)34) filed by Abraham O Ituah. with hearing to be held on 8/23/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | 43 (11 pgs) | Motion for Objection to Claim(s) Number: 4 *and Certificate of Service* filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |

| | | |
|---|---|---|
| 08/27/2018 | [44](#) (17 pgs) | Response *to City Of Philadelphia's Objection to Confirmation* (related document(s)[28](#) filed by Abraham O Ituah. with hearing to be held on 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | [45](#) (82 pgs) | Response *to City Of Philadelphia's Objection to Confirmation* (related document(s)[27](#) filed by Abraham O Ituah. with hearing to be held on 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | [46](#) (19 pgs) | Letter *re: Information provided to Chapter 13 Trustee* Filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | [47](#) (3 pgs) | Motion for Objection to Claim(s) Number: 9 *and Certificate of Service* filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | [48](#) (4 pgs) | Motion for Objection to Claim(s) Number: 6 *and Certificate of Service* filed by Abraham O Ituah. (DuBois, Linda) (Entered: 08/27/2018) |
| 08/27/2018 | [49](#) (3 pgs) | Response *to Objection to Confirmation of Amended Plan (related document(s)29) filed by Alexandros E. Tsionis on behalf of JPMorgan Chase Bank, National Association and certificate of service* (related document(s)[35](#) filed by Abraham O Ituah. with hearing to be held on 8/28/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (DuBois, Linda) (Entered: 08/27/2018) |
| 08/28/2018 | 51 | Notice of Adjournment of Hearing RE: Confirmation hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 08/31/2018) |
| 08/28/2018 | 52 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Sara A Tilzer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT; Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 08/31/2018) |
| 08/28/2018 | 53 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Peter George Mylonas on behalf of Cool Spaces, LLC; Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 08/31/2018) |
| 08/28/2018 | 54 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Pamela Elchert Thurmond on behalf of City of Philadelphia; Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 08/31/2018) |
| 08/28/2018 | 55 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Amended Plan filed by Alexandros E. Tsionis on behalf of JPMorgan Chase Bank, National Association; Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 08/31/2018) |
| 08/28/2018 | 56 | Notice of Adjournment of Hearing RE: Response to Cool Spaces LLC's Objection to Debtor's Chapter 13 Plan filed by Abraham O Ituah; |

| | | |
|---|---|---|
| | | Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 08/31/2018) |
| 08/30/2018 | [50](#) (334 pgs; 22 docs) | Motion for Relief from Stay filed by Peter George Mylonas on behalf of Cool Spaces, LLC with hearing to be held on 10/9/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street. (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B # [3](#) Exhibit Exhibit C # [4](#) Exhibit Exhibit D # [5](#) Exhibit Exhibit E # [6](#) Exhibit Exhibit F # [7](#) Exhibit Exhibit G # [8](#) Exhibit Exhibit H # [9](#) Exhibit Exhibit I # [10](#) Exhibit Exhibit J # [11](#) Exhibit Exhibit K # [12](#) Exhibit Exhibit L # [13](#) Exhibit Exhibit M # [14](#) Exhibit Exhibit N # [15](#) Exhibit Exhibit O # [16](#) Exhibit Exhibit P # [17](#) Exhibit Exhibit Q # [18](#) Exhibit Exhibit R # [19](#) Exhibit Exhibit S # [20](#) Exhibit Exhibit T # [21](#) Exhibit Exhibit U) (Mylonas, Peter) (Entered: 08/30/2018) |
| 08/30/2018 | | Receipt of Motion for Relief from Stay (fee)(18-35408-cgm) [motion,185] ( 181.00) Filing Fee. Receipt number 12744976. Fee amount 181.00. (Re: Doc # [50](#)) (U.S. Treasury) (Entered: 08/30/2018) |
| 09/04/2018 | [57](#) (5 pgs) | Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street. (Preuss, Krista) (Entered: 09/04/2018) |
| 09/12/2018 | 58 | Letter *to the Judge* Filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 09/12/2018) |
| 09/13/2018 | [59](#) (2 pgs; 2 docs) | Notice of hearing RE: Motion for Objection to Claim(s) Number: 8 and Certificate of Service filed by Abraham O Ituah with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/13/2018) |
| 09/15/2018 | [60](#) (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # [59](#))) . Notice Date 09/15/2018. (Admin.) (Entered: 09/16/2018) |
| 09/18/2018 | [61](#) (2 pgs; 2 docs) | Notice of Hearing to Re: Motion for Objection to Claim(s) Number: 8 and Certificate of Service filed by Abraham O Ituah. with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/18/2018 | [62](#) (2 pgs; 2 docs) | Notice of Hearing Re: Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/18/2018 | [63](#) (2 pgs; 2 docs) | Notice of Hearing RE: Motion for Objection to Claim(s) Number: 2 and Certificate of Service filed by Abraham O Ituah with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/18/2018 | [64](#) (2 pgs; 2 docs) | Notice of Hearing RE: Motion for Objection to Claim(s) Number: 7 and Certificate of Service filed by Abraham O Ituah with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/18/2018 | [65](#) (2 pgs; 2 docs) | Notice of Hearing RE: Motion for Objection to Claim(s) Number: 4 and Certificate of Service filed by Abraham O Ituah with hearing to be held |

