# EXHIBIT "17"

Pamela Elchert Thurmond, Esq.
Deputy City Solicitor
Direct Dial: (215) 686-0508
Fax: (215) 686-0588
Email: Pamela.Thurmond@phila.gov

VIA CERTIFIED MAIL
Krista M. Preuss
Chapter 13 Trustee
P.O. Box 613707
Memphis. TN 38101-3707

In re: Abraham Ituah, Docket No. 18-35408 (CGM), SDNY-Poughkeepsie

August 8, 2018

Dear Ms. Preuss:

The property located at 3843 Fairmount Ave, Philadelphia, PA was sold at Sheriff's Sale on September 16, 2015. The title distribution policy obtained by the Philadelphia Sheriff's Department on July 11, 2018 shows the Debtor is owed $11,112.54 in excess proceeds as result of that Sheriff's Sale. The City believes these proceeds are property of the bankruptcy estate and therefore, pursuant to Section 542 of the Bankruptcy Code is turning over the excess proceeds to you.

Attached please find:

1. A check payable to you in the amount of $11,112.54; and,
2. The title distribution policy dated July 11, 2018.

The City is sending the original check to your Memphis TN lockbox with a copy of the check and the distribution policy to be sent to your White Plains, NY office.

Sincerely,

*Pamela Elchert T*

PAMELA ELCHERT THURMOND,
Deputy City Solicitor

CC:

<u>VIA CERTIIFED MAIL (With a copy of the check and Title Distribution Report)</u>
Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

<u>VIA CERTIFIED MAIL (With a copy of the check and Title Distribution Report)</u>
Abraham Ituah
92 Robinson Avenue
Newburgh, NY 12550

*ATTACHED TO AND MADE A PART OF POLICY OF TITLE INSURANCE*
*SERIAL NUMBER  O-5327- 9980 ISSUED BY*



**HEREIN CALLED THE COMPANY**

File Number:  CLS- 1509-115

THIS POLICY OF INSURANCE WITNESSETH, that STEWART TITLE GUARANTY COMPANY, a Pennsylvania Corporation, for and in consideration of the premium paid, does hereby covenant that it will indemnify, hold harmless and insure *Jewell Williams,, Sheriff of the County of Philadelphia* in the Commonwealth of Pennsylvania from all loss or damage not exceeding  Thirty-Four Thousand Five Hundred and 00/100 Dollars  (S 34,500.00),  which said insured shall sustain by reason of his distribution of the funds arising from a sale by him of the premises described in Schedule A hereof, under a certain Writ issued out of the Common Pleas Court  April Term 2015  of the County of Philadelphia  Number  T0504  in action in said Court between City of Philadelphia , Plaintiff, and  Abraham Itunh , Defendant, in the order and to the persons named and set forth in Schedule A to the extent of the funds arising from said sale, provided the distribution shall be made as certified hereon and in accordance with law, except as to any order of Court which may provide otherwise.

Countersigned:

_____
Chairman of the Board

_____
President

CITY LINE ABSTRACT
COMPANY

_____
Authorized Countersignature

Dated:  01/12/2018

Re-Issue: 07/11/2018

Represented By:   City Line Abstract Company
                  15 St. Asaph's Road
                  Bala Cynwyd, PA 19004

FILE NO:          CLS-1509-115

Property Address: 3843 Fairmount Avenue

## SCHEDULE A

I.   Persons to whom distribution is to be made:

1. Sheriff Fees: $1,126.09        (fees disclosed by Sheriff's Office)

2. Pennsylvania Realty Transfer Tax    $ 934.25
   Philadelphia Realty Transfer Tax    $2,802.75

3. Recording, preparation and Acknowledgement of Deed Poll. $441.00

4. City of Philadelphia for Taxes (City and School):
   Assessment: $92,500.
   Real Estate Taxes Due: $6,313.94   - (Amount disclosed by Revenue Department at time of sale.)

   Sheriff's Office discloses: $6,313.94   held for payment. Company assumes no liability as to any additional charges for additional amounts due.

5. Water & Sewer Rents:
   Balance Due: $10,263.42   - (Amount disclosed by Water Revenue Department at the time of sale)

   Sheriff's Office discloses: $10,263.42   held for payment. Company assumes no liability as to any additional charges for additional amounts due.

   Water Meter Installation:   Amount Due: $0.00
   Nuisance Lien:              Amount Due: $0.00

6. PGW Liability:
   Balance Due: $1,079.01   (Amount disclosed by PGW at time of sale)

   Sheriff's Office discloses $1,079.01   held for PGW Liens. Company assumes no liability as to any additional charges for additional amounts due.

