# EXHIBIT "18"

Repeat-PAEB, RepeatPACER, DISMISSED, CASE_CLOSED

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 20-10058-amc

*Assigned to:* Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

*Date filed:* 01/06/2020
*Date terminated:* 04/01/2021
*Debtor dismissed:* 09/23/2020

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Abraham O. Ituah**
419 W. Godfrey Avenue
Philadelphia, PA 19120
PHILADELPHIA-PA
SSN / ITIN: xxx-xx-1699
Tax ID / EIN: 48-1305711
*dba* **A.I. Osaze & Sons Enterprise**

represented by **MICHAEL A. CATALDO**
Gellert, Scali, Busenkell & Brown LLC
1628 JFK Blvd
Suite 1901
Philadelphia, PA 19102
215-238-0015
Fax : 215-238-0016
Email: mcataldo@gsbblaw.com

**MICHAEL A. CIBIK2**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: mail@cibiklaw.com

*Debtor*
**Abraham O. Ituah**
MAILING ADDRESS
PO Box 7791
Philadelphia, PA 19104
PHILADELPHIA-PA
SSN / ITIN: xxx-xx-1699
Tax ID / EIN: 48-1305711

represented by **MICHAEL A. CATALDO**
(See above for address)

**MICHAEL A. CIBIK2**
(See above for address)

*Trustee*
**SCOTT F. WATERMAN (Chapter 13)**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee

Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 01/06/2020 | 1 (12 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Abraham O. Ituah. Matrix List of Creditors due 01/13/2020. Government Proof of Claim Deadline: 07/4/2020. Atty Disclosure Statement due 01/20/2020. Chapter 13 Plan due by 01/20/2020.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)Due 01/20/2020 Schedules AB-J due 01/20/2020. Statement of Financial Affairs due 01/20/2020. Summary of Assets and Liabilities Form B106 due 01/20/2020. Incomplete Filings due by 01/20/2020. (CIBIK2, MICHAEL) (Entered: 01/06/2020) |
| 01/06/2020 | 2 (1 pg) | Certificate of Credit Counseling Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah. (CIBIK2, MICHAEL) (Entered: 01/06/2020) |
| 01/06/2020 | 3 | Statement of Social Security Number Received. Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah. (CIBIK2, MICHAEL) (Entered: 01/06/2020) |
| 01/06/2020 | | Receipt of Voluntary Petition (Chapter 13)(20-10058) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 22081825. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 01/06/2020) |
| 01/07/2020 | | SCOTT F. WATERMAN (Chapter 13) added to case. (D., Virginia) (Entered: 01/07/2020) |
| 01/07/2020 | 4 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Matrix List of Creditors due 01/13/2020. Atty Disclosure Statement due 01/20/2020. Chapter 13 Plan due by 01/20/2020.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 01/20/2020 Schedules AB-J due 01/20/2020. Statement of Financial Affairs due 01/20/2020. Summary of Assets and Liabilities Form B106 due 01/20/2020. Means Test Calculation b122c-2 due 1/20/2020. Incomplete Filings due by 01/20/2020. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (D., Virginia) (Entered: 01/07/2020) |
| 01/09/2020 | 5 (2 pgs) | Notice of Appearance and Request for Notice by PAMELA ELCHERT THURMOND Filed by PAMELA ELCHERT THURMOND on behalf of CITY OF PHILADELPHIA. (THURMOND, PAMELA) (Entered: 01/09/2020) |
| 01/09/2020 | 6 (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 4)). No. of Notices: 2. Notice Date 01/09/2020. (Admin.) (Entered: 01/10/2020) |
| 01/13/2020 | 7 | Matrix Filed. Number of pages filed: 4, Filed by MICHAEL A. CIBIK2 on |

