# EXHIBIT "21"

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

❑ No
❑ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| _____<br>Name | _____<br>Name |
| _____<br>Number        Street | _____<br>Number        Street |
| _____<br>City                    State            ZIP Code | _____<br>City                    State            ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

❑ No
❑ Yes. Claim number on court claims registry (if known) _____        Filed on _____
                                                                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

❑ No
❑ Yes. Who made the earlier filing? _____

Official Form 410                                    **Proof of Claim**                                    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**

❑ No

❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**     $_____. **Does this amount include interest or other charges?**

❑ No

❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

9. **Is all or part of the claim secured?**

❑ No

❑ Yes.     The claim is secured by a lien on property.

**Nature of property:**

❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

❑ Motor vehicle

❑ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:     $_____

**Amount of the claim that is secured:**     $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $_____

**Annual Interest Rate [Real Estate]** (when case was filed)_____%
**Annual Interest Rate [Judgments]** (when case was filed) _____%

❑ Fixed

❑ Variable

10. **Is this claim based on a lease?**

❑ No

❑ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____

11. **Is this claim subject to a right of setoff?**

❑ No

❑ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No<br><br>❏ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏   I am the creditor.

❏   I am the creditor's attorney or authorized agent.

❏   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❏   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                          MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | _____ |
|---|---|
| | First name                    Middle name                    Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number          Street |
| | _____ |
| | City                                              State          ZIP Code |
| Contact phone | _____          Email _____ |

Debtor:  Abraham Ituah
Interest, and Penalties as of: 01/06/2020

**City of Philadelphia**
*Pre-Petition Itemized Statement*

Bankruptcy #20-10058
Filing date: 01/06/2020

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | SECURED CLAIMS | | | | | | | | |
| 612003800 | 01012016Y | REA | | | | $ 325.00 | | $ 325.00 | |
