**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABRAHAM ITUAH,** | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 19-5088** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 20___, upon consideration of

Defendants' Motion for Summary Judgment, it is **HEREBY ORDERED** that the Motion is

**GRANTED**. It is **FURTHER ORDERED** that all claims against Defendants are **DISMISSED**

**WITH PREJUDICE**.

BY THE COURT:

_____