### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABRAHAM ITUAH,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br>　　　　　**Defendants.** | Civil Action<br>No. 19-5088 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendants' Motion for Summary Judgment was filed via the Court's electronic filing system and is available for downloading. I also certify that a copy of the Motion has been served upon the Plaintiff by email and first class mail, postage prepaid, as follows:

>Abraham Ituah
>419 W. Godfrey Avenue
>Philadelphia, PA 19120
>aituah@aol.com
>ituahabraham@gmail.com
>*Plaintiff pro se*

Date: September 12, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Pfautz*
　　　　　　　　　　　　　　　　　　　　　Michael Pfautz
　　　　　　　　　　　　　　　　　　　　　Deputy City Solicitor
　　　　　　　　　　　　　　　　　　　　　Pa. Attorney ID No. 325323
　　　　　　　　　　　　　　　　　　　　　City of Philadelphia Law Department
　　　　　　　　　　　　　　　　　　　　　1515 Arch Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-683-5233
　　　　　　　　　　　　　　　　　　　　　michael.pfautz@phila.gov