IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM ITUAH,<br><br>   *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 19-05088 |

# ORDER

**AND NOW**, this 17th day of October 2023, Plaintiff's Motion to File a Sur-Reply (ECF 44) is **GRANTED** and the Sur-Reply is deemed filed as of today.

            BY THE COURT:


            ***/s/ Gerald J. Pappert***
            GERALD J. PAPPERT, J.