# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM ITUAH,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>　　　　　　*Defendants.* | CIVIL ACTION<br>NO. 19-05088 |

## **ORDER**

**AND NOW**, this 24th day of October, 2023, it is **ORDERED** that:

1. The Court's April 3 Scheduling Order (ECF 32) is **VACATED**.

2. The Court will conduct a status conference and implement a final pretrial conference and trial schedule, if necessary, after resolution of the motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.