IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABRAHAM ITUAH,

      *Plaintiff,*

  v.

CITY OF PHILADELPHIA, et al.,

      *Defendants.*

CIVIL ACTION

NO. 19-5088

## ORDER

**AND NOW**, this 6th day of November 2023, upon consideration of Defendants' Motion for Summary Judgment, (ECF 41), Ituah's Response, (ECF 42), Defendants' Reply, (ECF 43), and Ituah's Sur-reply, (ECF 46), it is **ORDERED** that Defendants' Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants and against Ituah on all counts.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.