From: **ITUAH ABRAHAM** aituah@aol.com
Subject: **Notice of Appeal**
Date: **Dec 4, 2023 at 9:19:31 AM**
To: **Chambers_of_Judge_Pappert@paed.uscourts.gov, Michael Pfautz** Michael.Pfautz@phila.gov, **ITUAH ABRAHAM** aituah@aol.com

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF UNITED STATES OF AMERICA

Abraham Ituah

    Plaintiff

    v.

    City of Philadelphia et Al

    Defendant

Case No. 2: 19-cv-05088

*NOTICE OF APPEAL*

Notice is hereby given that the United States of America, plaintiff Abraham Ituah in the above-captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court granting defendants summary judgment entered on *November 6 2023*. The order appealed from is requiring the return of demolished property within 15 days as a retaliation and fraudulent sales of property within 5 months without legitimate due process, include the following language: "I hereby certify that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding." The only presiding Judge in all cases was bias for dismissing my fraud action with prejudice and refusing to grant me appointed counsel to address the constitutional violation, as well as, denying my request for jury trial as I marked on the original complaints.

*Abraham Ituah*

Date: 12/4/2023      Appellant

I hereby attached copy of the order received through email. I couldn't access or received the original copies of the order while I was in overseas and the court was notified.

**From:** ecf_paed@paed.uscourts.gov
**Date:** November 6, 2023 at 11:04:29 PM GMT+1
**To:** paedmail@paed.uscourts.gov
**Subject: Activity in Case 2:19-cv-05088-GJP ITUAH v. CITY OF PHILADELPHIA et al Order (Memorandum and/or Opinion)**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing**

opinions.

## United States District Court

## Eastern District of Pennsylvania

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2023 at 5:03 PM EST and filed on 11/6/2023

**Case Name:** ITUAH v. CITY OF PHILADELPHIA et al
**Case Number:** 2:19-cv-05088-GJP
**Filer:**
**Document Number:** 49

**Docket Text:**
MEMORANDUM AND ORDER THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [41] IS GRANTED AND JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST ITUAH ON ALL COUNTS. THE CLERK OF COURT SHALL MARK THIS CASE CLOSED. SIGNED BY HONORABLE GERALD J. PAPPERT ON 11/6/23. 11/6/23 ENTERED & E-MAILED.(fdc)

**2:19-cv-05088-GJP Notice has been electronically mailed to:**

MICHAEL WU-KUNG PFAUTZ
  michael.pfautz@phila.gov, michael.pfautz.phila.gov@recap.email, nicole.osborn@phila.gov

ABRAHAM ITUAH     aituah@aol.com

**2:19-cv-05088-GJP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548[Date=11/6/2023] [FileNumber=19269141-0]
[b0911c4d1421a07ecbe99550d4b6122540d832caeb0a57a198c3f96d4ddbb5cbaa
999adc95232858f5b1f0bd76baa99bd2695684487d77d532321b5e2c6036cc]]

CERTIFICATE OF SERVICE

I hereby certify that on the date below, I filed Plaintiff Notice of Appeal to Defendants and Honorable Judge via the Court's electronic filing system and is available for downloading. I also certify that a copy of the Notice has been served upon the Defendants by email and first class mail, postage prepaid, as follows:
Chamber of Honorable Judge Pappert
Chamber_of_Judge_Pappert@paed.uscourt
Michael Pfautz
Deputy City Solicitor
Pa. Attorney ID No. 325323
City of Philadelphia Law Department 1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-5233

December 4 2023                    Abraham Ituah