# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Dec 15, 2023 1:42PM

ABRAHAM ITUAH

Rcpt. No: 20015691 | Trans. Date: Dec 15, 2023 1:42PM | Cashier ID: #RF

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | OTCnet Check | #1090 | 12/14/2023 | | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.