UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-3140
_____

ABRAHAM ITUAH,
      Appellant

v.

CITY OF PHILADELPHIA; JAMES J. ZWOLAK; BRENDAN J. PHILBIN;
JOSEPH CARROL; ZACHARY G. STRASSBURGER; CARMEN SANCHEZ,
Tax Analyst ll; ROSLYN SPELLE, Rev. Collection Supervisor;
PHILADELPHIA POLICE DEPARTMENT
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:19-cv-05088)
District Judge: Honorable Gerald J. Pappert
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 29, 2024
Before: JORDAN, PHIPPS, and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

  This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 29, 2024. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered November 6, 2023, be and the same is hereby **AFFIRMED**. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 26, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** July 18, 2024

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2