| | | |
|---|---|---|
| | | on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/18/2018 | 66 (2 pgs; 2 docs) | Notice of Hearing RE: Motion for Objection to Claim(s) Number: 9 and Certificate of Service filed by Abraham O Ituah with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/18/2018 | 67 (2 pgs; 2 docs) | Notice of Hearing RE: Motion for Objection to Claim(s) Number: 6 and Certificate of Service filed by Abraham O Ituah with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 09/18/2018) |
| 09/20/2018 | 68 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 61)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/20/2018 | 69 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 62)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/20/2018 | 70 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 63)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/20/2018 | 71 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 64)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/20/2018 | 72 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 65)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/20/2018 | 73 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 66)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/20/2018 | 74 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 67)) . Notice Date 09/20/2018. (Admin.) (Entered: 09/21/2018) |
| 09/27/2018 | 75 (63 pgs) | Objection *to the Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss* filed by Abraham O Ituah. with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen) (Entered: 09/28/2018) |
| 09/27/2018 | 76 (36 pgs) | Objection *to the Motion for Relief from Stay filed by Peter George Mylonas on behalf of Cool Spaces, LLC* filed by Abraham O Ituah. with hearing to be held on 10/9/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen) (Entered: 09/28/2018) |
| 09/27/2018 | 77 (1 pg) | Certificate of Credit Counseling Filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 09/28/2018) |
| 09/27/2018 | 78 (1 pg) | Personal Financial Management Course Certificate For Debtor (Kinchen, Gwen) (Entered: 09/28/2018) |
| 10/02/2018 | 79 (7 pgs) | Letter *requesting continuance* Filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 10/02/2018) |
| 10/09/2018 | 80 | Notice of Adjournment of Hearing (related document(s)50) RE: Motion for Relief from Stay filed by Peter George Mylonas on behalf of Cool |

| | | |
|---|---|---|
| | | Spaces, LLC; Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 10/12/2018) |
| 10/09/2018 | 81 | Objection to the Motion for Relief from Stay filed by Peter George Mylonas on behalf of Cool Spaces, LLC filed by Abraham O Ituah; Hearing held and adjourned to 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 10/12/2018) |
| 10/12/2018 | 82 (8 pgs) | Memorandum of Law (related document(s) 81 ) filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 10/12/2018) |
| 10/17/2018 | 83 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission (related document(s)47) filed by Christos A. Katsaounis on behalf of Commonwealth of Pennsylvania, Department of Revenue Responses due by 10/30/2018,. (Attachments: # 1 Proposed Order) (Katsaounis, Christos) (Entered: 10/17/2018) |
| 10/17/2018 | | Receipt of Application for Pro Hac Vice Admission(18-35408-cgm) [motion,122] ( 200.00) Filing Fee. Receipt number 12817223. Fee amount 200.00. (Re: Doc # 83) (U.S. Treasury) (Entered: 10/17/2018) |
| 10/17/2018 | 84 (76 pgs; 5 docs) | Response to Motion *[Debtor's Objection to Claim Filed by Pennsylvania Department of Revenue]* (related document(s)47) filed by Christos A. Katsaounis on behalf of Commonwealth of Pennsylvania, Department of Revenue. with hearing to be held on 10/30/2018 (check with court for location) (Attachments: # 1 Exhibits 1-6 # 2 Exhibit 7 # 3 Proposed Order # 4 Certificate of Service) (Katsaounis, Christos) (Entered: 10/17/2018) |
| 10/23/2018 | 85 (10 pgs; 3 docs) | Opposition *of JPMorgan Chase Bank, N.A. to Debtors Objection to Proof of Claim* (related document(s)48) filed by Robert W. Griswold on behalf of JPMorgan Chase Bank, National Association. with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Attachments: # 1 Exhibit A - Money Orders # 2 Affidavit of Service) (Griswold, Robert) (Entered: 10/23/2018) |
| 10/23/2018 | 86 (76 pgs; 8 docs) | Reply Opposition *to Debtor's Objection to Proof of Amount Due* filed by John Brigandi on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT. (Attachments: # 1 Exhibit Exhibit A - Note and Mortgage # 2 Exhibit Exhibit B - Assignment of Mortgage # 3 Exhibit Exhibit C - Deed # 4 Exhibit Exhibit D - Proof of Claim # 5 Exhibit Exhibit E - Affidavit of Leslie Leanhart # 6 Exhibit Exhibit F - Selene Payment History # 7 Supplement Affirmation of Service of Opposition to Debtor's Objection to Proof of Amount Due) (Brigandi, John) (Entered: 10/23/2018) |
| 10/23/2018 | 87 (50 pgs; 6 docs) | Reply Opposition *to Defendant's Motion to Sell* (related document(s)41) filed by John Brigandi on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT. (Attachments: # 1 Exhibit Exhibit A - Note and Mortgage # 2 Exhibit Exhibit B - Assignment of Mortgage # 3 Exhibit Exhibit C - Deed # 4 Exhibit Exhibit D - Proof of Claim # 5 Supplement Affirmation of Service) (Brigandi, John) (Entered: 10/23/2018) |