7. Annual Refuse/Recycling Fee-Solid Resource Fee:
   Amount Due: $0.00

   Sheriff's Office discloses $0.00 held for Refuse/Recycling Liens.
   Company assumes no liability for additional charges for Refuse/Recycling Liens

8. Judgment, Creditor in Judgment:
   James Zwolak, Esq.
   1401 JFK Blvd., Suite #518
   Philadelphia, PA. 19103

9. $427.00 to City Line Abstract Company, 15 St. Asaph's Road, Bala Cynwyd, PA 19004 for Distribution Policy and Service Fee.

10. Mortgages: (0)

    1) Amount $
    Mortgagor:
    Mortgagee:
    Dated:

11. Judgments:

FAIRMOUNT AVE 3843 150410504 5468.01 23-APR-15 REAL ESTATE TAX LIEN PETITION

Additional list of liens, if any, to be provided on re-certification as funds allow.

II.    BALANCE DUE TO DEFENDANT: $11,112.54        Abraham Ituah
                                                                             (Address unknown)

## SCHEDULE C

### DESCRIPTION OF PREMISES

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected

**SITUATE** in the North side of Fairmount Avenue at the distance of 226 feet Eastward from the East side of 39th Street in the 24th Ward of the City of Philadelphia.

**CONTAINING** in front or breadth on the said Fairmount Avenue 16 feet and extending in length or depth Northward of that width 90 feet to a certain 4 feet wide alley leading into another 4 feet wide alley leading into Olive Street.

**BEING TAX ID NO.:** 57-N-12-189-3843 - Fairmount Ave.

## List of Liens

1) **City of Philadelphia Real Estate Taxes and Liens :**
   Assessment: $92,500
   Real Estate Taxes Due: $6,313.94   - Amount disclosed by Revenue Department at time of sale.

2) **Water and Sewer Rents:**
   Balance Due: $10,263.42   - Amount disclosed by Water Revenue Department at time of sale.

   **Nuisance Lien:**
   Amount Due: $0.00   -Amount disclosed by Revenue Department at time of sale.

3) **PGW Liability:**
   Balance Due: $1,079.01   - Amount disclosed by PGW at time of sale.

4) **Annual Refuse/Recycling Fee-Solid Resource Fee:**
   Amount Due: $0.00

5) **Mortgages: (0)**

6) **UCC Financing Statements: (0)**

7) **Judgments:**

FAIRMOUNT AVE 3843 1504T0504 5468 01 23-APR-15 REAL ESTATE TAX LIEN PETITION

ITUAH ABRAHAM 1117 THOMAS STREET WSFFP TD BANK, N.A., SUCCE $291,364.77 110503223 06-JAN-2015 06-JAN-2015

ITUAH ABRARAM 4021 NEILSON STREET JDAGR CITY OF PHILADELPHIA $18,671.67 160300154 07-MAR-2016 07-MAR-2016

ITUAH, ABRAHAM 19120,508 W TABOR RD CE 1006720828 10/21/2010 $5076.80 COMMONWEALTH OF PENNSYLVANIA, CITY OF PHILADELPHIA 2016-10-18

ITUAH, ABRAHAM 19120,508 W TABOR RD CE 1308720811 11/18/2013 $1718.30 COMMONWEALTH OF PENNSYLVANIA, CITY OF PHILADELPHIA

ITUAH, ABRAHAM 19120,508 W TABOR RD CE 1512720875 06/06/2016 $9624.79 CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE

ITUAH, ABRAHAM 19120,508 W TABOR RO CE 1402720608 02/26/2015 $1485.01 COMMONWEALTH OF PENNSYLVANIA, CITY OF PHILADELPHIA

ITUAH, ABRAHAM 19124,4021 NEILSON CE 1512720658 06/06/2016 $1981.19 CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE

ITUAH, ABRAHAM 19124,4021 NEILSON S CE 1612820075 02/01/2017 $2417.01 CITY OF PHILADELPHIA

ITUAH, ABRAHAM 19124,4021 NEILSON S CE 1704330211 06/09/2017 $627.00 CITY OF PHILADELPHIA, BUREAU OF ADMINISTRATIVE ADJ

ITUAH, ABRAHAM 19124,4021 NEILSON S CE 1705330178 06/30/2017 $927.00 CITY OF PHILADELPHIA, BUREAU OF ADMINISTRATIVE ADJ

ITUAH, ABRAHAM 19134,3301 A ST CE 1510720844 06/06/2016 $6144.54 CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE

ITUAH, ABRAHAM 19144,5229 GERMANTO CE 1006720416 10/05/2010 $6042.58 COMMONWEALTH OF PENNSYLVANIA, CITY OF PHILADELPHIA 2015-10-07