| | | |
|---|---|---|
| | | behalf of Abraham O. Ituah. (CIBIK2, MICHAEL) (Entered: 01/13/2020) |
| 01/20/2020 | 8 <br> (2 pgs; 2 docs) | Motion to Extend time to file schedules Filed by Abraham O. Ituah Represented by MICHAEL A. CIBIK2 (Counsel). (Attachments: # 1 order) (CIBIK2, MICHAEL) (Entered: 01/20/2020) |
| 01/21/2020 | 9 <br> (1 pg) | Order Granting Motion to Extend Time (Related Doc # 8) Documents Due by 2/3/2020. Incomplete Filings due by 2/3/2020. Atty Disclosure Statement due 2/3/2020. Chapter 13 Plan due by 2/3/2020. Schedules AB-J due 2/3/2020. Statement of Financial Affairs due 2/3/2020. Summary of Assets and Liabilities Form B106 due 2/3/2020.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due2/3/2020 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 2/3/2020. (D., Virginia) (Entered: 01/21/2020) |
| 01/23/2020 | 10 <br> (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 9)). No. of Notices: 2. Notice Date 01/23/2020. (Admin.) (Entered: 01/24/2020) |
| 01/28/2020 | 11 <br> (52 pgs) | Declaration About Individual Debtor's Schedules , Disclosure of Compensation of Attorney for Debtor in the amount of 10,000.00 Debtor Abraham O. Ituah, Schedules A/B - J , Statement of Financial Affairs for Individual , Statistical Summary of Certain Liabilities, Summary of Assets and Liabilities and Certain Statistical Information Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah. (CIBIK2, MICHAEL) (Entered: 01/28/2020) |
| 01/28/2020 | 12 <br> (8 pgs; 2 docs) | Chapter 13 Plan Filed by Abraham O. Ituah. (Attachments: # 1 cert of service)(CIBIK2, MICHAEL) (Entered: 01/28/2020) |
| 01/28/2020 | 13 <br> (6 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah. (CIBIK2, MICHAEL) (Entered: 01/28/2020) |
| 02/03/2020 | 14 <br> (2 pgs) | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $1400.00 per month for 60 months. Filed by SCOTT F. WATERMAN (Chapter 13). 341(a) meeting to be held on 2/28/2020 at 9:00 AM at 1234 Market Street. Objection to Dischargeability of Certain Debts due: 4/28/2020. Proofs of Claims due by 3/16/2020. Government Proof of Claim Deadline: 7/4/2020.Confirmation Hearing scheduled 4/8/2020 at 9:30 AM at nix3 - Courtroom #3. (WATERMAN (Chapter 13), SCOTT) (Entered: 02/03/2020) |
| 02/04/2020 | 15 <br> (8 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Rushmore Loan Management Services LLC. (Harding, Heather) (Entered: 02/04/2020) |
| 02/06/2020 | 16 <br> (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 14)). No. of Notices: 13. Notice Date 02/06/2020. (Admin.) (Entered: 02/07/2020) |
| 02/10/2020 | 17 <br> (3 pgs; 3 docs) | Employee Income Records *statement of no payroll* Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah. (Attachments: # 1 lease # 2 lease) (CIBIK2, MICHAEL) (Entered: 02/10/2020) |