| 612003800 | 12312016Y | REA | $ 79.54 | $ 302.27 | $ 92.74 | $ 120.37 | | $ 594.92 | |
| 612003800 | 12312017Y | REA | $ 1,357.03 | $ 254.45 | $ 94.99 | $ 199.33 | | $ 1,905.80 | |
| 612003800 | 12312018Y | REA | $ 1,357.03 | $ 132.31 | $ 94.99 | $ 192.00 | | $ 1,776.33 | |
| 612003800 | 12312019Y | REA | $ 1,373.13 | $ 10.30 | | $ 91.45 | | $ 1,474.88 | |
| 612003800 | 12312020Y | REA | $ 207.17 | | | | | $ 207.17 | |
| | TOTAL | | | | | | | $ 6,284.10 | 508 W Tabor Road |
| | | | | | | | | | |
| 491457800 | 12312014Y | REA | | $ 400.91 | $ 69.29 | $ 161.21 | | $ 631.41 | |
| 491457800 | 12312015Y | REA | $ 988.27 | $ 414.48 | $ 80.58 | $ 180.90 | | $ 1,664.23 | |
| 491457800 | 12312016Y | REA | $ 611.71 | $ 169.75 | $ 42.82 | $ 141.36 | | $ 965.64 | |
| 491457800 | 12312017Y | REA | $ 611.71 | $ 114.70 | $ 42.82 | $ 143.09 | | $ 912.32 | |
| 491457800 | 12312018Y | REA | $ 611.71 | $ 59.64 | $ 42.82 | $ 139.79 | | $ 853.96 | |
| 491457800 | 12312019Y | REA | $ 724.40 | $ 5.43 | | $ 91.45 | | $ 821.28 | |
| 491457800 | 12312020Y | REA | $ 677.50 | | | | | $ 677.50 | |
| | TOTAL | | | | | | | $ 6,526.34 | 4624 N 12th Street |
| | | | | | | | | | |
| 162067900 | 12312014Y | REA | $ 120.88 | $ 133.67 | $ 22.01 | $ 108.49 | | $ 385.05 | |
| 162067900 | 12312015Y | REA | $ 314.36 | $ 115.53 | $ 22.01 | $ 119.02 | | $ 570.92 | |
| 162067900 | 12312016Y | REA | $ 397.61 | $ 110.33 | $ 27.83 | $ 124.05 | | $ 659.82 | |
| 162067900 | 12312017Y | REA | $ 397.61 | $ 74.55 | $ 27.83 | $ 126.94 | | $ 626.93 | |
| 162067900 | 12312018Y | REA | $ 397.61 | $ 38.76 | $ 27.83 | $ 124.79 | | $ 588.99 | |
| 162067900 | 12312019Y | REA | $ 423.37 | $ 3.18 | | $ 91.45 | | $ 518.00 | |
| 162067900 | 12312020Y | REA | $ 380.75 | | | | | $ 380.75 | |
| | TOTAL | | | | | | | $ 3,730.46 | 2538 N Gratz Street |
| | | | | | | | | | |
| 73060600 | 12312020Y | REA | $ 552.92 | | | | | $ 552.92 | 3301 A Street |
| | | | | | | | | | |
| 602189900 | 12312020Y | REA | $ 1,093.24 | | | | | $ 1,093.24 | 33 S 53rd Street |
| | | | | | | | | | |
| 332526600 | 12312013Y | REA | | $ 479.75 | $ 67.84 | $ 54.06 | | $ 601.65 | |
| 332526600 | 12312014Y | REA | $ 469.59 | $ 517.69 | $ 85.22 | $ 156.25 | | $ 1,228.75 | |
| 332526600 | 12312015Y | REA | $ 1,217.39 | $ 447.39 | $ 85.22 | $ 196.90 | | $ 1,946.90 | |
| 332526600 | 12312016Y | REA | $ 672.89 | $ 186.73 | $ 47.10 | $ 146.31 | | $ 1,053.03 | |
| 332526600 | 12312017Y | REA | $ 672.89 | $ 126.17 | $ 47.10 | $ 147.71 | | $ 993.87 | |
| 332526600 | 12312018Y | REA | $ 672.89 | $ 65.61 | $ 47.10 | $ 144.07 | | $ 929.67 | |
| 332526600 | 12312019Y | REA | $ 668.06 | $ 5.01 | | $ 91.45 | | $ 764.52 | |
| 332526600 | 12312020Y | REA | $ 599.11 | | | | | $ 599.11 | |
| | TOTAL | | | | | | | $ 8,117.50 | 4021 Neilson St |