| | | |
|---|---|---|
| 10/24/2018 | | Pending Deadlines Terminated: Deficiencies satisfied. (Kinchen, Gwen). (Entered: 10/24/2018) |
| 10/25/2018 | 88 (50 pgs; 7 docs) | Opposition *to Motion of Objection to Proof of Claim #4* (related document(s)43) filed by Stacey A. Weisblatt on behalf of Wilmington Trust, not in its individual capacity but solely as owner trustee for the OSAT BPL Trust 2016-1. with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Attachments: # 1 Certificate of Service # 2 Exhibit A -- Proof of Claim # 3 Exhibit B -- Lost Note Affidavit # 4 Exhibit C -- Recorded Mortage # 5 Exhibit D -- Assignment of Mortgage # 6 Exhibit E -- FDCPA Letter) (Weisblatt, Stacey) (Entered: 10/25/2018) |
| 10/29/2018 | 89 (16 pgs) | Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 10/29/2018) |
| 10/29/2018 | 90 (5 pgs) | Response *to the Objection to Confirmation of Plan filed by Pamela Elchert Thurmond on behalf of City of Philadelphia* filed by Abraham O Ituah. with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen) (Entered: 10/29/2018) |
| 10/29/2018 | 91 (26 pgs) | Objection *to the trustee's motion to dismiss* filed by Abraham O Ituah. with hearing to be held on 10/30/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen) (Entered: 10/29/2018) |
| 10/29/2018 | 92 (2 pgs; 2 docs) | Notice with Hearing RE: Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah to be held on 11/27/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Ashmeade, Vanessa). (Entered: 10/29/2018) |
| 10/30/2018 | 95 | Notice of Adjournment of Hearing (related document(s)40) RE: Motion for Objection to Claim(s) Number: 2 and Certificate of Service filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 96 | Notice of Adjournment of Hearing (related document(s)43) RE: Motion for Objection to Claim(s) Number: 4 and Certificate of Service filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 97 | Notice of Adjournment of Hearing (related document(s)48) RE: Motion for Objection to Claim(s) Number: 6 and Certificate of Service filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 98 | Notice of Adjournment of Hearing (related document(s)41) RE: Motion for Objection to Claim(s) Number: 7 and Certificate of Service filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |

| | | | |
|---|---|---|---|
| 10/30/2018 | | 99 | Notice of Adjournment of Hearing (related document(s)38) RE: Motion for Objection to Claim(s) Number: 8 and Certificate of Service filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 100 | Notice of Adjournment of Hearing (related document(s)47) RE: Motion for Objection to Claim(s) Number: 9 and Certificate of Service filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 101 | Notice of Adjournment of Hearing RE: Opposition to Motion of Objection to Proof of Claim #4 filed by Stacey A. Weisblatt on behalf of Wilmington Trust, not in its individual capacity but solely as owner trustee for the OSAT BPL Trust 2016-1; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 102 | Notice of Adjournment of Hearing RE: Opposition of JPMorgan Chase Bank, N.A. to Debtors Objection to Proof of Claim (related document(s)48) filed by Robert W. Griswold on behalf of JPMorgan Chase Bank, National Association; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 103 | Notice of Adjournment of Hearing RE: Response to Motion [Debtor's Objection to Claim Filed by Pennsylvania Department of Revenue] (related document(s)47) filed by Christos A. Katsaounis on behalf of Commonwealth of Pennsylvania, Department of Revenue; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 104 | Notice of Adjournment of Hearing RE: Reply Opposition to Debtor's Objection to Proof of Amount Due filed by John Brigandi on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 105 | Notice of Adjournment of Hearing (related document(s)89) RE: Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 106 | Notice of Adjournment of Hearing RE: Reply Opposition to Defendant's Motion to Sell (related document(s)41) filed by John Brigandi on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | 107 | Notice of Adjournment of Hearing (related document(s)57) RE: Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |

| | | |
|---|---|---|
| 10/30/2018 | 108 | Notice of Adjournment of Hearing RE: Objection to the Motion to Dismiss Case filed by Krista M. Preuss on behalf of Krista M. Preuss filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 109 | Notice of Adjournment of Hearing RE: Confirmation hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 110 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Sara A Tilzer on behalf of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2017-19TT; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 111 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Peter George Mylonas on behalf of Cool Spaces, LLC; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 112 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Amended Plan filed by Alexandros E. Tsionis on behalf of JPMorgan Chase Bank, National Association; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 113 | Notice of Adjournment of Hearing RE: Objection to Confirmation of Plan filed by Pamela Elchert Thurmond on behalf of City of Philadelphia; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 114 | Notice of Adjournment of Hearing RE: Response to Cool Spaces LLC's Objection to Debtor's Chapter 13 Plan filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | 115 | Notice of Adjournment of Hearing RE: Response to the Objection to Confirmation of Plan filed by Pamela Elchert Thurmond on behalf of City of Philadelphia filed by Abraham O Ituah; Hearing held and adjourned to 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 11/05/2018) |
| 10/30/2018 | | Pending Deadlines Terminated: Motion for Relief from Stay filed by Peter George Mylonas on behalf of Cool Spaces, LLC; Motion granted, submit order. (Kinchen, Gwen) (Entered: 11/05/2018) |
| 10/31/2018 | 93 (2 pgs) | Certificate of Mailing. (related document(s) (Related Doc # 92)) . Notice Date 10/31/2018. (Admin.) (Entered: 11/01/2018) |
| 11/02/2018 | 94 (1 pg) | Order Granting Application for Pro Hac Vice for Christos A. Katsaounis (Related Doc # 83) signed on 11/2/2018. (Kinchen, Gwen) (Entered: 11/02/2018) |

| | | |
|---|---|---|
| 11/07/2018 | [116](#) (1 pg) | Order Granting Motion for Relief from Stay (Related Doc # [50](#)) signed on 11/7/2018. (Kinchen, Gwen) (Entered: 11/07/2018) |
| 11/20/2018 | [118](#) (6 pgs) | Notice of Appeal filed by Abraham O Ituah. Appellant Designation due by 12/4/2018, Filing fee collected, receipt #35783.(Kinchen, Gwen) (Entered: 11/27/2018) |
| 11/27/2018 | [117](#) (40 pgs) | Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah with hearing to be held on 12/11/2018 at 12:00 PM at Poughkeepsie Courthouse - 355 Main Street. (Kinchen, Gwen) (Entered: 11/27/2018) |
| 11/27/2018 | 119 | Notice of Adjournment of Hearing (related document(s)[117](#)) RE: Motion for Sale of Property under Section 363(b) filed by Abraham O Ituah; Hearing not held and adjourned to 12/11/2018 at 01:35 PM at Poughkeepsie Courthouse - 355 Main Street (Kinchen, Gwen). (Entered: 12/04/2018) |
| 12/06/2018 | [120](#) (10 pgs) | Motion to Dismiss Case filed by Abraham O Ituah. (Kinchen, Gwen) (Entered: 12/07/2018) |
| 12/11/2018 | [121](#) (3 pgs; 3 docs) | Order Granting Motion To Dismiss Case (Related Doc # [120](#)) signed on 12/10/2018. (Kinchen, Gwen) (Entered: 12/11/2018) |
| 12/13/2018 | [122](#) (3 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # [121](#))) . Notice Date 12/13/2018. (Admin.) (Entered: 12/14/2018) |
| 12/28/2018 | [123](#) (2 pgs) | Letter *requesting appeal be rendered moot* (related document(s)[118](#)) Filed by Peter George Mylonas on behalf of Cool Spaces, LLC. (Kinchen, Gwen) Modified on 1/16/2019 (Kinchen, Gwen). (Entered: 01/11/2019) |
| 07/02/2019 | [124](#) (2 pgs) | Chapter 13 Trustee's Final Report and Account (Preuss, Krista) (Entered: 07/02/2019) |
| 07/03/2019 | [125](#) (2 pgs; 2 docs) | Order Discharging Trustee. (Kinchen, Gwen). (Entered: 07/03/2019) |
| 07/03/2019 | | Case Closed. (Kinchen, Gwen). (Entered: 07/03/2019) |
| 07/05/2019 | [126](#) (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # [125](#))) . Notice Date 07/05/2019. (Admin.) (Entered: 07/06/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/19/2022 11:06:48 | | | |
| **PACER Login:** | cityphila | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-35408-cgm Fil or Ent: filed From: 1/1/2018 To: 12/19/2022 Doc |

|  |  |  | From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 12 | **Cost:** | 1.20 |