ITUAH, ABRAHAM 19144,5229 GERMANTOW SC 1603033508 04/25/2016 $1977.00 PATTERSON, LORIE

ITUAH, ABRAHAM 19144,5229 GERMANTOW CE 1503720887 01/25/2016 $1009.40 CITY OF PHILADELPHIA LAW DEPARTMENT, WATER REVENUE

ABRAHAM ITUAH 19144,5229 GERMANTOW CE 1702320300 04/03/2017 $3000.00 CITY OF PHILADELPHIA: DEPARTMENT OF LICENSES AND I

ABRAHAM ITUAH 19144,5229 GERMANTOW CE 1702320301 04/03/2017 $3000.00 CITY OF PHILADELPHIA: DEPARTMENT OF LICENSES AND I

8) Additional liens, if any, to be provided on recertification as funds allow.

| | |
|---|---|
| **Payee Name:** | ABRAHAM ITUAH C/O KRISTA M PREUSS |
| **Case Number:** | 1509-115 |
| **Request Type:** | Tax Delinquent |
| **Plaintiff:** | CITY OF PHILADELPHIA |
| **Defendant:** | ABRAHAM ITUAH |
| **Category:** | Distribution Costs - Unused Proceeds |
| **Memo:** | ABRAHAM ITUAH C/O KRISTA M. PREUSSSCHAPTER 1 STANDING TRUSTEE399 KNOLLWOOD ROADWHITE PLAINS, NY 10603 |
| **Date:** | 01 Aug 2018 |
| **Amount:** | $11,112.54 |

Property Address:
3843 FAIRMOUNT AVE, PHILADELPHIA, PA 19104-1819

---

73583

**PHILADELPHIA SHERIFF'S OFFICE**
J.E.W.E.L.L. DELINQUENT TAX ACCOUNT
100 S. BROAD STREET, 5TH FLOOR
PHILADELPHIA, PA 19110

**TD Bank**
America's Most Convenient Bank

3-180/360

MEMO  ABRAHAM ITUAH C/O KRISTA M. PREUSSSCHAPTER 1 STANDING TRUSTEE399 KNOLLWOOD ROADWHITE I

*** ELEVEN THOUSAND ONE HUNDRED TWELVE AND 54 / 100 *** Dollars

DATE: 8/1/18
AMOUNT: $11,112.54
VOID AFTER 60 DAYS

PAY TO THE ORDER OF  ABRAHAM ITUAH C/O KRISTA M PREUSS

⑆073583⑆ ⑆036001808⑆ 36 052814 5⑆

PHILADELPHIA SHERIFF'S OFFICE • J.E.W.E.L.L. DELINQUENT TAX ACCOUNT

| | | | |
|---|---|---|---|
| **Payee Name:** | ABRAHAM ITUAH C/O KRISTA M PREUSS | | |
| **Case Number:** | 1509-115 | **Date:** | 01 Aug 2018 |
| **Request Type:** | Tax Delinquent | **Amount:** | $11,112.54 |
| **Plaintiff:** | CITY OF PHILADELPHIA | | |
| **Defendant:** | ABRAHAM ITUAH | | |
| **Category:** | Distribution Costs - Unused Proceeds | | |
| **Memo:** | ABRAHAM ITUAH C/O KRISTA M. PREUSSSCHAPTER 1 STANDING TRUSTEE399 KNOLLWOOD ROADWHITE PLAINS, NY 10603 | | |

Property Address:
3843 FAIRMOUNT AVE, PHILADELPHIA, PA 19104-1819

---

**PHILADELPHIA SHERIFF'S OFFICE**
J.E.W.E.L.L. DELINQUENT TAX ACCOUNT
100 S. BROAD STREET, 5TH FLOOR
PHILADELPHIA, PA 19110

**TD Bank**
America's Most Convenient Bank

73583
3-180/360

**MEMO** ABRAHAM ITUAH C/O KRISTA M. PREUSSSCHAPTER 1 STANDING TRUSTEE399 KNOLLWOOD ROADWHITE I

*** ELEVEN THOUSAND ONE HUNDRED TWELVE AND 54 / 100 *** Dollars

**DATE** 8/1/18         **AMOUNT** $11,112.54

**PAY TO THE ORDER OF** ABRAHAM ITUAH C/O KRISTA M PREUSS

VOID AFTER 60 DAYS

Docket No. 18-35408

⑦Shield

⑈073583⑈ ⑆036001808⑆ 36 052814 5⑈

**Receipt 1** (7013 1710 0001 5454 0520):
Sent To: Krista Preuss, Chp 13 Standing Trustee
Street: 399 Knollwood Rd
City, State, ZIP: White Plains, NY 10603

**Receipt 2** (7013 1710 0001 5454 0269):
Sent To: Abraham Ituah
Street: 92 Robinson Ave
City, State, ZIP: Newburgh, NY 12550

**Receipt 3** (7013 1710 0001 5454 0245):
Sent To: Krista Preuss, Chp 13 Trustee
Street: PO Box (013707)
City, State, ZIP: Memphis TN 38101-3707