| Date | Doc # | Description |
|---|---|---|
| 02/13/2020 | 18 (2 pgs) | Request for Service of Notices Filed by Bank of America, N.A.. (DiSpigna, Frederic)** Modified on 2/14/2020 to remove the words "Credit Request for Notices" and add the words "request for service of notices" to reflect the PDF**(D., Virginia). (Entered: 02/13/2020) |
| 03/02/2020 | | Meeting of Creditors Held and Concluded on: 2/28/2020. (WATERMAN (Chapter 13), SCOTT) (Entered: 03/02/2020) |
| 03/03/2020 | 19 (2 pgs) | Disclosure of Compensation of Attorney for Debtor in the amount of 10,000 *(amended)* Debtor Abraham O. Ituah Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah. (CATALDO2, MICHAEL) (Entered: 03/03/2020) |
| 03/04/2020 | 20 (8 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Rushmore Loan Management Services LLC. (Harding, Heather) (Entered: 03/04/2020) |
| 03/05/2020 | 21 (3 pgs; 2 docs) | Motion to Dismiss Case. failure to have property insurance Filed by SCOTT F. WATERMAN (Chapter 13) Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order) (LANGDON, POLLY) (Entered: 03/05/2020) |
| 03/05/2020 | 22 (3 pgs; 2 docs) | Notice of (related document(s): 21 Motion to Dismiss Case. failure to have property insurance ) *Notice of Motion, Response Deadline and Hearing Date* Filed by SCOTT F. WATERMAN (Chapter 13). Hearing scheduled 4/1/2020 at 9:30 AM at nix3 - Courtroom #3. (Attachments: # 1 Service List) (WATERMAN (Chapter 13), SCOTT) (Entered: 03/05/2020) |
| 03/19/2020 | 23 (4 pgs; 2 docs) | Objection to Chapter 13 Plan filed by Debtor Abraham O. Ituah Filed by Rushmore Loan Management Services LLC (related document(s)12). (Attachments: # 1 Service List) (ARGENTIERI, EMMANUEL) (Entered: 03/19/2020) |
| 03/24/2020 | 24 (1 pg) | Pre-Confirmation Certification of Compliance with Post Petition Obligations in Accordance with 11 U.S.C. Section 1325 (a)(8) and (a)(9) Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah (related document(s)12). (CIBIK2, MICHAEL) (Entered: 03/24/2020) |
| 04/01/2020 | 25 (9 pgs) | Statement of Financial Affairs for Individual *(amended)* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah. (CATALDO2, MICHAEL) (Entered: 04/01/2020) |
| 04/01/2020 | 26 | Hearing Continued on 21 Motion to Dismiss Case. failure to have property insurance Filed by SCOTT F. WATERMAN (Chapter 13) Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order) filed by Trustee SCOTT F. WATERMAN (Chapter 13). Hearing scheduled 5/6/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 04/01/2020) |
| 04/02/2020 | 27 (8 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Rushmore Loan Management Services LLC. (Harding, Heather) (Entered: 04/02/2020) |
| 04/08/2020 | 28 | Hearing Continued on Confirmation. Confirmation Hearing scheduled 7/15/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: |

| | | |
|---|---|---|
| | | 04/08/2020) |
| 05/04/2020 | 29 (22 pgs; 5 docs) | Motion to Approve Sale of Real Estate to Kone Holdings, LLC Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) (CATALDO2, MICHAEL) (Entered: 05/04/2020) |
| 05/04/2020 | 30 (1 pg) | Notice of (related document(s): 29 Motion to Approve Sale of Real Estate to Kone Holdings, LLC) Filed by Abraham O. Ituah. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 05/04/2020) |
| 05/04/2020 | 31 (11 pgs; 5 docs) | Motion to Approve Sale of Real Estate for 33 S. 53rd Street Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) (CATALDO2, MICHAEL) (Entered: 05/04/2020) |
| 05/04/2020 | 32 (1 pg) | Notice of (related document(s): 31 Motion to Approve Sale of Real Estate for 33 S. 53rd Street) Filed by Abraham O. Ituah. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 05/04/2020) |
| 05/04/2020 | 33 (13 pgs) | Amended Schedule A/B Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah. (CATALDO2, MICHAEL) (Entered: 05/04/2020) |
| 05/04/2020 | 34 (10 pgs) | Statement of Financial Affairs for Individual *(amended)* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah. (CATALDO2, MICHAEL) (Entered: 05/04/2020) |
| 05/06/2020 | 35 | Hearing Continued on 21 Motion to Dismiss Case. failure to have property insurance Filed by SCOTT F. WATERMAN (Chapter 13) Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order) filed by Trustee SCOTT F. WATERMAN (Chapter 13). Hearing scheduled 6/10/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 05/06/2020) |
| 05/15/2020 | 36 (1 pg) | Praecipe to Withdraw *Motion to Approve Sale of Real Estate for 33 S. 53rd Street (Document Number 31)* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)31). (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | 37 (11 pgs; 5 docs) | Motion to Approve Sale of Real Estate for 33 S. 53rd Street Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | 38 (1 pg) | Notice of (related document(s): 37 Motion to Approve Sale of Real Estate for 33 S. 53rd Street) Filed by Abraham O. Ituah. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | 39 (9 pgs; 5 docs) | Motion to Approve Sale of Real Estate for 4624 N. 12th Street Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 claims register # 4 Exhibit A) (CATALDO2, MICHAEL) (Entered: 05/15/2020) |