Debtor: Abraham Ituah
Interest, and Penalties as of: 01/06/2020

**City of Philadelphia**
*Pre-Petition Itemized Statement*

Bankruptcy #20-10058
Filing date: 01/06/2020

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 611296000 | 01012012Y | REA | | | | $ 180.00 | | $ 180.00 | |
| 611296000 | 12312012Y | REA | | $ 397.75 | $ 95.49 | $ 132.64 | | $ 625.88 | |
| 611296000 | 12312013Y | REA | $ 1,303.86 | $ 735.99 | $ 98.92 | $ 156.08 | | $ 2,294.85 | |
| 611296000 | 12312014Y | REA | $ 1,733.63 | $ 793.13 | $ 121.35 | $ 250.79 | | $ 2,898.90 | |
| 611296000 | 12312015Y | REA | $ 1,733.63 | $ 637.11 | $ 121.35 | $ 241.43 | | $ 2,733.52 | |
| 611296000 | 12312016Y | REA | | $ 224.57 | $ 69.86 | $ 169.45 | | $ 463.88 | |
| 611296000 | 12312017Y | REA | $ 1,811.00 | $ 339.56 | $ 126.77 | $ 233.58 | | $ 2,510.91 | |
| 611296000 | 12312018Y | REA | $ 269.32 | $ 95.63 | $ 95.94 | $ 217.09 | | $ 677.98 | |
| 611296000 | 12312019Y | REA | $ 43.21 | $ 0.32 | | | | $ 43.53 | |
| 611296000 | 12312020Y | REA | $ 1,033.05 | | | | | $ 1,033.05 | |
| | TOTAL | | | | | | | $ 13,462.50 | 419 W Godfrey Ave |
| | | | | | | | | | |
| 162079700 | 12312019Y | REA | $ 713.86 | $ 5.35 | | $ 91.45 | | $ 810.66 | |
| 162079700 | 12312020Y | REA | $ 648.11 | | | | | $ 648.11 | |
| | TOTAL | | | | | | | $ 1,458.77 | 2507 N 19th Street |
| | | | | | | | | | |
| 1200048455 | 12312010Y | SCE | $ 150.00 | $ 168.00 | $ 232.50 | | | $ 550.50 | |
| 1200048455 | 12312011Y | SCE | $ 300.00 | $ 300.00 | $ 420.00 | | | $ 1,020.00 | |
| 1200048455 | 12312012Y | SCE | $ 300.00 | $ 261.00 | $ 371.25 | | | $ 932.25 | |
| 1200048455 | 12312013Y | SCE | $ 300.00 | $ 228.00 | $ 330.00 | | | $ 858.00 | |
| 1200048455 | 06302014Y | SCE | $ 150.00 | $ 108.00 | $ 157.50 | | | $ 415.50 | |
| 1200048455 | 12312014Y | SCE | $ 150.00 | $ 99.00 | $ 146.25 | | | $ 395.25 | |
| 1200048455 | 06302015Y | SCE | $ 150.00 | $ 90.00 | $ 135.00 | | | $ 375.00 | |
| 1200048455 | 12312015Y | SCE | $ 150.00 | $ 79.50 | $ 121.88 | | | $ 351.38 | |
| 1200048455 | 06302016Y | SCE | $ 150.00 | $ 72.00 | $ 112.50 | | | $ 334.50 | |
| 1200048455 | 12312016Y | SCE | $ 150.00 | $ 63.00 | $ 101.25 | | | $ 314.25 | |
| 1200048455 | 06302017Y | SCE | $ 150.00 | $ 54.00 | $ 90.00 | | | $ 294.00 | |
| 1200048455 | 12312017Y | SCE | $ 150.00 | $ 45.00 | $ 78.75 | | | $ 273.75 | |
| 1200048455 | 06302018Y | SCE | $ 150.00 | $ 36.00 | $ 67.50 | | | $ 253.50 | |
| 1200048455 | 12312018Y | SCE | $ 150.00 | $ 27.00 | $ 56.25 | | | $ 233.25 | |
| 1200048455 | 06302019Y | SCE | $ 150.00 | $ 18.00 | $ 45.00 | | | $ 213.00 | |
| 1200048455 | 12312019Y | SCE | $ 150.00 | $ 9.00 | $ 13.50 | | | $ 172.50 | |
| 1200048455 | 06302020Y | SCE | $ 150.00 | | | | | $ 150.00 | |
| 1200048455 | 12312020Y | SCE | $ 150.00 | | | | | $ 150.00 | |
| | TOTAL | | | | | | | $ 7,286.63 | 508 W Tabor Rd. |
| | | | | | | | | | |
| | **TOTAL REAL ESTATE AND SCE** | | | | | | | $ 48,512.46 | |

Debtor: Abraham Ituah
Interest, and Penalties as of: 01/06/2020

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy #20-10058
Filing date: 01/06/2020