| | | |
|---|---|---|
| 05/15/2020 | [40](#) (1 pg) | Notice of (related document(s): 39 Motion to Approve Sale of Real Estate for 4624 N. 12th Street) Filed by Abraham O. Ituah. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | [41](#) (9 pgs; 5 docs) | Motion to Approve Sale of Real Estate for 4021 Neilson Street, Philadelphia, PA Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | [42](#) (1 pg) | Notice of (related document(s): 41 Motion to Approve Sale of Real Estate for 4021 Neilson Street, Philadelphia, PA) Filed by Abraham O. Ituah. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | [43](#) (9 pgs; 5 docs) | Motion to Approve Sale of Real Estate for 3301 A. Street, Philadelphia, PA. Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 05/15/2020 | [44](#) (1 pg) | Notice of (related document(s): 43 Motion to Approve Sale of Real Estate for 3301 A. Street, Philadelphia, PA.) Filed by Abraham O. Ituah. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 05/15/2020) |
| 06/01/2020 | [45](#) (1 pg) | Certificate of No Response to *Motion to Approve Sale of Real Estate on 4624 N. 12th Street* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)39). (CATALDO2, MICHAEL) (Entered: 06/01/2020) |
| 06/01/2020 | [46](#) (1 pg) | Certificate of No Response to *Motion to Approve Sale of Real Estate to Kone Holdings,LLC* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)29). (CATALDO2, MICHAEL) (Entered: 06/01/2020) |
| 06/01/2020 | [47](#) (1 pg) | Certificate of No Response to *Motion to Approve Sale of Real Estate on 3301 A. Street* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)43). (CATALDO2, MICHAEL) (Entered: 06/01/2020) |
| 06/01/2020 | [48](#) (1 pg) | Certificate of No Response to *Motion to Approve Sale of Real Estate on 4021 Neilson Street* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)41). (CATALDO2, MICHAEL) (Entered: 06/01/2020) |
| 06/01/2020 | [49](#) (1 pg) | Certificate of No Response to *Motion to Approve Sale of Real Estate on 33 S. 53rd Street* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)37). (CATALDO2, MICHAEL) (Entered: 06/01/2020) |
| 06/03/2020 | 50 | Hearing Held on 29 Motion to Approve Sale of Real Estate to Kone Holdings, LLC Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) filed by Debtor Abraham O. Ituah, 37 |