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| ending in 8150 | 08292019y | WATER | | | | $ 94.75 | | $ 94.75 | CE-19-07-72-0216 court costs |
| 491457800 | 07142010y | L&I | $ 271.55 | $ 152.58 | | | | $ 424.13 | Lien no. 10100308 clean and seal up vacant building at 4624 N 12th Street |
| 612003800 | 3112019 | L&I | $ 63,188.62 | $ 3,475.34 | | | | $ 66,663.96 | Bill no. 02668607 complete demolition of existing structure at 508 W Tabor Road |
| | TOTAL | | | | | | | $ 67,182.84 | |
| | | | | | | | | | |
| | | | | | | | | | |
| ending in 6860 | 12312007Y | BIR | $ 902.06 | $ 2,482.46 | $ 4,176.64 | | | $ 7,561.16 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312008Y | BIR | $ 1,397.00 | $ 1,298.87 | $ 2,462.22 | | | $ 5,158.09 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312009Y | BIR | $ 426.00 | $ 344.96 | $ 686.93 | | | $ 1,457.89 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312010Y | BIR | $ 103.00 | $ 71.05 | $ 150.64 | | | $ 324.69 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 04152011Y | BIR | | $ 12.36 | $ 30.90 | | | $ 43.26 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312011Y | BIR | $ 175.00 | $ 99.70 | $ 229.69 | | | $ 504.39 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 04152012Y | BIR | | $ 21.00 | $ 52.50 | | | $ 73.50 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312012Y | BIR | $ 212.00 | $ 95.34 | $ 228.96 | | | $ 536.30 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312013Y | BIR | $ 2,005.00 | $ 696.29 | $ 1,729.32 | | | $ 4,430.61 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312014Y | BIR | $ 144.00 | $ 42.82 | $ 102.60 | | | $ 289.42 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 04152015Y | BIR | | $ 7.55 | $ 21.60 | | | $ 29.15 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312006Y | NPT | $ 462.00 | $ 540.43 | $ 952.88 | | | $ 1,955.31 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312011Y | NPT | $ 47.00 | $ 26.78 | $ 61.69 | | | $ 135.47 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312012Y | NPT | $ 58.00 | $ 26.08 | $ 62.64 | | | $ 146.72 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312013Y | NPT | $ 15.00 | $ 5.21 | $ 12.94 | | | $ 33.15 | covered by settlement of litigated claim CP-160300154 |
| ending in 6860 | 12312014Y | NPT | $ 21.00 | $ 6.24 | $ 14.97 | | | $ 42.21 | covered by settlement of litigated claim CP-160300154 |
| | TOTAL | | | | | | | $ 22,721.32 | |
| | | | | | | | | | |
| | **TOTAL SECURED CLAIMS** | | | | | | | **$ 138,416.62** | |
| | | | | | | | | | |
| | | | | | | | | | |
| | **PRIORITY CLAIMS** | | | | | | | | |
| ending in 6860 | 12312015Y | BIR | $ 173.00 | $ 42.38 | $ 97.31 | | | $ 312.69 | recently assessed by Law Department |
| ending in 6860 | 12312016Y | BIR | $ 207.00 | $ 38.28 | $ 85.39 | | | $ 330.67 | recently assessed by Law Department |
| ending in 6860 | 12312017Y | BIR | $ 249.00 | $ 31.11 | $ 65.36 | | | $ 345.47 | recently assessed by Law Department |
| ending in 6860 | 04152018Y | BIR | $ 249.00 | $ 31.11 | $ 65.36 | | | $ 345.47 | recently assessed by Law Department |
| ending in 6860 | 12312015Y | NPT | $ 25.00 | $ 6.13 | $ 14.06 | | | $ 45.19 | recently assessed by Law Department |
| ending in 6860 | 12312016Y | NPT | $ 30.00 | $ 5.55 | $ 12.38 | | | $ 47.93 | recently assessed by Law Department |
| ending in 6860 | 12312017Y | NPT | $ 36.00 | $ 4.50 | $ 9.45 | | | $ 49.95 | recently assessed by Law Department |
| | TOTAL | | | | | | | $ 1,477.37 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | **TOTAL CLAIM** | | **$ 139,893.99** | |

Debtor: Abraham Ituah
Interest, and Penalties as of: 01/06/2020

**City of Philadelphia**
*Pre-Petition Itemized Statement*

Bankruptcy #20-10058
Filing date: 01/06/2020

| ACCOUNT NUMBER | PERIOD / YEAR | TAX TYPE | TAX PRINCIPAL | INTEREST | PENALTY | OTHER | JUDGMENT AMOUNT | TOTALS | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **PHILADELPHIA REAL PROPERTY** | | | | VALUATION | | | | | |
| | 3301 A Street | | | $   51,700.00 | | | | | |
| | 2538 N Gratz Street | | | $   36,300.00 | | | | | |
| | 2507 N 19th Street | | | $   75,000.00 | | | | | |
| | 4021 Neilson Street | | | $  115,958.00 | | | | | |
| | 4624 N 12th Street | | | $   85,399.00 | | | | | |
| | 33 S 53rd Street | | | $  210,355.00 | | | | | |
| | 419 W Godfrey Street | | | $  167,910.00 | | | | | |
| | 508 Tabor Road | | | $   85,300.00 | | | | | |
| | TOTAL | | | $  827,922.00 | | | | | |
| | | | | | | | | | |



# PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge        John J. Joyce, Deputy Court Administrator

## CODE ENFORCEMENT COMPLAINT
# CE-19-07-72-0216

| | |
|---|---|
| City of Philadelphia Law Department, Water Revenue Bureau Municipal Services Building 1401 JFK Boulevard, 5th Floor Philadelphia, PA 19102 | ABRAHAM ITUAH 2507 N 19TH ST PHILADELPHIA, PA 19132 |
| *Plaintiff* | *Defendants(s)* |

051-88150-02507-001   20181023

The within-named defendant(s) is (are) in violation of the code(s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below. Request is made for imposition of penalties or fines as provided by law.