| | | |
|---|---|---|
| | | Motion to Approve Sale of Real Estate for 33 S. 53rd Street Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) filed by Debtor Abraham O. Ituah, 39 Motion to Approve Sale of Real Estate for 4624 N. 12th Street Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 claims register # 4 Exhibit A) filed by Debtor Abraham O. Ituah, 41 Motion to Approve Sale of Real Estate for 4021 Neilson Street, Philadelphia, PA Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) filed by Debtor Abraham O. Ituah, 43 Motion to Approve Sale of Real Estate for 3301 A. Street, Philadelphia, PA. Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 exhibit A # 4 claims register) filed by Debtor Abraham O. Ituah; ORDERS ENTERED. (related document(s),29,37,43,41,39). (R., Joan) (Entered: 06/03/2020) |
| 06/04/2020 | 51 (1 pg) | Order entered Granting Motion to Approve Kone Holdings, LLC (Related Doc # 29) . (D., Virginia) (Entered: 06/04/2020) |
| 06/04/2020 | 52 (1 pg) | Order Granting Motion to Approve Sale of Real Estate for 33 S. 53rd Street, Philadelphia, PA. (Related Doc # 37). (D., Virginia) (Entered: 06/04/2020) |
| 06/04/2020 | 53 (1 pg) | Order Granting Motion to Approve sale of real estate for 4624 N. 12th Street, Philadelphia, PA (Related Doc # 39) . (D., Virginia) (Entered: 06/04/2020) |
| 06/04/2020 | 54 (1 pg) | Order Granting Motion to Approve Sale of Real Estate for 4021 Neilson Street, Philadelphia, PA(Related Doc # 41) . (D., Virginia) (Entered: 06/04/2020) |
| 06/04/2020 | 55 (1 pg) | Order Granting Motion to Approve Sale of Real Estate for 3301 A. Street, Philadelphia, PA.(Related Doc # 43) . (D., Virginia) (Entered: 06/04/2020) |
| 06/06/2020 | 56 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 51)). No. of Notices: 2. Notice Date 06/06/2020. (Admin.) (Entered: 06/07/2020) |
| 06/06/2020 | 57 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 52)). No. of Notices: 2. Notice Date 06/06/2020. (Admin.) (Entered: 06/07/2020) |
| 06/06/2020 | 58 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 53)). No. of Notices: 2. Notice Date 06/06/2020. (Admin.) (Entered: 06/07/2020) |
| 06/06/2020 | 59 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 54)). No. of Notices: 2. Notice Date 06/06/2020. (Admin.) (Entered: 06/07/2020) |
| 06/06/2020 | 60 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 55)). No. of Notices: 2. Notice Date 06/06/2020. (Admin.) (Entered: 06/07/2020) |

| | | |
|---|---|---|
| 06/10/2020 | 61 | Hearing Held on 21 Motion to Dismiss Case. failure to have property insurance Filed by SCOTT F. WATERMAN (Chapter 13) Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order) filed by Trustee SCOTT F. WATERMAN (Chapter 13)withdrawn (related document(s),21). (R., Joan) (Entered: 06/11/2020) |
| 06/26/2020 | 62 | Case reassigned to Judge Ashely M. Chan Involvement of Judge Jean K. FitzSimon Terminated . (A., Clarice) (Entered: 06/26/2020) |
| 07/07/2020 | 63 (44 pgs; 5 docs) | Objection to Confirmation of Plan Filed by CITY OF PHILADELPHIA (related document(s)12). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certificate of Service)(THURMOND, PAMELA) (Entered: 07/07/2020) |
| 07/15/2020 | 64 | Hearing Continued on Confirmation Hearing scheduled 8/19/2020 at 10:00 AM at nix4 - Courtroom #4. (D., Stacey) (Entered: 07/16/2020) |
| 08/18/2020 | 65 (1 pg) | Chapter 13 Trustee Annual Report filed by Filed by SCOTT F. WATERMAN (Chapter 13). (WATERMAN (Chapter 13), SCOTT) (Entered: 08/18/2020) |
| 08/18/2020 | 66 (2 pgs; 2 docs) | Motion to Dismiss Case. delay Filed by SCOTT F. WATERMAN (Chapter 13) Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order) (LANGDON, POLLY) (Entered: 08/18/2020) |
| 08/18/2020 | 67 (3 pgs; 2 docs) | Notice of (related document(s): 66 Motion to Dismiss Case. delay ) *Notice of Motion, Response Deadline and Hearing Date* Filed by SCOTT F. WATERMAN (Chapter 13). Hearing scheduled 9/23/2020 at 10:00 AM at nix4 - Courtroom #4. (Attachments: # 1 Service List) (WATERMAN (Chapter 13), SCOTT) (Entered: 08/18/2020) |
| 08/19/2020 | 68 | 13 Confirmation Hearing Continued 64 . Confirmation Hearing scheduled 9/23/2020 at 10:00 AM at nix4 - Courtroom #4. (W., Christine) (Entered: 08/21/2020) |
| 09/08/2020 | 69 (21 pgs; 5 docs) | Motion to Approve Sale of Real Estate for 92 Robinson Ave, Newburgh, NY Filed by Abraham O. Ituah Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 order # 2 cert of service # 3 Exhibit A- Agreement of Sale # 4 claims register) (CATALDO2, MICHAEL) (Entered: 09/08/2020) |
| 09/08/2020 | 70 (1 pg) | Notice of (related document(s): 69 Motion to Approve Sale of Real Estate for 92 Robinson Ave, Newburgh, NY) Filed by Abraham O. Ituah. Hearing scheduled 10/21/2020 at 11:00 AM at nix4 - Courtroom #4. (CATALDO2, MICHAEL) (Entered: 09/08/2020) |
| 09/08/2020 | 71 (2 pgs; 2 docs) | Notice of Appearance and Request for Notice by STEPHEN VINCENT BOTTIGLIERI Filed by STEPHEN VINCENT BOTTIGLIERI on behalf of Delaware County Tax Claim Bureau. (Attachments: # 1 Service List) (BOTTIGLIERI, STEPHEN) (Entered: 09/08/2020) |
| 09/09/2020 | 72 (14 pgs; 5 docs) | Objection to Confirmation of Plan Filed by STEPHEN VINCENT BOTTIGLIERI on behalf of Delaware County Tax Claim Bureau (related document(s)12). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed |

| | | |
|---|---|---|
| | | Order # 4 Service List) (BOTTIGLIERI, STEPHEN) (Entered: 09/09/2020) |
| 09/14/2020 | 73 (1 pg) | Praecipe to Withdraw *Motion to Approve Sale of Real Estate for 92 Robinson Ave* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)69). (CATALDO2, MICHAEL) (Entered: 09/14/2020) |
| 09/21/2020 | 74 (18 pgs; 5 docs) | Application for Compensation for MICHAEL A. CIBIK2, Debtor's Attorney, Period: to, Fee: $10,000.00, Expenses: $. Filed by MICHAEL A. CIBIK2 Represented by Self(Counsel). (Attachments: # 1 exhibit A-B # 2 notice # 3 Proposed Order # 4 cos - fee app) (CIBIK2, MICHAEL) (Entered: 09/21/2020) |
| 09/23/2020 | 75 (1 pg) | Proposed Order Re: *Order Dismissing Chapter 13 Case and Setting Deadline for Application for Allowance of Administrative Expenses* Filed by MICHAEL A. CATALDO2 on behalf of Abraham O. Ituah (related document(s)74). (CATALDO2, MICHAEL) (Entered: 09/23/2020) |
| 09/23/2020 | 76 (1 pg) | Order entered Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses and Granting Motion to Dismiss Case (Related Doc # 66). (D., Virginia) (Entered: 09/23/2020) |
| 09/23/2020 | 77 | Hearing Held on 66. Motion to Dismiss Case. delay Filed by SCOTT F. WATERMAN (Chapter 13) Represented by POLLY A. LANGDON (Counsel). Motion to dismiss granted. ORDER entered dismissing case. (J., Christina) (Entered: 09/23/2020) |
| 09/23/2020 | 78 | Confirmation Hearing Held and Concluded on (related document(s), 68 ). Confirmation Moot Case Dismissed. (J., Christina) (Entered: 09/23/2020) |
| 09/25/2020 | 79 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 76)). No. of Notices: 18. Notice Date 09/25/2020. (Admin.) (Entered: 09/26/2020) |
| 10/08/2020 | 80 (38 pgs) | Objection to Claim Number 4 by Claimant Michael Cataldo. Filed by Abraham O. Ituah . (D., Virginia) Additional attachment(s) added on 10/9/2020 (S., Antoinette). **Modified on 10/9/2020-See corrective entry dated 10/9/2020.** (S., Antoinette). Related document(s) 74 Application for Compensation for MICHAEL A. CIBIK2, Debtor's Attorney, Period: to, Fee: $10,000.00, Expenses: $. filed by Debtor Abraham O. Ituah. **Modified on 10/9/2020to add additional linkage of #74** to reflect the PDF**(D., Virginia). (Entered: 10/09/2020) |
| 10/08/2020 | 81 (2 pgs; 2 docs) | Certificate of Service Filed by Abraham O. Ituah (related document(s)80). (D., Virginia) Additional attachment(s) added on 10/9/2020 (S., Antoinette). **Modified on 10/9/2020-See corrective entry dated 10/9/2020.** (S., Antoinette). (Entered: 10/09/2020) |
| 10/09/2020 | 82 (39 pgs; 2 docs) | Corrective entry in re: Attached rotated documents to entry. (related document(s)80, 81). (Attachments: # 1 Certificate of Service) (S., Antoinette) (Entered: 10/09/2020) |
| 10/09/2020 | 83 | Hearing Set on objection to claim 80and the fee application of Michael Cataldo, Esq. 74 . Hearing scheduled 11/18/2020 at 11:00 AM at nix4 - |