### DESCRIPTION OR NATURE OF VIOLATION

Violation Premises: 2507 N 19TH ST 051-88150-02507-001
TO THE DEFENDANT(S): The City of Philadelphia demands judgment in this Court against you for fines and/or unpaid water/sewer rents in the total amount of $1,556.99 plus costs (including the reasonable cost of collection) and interest and penalties as provided by law upon the following claims:  1. Unpaid water/sewer rents from July    18,2016 cycle to September 23,2018 cycle in the amount of $1,556.99.  2. Section 19-1607 of the Philadelphia Code provides that any property owner who does not physically reside at a premises connected to the City's water/sewer systems must pay a water/sewer rent bill within 90 days of any cycle's due date or be subject to a $100.00 fine for each offence. The Defendant has failed to pay 1 cycle(s) bills timely; therefore, the City of Philadelphia requests that this court enter a fine against the defendant(s) in the amount of $0.00.

## Summons to the Defendant
You are hereby ordered to appear at a Hearing scheduled as follows:

### Citation al Demandado
Por la presenta, Usted esta dirljido a presentarse A la siguiente:

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 1

August 29th, 2019

09:00 AM

**WHEREFORE,** the City of Philadelphia requests this Court enter a fine jointly and severally against each defendant in the

| | | |
|---|---|---|
| Amount Due | $ | 1556.99 |
| Court Costs | $ | 94.75 |
| | | |
| TOTAL CLAIMED | $ | 1651.74 |
| Date Filed: 07/15/2019 | | |

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this code enforcement action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. &sect; 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

Adriana K. Gonzalez

_____
Signature Plaintiff/Attorney
Attorney # 318831

Municipal Services Building 1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

Address & Phone

DIVISIONAL DEPUTY CITY SOLICITOR —    SUSAN M. CROSBY

NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES.

AVISO AL DEMANDADO HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.

To resolve this matter without appearing in court, contact the attorney shown above immediately.
All corporations (Plaintiff and Defendant) must be represented by an attorney.



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge      John J. Joyce, Deputy Court Administrator

# CE-19-07-72-0216

| City of Philadelphia Law Department, Water Revenue Bureau<br>Municipal Services Building 1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102 | ABRAHAM ITUAH<br>2507 N 19TH ST<br>PHILADELPHIA, PA 19132 |
|---|---|
| *Plaintiff* | *Defendant(s)* |

Adriana K. Gonzalez

**Plaintiff/Attorney**
Attorney # _____318831_____

**Address & Phone**   Municipal Services Building 1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102

# ORDER

AND NOW, to wit this ___29th___ day of _____August_____, ___2019___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:


Judgment for Plaintiff by Default. Judgment in the amount of $1,556.99, plus $27.00 Costs.


## BY THE COURT:

_D. NELSON J._

51 (07/09/01)



**PHILADELPHIA MUNICIPAL COURT**
**Office of the Deputy Court Administrator**
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
215-686-2910
08/29/2019

Patrick F. Dugan
President Judge

John J. Joyce
Deputy Court Administrator

City of Philadelphia Law Department,
Water Revenue Bureau

|  |  |  |  |
|---|---|---|---|
| | Plaintiff | Date of Judgment: | 08/29/2019 |
| | | Claim No: | CE-19-07-72-0216 |

VS.

ABRAHAM ITUAH
2507 N 19TH ST
PHILADELPHIA, PA 19132

|  |  |  |  |
|---|---|---|---|
| | Defendant, | Hearing Date Was: | 08/29/2019 |
| | | Judgment/Cost: | $1,583.99 |
| | | Total Amount Due: | $1,583.99 |

NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, for failure to pay water/sewer rents.

Upon Payment to the Plaintiff of the above judgment amount, an Order To Satisfy will be filed by the Plaintiff and the judgment will be satisfied on the record.