| | | |
|---|---|---|
| | | Courtroom #4. (D., Virginia) **Modified on 10/9/2020 redocketed at #84 for service purposes**(D., Virginia). (Entered: 10/09/2020) |
| 10/09/2020 | 84 (1 pg) | Hearing Set re objection to claim 80 and fee application of Michael Cataldo Esq 74. Hearing scheduled 11/18/2020 at 11:00 AM at Philadelphia Telephone Hearing. Using a landline, parties are Dial :1-877-873-8017 Access: 3027681# (D., Virginia) (Entered: 10/09/2020) |
| 10/11/2020 | 85 (3 pgs) | BNC Certificate of Mailing - Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 84)). No. of Notices: 2. Notice Date 10/11/2020. (Admin.) (Entered: 10/12/2020) |
| 10/11/2020 | 86 (40 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 82)). No. of Notices: 2. Notice Date 10/11/2020. (Admin.) (Entered: 10/12/2020) |
| 10/12/2020 | 87 (1 pg) | Certificate of No Response to *application to approve counsel fees* Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah (related document(s)74). (CIBIK2, MICHAEL) (Entered: 10/12/2020) |
| 10/12/2020 | 88 (1 pg) | Praecipe to Withdraw *Certification of No Response to Application to Approve Counsel Fees* Filed by MICHAEL A. CIBIK2 on behalf of Abraham O. Ituah (related document(s)87). (CIBIK2, MICHAEL) (Entered: 10/12/2020) |
| 10/13/2020 | 89 (6 pgs; 3 docs) | Response to Objection to Claim filed by Debtor Abraham O. Ituah Filed by Abraham O. Ituah (related document(s)80). (Attachments: # 1 order # 2 cert of service) (CATALDO2, MICHAEL) (Entered: 10/13/2020) |
| 10/20/2020 | 90 (2 pgs) | Certificate of Service to the US Trustee, Chapter 13 Trustee, and Michael Cibik Filed by Abraham O. Ituah , Abraham O. Ituah . (W., Christine) (Entered: 10/24/2020) |
| 11/09/2020 | 91 (32 pgs; 4 docs) | Reply to Mr. Michael Cataldo response to debtor's Objection to Claim filed by Debtor Abraham O. Ituah Filed by Abraham O. Ituah (related document(s)80). (Attachments: # 1 documents # 2 Proposed Order # 3 certificate of service) (D., Virginia) (Entered: 11/13/2020) |
| 11/18/2020 | 92 | Hearing Held on 84 Objection to Claim 80 and Fee Application of Michael Cataldo Esq 74. Objection Denied ; Fee Application Approved. (J., Christina) (Entered: 11/18/2020) |
| 11/18/2020 | 93 (1 pg) | Order Granting Application For Compensation (Related Doc # 74) Granting for MICHAEL A. CIBIK2, fees awarded: $10000.00, expenses awarded: $0.00 (J., Christina) (Entered: 11/18/2020) |
| 11/20/2020 | 94 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 93)). No. of Notices: 2. Notice Date 11/20/2020. (Admin.) (Entered: 11/21/2020) |
| 11/27/2020 | 95 (4 pgs) | Notice of Appeal to district Court. Receipt Number 0.00 (not paid), Fee Amount $298.00 (no paid) Filed by Abraham O. Ituah (related document(s)93). Appellant Designation due by 12/11/2020. Transmission of record on appeal to District Court Due Date:12/28/2020. (D., Virginia) (Entered: 12/02/2020) |