Your certified check or money-order, made payable to the City of Philadelphia, can be mailed, along with this notice directly to: City of Philadelphia, Law Department, Water Collections Unit, Municipal Services Building, 5th Floor, 1401 John F. Kennedy Blvd, Philadelphia, PA 19102-1595.

Unless the above judgment amount is paid or satisfactory payment arrangements are made with the Law Department within 30 days from the date hereof, further legal action for collection may be taken with additional costs chargeable against you.

If you have any questions concerning this matter, please contact the Law Department, Water/Sewer Unit, at 215-686-0546, 0545, 0544, or 0543.

John J. Joyce
Deputy Court Administrator

*

(260)

13:25:59 Friday, January 10, 2020

```
------------------------------------------------------------------------
  LANA702              C I T Y   O F   P H I L A D E L P H I A       01/10/20
  A130  _____               AGENCY RECEIVABLES                       1:25 PM
                              INQUIRE BILL
------------------------------------------------------------------------

  ABRAHAM ITUAH                      04624 N 12TH ST
 STREET CODE.: 88030  HOUSE NUMBER: 04624   BILL NUMBER.: 0523830
 ACTIVITY DATE.......: 07/2010             PRINCIPAL DUE.:        271.55
 AGENCY TYPE.........: L  LICENSES & INSPECTION  INTEREST DUE..:  152.58
 WORK DESCRIPTION....: 54 L&I PCLN & SEAL (GF)  LIEN DUE......:
 BILL DATE...........: 07/14/2010            OTHER DUE.....:
 WORK COMPLETION DATE: 06/29/2010            TOTAL DUE.....:        424.13
 VIOLATION DATE......: 06/07/2010          PRINCIPAL PAID:
 LIEN CODE...........: C01                 INTEREST PAID.:
  CLEAN AND SEAL UP VACANT BUILDING         LIEN PAID.....:
 BATCH NUMBER........: 7102                OTHER PAID....:
 B OF R NUMBER.......: 491457800           TOTAL PAID....:
 LIEN NUMBER.........: 10100308          COLLECTION STATUS:
 HOUSE SUFFIX........:               HOUSE OVERFLOW..........:
 BILL TYPE...........: P            ADDITIONAL ADDRESS INFO?
 UPDATE INFO.........: 10/1/2010 09:05AM RTAGR520
------------------------------------------------------------------------
  PF1=HELP PF4=COMMENTS PF5=REFER HIST                     PF12=EXIT
 TRANSFER TO A130 COMPLETE
```

```
13:28:30 Friday, January 10, 2020
------------------------------------------------------------------------------
 LANA702              C I T Y   O F   P H I L A D E L P H I A      01/10/20
 A130  ____              AGENCY RECEIVABLES                        1:28 PM
                           INQUIRE BILL
------------------------------------------------------------------------------
 ABRAHAM ITUAH                   00508 W TABOR RD
 STREET CODE.: 76540  HOUSE NUMBER: 00508   BILL NUMBER.: 02668607
 ACTIVITY DATE.......: 03/2019            PRINCIPAL DUE.:    63,188.62
 AGENCY TYPE.........: L  LICENSES & INSPECTION  INTEREST DUE..:  3,475.34
 WORK DESCRIPTION....: 51 L&I PDEMOLITION (GF)  LIEN DUE......:
 BILL DATE...........: 03/11/2019           OTHER DUE.....:
 WORK COMPLETION DATE: 03/04/2019           TOTAL DUE.....:    66,663.96
 VIOLATION DATE......: 12/27/2018         PRINCIPAL PAID:
 LIEN CODE...........: D01                INTEREST PAID.:
  COMPLETE DEMOLITION OF EXISTING STRUCTURE  LIEN PAID.....:
 BATCH NUMBER........: 14260              OTHER PAID....:
 B OF R NUMBER.......: 612003800           TOTAL PAID....:
 LIEN NUMBER.........:                  COLLECTION STATUS:
 HOUSE SUFFIX........:            HOUSE OVERFLOW..........:
 BILL TYPE...........: P          ADDITIONAL ADDRESS INFO?
 UPDATE INFO.........: 3/22/2019 09:42AM RTAGR520
------------------------------------------------------------------------------
  PF1=HELP PF4=COMMENTS                                    PF12=EXIT
 TRANSFER TO A130 COMPLETE
```

CIVIL ACTION/CITY BUSINESS TAX
TAX COLLECTION CASE

Filed and Attested by the
Office of Judicial Records
ATTORNEY FOR PLAINTIFF

BY: JONATHAN M. TALAMINI, ASSISTANT CITY SOLICITOR
ATTORNEY IDENTIFICATION NUMBER: 315143
5TH FLOOR, MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA  19102
(215) 686-0516

CITY OF PHILADELPHIA

VS.

ABRARAM ITUAH
4021 NEILSON STREET
PHILADELPHIA, PA 19124

Individually assigned to:
Tax Program

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

NO.

## PRAECIPE TO ISSUE SUMMONS
5100-CITY BUSINESS TAX-COLLECTION

**TO THE PROTHONOTARY:**

**Kindly issue a Writ of Summons in Civil Action in the above-captioned matter.**

JONATHAN M. TALAMINI
ASSISTANT CITY SOLICITOR

Case ID: 160300154

C.P. 97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

## CITY AND COUNTY OF PHILADELPHIA

COURT OF COMMON PLEAS

_____ Term, 20_____

City of Philadelphia

*vs.*

Abraram Ituah

No. _____

To⁽¹⁾

Abraram Ituah
4201 Neilson Street
Philadelphia, PA 19124

You are notified that the Plaintiff⁽²⁾
*Usted esta avisado que el demandante⁽²⁾*

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

⁽¹⁾ Name(s) of Defendant(s)
⁽²⁾ Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 160300154

BY: CHRISTINE BAK,  DEPUTY CITY SOLICITOR          COMMON PLEAS  COURT
ATTORNEY IDENTIFICATION NUMBER: 35683
5TH FLOOR, MUNICIPAL SERVICES BUILDING
1401 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA  19102
(215) 686-0567
                                                                                                ACCOUNT #8086860

CITY OF PHILADELPHIA
                    VS.
ABRARAM ITUAH
4021 Neilson Street
Philadelphia PA 19124

## STIPULATION FOR JUDGMENT AGAINST DEFENDANT

AND NOW, this  1  day of July , 20 1 5 , it is hereby stipulated by and between
the City of Philadelphia (hereinafter "Plaintiff"), and Abraham Ituah  (hereinafter "Defendant"),
as follows:

## § I.  Terms and Conditions

A. That this Stipulation (hereinafter "Agreement"), contains all of the terms and conditions
   agreed upon by the parties, and no other agreements, oral or otherwise, shall be deemed
   to exist or to bind any of the parties hereto.  Any and all amendments to this Agreement
   must be in writing, and signed by the parties.

B. That judgment be entered in favor of Plaintiff and against Defendant in the amount of
   $18,671.67 which includes tax principal of $7,667.04, interest  of $4,071.50 and penalties
   computed to June 26, 2015,  of  $6,933.13,  plus additional interest and penalties that
   will continue to accrue pursuant to § 19-509(1) of the Philadelphia Code (hereinafter the
   "Judgment Amount"), and as described below:

| 12312007  BIR | $2,458.04 |
|---|---|
| 12312008  BIR | $1,397.00 |
| 12312009  BIR | $426.00 |
| 12312010  BIR | $103.00 |
| 04112011  BIR | $ 0.00 |
| 12312011   BIR | $175.00 |
| 12312012   BIR | $212.00 |
| 04152012   BIR | $0.00 |
| 12312013   BIR | $2005.00 |
| 12312014   BIR | $144.00 |
| 04152015   BIR | $144.00 |
| 12312006 NPT | $462.00 |

1

Case ID: 160300154

| 12312011 NPT | $47.00 |
| 12312012 NPT | $58.00 |
| 12312013 NPT | $15.00 |
| 12312014 NPT | $21.00 |
| Interest to    June 26, 2015 | $4,071.50 |
| Penalties to June 26, 2015 | $6,933.13 |
| **TOTAL JUDGMENT AMOUNT** | **$18,671.67** |

C. That execution upon the Judgment Amount will be stayed upon the condition that Defendant satisfies the Settlement Amount as defined below, does not breach this agreement, and otherwise complies with the following payment schedule and requirements:

1. A down payment of $1,555.98 due on or before July 1, 2015. Thereafter, Eleven payments of $1,555.97 are due on the First of each month for 11 months commencing on August 1, 2015 until the Settlement Amount of $18,671.67 is paid in full. Defendant is making all payments pursuant to this agreement in the normal course of business or financial affairs.

2. Defendant must timely file all tax returns and pay directly to the Department of Revenue the full liability of all current taxes, when due, including but not limited to real estate taxes. Failure to do so is a breach of this Stipulation. Current taxes are those taxes and periods subsequent to those covered by this Stipulation.

3. If Defendant makes all payments pursuant to the payment schedule described in paragraph (C) (1) above, and otherwise in accordance with this Agreement, Plaintiff agrees to abate interest and penalty in the amount of $0.00 that has accrued upon the unpaid tax principal. Plaintiff also agrees to abate all interest and penalty that accrues after June 26, 2015, as a part of this Settlement Agreement.

4. **All payments are to be made with guaranteed funds via bank check, certified check, or money order** made payable to "City of Philadelphia" and directed to The City of Philadelphia Department of Revenue, P.O. Box 1630, Philadelphia, PA 19102-1630. At the Plaintiff's discretion, personal checks may be accepted. However, in the event that a personal check is returned for insufficient funds, the Defendant will be charged a $20.00 transaction fee and the payment will remain due according to the original payment due date. **You will receive monthly bills and payment coupons from the Department of Revenue. To insure that your payments are applied properly, you must submit your payment with the monthly coupon.** Should you have any questions or concerns regarding this agreement, please contact me at (215) 686-0567.

2

Case ID: 160300154

5. Payments remitted shall not contain any statement or language implying that the account is closed, or that the debt has been satisfied prior to notification of the same by Plaintiff.

## § II. Breach

A. If Defendant fails to perform any of the terms, covenants, or conditions of this Agreement as specified in § I (A) – (C), such failure shall constitute a breach. Any misrepresentation of material facts regarding Defendant's financial condition, shall constitute a breach of this agreement. The failure to file, or a failure to remit payment for all current taxes when due shall constitute a breach.

B. Defendant agrees to notify Plaintiff of any change in corporate name, officers, or location during the term of this agreement. Such information must be submitted to Plaintiff in writing and within 30 days of the relevant change; failure to do so will be considered a breach of this agreement.

C. In the event of a breach, Plaintiff may proceed immediately, without further notice to Defendant(s), to execute upon aforesaid judgment for the full Judgment Amount. At Plaintiff's discretion, Defendant may cure the breach in a reasonable time and manner, without affecting Plaintiff's right to declare a breach in the future.

## § III. Reservation of Rights

A. Plaintiff City hereby acknowledges that the Defendant has filed a petition for administrative review with the Tax Review Board for the business tax liabilities contained herein. Plaintiff City agrees that this agreement will be amended by the determination of the Tax Review Board, if any. If the Board's determination reduces the amount of tax and or any of the interest and penalties, the Plaintiff City will adjust the payments under this Agreement and the Judgment amount to reflect the Board's decision. Prior payments will apply to reduce the Board's determination. The determination of the Board is the final appeal available to the Defendant. The Board's decision that is available to reduce this agreement must be known by May 31, 2016.

B. In the event that the Department of Revenue audits the Defendant for any periods contained herein or otherwise, Plaintiff reserves the right to seek payment for these and any additional liabilities that may be revealed or owed.

C. Plaintiff's failure to exercise any rights set forth in this agreement shall not constitute a waiver of such rights.

D. Plaintiff shall have the aforesaid judgment marked satisfied upon receipt of the Settlement Amount and in accordance with the terms and conditions set forth herein.

E. The undersigned hereby acknowledges that he or she has read, understands and accepts this Agreement in full.

3

Case ID: 160300154

**JUDGMENTS BY AGREEMENT CAN NOT BE APPEALED.**

Date:  6/29/15

By: _____
Abraham Ituah,  Defendant

Sworn to and subscribed before me this
day of 29th , June. 2015

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Desiree Drayton, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 12, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Date: _____

By: _____
CHRISTINE BAK
DEPUTY CITY SOLICITOR
Attorney for Plaintiff
City of  Philadelphia

4

Case ID: 160300154