| | | |
|---|---|---|
| 12/02/2020 | 96 (4 pgs) | Court Certificate of Mailing: Notice of Appeal to District Court electronically ; Judge Ashely M. Chan via e-mail;Debtor Abraham O. Ituah via BNC, Chapter 13 Trustee Scott F. Waterman, Esq., U.S. Trustee and Michael A. Cataldo, Esq. counsel for the debtor via electronic (related document(s)95). (D., Virginia) **This entry was Modified on 12/2/2020 to show how parties were served** (K., Marie). (Entered: 12/02/2020) |
| 12/02/2020 | 97 (1 pg) | Electronic Transmission of Notice of Appeal to District Court (related document(s)95). (D., Virginia) (Entered: 12/02/2020) |
| 12/02/2020 | 98 (1 pg) | Status Letter: Fee Due (related document(s)95). (D., Virginia) (Entered: 12/02/2020) |
| 12/03/2020 | 99 (1 pg) | Notice of Docketing Record on Appeal to District Court. Civil Action Case Number : 20-6095, Assigned to Judge Kearney (related document(s)95). (D., Virginia) (Entered: 12/03/2020) |
| 12/04/2020 | 100 (6 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 96)). No. of Notices: 2. Notice Date 12/04/2020. (Admin.) (Entered: 12/05/2020) |
| 12/04/2020 | 101 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 98)). No. of Notices: 2. Notice Date 12/04/2020. (Admin.) (Entered: 12/05/2020) |
| 12/11/2020 | | Receipt Number 255809, Fee Amount $298.00 (related document(s)95). Notice of Appeal to district Court. Filed by Abraham O. Ituah (C., Jacqueline) (Entered: 12/14/2020) |
| 12/28/2020 | 102 (3 pgs) | Electronic Transmittal of Record on Appeal to District Court (related documents 95 Notice of Appeal) . (D., Virginia) (Entered: 12/28/2020) |
| 12/31/2020 | 103 (1 pg) | District Court Acknowledgement of Receiving Electronic Transmission re:Appeal-Civil Action Number 20-CV-6095 in re: (related document(s)102). (D., Virginia) (Entered: 01/04/2021) |
| 01/25/2021 | 104 (3 pgs) | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by SCOTT F. WATERMAN (Chapter 13). (WATERMAN (Chapter 13), SCOTT) (Entered: 01/25/2021) |
| 02/25/2021 | 105 (1 pg) | Final Order By District Court Judge Kearney, Re: Appeal on Civil Action Number: 20-6095 , Dismissed. We remand this case to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania; and the Clerk of this Court shall close this case. (D., Virginia) (Entered: 03/11/2021) |
| 02/25/2021 | 107 (1 pg) | Final Order entered by District Court Judge Kearney in re: Appeal on Civil Action Number 20-cv-6095, DISMISSED and Remanded to Bankruptcy Court . (D., Virginia) (Entered: 04/01/2021) |
| 03/13/2021 | 106 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 105)). No. of Notices: 2. Notice Date 03/13/2021. (Admin.) (Entered: 03/14/2021) |
| 04/01/2021 | 108 (1 pg) | Appeal Returned from District Court (related document(s)95). (D., Virginia) (Entered: 04/01/2021) |
| 04/01/2021 | 109 | Electronic Transmission to District Court (related document(s)108). (D., Virginia) |

| | | |
|---|---|---|
| | (1 pg) | (Entered: 04/01/2021) |
| 04/01/2021 | | Bankruptcy Case Terminated for Statistical Purposes. (D., Virginia) (Entered: 04/01/2021) |
| 04/03/2021 | [110](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [107](#))). No. of Notices: 2. Notice Date 04/03/2021. (Admin.) (Entered: 04/04/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/19/2022 11:24:14 | | | |
| **PACER Login:** | cityphila | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 20-10058-amc Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |